**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Plamex Investment, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2918817** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

**6988 Beach Blvd, Suite B-215**
**Buena Park, CA 90621**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**3100 E. Imperial Highway Lynwood, CA 90262**
Number, Street, City, State & ZIP Code

| | |
|---|---|
| 5. **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Plamex Investment, LLC** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

Debtor  **Plamex Investment, LLC** _____    Case number (*if known*) _____
  Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Plamex Investment, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ■ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | Plamex Investment, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 14, 2021**
MM / DD / YYYY

X _____          **Donald Chae**
Signature of authorized representative of debtor          Printed name

Title  **Designated Officer**

**18. Signature of attorney**

X _____          Date  **April 14, 2021**
Signature of attorney for debtor          MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 229-1234**          Email address  **rb@lnbyb.com**

**143364 CA**
Bar number and State

| Debtor | **Plamex Investment, LLC** | | Case number (*if known*) | |
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
| --- | --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **April 14, 2021**
                 MM / DD / YYYY

*X* _____        **Donald Chae**
     Signature of authorized representative of debtor        Printed name

Title   **Designated Officer**

---

| 18. Signature of attorney | *X* [signature: Ron Bender]        Date **April 14, 2021** |
| --- | --- |
| | Signature of attorney for debtor        MM / DD / YYYY |

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**      Email address   **rb@lnbyb.com**

**143364 CA**
Bar number and State

Debtor     **Plamex Investment, LLC**                                          Case number (*if known*)
              Name

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (*if known*) _____     Chapter    **11**

☐ Check if this an
    amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **3100 E. Imperial Investment, LLC** | | | Relationship to you | **Affiliate (Parent)** |
| District | **Central District of California, Santa Ana Division** | When | **4/14/21** | Case number, if known | |
| Debtor | **The Source Hotel, LLC** | | | Relationship to you | **Affiliate** |
| District | **Central District of California, Santa Ana Division** | When | **2/26/21** | Case number, if known | **8:21-bk-10525-ES** |

## RESOLUTIONS OF PLAMEX INVESTMENT, LLC
## AUTHORIZING FILING OF PETITION UNDER
## <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

I, Donald Chae, hereby certify as follows:

1.      I am the Manager of Placo Investment, LLC, the sole member of 3100 E. Imperial

Investment, LLC, the sole member of Plamex Investment, LLC (the "Company").

2.      With the written consents of the two Independent Managers of the Company, the

Company has authorized and duly enacted a resolution to file a Petition ("Petition") under the

provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

3.      In furtherance of the Petition, the following resolutions have been duly enacted,

and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Donald Chae or his designee (the "Designated Officer") is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

> FURTHER RESOLVED, that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

> FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the

Company to execute a pre-petition retainer agreement, and is hereby authorized and directed on behalf of and in the name of the Company to execute the Company's employment application of LNBYB as bankruptcy counsel to the Company in the Company's Chapter 11 bankruptcy case.

Dated:  April 12, 2021

**PLAMEX INVESTMENT, LLC, a Delaware limited liability company**

By: 3100 E. Imperial Investment, LLC,
a Delaware limited liability company

By: Placo Investment, LLC,
a Delaware limited liability company

_____

Donald Chae, Its Manager

Fill in this information to identify the case:

Debtor name      **Plamex Investment, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2021**            X _____
                                                Signature of individual signing on behalf of debtor

                                            **Donald Chae**
                                            Printed name

                                            **Designated Officer**
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Plamex Investment, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Planet Fitness 125 E. Elm Street, Suite 300 Conshohocken, PA 19428** | | **Tenant Deposit** | **Contingent** | | | $103,074.30 |
| **Better & Best Building Service Inc. 1833 Avenida San Lorenzo Fullerton, CA 92833** | | **Vendor** | | | | $73,179.00 |
| **Southern California Edison 2244 Walnut Grove Avenue Rosemead, CA 91770** | | **Utilities** | | | | $37,243.19 |
| **Autofin USA 3180 E. Imperial Hwy. #G Lynwood, CA 90262** | | **Tenant Deposit** | **Contingent** | | | $36,142.00 |
| **GTO Security 2202 S Figueroa Street, Suite 134 Los Angeles, CA 90017** | | **Vendor** | | | | $35,338.00 |
| **Bubbles Apparel 2839 Sycamore Avenue La Crescenta, CA 91214** | | **Tenant Deposit** | **Contingent** | | | $30,076.99 |
| **Star Buffet Lynwood 11383 Long Beach Blvd Lynwood, CA 90262** | | **Tenant Deposit** | **Contingent** | | | $25,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Plamex Investment, LLC**                                     Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Resources, Inc.** 23 Corporate Plaza Drive, Suite 247 Newport Beach, CA 92660 | | **Utilities** | | | | $21,252.96 |
| **Grupo Pakar LLC** 9595 Six Pines Drive Suite 8210 The Woodlands, TX 77382 | | **Tenant Deposit** | **Contingent** | | | $17,280.00 |
| **JPL Event Enterprise LLC** 1238 South Beach Blvd Anaheim, CA 92804 | | **Tenant Deposit** | **Contingent** | | | $17,000.00 |
| **Jose Alan Sandoval-Iniquez** 15137 San Jose Ave Paramount, CA 90723 | | **Tenant Deposit** | **Contingent** | | | $16,000.00 |
| **Fashion Qrew** 1324 E. Washington Blvd Los Angeles, CA 90021 | | **Tenant Deposit** | **Contingent** | | | $14,418.00 |
| **Family Acupuncture & Herb Clinic** 3150 E. Imperial Hwy B8-206 Lynwood, CA 90262 | | **Tenant Deposit** | **Contingent** | | | $14,000.00 |
| **Bioncos La Huerta** 8557 Orange Street Downey, CA 90242 | | **Tenant Deposit** | **Contingent** | | | $12,507.26 |
| **Real De Oaxaca** 11215 Long Beach Blvd #1010 Lynwood, CA 90262 | | **Tenant Deposit** | **Contingent** | | | $12,360.60 |
| **Pho VNK** 3180 E. Imperial Hwy, Suite C Lynwood, CA 90262 | | **Tenant Deposit** | **Contingent** | | | $12,056.00 |
| **Hip Hop Zone** 3100 E. Imperial Hwy #1009 Lynwood, CA 90262 | | **Tenant Deposit** | **Contingent** | | | $12,000.00 |
| **Grupo Concordia LA** 5919 San Miguel Road Bonita, CA 91902 | | **Tenant Deposit** | **Contingent** | | | $12,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Plamex Investment, LLC**                                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Kickin' Crab 3170 Imperial Hwy B4B102 Lynwood, CA 90262** | | **Tenant Deposit** | **Contingent** | | | **$11,706.94** |
| **Happy Land 6732 Los Verdes Dr. #3 Rancho Palos Verdes, CA 90275** | | **Tenant Deposit** | **Contingent** | | | **$10,215.21** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re    **Plamex Investment, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **3100 E. Imperial Investment, LLC** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Designated Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 14, 2021**

Signature    *Donald Chae*

**Donald Chae**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **The Source Hotel, LLC**
    **Chapter 11 Case No. 8:21-bk-10525-ES**
    **United States Bankruptcy Court for the Central District of California, Santa Ana Division**
    **Honorable Erithe A. Smith**
    **Chapter 11 case filed on February 26, 2021 (pending).**
    **Real property interests:  Partially constructed 178-room seven-story hotel building located on leased real property located in Buena Park, Orange County, California [AIN 276-361-20 and 276-361-22, et al.].**

    **3100 E. Imperial Investment, LLC**
    **Chapter 11 Case**
    **United States Bankruptcy Court for the Central District of California, Santa Ana Division**
    **Honorable Erithe A. Smith**
    **Chapter 11 case filed on April 14, 2021.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Buena Park**                              , California.

Date:      **April 14, 2021**

**Donald Chae**
Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                    *Page 1*            **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ron Bender 143364<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234 Fax: (310) 229-1244<br>California State Bar Number: 143364 CA<br>rb@lnbyb.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

In re:

**Plamex Investment, LLC**

CASE NO.:

CHAPTER: **11**

Debtor(s).

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __28__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 14, 2021** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 14, 2021** _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Plamex Investment, LLC
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621


Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


333 Fashion
24641 Maple Ln
Harbor City, CA 90710


99 Cent Store & Up
1251 S. Montebello Blvd
Montebello, CA 90640


A & S Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262


A Fashion Plus
20415 Berendo Ave
Torrance, CA 90502


Abigai Pacheco, Irina Rossi, et al.
3100 E. Imperial Hwy, Unit J11
Lynwood, CA 90262

Airbrush Nation
1004 N Pointsettia Ave APT D
Compton, CA 90221


Aldo's Key Shop
3100 E Imperial Hwy #1323
Lynwood, CA 90262


Alicia Vera Murillo
3100 E Imperial Hwy VCT17
Lynwood, CA 90262


All City Footwear
4035 Santa Anita LN
Yorba Linda, CA 92886


Angel's Bridal
3100 E Imperial Hwy
Lynwood, CA 90262


Angelica Fernandez Alvarez
13800 Parkcenter Ln
Tustin, CA 92782


Antonio de la Cruz, an individual
11175 Lynden Street
Lynwood, CA 90262


Arlene's Fashions
3100 E. Imperial Hwy B31005
Lynwood, CA 90262

Art Craft & Religious
3100 E Imperial Hwy VCT09
Lynwood, CA 90262


Art Nails
3100 E. Imperial Hwy Unit L9
Lynwood, CA 90262


Autofin USA
3180 E. Imperial Hwy. #G
Lynwood, CA 90262


Ave Beauty Supply
4020 Court Land Street
Lynwood, CA 90262


Azteca Jewelry
3100 E Imperial Hwy Unit E1
Lynwood, CA 90262


Beauty Zone
7526 Brookmill Rd.
Downey, CA 90241


Bebe Craft
8901 Calden Ave,  APT#405
South Gate, CA 90280


Better & Best Building Service Inc.
1833 Avenida San Lorenzo
Fullerton, CA 92833

Big Discount
3100 East Imperial Highway
Lynwood, CA 90262


Bioncos La Huerta
8557 Orange Street
Downey, CA 90242


Birreria Jalisco
3180 E. Imperial Hwy A2D
Lynwood, CA 90262


Blanca Martinez
3100 E Imperial Hwy VKIO25
Lynwood, CA 90262


BM Classic Portaits
68 Pomona Ave
Long Beach, CA 90803


Boom Boom Sounds
8827 Mel Dar Ave
Downey, CA 90240


Boost Mobile
3100 E. Imperial Hwy, Unit B3-1002
Lynwood, CA 90262


Bubbles Apparel
2839 Sycamore Avenue
La Crescenta, CA 91214

BW Sports & Hobbies
14015 Camino Del Oro
Riverside, CA 92508


Candle Light Bakery
3150 E. Imperial Hwy, Ste 102
Lynwood, CA 90262


Capital Cap & Embroidery
1621 South Highland Avenue #K
Fullerton, CA 92832


Carrera Consessions
3100 E Imperial Hwy
Lynwood, CA 90262


Casa Colima
3200 Mulford Ave, Unit 202
Lynwood, CA 90262


Cell Mart
1122 Teri Avenue
Torrance, CA 90503


Chase Card Services
P.O. Box 15123
Wilmington, DE 19850


Chin Shoes
20019 Gridley Rd
Cerritos, CA 90703

Come Again
3307 Burton Ave
Lynwood, CA 90262


CWCapital Asset Management
900 19th Street NW, 8th Floor
Attn: Ariel Levin/Jake Hamel
Washington, DC 20006


Delicias Oaxaquenas
3100 E. Imperial Hwy B11312
Lynwood, CA 90262


DF Wireless
3200 Mulford Ave. #103
Lynwood, CA 90262


Diana Michel
3100 E. Imperial Hwy Unit H8
Lynwood, CA 90262


Diana Roman
3286 Burton Ave, APT A
Lynwood, CA 90262


Diana Yunhi Kim
1705 Downs Dr
Odessa, FL 33556


Diz N Dat
2905 Claredon Avenue, Apt. E
Huntington Park, CA 90255

Dolex Dollar Express, Inc.
701 Highlander Blvd #300
Arlington, TX 76015


Domino's Pizza
15198 Downey Ave
Paramount, CA 90723


Dulce Vida
16031 Pioneer Blvd., Apt. H-6
Norwalk, CA 90650


El Azul Jewelry
Plaza Mexico Unit #P4Q5
3100 E. Imperial Hwy
Lynwood, CA 90262


El Pollo Real
3100 E. Imperial Hwy, Unit 3009
Lynwood, CA 90262


Elizabeth Adame
3307 Burton Ave
Lynwood, CA 90262


Enciso Realty
249 S. Occidental Blvd #315
Los Angeles, CA 90057


Enrika Ochoa
3100 E Imperial Hwy Unit D7
Lynwood, CA 90262

Epax Systems, Inc.
14641 Arminta Street
Panorama City, CA 91402


F4 Jewelry
3100 E Imperial Hwy Unit F4
Lynwood, CA 90262


Family Acupuncture & Herb Clinic
3150 E. Imperial Hwy B8-206
Lynwood, CA 90262


Fancy Jewelry
1512 Amherst Ave Suite 206
Los Angeles, CA 90025


Farmacia Natural
20323 Dorothy Street
Santa Clarita, CA 91350


Farmacia Natural
3100 E Imperial Hwy Unit S9
Lynwood, CA 90262


Farmacia Naturista Mexicana
3100 E Imperial Hwy Unit E2
Lynwood, CA 90262


Farmers Insurance Agency
3150 E. Imperial Hwy, #113
Lynwood, CA 90262

Faro Optometry
27381 Glenwood Drive
Mission Viejo, CA 92692


Fashion Qrew
1324 E. Washington Blvd
Los Angeles, CA 90021


Fashion Time
3100 E. Imperial Hwy Unit J2J3
Lynwood, CA 90262


First Aid Urgent Care
7204 Foothill Boulevard
Tujunga, CA 91042


Flor Paredes
11436 Peach St
Lynwood, CA 90262


Flores Bautista Gloria O.
1433 Kingsmill Ave
Rowland Heights, CA 91748


Global Jewelry
8247 Haseltime
Buena Park, CA 90621


Gloria Flores
1433 Kingsmill Avenue
Rowland Heights, CA 91748

Grainger
1050 W. Walnut Street
Compton, CA 90220


Grupo Concordia LA
5919 San Miguel Road
Bonita, CA 91902


Grupo Pakar LLC
9595 Six Pines Drive Suite 8210
The Woodlands, TX 77382


GTO Security
2202 S Figueroa Street, Suite 134
Los Angeles, CA 90017


Guillermo CamberosPreciado
307 E. Jefferson Blvd Suite 328
Los Angeles, CA 90011


Han's Toy
3100 E Imperial Hwy
Lynwood, CA 90262


Happy Chinese
3100 East Imperial Highway
Lynwood, CA 90262


Happy Land
6732 Los Verdes Dr. #3
Rancho Palos Verdes, CA 90275

Happy Rice
3100 E. Imperial Hwy #3008
Lynwood, CA 90262


Hermandad Mexicana Legal Centers
210 W. Adams Blvd
Los Angeles, CA 90007


Hip Hop Zone
3100 E. Imperial Hwy #1009
Lynwood, CA 90262


Hoon Ko
1621 S. Highland Ave Apt K
Fullerton, CA 92832


Inti Arts & Craft
3100 E Imperial Hwy
Lynwood, CA 90262


Ivette By Mitzy
2633 McKinney Ave Ste 130-363
Dallas, TX 75214


Jang's Men's Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262


Jesus Garcia
11145 Bellinger Street
Lynwood, CA 90262

Jesus Garcia
11145 Bellinser
Lynwood, CA 90262


Jewelry and Beauty Inc
5500 Torrance Blvd, C132
Torrance, CA 90503


Jimmy Choi
3100 East Imperial Highway
Lynwood, CA 90262


Jong R Jang
3100 E Imperial Hwy
Lynwood, CA 90262


Jose Alan Sandoval
15137 San Jose Ave
PARAMOUNT, CA 90723


Jose Alan Sandoval Iniguez
15137 San Jose Ave
PARAMOUNT, CA 90723


Jose Alan Sandoval-Iniquez
15137 San Jose Ave
Paramount, CA 90723


Jose Gutierrez-Torres
15137 San Jose Ave
Paramount, CA 90723

Joy Sports Wear
3100 E. Imperial Hwy Unit F5
Lynwood, CA 90262


JPL Event Enterprise LLC
1238 South Beach Blvd
Anaheim, CA 92804


Kat's Lingerie
1735 Lincoln Ave #40
Torrance, CA 90501


Kid's Love
1413 Lomita Blvd Suite 3
Harbor City, CA 90710


Kiddie World
1936 Delmesa Ave
Hacienda Heights, CA 91745


Kiddie World II
1936 Delmesa Ave
Hacienda Heights, CA 91745


Kone Inc.
1821 Tyburn Street
Glendale, CA 91204


L' Dorado Jewelry
3100 E Imperial Hwy Unit D6
Lynwood, CA 90262

La Casa De La Novia
11641 State St
Lynwood, CA 90262


LA Michoacana
2506 W. Adams
Santa Ana, CA 92704


La Parisina
9728 Brookgreen Rd
Downey, CA 90240


Leticia Torres
3796 Millstone Court
Pomona, CA 91766


Libreria Libertadores, LLC
3351 Marine Ave APT 42
Gardena, CA 90249


LimNexus LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017


Lizette M. Cortez
12852 Lakewood Blvd, Apt 1
Downey, CA 90242


Lucky Gold
3100 East Imperial Highway, Unit I7
Lynwood, CA 90262

Luis Fernando Alcantar-Rojo
10111 State Street
Lynwood, CA 90262


Lynwood Alteration
3100 East Imperial Highway
Lynwood, CA 90262


Lynwood Auto Accessories
3100 East Imperial Highway
Lynwood, CA 90262


Lynwood United Medical
3150 E. Imperial Hwy., Ste. 203
Lynwood, CA 90262


Mago's Acupuncture
3100 E. Imperial Hwy Unit B5
Lynwood, CA 90262


Marci Pizza
3100 East Imperial Highway
Lynwood, CA 90262


Marco Antonio Juarez Cruz
11166 Penn St
Lynwood, CA 90262


Maria Luisa Rojo Alvarez
10960 Duncan Avenue
Lynwood, CA 90262

Mariscos El Rey
3100 E. Imperial Hwy Ste. #3002
Lynwood, CA 90262


Mariscos Rio Balsas
3100 E Imperial Hwy Unit Q11
Lynwood, CA 90262


Marquez Trading
3100 E. Imperial Hwy Ste#1301
Lynwood, CA 90262


Marshmallow
1413 Lomita Blvd Suite 3
Harbor City, CA 90710


Mauro Valdez Sandoval
1623 E. 117 Place
Los Angeles, CA 90059


Mean Chix, Inc. - Hot Chix
772 N. Van Ness Avenue Apt 6
Los Angeles, CA 90028


MG Colombian Boutique
9728 Brookgreen Rd
Downey, CA 90240


Mike Kim / T-Mobile
3100 E. Imperial Hwy, Unit #B2-1203
Lynwood, CA 90262

Milbes Men's Wear
3100 E. Imperial Hwy Unit O234
Lynwood, CA 90262


Militar's Cut Unisex
6037 Priory St
Bell Gardens, CA 90201


MoMo Trading
3100 E Imperial Hwy
Lynwood, CA 90262


Mr. Hammer Shoes
3100 E. Imperial Hwy, Unit P10B
Lynwood, CA 90262


Mundo de Artesanias
3100 E Imperial Hwy VKIO24
Lynwood, CA 90262


Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708


Natixis, New York Branch
1251 Avenue of the Americas
New York, NY 10020


New Trends Clothing, Inc.
6602 Gifford Ave
Bell, CA 90201

North American Amusements
1502 Foothill Blvd
Suite 103 PMB 218
La Verne, CA 91750


Nueva Vision Optical
3100 E. Imperial Hwy #1109
Lynwood, CA 90262


Officenet, Inc.
10410 Pioneer Blvd Suite 2
Santa Fe Springs, CA 90670


One Hour Photo
3100 East Imperial Highway
Lynwood, CA 90262


Pang Pang Donuts
3100 East Imperial Highway
Lynwood, CA 90262


Perfecto Nails
3100 East Imperial Highway
Lynwood, CA 90262


Perfumes and Hair Products
3150 E. Imperial Hwy #101
Lynwood, CA 90262


Perkins Coie LLP
1888 Century Park East, Suite 1700
Attn: Mark Birnbaum
Los Angeles, CA 90067

Perkins Coie LLP
2901 N. Central Ave., Suite 2000
Attn: Liana W. Spendlove
Phoenix, AZ 85012


Pho VNK
3180 E. Imperial Hwy, Suite C
Lynwood, CA 90262


Pink Melon
22920 Entoril Dr. Suite 1
Diamond Bar, CA 91765


Pinky's Threading
3100 E. Imperial Hwy #1107
Lynwood, CA 90262


Pkim, Inc.
4540 Campus Drive, Suite 123
Newport Beach, CA 92660


Planet Fitness
125 E. Elm Street, Suite 300
Conshohocken, PA 19428


Point Exterminators Inc.
1612 Arlington Avenue
Los Angeles, CA 90019


Pretzeria
3961 Via Marisol APT#318
Los Angeles, CA 90042

Primo's Pet Shop
4221 Shirley Ave
Lynwood, CA 90262


Pro Sports
18529 Stonegate Ln
Rowland Heights, CA 91748


Professional Documents, Inc.
3150 E. Imperial Hwy B8107
Lynwood, CA 90262


Progreso Financiero
2 Circle Star Way
San Carlos, CA 94070


Rachel's Secret
10609 Newville Avenue
Downey, CA 90241


Rainbow Beauty
525 N Gilbert St # 62
Anaheim, CA 92801


Ray's Fashion
3100 East Imperial Highway
Lynwood, CA 90262


Real De Oaxaca
11215 Long Beach Blvd #1010
Lynwood, CA 90262

Regency Fire & Security Services
7651 Densmore Ave
CA 94106


Ricardo Gonzalez
8616 S Main Street
Los Angeles, CA 90003


Rinconcito Poblano
3100 E. Imperial Hwy B13007
Lynwood, CA 90262


Robert's Fashion
3100 E Imperial Hwy Unit D4
Lynwood, CA 90262


Roberto Navarro
2729 NEBRASKA AVE APT#C
SOUTH GATE, CA 90280


Rosarios y Pulseras Estilo Sinaloa
2731 Nebraska Ave Apt C
South Gate, CA 90280


Rosy's Beauty Salon
3150 E. Imperial Hwy B8110 & 111
Lynwood, CA 90262


S.M. Foot Wear
3100 E. Imperial Hwy Unit H5H6
Lynwood, CA 90262

Sang Gyu Shin
10972 Golden Rod St
Redlands, CA 92373


Say Cheese Photo
3100 E. Imperial Hwy #B2-1104
Lynwood, CA 90262


Shoes 4 Less
3117 Rimrock Cic
Fullerton, CA 92833


Snow Factory
3580 WILSHIRE BLVD STE 1655
Los Angeles, CA 90010


Southern California Edison
2244 Walnut Grove Avenue
Rosemead, CA 91770


Spacetel LA Inc. - Cricket Wireless
3100 E. Imperial Hwy, Unit B2-1103
Lynwood, CA 90262


Sport Time
8571 Cedar St
Bellflower, CA 90706


Sri Eyebrow Threading and Nails
11225 Long Beach Blvd #202
Lynwood, CA 90262

Stacy Han
9475 Rosemarie Ct
Cypress, CA 90630


Star Buffet Lynwood
11383 Long Beach Blvd
Lynwood, CA 90262


Stephanie's Lingerie
2941 Wisconsin Ave
South Gate, CA 90280


Street Cellular
11282 Streamfield Center
Riverside, CA 92505


Sun Hye Chung
4115 W 182nd St., Suite 14
Torrance, CA 90504


Sun Pac Containers
23222 Olive Avenue
Lake Forest, CA 92630


Sung Ryong Lee
4033 Santa Anita Ln
Yorba Linda, CA 92886


Sunny Fashion
3185 Wilshire Blvd Suite 281
Los Angeles, CA 90010

Super Image Factory
3100 E. Imperial Hwy Ste #1321
Lynwood, CA 90262


Sweet Stone Jewelry
135 Islington
Irvine, CA 92620


Tacos Don Luis
3981 Le Sage St.
Lynwood, CA 90262


TacoTento
3100 E. Imperial Hwy, Unit P10B
Lynwood, CA 90262


Tamales
3100 E. Imperial Hwy Unit 1310
Lynwood, CA 90262


Tesoro Jewelry
315 Wild Ginger
Yorba Linda, CA


The Kickin' Crab
3170 Imperial Hwy B4B102
Lynwood, CA 90262


The Lynwood Redevelopment Agency
11330 Bullis Road
Lynwood, CA 90262

TJ Nails Spa
11337 Long Beach Blvd
Lynwood, CA 90262


Top Fashion
3100 E. Imperial Hwy Unit H7I6
Lynwood, CA 90262


Top Fashion
3100 E Imperial Hwy Unit E3
Lynwood, CA 90262


Torres Enterprise Corp.
426 N Main Street
Elkhart, IN 46516


Tortas Ahogadas
3100 Imperial Hwy, Ste B1-3001
Lynwood, CA 90262


TS Discount
7860 Paramount BL, J-39
Pico Rivera, CA 90660


Twin Scoop Ice Cream
1410 S Dwight Ave
Compton, CA 90220


Una Mexicana Que Fruta Vendia
7123 Rio Flora Place
Downey, CA 90241

Usama Awadallah
5832 Newman Street
Cypress, CA 90630


Vergara Insurance Service, Inc.
3100 East Imperial Hwy Unit U6
Lynwood, CA 90262


Veronica's Insurance
290 W. Orange Show Rd Suite 100
San Bernardino, CA 92408


Victoria
3100 East Imperial Highway
Lynwood, CA 90262


Virginia Jovel
13257 Deming Street
Downey, CA 90242


Vivian's Bakery
3100 East Imperial Highway
Lynwood, CA 90262


Waste Resources, Inc.
23 Corporate Plaza Drive, Suite 247
Newport Beach, CA 92660


Wateria
3100 E. Imperial Hwy B2/1209
Lynwood, CA 90262

Wedding Chapel
3150 E. Imperial Hwy B8106
Lynwood, CA 90262


Wells Fargo Bank, N.A., as Trustee
Morgan Stanley Cap I Trust 2016-UBS
9062 Old Annapolis Road
Columbia, MD 21045


Wesco Specialist, Inc.
1031 Lime Tree Place
Fullerton, CA 92833


X-Phone
4960 Adriano Drive
Cypress, CA 90630


Yogurt de Armo
3100 E. Imperial Hwy, Unit #B31003
Lynwood, CA 90262


Yogurtland
11215 Long Beach Blvd. #1007
Lynwood, CA 90262


Yon Kyung Choi dba Lucky Accessorie
3100 E. Imperial Hwy., Unit F1
Lynwood, CA 90262


Yoshiharu Ramen Express
15476 Canon Lane
Chino Hills, CA 91709

Young Electric Sign Company
6725 W Chicago Street
Chandler, AZ 85226

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>rb@lnbyb.com | |
| ☑ *Attorney for:  Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Plamex Investment, LLC**<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br><br><br><br><br>                                          Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Donald Chae**                                          , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

       ☑ I am the president or other officer or an authorized agent of the Debtor corporation

       ☐ I am a party to an adversary proceeding

       ☐ I am a party to a contested matter

       ☐ I am the attorney for the Debtor corporation

2.a.   ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

       **3100 E. Imperial Investment, LLC**

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **April 14, 2021** | By: _____ |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Donald Chae** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                         **F 1007-4.CORP.OWNERSHIP.STMT**