RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYB.com, MYK@LNBYB.COM; JYO@LNBYB.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | ) Case No.: 8:21-bk-10958-ES |
| | ) |
| PLAMEX INVESTMENT, LLC, | ) Chapter 11 |
| | ) |
| Debtor and | ) **DECLARATION OF TELEPHONIC** |
| Debtor in Possession. | ) **NOTICE OF HEARING ON FIRST-DAY** |
| | ) **EMERGENCY MOTIONS** |
| | ) |
| | ) Date:     April 16, 2021 |
| | ) Time:    10:00 a.m. |
| | ) Place:    ZoomGov |

1

I, John Berwick, declare as follows:

1. I am over the age of 18 and am employed at Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

2. The statements contained herein are of my own personal knowledge and, if called as a witness, I would and could competently testify thereto.

3. On April 14, 2021, I gave telephonic notice of the hearing on the Debtor's two emergency motions - (1) Debtor's Emergency Motion For Entry Of An Interim Order, Pending A Final Hearing, Authorizing The Debtor To Use Cash Collateral; and (2) Debtor's Emergency Motion For Entry Of Order Authorizing Debtor To Provide Adequate Assurance Of Future Payment To Utility Companies Pursuant To 11 U.S.C. § 366 (the "Motions").

4. I informed those entities contacted that the hearing on the Debtor's Emergency Motions was set for April 16, 2021 at 10:00 a.m. via ZoomGov before The Hon. Erithe A. Smith, United States Bankruptcy Court, Central District of California, Santa Ana Division and that any response to the Debtor's Emergency Motions could be presented at the time of the hearing on the Motions. I also informed them that the hearing would be conducted via ZoomGov and the information by which they could participate in the hearing (the "Hearing Information").

5. Attached below is a chart showing those entities contacted by telephone who were given the Hearing Information, the time of contacting them and the results:

| **Entity** | **Telephone Number** | **Results** |
|---|---|---|
| Office of the U.S. Trustee<br>Attn: Nancy S. Goldenberg | (714) 338-3416 | Left message at 4:25 pm |
| **Secured**<br>The Lynwood Redevelopment Agency | (562) 290-2157 | Left Hearing Information with Michelle Ramirez at 4:49 pm |
| **Secured**<br>CWCapital Asset Management | (301) 255-4882<br>(202) 766-3111 | Left message at 4:45 pm |

| | | |
|---|---|---|
| **Secured**<br>Quarry Head 2017-1 Grantor Trust<br>c/o Waterfall Asset Management | (212) 257-4651 | Left message with Jamie Scholz at 4:26 pm |
| **Secured**<br>Wells Fargo Bank, N.A., as Trustee-Morgan Stanley Cap I Trust 2016-UBS | (310) 788-3228 | Left message with Mark Birnbaum at 4:28 pm |
| **Secured**<br>Keybank Real Estate Capital | (913) 317-4390 | Left message with Timothy R. Gruenenfelder at 4:30 pm |
| **Secured**<br>Greenberg Traurig, PA | (305) 874-0057 | Left message with Laura Gangemi Vignola, Esq. at 4:32 pm |
| **Secured**<br>WF 1105, LLC<br>c/o Waterfall Asset Management, LLC | (212) 257-4651 | Left message with Jamie Scholz at 4:26 pm |
| **Top 20**<br>Bioncos La Huerta | (562) 382-7617 | Left message at 4:34 pm |
| **Top 20**<br>Better & Best Building Service Inc. | (213) 200-2099 | Left message at 4: 36 pm |
| **Top 20**<br>Fashion Qrew | (213) 247-5550 | Attempted to contact at 4:38 pm, but phone constantly busy |
| **Top 20**<br>Autofin USA | (310) 933-0990 | Left message at 4: 39 pm |
| **Top 20**<br>Family Acupuncture & Herb | (310) 609-2820 | Unable to leave message, phone not in service |
| **Top 20**<br>Grupo Pakar LLC | (713) 494-6553 | Left message at 4: 40 pm |
| **Top 20**<br>Bubbles Apparel | (213) 744-0007 | Unable to leave message, phone disconnected |
| **Top 20**<br>Grupo Concordia LA | (619) 717-9400 | Gave Hearing Information at 4:50 pm, person would not give name |

| | | |
|---|---|---|
| **Top 20**<br>JPL Event Enterprise LLC | (714) 827-3836 | Gave Hearing Information at 4:52 pm to Jovan |
| **Top 20**<br>GTO Security | (323) 391-5142 | Gave Hearing Information at 4:45 pm to Victor |
| **Top 20**<br>Hip Hop Zone | (323) 855-4549 | Gave Hearing Information at 4:54 to person who would not give his name. |
| **Top 20**<br>Planet Fitness | (610) 220-4803 | Left message at 4:56 to Shawn Bishop |
| **Top 20**<br>Happy Land | (310) 638-8558 | Attempted to give Hearing Information at 4:57 pm to person who did not speak English |
| **Top 20**<br>Pho VNK | (213) 200-8916 | Spoke with "unintelligible" at 4:58 and gave him Hearing Information |
| **Top 20**<br>Star Buffet Lynwood | (310) 668-9081 | Unable to leave message, phone out of service |
| **Top 20**<br>Jose Alan Sandoval-Iniquez | (562) 387-5484 | Gave Hearing Information to Jose at 4:59 pm |
| **Top 20**<br>The Kickin' Crab | (714) 521-8858 | Left message at 5:00 pm |
| **Top 20**<br>Real De Oaxaca | (323) 357-5900 | Unable to leave message, phone disconnected |
| **Utilities**<br>AT&T - Carol Stream | (800) 288-2020 | Left message giving Hearing Information at 3:35 pm with Angel |
| **Utilities**<br>City of Lynwood<br>11330 Bullis Road<br>Lynwood, CA 90262 | (310) 603-0220 | Gave Hearing Information to Sylvia at 3:51 pm |

4

| | | |
|---|---|---|
| **Utilities**<br>DirecTV<br>P.O. Box 5006<br>Carol Stream, IL 60197-5006 | (844) 989-4235 | Left message with Hearing Information at 4:03 pm |
| **Utilities**<br>So. Cal. Edison<br>P.O. Box 300<br>Rosemead, CA 91772 | (626) 302-1212 | Left message with Hearing Information for Stephie at 4:07 pm |
| **Utilities**<br>Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | (800 345-2816<br>(800) 555-8879 | Attempted to leave message at 4:12 pm, but both phone numbers out of service |
| **Utilities**<br>Waste Resources<br>P.O. Box 3818<br>Gardena, CA 90247 | (310) 366-7600 | Left message with Hearing Information at 4:14 pm |

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of April 2021, at Los Angeles, California.

                                               /s/ John Berwick
                                                Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF TELEPHONIC NOTICE OF HEARING ON FIRST-DAY EMERGENCY MOTIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 15, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 15, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 15, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Personal Delivery*
Hon. Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**