| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Tel: (310) 229-1234; Fax: (310) 229-1244<br>Email: RB@LNBYB.com, MYK@LNBYB.COM; JYO@LNBYB.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  Santa Ana Division**

In re: PLAMEX INVESTMENT, LLC,
    a Delaware limited liability company,

                                                          Debtor(s)
------------------------------------------------------------
In re: 3100 E. IMPERIAL INVESTMENT, LLC,
    a Delaware limited liability company

                                                          Debtor(s)

LEAD CASE NO.: 8:21-bk-10958-ES

CHAPTER: 11

JOINTLY ADMINISTERED WITH:

CASE NO.: 8:21-bk-10957-ES

CASE NO.:

CASE NO.:

CASE NO.:

CASE NO.:

☐ See attached for additional Case Numbers

☒ Affects All Debtors
☐ Affects
☐ Affects
☐ Affects
☐ Affects
☐ See attached for additional Debtors

                                                          Debtor(s)

# NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS

**[LBR 1015-1]**

[No Hearing Required]

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:  An order was entered on (*date*) 04/15/2021    granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                   Page 1                    **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:

Date: 04/15/2021                                        By: /s/ Juliet Y. Oh
                                                                    Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                         Page 2                         **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 15, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 15, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 15, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| April 15, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-8
Case 8:21-bk-10958-ES
Central District of California
Santa Ana
Thu Apr 15 14:09:46 PDT 2021

Alamex Investment, LLC
6988 Beach Blvd
Suite B-215
Buena Park, CA 90621-6822

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

333 Fashion
24641 Maple Ln
Harbor City, CA 90710-4552

99 Cent Store & Up
1251 S. Montebello Blvd
Montebello, CA 90640-6447

A & S Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262-3202

A Fashion Plus
20415 Berendo Ave
Torrance, CA 90502-1504

Abigai Pacheco, Irina Rossi, et al.
3100 E. Imperial Hwy, Unit J11
Lynwood, CA 90262-3202

Airbrush Nation
1004 N Pointsettia Ave APT D
Compton, CA 90221-2164

Aldo's Key Shop
3100 E Imperial Hwy #1323
Lynwood, CA 90262-3202

Alicia Vera Murillo
3100 E Imperial Hwy VCT17
Lynwood, CA 90262-3202

All City Footwear
4035 Santa Anita LN
Yorba Linda, CA 92886

Angel's Bridal
3100 E Imperial Hwy
Lynwood, CA 90262-3202

Angelica Fernandez Alvarez
13800 Parkcenter Ln
Tustin, CA 92782-8502

Antonio de la Cruz, an individual
11175 Lynden Street
Lynwood, CA 90262-2918

Arlene's Fashions
3100 E. Imperial Hwy B31005
Lynwood, CA 90262-3202

Art Craft & Religious
3100 E Imperial Hwy VCT09
Lynwood, CA 90262-3202

Art Nails
3100 E. Imperial Hwy Unit L9
Lynwood, CA 90262-3202

Autofin USA
3180 E. Imperial Hwy. #G
Lynwood, CA 90262-3215

Ave Beauty Supply
4020 Court Land Street
Lynwood, CA 90262

Azteca Jewelry
3100 E Imperial Hwy Unit E1
Lynwood, CA 90262-3202

BM Classic Portaits
68 Pomona Ave
Long Beach, CA 90803-3425

BW Sports & Hobbies
14015 Camino Del Oro
Riverside, CA 92508-2440

Beauty Zone
7526 Brookmill Rd.
Downey, CA 90241-4636

Bebe Craft
8901 Calden Ave, APT#405
South Gate, CA 90280-2678

Better & Best Building Service Inc.
1833 Avenida San Lorenzo
Fullerton, CA 92833-1821

Big Discount
3100 East Imperial Highway
Lynwood, CA 90262-3202

Bioncos La Huerta
8557 Orange Street
Downey, CA 90242-3644

Birreria Jalisco
3180 E. Imperial Hwy A2D
Lynwood, CA 90262-3228

Blanca Martinez
3100 E Imperial Hwy VKIO25
Lynwood, CA 90262-3202

```
Boom Boom Sounds                    Boost Mobile                             Bubbles Apparel
8827 Mel Dar Ave                    3100 E. Imperial Hwy, Unit B3-1002       2839 Sycamore Avenue
Downey, CA 90240-2315               Lynwood, CA 90262-3202                   La Crescenta, CA 91214-3920


CWCapital Asset Management          Candle Light Bakery                      Capital Cap & Embroidery
900 19th Street NW, 8th Floor       3150 E. Imperial Hwy, Ste 102            1621 South Highland Avenue #K
Attn: Ariel Levin/Jake Hamel        Lynwood, CA 90262-3226                   Fullerton, CA 92832-3547
Washington, DC 20006-2127


Carrera Consessions                 Casa Colima                              Cell Mart
3100 E Imperial Hwy                 3200 Mulford Ave, Unit 202               1122 Teri Avenue
Lynwood, CA 90262-3202              Lynwood, CA 90262-3227                   Torrance, CA 90503-5123


(p)JPMORGAN CHASE BANK  N A         Chin Shoes                               Come Again
BANKRUPTCY MAIL INTAKE TEAM         20019 Gridley Rd                         3307 Burton Ave
700 KANSAS LANE FLOOR 01            Cerritos, CA 90703-6724                  Lynwood, CA 90262-4815
MONROE LA 71203-4774


DF Wireless                         Delicias Oaxaquenas                      Diana Michel
3200 Mulford Ave. #103              3100 E. Imperial Hwy  B11312             3100 E. Imperial Hwy Unit H8
Lynwood, CA 90262-3227              Lynwood, CA 90262-3202                   Lynwood, CA 90262-3202


Diana Roman                         Diana Yunhi Kim                          Diz N Dat
3286 Burton Ave, APT A              1705 Downs Dr                            2905 Claredon Avenue, Apt. E
Lynwood, CA 90262-4843              Odessa, FL 33556                         Huntington Park, CA 90255-4461


(p)DOLEX DOLLAR EXPRESS  INC        Domino's Pizza                           Dulce Vida
ATTN LAYBAA HERNANDEZ               15198 Downey Ave                         16031 Pioneer Blvd., Apt. H-6
701 HIGHLANDER BLVD                 Paramount, CA 90723-4594                 Norwalk, CA 90650-7131
STE 300
ARLINGTON TX 76015-4340


El Azul Jewelry                     El Pollo Real                            Elizabeth Adame
Plaza Mexico Unit #P4Q5             3100 E. Imperial Hwy, Unit 3009          3307 Burton Ave
3100 E. Imperial Hwy                Lynwood, CA 90262-3202                   Lynwood, CA 90262-4815
Lynwood, CA 90262-3202


Enciso Realty                       Enrika Ochoa                             Epax Systems, Inc.
249 S. Occidental Blvd #315         3100 E Imperial Hwy Unit D7              14641 Arminta Street
Los Angeles, CA 90057-1252          Lynwood, CA 90262-3202                   Panorama City, CA 91402-5901


F4 Jewelry                          Family Acupuncture & Herb Clinic         Fancy Jewelry
3100 E Imperial Hwy Unit F4         3150 E. Imperial Hwy B8-206              1512 Amherst Ave Suite 206
Lynwood, CA 90262-3202              Lynwood, CA 90262-3223                   Los Angeles, CA 90025-3665
```

| | | |
|---|---|---|
| Farmacia Natural<br>20323 Dorothy Street<br>Santa Clarita, CA 91350-3692 | Farmacia Natural<br>3100 E Imperial Hwy Unit S9<br>Lynwood, CA 90262-3202 | Farmacia Naturista Mexicana<br>3100 E Imperial Hwy Unit E2<br>Lynwood, CA 90262-3202 |
| Farmers Insurance Agency<br>3150 E. Imperial Hwy, #113<br>Lynwood, CA 90262-3226 | Faro Optometry<br>27381 Glenwood Drive<br>Mission Viejo, CA 92692-5004 | Fashion Qrew<br>1324 E. Washington Blvd<br>Los Angeles, CA 90021-3038 |
| Fashion Time<br>3100 E. Imperial Hwy Unit J2J3<br>Lynwood, CA 90262-3202 | First Aid Urgent Care<br>7204 Foothill Boulevard<br>Tujunga, CA 91042-2719 | Flor Paredes<br>11436 Peach St<br>Lynwood, CA 90262-4245 |
| Flores Bautista Gloria O.<br>1433 Kingsmill Ave<br>Rowland Heights, CA 91748-2308 | GTO Security<br>2202 S Figueroa Street, Suite 134<br>Los Angeles, CA 90007-2049 | Global Jewelry<br>8247 Haseltime<br>Buena Park, CA 90621-1328 |
| Gloria Flores<br>1433 Kingsmill Avenue<br>Rowland Heights, CA 91748-2308 | Grainger<br>1050 W. Walnut Street<br>Compton, CA 90220-5112 | Grupo Concordia LA<br>5919 San Miguel Road<br>Bonita, CA 91902-2923 |
| Grupo Pakar LLC<br>9595 Six Pines Drive Suite 8210<br>The Woodlands, TX 77380-1642 | Guillermo CamberosPreciado<br>307 E. Jefferson Blvd Suite 328<br>Los Angeles, CA 90011-2334 | Han's Toy<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 |
| Happy Chinese<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Happy Land<br>6732 Los Verdes Dr. #3<br>Rancho Palos Verdes, CA 90275-5518 | Happy Rice<br>3100 E. Imperial Hwy #3008<br>Lynwood, CA 90262-3202 |
| Hermandad Mexicana Legal Centers<br>210 W. Adams Blvd<br>Los Angeles, CA 90007-2653 | Hip Hop Zone<br>3100 E. Imperial Hwy #1009<br>Lynwood, CA 90262-3202 | Hoon Ko<br>1621 S. Highland Ave Apt K<br>Fullerton, CA 92832-3547 |
| Inti Arts & Craft<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 | Ivette By Mitzy<br>2633 McKinney Ave Ste 130-363<br>Dallas, TX 75204-2581 | JPL Event Enterprise LLC<br>1238 South Beach Blvd<br>Anaheim, CA 92804-4828 |
| Jang's Men's Fashion<br>3100 E. Imperial Hwy<br>Lynwood, CA 90262-3202 | Jesus Garcia<br>11145 Bellinger Street<br>Lynwood, CA 90262-2464 | Jesus Garcia<br>11145 Bellinser<br>Lynwood, CA 90262-2464 |

| | | |
|---|---|---|
| Jewelry and Beauty Inc<br>5500 Torrance Blvd, C132<br>Torrance, CA 90503-4076 | Jimmy Choi<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Jong R Jang<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 |
| Jose Alan Sandoval<br>15137 San Jose Ave<br>PARAMOUNT, CA 90723-3722 | Jose Alan Sandoval Iniguez<br>15137 San Jose Ave<br>PARAMOUNT, CA 90723-3722 | Jose Alan Sandoval-Iniquez<br>15137 San Jose Ave<br>Paramount, CA 90723-3722 |
| Jose Gutierrez-Torres<br>15137 San Jose Ave<br>Paramount, CA 90723-3722 | Joy Sports Wear<br>3100 E. Imperial Hwy Unit F5<br>Lynwood, CA 90262-3202 | Kat's Lingerie<br>1735 Lincoln Ave #40<br>Torrance, CA 90501-4726 |
| Kid's Love<br>1413 Lomita Blvd Suite 3<br>Harbor City, CA 90710-5415 | Kiddie World<br>1936 Delmesa Ave<br>Hacienda Heights, CA 91745-4222 | Kiddie World II<br>1936 Delmesa Ave<br>Hacienda Heights, CA 91745-4222 |
| Kone Inc.<br>1821 Tyburn Street<br>Glendale, CA 91204-2922 | L' Dorado Jewelry<br>3100 E Imperial Hwy Unit D6<br>Lynwood, CA 90262-3202 | LA Michoacana<br>2506 W. Adams<br>Santa Ana, CA 92704-5547 |
| La Casa De La Novia<br>11641 State St<br>Lynwood, CA 90262-4124 | La Parisina<br>9728 Brookgreen Rd<br>Downey, CA 90240-2505 | Leticia Torres<br>3796 Millstone Court<br>Pomona, CA 91766-4679 |
| Libreria Libertadores, LLC<br>3351 Marine Ave APT 42<br>Gardena, CA 90249-3946 | LimNexus LLP<br>707 Wilshire Boulevard, 46th Floor<br>Los Angeles, CA 90017-3612 | Lizette M. Cortez<br>12852 Lakewood Blvd, Apt 1<br>Downey, CA 90242-4639 |
| Lucky Gold<br>3100 East Imperial Highway, Unit I7<br>Lynwood, CA 90262-3202 | Luis Fernando Alcantar-Rojo<br>10111 State Street<br>Lynwood, CA 90262-1545 | Lynwood Alteration<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 |
| Lynwood Auto Accessories<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Lynwood United Medical<br>3150 E. Imperial Hwy., Ste. 203<br>Lynwood, CA 90262-3226 | MG Colombian Boutique<br>9728 Brookgreen Rd<br>Downey, CA 90240-2505 |
| Mago's Acupuncture<br>3100 E. Imperial Hwy Unit B5<br>Lynwood, CA 90262-3202 | Marci Pizza<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Marco Antonio Juarez Cruz<br>11166 Penn St<br>Lynwood, CA 90262-2423 |

| | | |
|---|---|---|
| Maria Luisa Rojo Alvarez<br>10960 Duncan Avenue<br>Lynwood, CA 90262-3047 | Mariscos El Rey<br>3100 E. Imperial Hwy Ste. #3002<br>Lynwood, CA 90262-3202 | Mariscos Rio Balsas<br>3100 E Imperial Hwy Unit Q11<br>Lynwood, CA 90262-3202 |
| Marquez Trading<br>3100 E. Imperial Hwy Ste#1301<br>Lynwood, CA 90262-3202 | Marshmallow<br>1413 Lomita Blvd Suite 3<br>Harbor City, CA 90710-5415 | Mauro Valdez Sandoval<br>1623 E. 117 Place<br>Los Angeles, CA 90059-2513 |
| Mean Chix, Inc. - Hot Chix<br>772 N. Van Ness Avenue Apt 6<br>Los Angeles, CA 90038-3128 | Mike Kim / T-Mobile<br>3100 E. Imperial Hwy, Unit #B2-1203<br>Lynwood, CA 90262-3202 | Milbes Men's Wear<br>3100 E. Imperial Hwy Unit O234<br>Lynwood, CA 90262-3202 |
| Militar's Cut Unisex<br>6037 Priory St<br>Bell Gardens, CA 90201-4744 | MoMo Trading<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 | Mr. Hammer Shoes<br>3100 E. Imperial Hwy, Unit P10B<br>Lynwood, CA 90262-3202 |
| Mundo de Artesanias<br>3100 E Imperial Hwy VKIO24<br>Lynwood, CA 90262-3202 | Muzak<br>3318 Lakemont Blvd.<br>Fort Mill, SC 29708-8309 | Natixis, New York Branch<br>1251 Avenue of the Americas<br>New York, NY 10020-1104 |
| New Trends Clothing, Inc.<br>6602 Gifford Ave<br>Bell, CA 90201-2406 | North American Amusements<br>1502 Foothill Blvd<br>Suite 103 PMB 218<br>La Verne, CA 91750-3439 | Nueva Vision Optical<br>3100 E. Imperial Hwy #1109<br>Lynwood, CA 90262-3202 |
| Officenet, Inc.<br>10410 Pioneer Blvd Suite 2<br>Santa Fe Springs, CA 90670-8222 | One Hour Photo<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Pang Pang Donuts<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 |
| Perfecto Nails<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Perfumes and Hair Products<br>3150 E. Imperial Hwy #101<br>Lynwood, CA 90262-3226 | Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Attn: Mark Birnbaum<br>Los Angeles, CA 90067-1721 |
| Perkins Coie LLP<br>2901 N. Central Ave., Suite 2000<br>Attn: Liana W. Spendlove<br>Phoenix, AZ 85012-2740 | Pho VNK<br>3180 E. Imperial Hwy, Suite C<br>Lynwood, CA 90262-3215 | Pink Melon<br>22920 Entoril Dr. Suite 1<br>Diamond Bar, CA 91765-5409 |
| Pinky's Threading<br>3100 E. Imperial Hwy #1107<br>Lynwood, CA 90262-3202 | Pkim, Inc.<br>4540 Campus Drive, Suite 123<br>Newport Beach, CA 92660-1815 | Planet Fitness<br>125 E. Elm Street, Suite 300<br>Conshohocken, PA 19428-4150 |

| | | |
|---|---|---|
| Point Exterminators Inc.<br>1612 Arlington Avenue<br>Los Angeles, CA 90019-6219 | Pretzerie<br>3961 Via Marisol APT#318<br>Los Angeles, CA 90042-4973 | Primo's Pet Shop<br>4221 Shirley Ave<br>Lynwood, CA 90262-2939 |
| Pro Sports<br>18529 Stonegate Ln<br>Rowland Heights, CA 91748-5157 | Professional Documents, Inc.<br>3150 E. Imperial Hwy B8107<br>Lynwood, CA 90262-3223 | Progreso Financiero<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 |
| Rachel's Secret<br>10609 Newville Avenue<br>Downey, CA 90241-3044 | Rainbow Beauty<br>525 N Gilbert St # 62<br>Anaheim, CA 92801-5027 | Ray's Fashion<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 |
| Real De Oaxaca<br>11215 Long Beach Blvd #1010<br>Lynwood, CA 90262-4293 | Ricardo Gonzalez<br>8616 S Main Street<br>Los Angeles, CA 90003-3402 | Rinconcito Poblano<br>3100 E. Imperial Hwy B13007<br>Lynwood, CA 90262-3202 |
| Robert's Fashion<br>3100 E Imperial Hwy Unit D4<br>Lynwood, CA 90262-3202 | Roberto Navarro<br>2729 NEBRASKA AVE APT#C<br>SOUTH GATE, CA 90280-4065 | Rosarios y Pulseras Estilo Sinaloa<br>2731 Nebraska Ave Apt C<br>South Gate, CA 90280-4068 |
| Rosy's Beauty Salon<br>3150 E. Imperial Hwy B8110 & 111<br>Lynwood, CA 90262-3223 | S.M. Foot Wear<br>3100 E. Imperial Hwy Unit H5H6<br>Lynwood, CA 90262-3202 | Sang Gyu Shin<br>10972 Golden Rod St<br>Redlands, CA 92373-4249 |
| Say Cheese Photo<br>3100 E. Imperial Hwy #B2-1104<br>Lynwood, CA 90262-3202 | Shoes 4 Less<br>3117 Rimrock Cic<br>Fullerton, CA 92833-5525 | Snow Factory<br>3580 WILSHIRE BLVD STE 1655<br>Los Angeles, CA 90010-2519 |
| Southern California Edison<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770-3714 | Spacetel LA Inc. - Cricket Wireless<br>3100 E. Imperial Hwy, Unit B2-1103<br>Lynwood, CA 90262-3202 | Sport Time<br>8571 Cedar St<br>Bellflower, CA 90706-6301 |
| Sri Eyebrow Threading and Nails<br>11225 Long Beach Blvd #202<br>Lynwood, CA 90262-4287 | Stacy Han<br>9475 Rosemarie Ct<br>Cypress, CA 90630-2858 | Star Buffet Lynwood<br>11383 Long Beach Blvd<br>Lynwood, CA 90262-3300 |
| Stephanie's Lingerie<br>2941 Wisconsin Ave<br>South Gate, CA 90280-5646 | Street Cellular<br>11282 Streamfield Center<br>Riverside, CA 92505-5713 | Sun Hye Chung<br>4115 W 182nd St., Suite 14<br>Torrance, CA 90504-4728 |

Sun Pac Containers
23222 Olive Avenue
Lake Forest, CA 92630-5330

Sung Byong Lee
4033 Santa Anita Ln
Yorba Linda, CA 92886-7013

Sunny Fashion
3185 Wilshire Blvd Suite 281
Los Angeles, CA 90010-1248

Super Image Factory
3100 E. Imperial Hwy Ste  #1321
Lynwood, CA 90262-3202

Sweet Stone Jewelry
135 Islington
Irvine, CA 92620-1227

TJ Nails Spa
11337 Long Beach Blvd
Lynwood, CA 90262-3300

TS Discount
7860 Paramount BL, J-39
Pico Rivera, CA 90660-4311

TacoTento
3100 E. Imperial Hwy, Unit P10B
Lynwood, CA 90262-3202

Tacos Don Luis
3981 Le Sage St.
Lynwood, CA 90262-2823

Tamales
3100 E. Imperial Hwy Unit 1310
Lynwood, CA 90262-3202

Tesoro Jewelry
315 Wild Ginger
Yorba Linda, CA

The Kickin' Crab
3170 Imperial Hwy B4B102
Lynwood, CA 90262-3200

The Lynwood Redevelopment Agency
11330 Bullis Road
Lynwood, CA 90262-3662

Top Fashion
3100 E Imperial Hwy Unit E3
Lynwood, CA 90262-3202

Top Fashion
3100 E. Imperial Hwy Unit H7I6
Lynwood, CA 90262-3202

Torres Enterprise Corp.
426 N Main Street
Elkhart, IN 46516-3032

Tortas Ahogadas
3100 Imperial Hwy, Ste B1-3001
Lynwood, CA 90262-3202

Twin Scoop Ice Cream
1410 S Dwight Ave
Compton, CA 90220-4548

U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000

Una Mexicana Que Fruta Vendia
7123 Rio Flora Place
Downey, CA 90241-2028

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Usama Awadallah
5832 Newman Street
Cypress, CA 90630-3323

Vergara Insurance Service, Inc.
3100 East Imperial Hwy Unit U6
Lynwood, CA 90262-3202

Veronica's Insurance
290 W. Orange Show Rd Suite 100
San Bernardino, CA 92408-3345

Victoria
3100 East Imperial Highway
Lynwood, CA 90262-3202

Virginia Jovel
13257 Deming Street
Downey, CA 90242-5255

Vivian's Bakery
3100 East Imperial Highway
Lynwood, CA 90262-3202

Waste Resources, Inc.
23 Corporate Plaza Drive, Suite 247
Newport Beach, CA 92660-7934

Wateria
3100 E. Imperial Hwy B2/1209
Lynwood, CA 90262-3202

Wedding Chapel
3150 E. Imperial Hwy B8106
Lynwood, CA 90262-3226

Wells Fargo Bank, N.A., as Trustee
Morgan Stanley Cap I Trust 2016-UBS
9062 Old Annapolis Road
Columbia, MD 21045-2479

Wesco Specialist, Inc.
1031 Lime Tree Place
Fullerton, CA 92833-4786

X-Phone
4960 Adriano Drive
Cypress, CA 90630-3524

Yogurt de Armo
3100 E. Imperial Hwy, Unit #B31003
Lynwood, CA 90262-3202

Yogurtland
11215 Long Beach Blvd. #1007
Lynwood, CA 90262-4293

Yon Kyung Choi dba Lucky Accessorie
3100 E. Imperial Hwy., Unit F1
Lynwood, CA 90262-3202

Yoshiharu Ramen Express
15476 Canon Lane
Chino Hills, CA 91709-5240

Young Electric Sign Company
6725 W Chicago Street
Chandler, AZ 85226-3335

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1140 Ave. of the Americas, 7th Fl.
New York, NY 10036-5803

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1251 Ave. of the Americas, 50th Fl.
New York, NY 10020-1122

c/o CWCapital Investments LLC
7501 Wisconsin Ave., Suite 500 West
Attn: Chris McCormack
Bethesda, MD 20814-6581

c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Stephen J. Friedman
Overland Park, KS 66211-1807

c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Timothy R. Gruenenfelder
Overland Park, KS 66211-1807