RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: RB@LNBYB.com, MYK@LNBYB.COM; JYO@LNBYB.com

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br><br>                           Debtor.<br><br>In re:<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br><br>                           Debtor.<br><br>☒ Affects Both Debtors<br><br>☐ Affects Plamex Investment, LLC only<br><br>☐ Affects 3100 E. Imperial Investment LLC only | LEAD CASE NO.: 8:21-bk-10958-ES<br><br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 8:21-bk-10957-ES<br><br><br><br>**DECLARATION OF SERVICE OF FIRST-DAY EMERGENCY MOTIONS**<br><br>Date:     April 16, 2021<br>Time:    10:00 a.m.<br>Place:   ZoomGov |

1

## DECLARATION OF STEPHANIE REICHERT

I, Stephanie Reichert, hereby declare as follows:

1. I am over the age of 18 and an employee at Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), proposed bankruptcy counsel to the above-listed Chapter 11 debtors and debtors in possession (the "Debtors").

2. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto.

3. I make this declaration regarding service of the following pleadings (collectively, the "Emergency Pleadings"):

- DEBTOR'S EMERGENCY MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366 (the "Utility Motion") [Docket No. 5]

- DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN INTERIM ORDER, PENDING A FINAL HEARING, AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL [Docket No. 6]

- STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2] [Docket No. 7]

- DECLARATION OF DONALD CHAE IN SUPPORT OF CASH COLLATERAL MOTION [Docket No. 8]

- DECLARATION OF LUIS C. VALENZUELA IN SUPPORT OF CASH COLLATERAL MOTION [Docket No. 9]

- NOTICE OF HEARING ON FIRST-DAY EMERGENCY MOTIONS (the "Notice of Hearing") [Docket No. 10]

4. On April 14, 2021 I served by overnight mail the above Emergency Pleadings to the addresses listed on **Exhibit "A"** attached hereto.

5. On April 14, 2021 I served by overnight mail the above Utility Motion and Notice of Hearing to the addresses of the utility companies listed on **Exhibit "B"** attached hereto.

6. On April 14, 2021 between 4:30 p.m. and 5:45 p.m., I emailed the email addresses

listed on **Exhibit "C"** attached hereto informing them of the hearing on April 16, 2021 at 10:00 a.m. on the Emergency Pleadings. Email recipients were sent electronic copies of the above Emergency Pleadings as attachments, as well as a DropBox link containing the Emergency Pleadings.

      7.    On April 14, 2021 at 5:03 p.m., I faxed the fax numbers listed on **Exhibit "D"** attached hereto the Notice of Hearing informing them of the hearing on April 16, 2021 at 10:00 a.m. on the Emergency Pleadings.

      8.    Additionally, on April 15, 2021 between 1:00 p.m. and 2:45 p.m., the Emergency Pleadings were personally served on the addresses listed on **Exhibit "E"** attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 15th day of April 2021 at Los Angeles, California.

*Stephanie Reichert*

                    STEPHANIE REICHERT

# EXHIBIT "A"

Plamex and 3100
Secured, UST, Top 20

Office of the U.S. Trustee
Region 16
411 W 4th St #7160
Santa Ana, CA 92701

The Lynwood Redevelopment Agency
11330 Bullis Road
Lynwood, CA 90262

Wells Fargo Bank, N.A., as Trustee
Morgan Stanley Cap I Trust 2016-UBS
9062 Old Annapolis Road
Columbia, MD 21045

Perkins Coie LLP
2901 N. Central Ave., Suite 2000
Attn: Liana W. Spendlove
Phoenix, AZ 85012

CWCapital Asset Management
900 19th Street NW, 8th Floor
Attn: Ariel Levin/Jake Hamel
Washington, DC 20006

Natixis, New York Branch
1251 Avenue of the Americas
New York, NY 10020

Perkins Coie LLP
1888 Century Park East, Suite 1700
Attn: Mark Birnbaum
Los Angeles, CA 90067

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1251 Ave. of the Americas, 50th Fl.
New York, NY 10020

c/o CWCapital Investments LLC
7501 Wisconsin Ave., Suite 500 West
Attn: Chris McCormack
Bethesda, MD 20814

c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Stephen J. Friedman
Overland Park, KS 66211

c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Timothy R. Gruenenfelder
Overland Park, KS 66211

Greenberg Traurig, PA
Attn: Laura Gangemi Vignola, Esq.
333 S.E. 2nd Avenue
Miami, FL 33131

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1140 Ave. of the Americas, 7th Fl.
New York, NY 10036

WF 1105, LLC
c/o Waterfall Asset Management, LLC
Attention: General Counsel
1140 Ave of the Americas, 7th Fl
New York, New York 10036

Better & Best Building Service Inc.
1833 Avenida San Lorenzo
Fullerton, CA 92833

Bioncos La Huerta
8557 Orange Street
Downey, CA 90242

Autofin USA
3180 E. Imperial Hwy. #G
Lynwood, CA 90262

Family Acupuncture & Herb Clinic
3150 E. Imperial Hwy B8-206
Lynwood, CA 90262

Fashion Qrew
1324 E. Washington Blvd
Los Angeles, CA 90021

Bubbles Apparel
2839 Sycamore Avenue
La Crescenta, CA 91214

Grupo Concordia LA
5919 San Miguel Road
Bonita, CA 91902

Grupo Pakar LLC
9595 Six Pines Drive Suite 8210
The Woodlands, TX 77382

GTO Security
2202 S Figueroa Street, Suite 134
Los Angeles, CA 90017

Hip Hop Zone
3100 E. Imperial Hwy #1009
Lynwood, CA 90262

JPL Event Enterprise LLC
1238 South Beach Blvd
Anaheim, CA 92804

Happy Land
6732 Los Verdes Dr. #3
Rancho Palos Verdes, CA 90275

Pho VNK
3180 E. Imperial Hwy, Suite C
Lynwood, CA 90262

Planet Fitness
125 E. Elm Street, Suite 300
Conshohocken, PA 19428

Jose Alan Sandoval-Iniquez
15137 San Jose Ave
Paramount, CA 90723

The Kickin' Crab
3170 Imperial Hwy B4B102
Lynwood, CA 90262

Star Buffet Lynwood
11383 Long Beach Blvd
Lynwood, CA 90262

Real De Oaxaca
11215 Long Beach Blvd #1010
Lynwood, CA 90262

# EXHIBIT "B"

Plamex and 3100
Utilities

| | | |
|---|---|---|
| AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197 | AT&T<br>c/o Bankruptcy<br>4331 Communications Drive, Fl. 4W<br>Dallas, TX 75211 | Agent for Service of Process for AT&T<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 |
| City of Lynwood<br>11330 Bullis Road<br>Lynwood, CA 90262 | Attn: Agent for Service of Process<br>City of Lynwood<br>11330 Bullis Road<br>Lynwood, CA 90262 | DirecTV<br>P.O. Box 5006<br>Carol Stream, IL 60197-5006 |
| DirecTV<br>c/o Bankruptcy<br>2230 E Imperial Hwy, Fl 10<br>El Segundo, CA 90245 | Agent for Service of Process for DirecTV<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | DirecTV<br>2260 E Imperial Hwy<br>El Segundo, CA 90245 |
| So. Cal. Edison<br>P.O. Box 300<br>Rosemead, CA 91772 | Southern California Edison<br>c/o Bankruptcy<br>1551 W San Bernardino Rd.<br>Covina, CA 91722 | Agent for Service of Process<br>for Southern California Edison<br>Attn: Cristina Limon<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770 |
| Southern California Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 | Southern California Gas Company<br>c/o Bankruptcy<br>8141 Gulana Ave<br>Playa Del Rey, CA 90293 | Agent for Service of Process for<br>Southern California Gas Company<br>c/o C T Corporation System<br>CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Dr., Ste 150N<br>Sacramento, CA 95833 |
| Southern California Gas Company<br>555 West 5th Street<br>Los Angeles, CA 90013 | Verizon Wireless<br>P.O. Box 660108<br>Dallas, TX 75266-0108 | Verizon Wireless<br>Bankruptcy Dept.<br>Attn: Deanna<br>404 Brock Drive<br>Bloomington, IL 61701 |
| Agent for Service of Process for Verizon<br>Services Corp. and Verizon Capital Corp<br>c/o CT Corporation System<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Verizon Services Corp<br>22001 Loudoun County Parkway<br>Ashburn, VA 20147 | Verizon Capital Corp<br>221 East 37th Street, 7th Floor<br>New York, NY 10016 |
| Waste Resources<br>P.O. Box 3818<br>Gardena, CA 90247 | Waste Resources<br>c/o Bankruptcy<br>850 E 111th Pl<br>Gardena, CA 90059-1520 | Agent for Service of Process<br>for Waste Resources<br>Attn: Julie Fujita<br>23 Corporate Plaza Drive, Suite 247<br>Newport Beach, CA 92660 |
| Waste Resources, Inc.<br>23 Corporate Plaza Drive, Suite 247<br>Newport Beach, CA 92660 | | |

# EXHIBIT "C"

Plamex and 3100
Secured, UST, Top 20, Utilities

Office of the U.S. Trustee
Attn: Nancy S. Goldenberg
Email: nancy.goldenberg@usdoj.gov

The Lynwood Redevelopment Agency
Email: mramirez@lynwood.ca.us

CWCapital Asset Management
Attn: Ariel Levin/Jake Hamel
Email: alevin@cwcapital.com
jhamel@cwcapital.com

Natixis, New York Branch
Attn: Corey A. Tessler, Esq.
Email: Ctessler@winston.com

c/o CWCapital Investments LLC
Attn: Chris McCormack
Email: cmccormack@cwcapital.com

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
Attn: Jamie Scholz
Email: JScholz@WaterfallAM.com

Wells Fargo Bank, N.A., as Trustee
Morgan Stanley Cap I Trust 2016-UBS
Attn: Mark Birnbaum
Email: E.MBirnbaum@perkinscoie.com

c/o Keybank Real Estate Capital
Attn: Timothy R. Gruenenfelder
Phone: (913) 317-4390
Email:
timothy_r_gruenenfelder@keybank.com

Greenberg Traurig, PA
Attn: Laura Gangemi Vignola, Esq.
Phone: 305-874-0057
Email: laura@g-law.com

**Top 20**
Bioncos La Huerta
Phone: (562) 382-7617
Email:
Fax:

WF 1105, LLC
c/o Waterfall Asset Management, LLC
Attn: Jamie Scholz
Email: JScholz@WaterfallAM.com

**Top 20**
Better & Best Building Service Inc.
Email: fly2u012@gmail.com

**Top 20**
Fashion Qrew
Email: jhfashionq@gmail.com

**Top 20**
Autofin USA
Email: afm.kangulo@groupoautofin.com.mx

**Top 20**
Grupo Concordia LA
Email:
directorgeneral@grupoconcordia.com

**Top 20**
Grupo Pakar LLC
Email: demianc@pakar.com

**Top 20**
GTO Security
Email: victoramendoza@hotmail.com

**Top 20**
The Kickin' Crab
Email: samcha@mdproperties.com

**Top 20**
JPL Event Enterprise LLC
Email: jovan.whec@gmail.com

**Top 20**
Jose Alan Sandoval-Iniquez
Email: mya-gt@hotmail.com

**Top 20**
Real De Oaxaca
Email: wholtec@yahoo.com

**Top 20**
Planet Fitness
Email: shawn@socalpf.com

**Utilities**
City of Lynwood
Email: mcervantes@lynwood.ca.us

**Utilities**
Waste Resources
Email: Eflores@wasteresources.com

# EXHIBIT "D"

Plamex and 3100
Utilities

| | | |
|---|---|---|
| AT&T | Southern California Edison | Southern California Gas Company |
| Fax: (866) 826-0132 | Fax: (626) 302-4285 | Fax: (909) 305-8261 |
| | | |
| Waste Resources | Verizon Wireless | |
| Fax: (310) 366-7606 | Fax: (309) 828-3423 | |
| | (309) 820-7044 | |

# EXHIBIT "E"

Plamex and 3100
Personally Served Addresses

**Top 20**
Bubbles Apparel
11221 Long Beach Blvd
Lynwood, CA 90262

**Top 20**
Family Acupuncture & Herb Clinic
3150 E. Imperial Hwy B8-206
Lynwood, CA 90262
*no answer; left on doorstep

**Top 20**
Star Buffet Lynwood
11383 Long Beach Blvd
Lynwood, CA 90262

**Top 20**
Happy Land
6732 Los Verdes Dr. #3
Rancho Palos Verdes, CA 90275
*no answer; left on doorstep

**Top 20**
Hip Hop Zone
3100 E. Imperial Hwy #1009
Lynwood, CA 90262

**Top 20**
Pho VNK
3180 E. Imperial Hwy, Suite C
Lynwood, CA 90262

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF SERVICE OF FIRST-DAY EMERGENCY MOTIONS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 15, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **April 15, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 15, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served by Personal Delivery*
Hon. Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**