| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David M. Neff, Illinois Bar. No. 6190202<br>DNeff@perkinscoie.com<br>Amir Gamliel, Cal. Bar No. 268121<br>AGamliel@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA  90067-1721<br>Telephone:  310.788.9900<br>Facsimile:  310.788.3399<br><br>*Attorney for:* Wells Fargo Bank, National Association, etc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>PLAMEX INVESTMENT, LLC,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:8:21-BK-10958-ES<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s).<br>vs.<br><br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, David M. Neff _____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):
   Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Passthrough Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*      Page 1      **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    PERKINS COIE LLP, 131 South Dearborn Street, Suite No. 1700, Chicago, IL 60603

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (s*pecify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

    **See Attached List**

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have  ☒ have not  been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




    I ☐ resigned  ☒ did not resign  while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):

    Amir Gamliel

    Name and address of law firm, or residence address:

    Perkins Coie LLP
    1888 Century Park East, Suite 1700
    Los Angeles, CA 90067

    Telephone number of law firm: 310-788-9900

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                            Page 2                                    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/16/2021

_____
Signature of applicant

David M. Neff
Printed name of applicant

**CONSENT OF DESIGNEE**

I consent to the foregoing designation.

Date: 4/16/2021

/s/ Amir Gamliel
Signature of Designee

Amir Gamliel
Printed name of Designee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 3    F 2090-1.2.APP.NONRES.ATTY

## ATTACHMENT TO PRO HAC VICE APPLICATION
## OF DAVID M. NEFF

| Bar/Court Admissions | Date of Admission |
|---|---|
| State of Arizona (AZ Bar #032889) | 05/05/16 |
| State of Illinois (IL Bar/ARDC #06190202) | 11/07/85 |
| U.S. Supreme Court | 07/25/11 |
| U.S. Court of Appeals for the Third Circuit | 04/16/15 |
| U.S. Court of Appeals for the Seventh Circuit | 10/01/04 |
| U.S. Court of Appeals for the Ninth Circuit | 10/09/12 |
| District Court for the Northern District of Illinois (Trial Bar Member) | 12/19/85 |
| District Court for the Central District of Illinois | 05/20/11 |
| District Court for the Eastern District of Wisconsin | 12/28/93 |
| District Court for the Western District of Wisconsin | 05/13/91 |
| District Court for the Eastern District of Michigan | 07/06/92 |
| District Court for the Western District of Michigan | 10/11/91 |
| District Court for the District of Nebraska | 10/15/10 |
| U.S. Bankruptcy Court, Eastern District of California | 11/28/18 |

```
Court Name: U.S. District Court
Division: 8
Receipt Number: SA017134
Cashier ID: evargas
Transaction Date: 04/15/2021
Payer Name: Southern California Legal

PRO HAC VICE
 For: David M. Neff
 Case/Party: D-CAC-8-21-AT-002021-001
 Amount:        $500.00

CHECK
 Remitter: Southern CA Legal
 Check/Money Order Num: 183913
 Amt Tendered:  $500.00

Total Due:       $500.00
Total Tendered: $500.00
Change Amt:       $0.00
```

8:21-bk-10958-ES

David M. Neff

131 S. Dearborn Street, #1700

Chicago, IL 60603


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1888 Century Park East, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/16/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2021 | Caroline Mallahi | /s/ Caroline Mallahi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                           Page 4                              F 2090-1.2.APP.NONRES.ATTY

## ATTACHED SERVICE LIST

- **Ron Bender**  rb@lnbyb.com
- **Amir Gamliel**  amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
- **Monica Y Kim**  myk@lnbrb.com, myk@ecf.inforuptcy.com
- **Daniel A Lev**  dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Juliet Y Oh**  jyo@lnbrb.com, jyo@lnbrb.com
- **Ronald N Richards**  ron@ronaldrichards.com, morani@ronaldrichards.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov