RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; MYK@LNBYB.COM; JYO@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor and
Debtor-in-Possession

**FILED & ENTERED**

**APR 27 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels   DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><br>☐  Affects both Debtors<br><br>☒  Affects Plamex Investment, LLC only<br><br>☐  Affects 3100 E. Imperial Investment, LLC only | Lead Case No.: 8:21-bk-10958-ES<br><br>Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES)<br><br>Chapter 11 Cases<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR AN ORDER EXTENDING TIME FOR PLAMEX INVESTMENT, LLC TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND ALL OTHER REQUIRED DOCUMENTS**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rules 1007-1(b) and 9013-1(p)(1)] |

The Court, having read and considered the *Ex Parte Motion For An Order Extending Time For Plamex Investment, LLC To File Schedules Of Assets And Liabilities, Statement Of Financial Affairs, And All Other Required Documents* (the "Motion") filed by Plamex Investment, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"), made pursuant to 11 U.S.C. § 521, Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, and Rules 1007-1(b) and 9013-1(p)(1) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California, and with good cause appearing, therefor,

**HEREBY ORDERS AS FOLLOWS:**

1. The Motion is granted;

2. The Debtor is hereby granted an extension of time up to and including May 12, 2021, to file its Schedules of Assets and Liabilities, Statement of Financial Affairs, and any other "Required Documents," as that term is defined in the Motion.

3. *No further extensions will be granted absent exigent circumstances.*

###

Date: April 27, 2021

Erithe Smith
United States Bankruptcy Judge

2