**Fill in this information to identify the case:**

Debtor name    **Plamex Investment, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:21-bk-10958-ES**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2021          x _____
                                         Signature of individual signing on behalf of debtor

                                      **Donald Chae**
                                      Printed name

                                      **Designated Officer**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Plamex Investment, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) **8:21-bk-10958-ES**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ **190,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................... $ **8,953,216.52**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ **198,953,216.52**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **107,779,863.93**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................................ $ **300.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **24,501,830.81**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b

   $ **132,281,994.74**

**Fill in this information to identify the case:**

Debtor name    **Plamex Investment, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)    **8:21-bk-10958-ES**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 2. | **Cash on hand** | | | **$500.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank Account**<br>**Open Bank** | **Checking** | **2826** | **$1,788.79** |
| 3.2. | **Bank Account**<br>**Open Bank** | **Checking** | **2834** | **$167,451.84** |
| 3.3. | **Lockbox Account (controlled by Lender)**<br>**Wells Fargo Bank** | **Lockbox** | **1414** | **$15,353.42** |
| 3.4. | **Reserve Accounts (controlled by Lender) - see list of Reserve Accounts attached as Exhibit B.3.4.** | **Reserve** | | **$4,977,107.85** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$5,162,201.90** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

| Debtor | **Plamex Investment, LLC** | Case number *(If known)* | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1.  Deposits and Prepayments - see Exhibit B.7 attached.              $278,297.38

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                   $278,297.38

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.  See detailed list of Tenant Accounts Receivable attached as Exhibit B.11.

11.  **Accounts receivable**

11a. 90 days old or less:    1,917,776.02  -  0.00  = ....    $1,917,776.02
                         face amount                doubtful or uncollectible accounts

11b. Over 90 days old:    7,640,213.48  -  6,179,714.21  =....    $1,460,499.27
                         face amount                doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        $3,378,275.29

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Plamex Investment, LLC** | Case number *(If known)* | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Furniture, Fixtures, Equipment and Machinery**<br>**(valued at cost, net of depreciation).  See**<br>**Exhibit B.50 attached.** | **$134,441.95** | **N/A** | **$134,441.95** |

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | **$134,441.95** |
|---|---|

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     

| Debtor | **Plamex Investment, LLC** | Case number *(If known)* | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Plaza Mexico (a 403,242 square-foot community shopping center in the City of Lynwood, Los Angeles County, California, which is comprised of the following addresses and vacant lots: 3100, 3140 and 3170 E. Imperial Hwy.; 11201, 11255, 11301, 11331 and 11369 Long Beach Blvd)** | Fee Simple | Unknown | N/A | $190,000,000.00 |

**56.**  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$190,000,000.00

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Affiliate Accounts Receivable - see detailed list of Affiliate Accounts Receivable attached as Exhibit B.71.** | 0.00<br>Total face amount | - | 0.00<br>doubtful or uncollectible amount | =<br>**Unknown** |

**72.**  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**  **Interests in insurance policies or annuities**

**74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Plamex Investment, LLC**                    Case number *(If known)*    **8:21-bk-10958-ES**
_____
Name

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                        **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Plamex Investment, LLC** | Case number *(If known)* | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,162,201.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $278,297.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,378,275.29 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $134,441.95 | |
| 88. **Real property.** *Copy line 56, Part 9* ......................................................................> | | $190,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,953,216.52 | + 91b. $190,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $198,953,216.52 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# Exhibit B.3.4

**Plamex Investment, LLC**
**Exhibit B.3.4 - Reserve Accounts**

<u>Cash in Reserve Accounts: (controlled by senior servicer)</u>

| | | | |
|---|---|---|---|
| Reserve - Operating Expenses | Reserve Account | 1371 | $ 2,238,427.06 |
| TI & Leasing Commissions Reserve | Reserve Account | 1371 | 1,515,593.06 |
| Rollover Reserve | Reserve Account | 1371 | 690,091.85 |
| Property Taxes Reserve | Reserve Account | 1371 | 131,888.84 |
| Misc Reserve - Food 4 Less | Reserve Account | 1371 | 88,259.34 |
| Capital Expense Reserve | Reserve Account | 1371 | 74,634.90 |
| OPA Reserve | Reserve Account | 1371 | 70,150.72 |
| Misc Reserve - La Curacao | Reserve Account | 1371 | 50,066.25 |
| Insurance Reserve | Reserve Account | 1371 | 39,390.87 |
| Misc Repair Reserve | Reserve Account | 1371 | 32,674.68 |
| Outstanding Litigation Reserve | Reserve Account | 1371 | 31,120.49 |
| Suspense Reserve | Reserve Account | 1371 | - |
| Free rent Reserve | Reserve Account | 1371 | 14,809.79 |
| | | Total Cash in Reserve Accounts | $ 4,977,107.85 |

**Exhibit B.7**

**Plamex Investment, LLC**
**Exhibit B.7 - Deposits and Prepayments**

| | | |
|---|---|---:|
| A/R Corporate Billings | $ | 102,062.33 |
| A/R Marketing Billings | | 42,840.00 |
| Retainer Deposit | | 50,000.00 |
| Refundable Deposit - Electric | | 38,052.20 |
| Gas Refundable | | 600.00 |
| Refundable Deposit - Water | | 24,168.37 |
| Other Utility Refundable Deposits | | 415.00 |
| Utility Ref-=Deposit-Phone | | 1,580.97 |
| Utility Ref-=Deposit-Internet | | 102.88 |
| Utility Ref-=Deposit-Cable TV | | 179.99 |
| Utility Ref-=Deposit-Trash | | 18,295.64 |
| | $ | 278,297.38 |

# Exhibit B.11

**PLAMEX INVESTMENT LLC**
**EXHIBIT B.11 - ACCOUNTS RECEIVABLE (TENANT RENTS)**

| Suite ID | Occupant Name | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Current Tenants | Inactive Tenants | Reserve Balance as of 12/31/2020 | NET Receivable | 90 days or less | Over 90 days | Allow for uncollectibles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **BLDG ID: 200PMI** | | | | | | | | | | | | | | |
| A1A2 | Han's Toy Total: | 82,368.50 | 2,590.63 | 2,590.63 | 2,590.63 | 2,590.63 | 72,005.98 | 82,368.50 | - | 67,089.70 | 15,278.80 | 10,362.52 | 72,005.98 | 67,089.70 |
| A3 | Capital Cap & Embroidery Total: | 11,987.24 | 65.82 | 65.82 | 65.82 | 65.82 | 11,723.96 | 11,987.24 | - | 7,892.14 | 4,095.10 | 263.28 | 11,723.96 | 7,892.14 |
| A4 | Stephanie's Lingerie Total: | 2,588.60 | - | 1,301.32 | - | - | 1,287.28 | 2,588.60 | - | - | 2,588.60 | 1,301.32 | 1,287.28 | - |
| A5A6 | Pink Melon Total: | 6,880.66 | 3,330.42 | 3,330.42 | 21.98 | - | 197.84 | 6,880.66 | - | - | 6,880.66 | 6,682.82 | 197.84 | - |
| A7 | Cell Mart Total: | 11,640.65 | 3,285.06 | 3,285.06 | 3,285.06 | - | 1,785.47 | 11,640.65 | - | - | 11,640.65 | 9,855.18 | 1,785.47 | - |
| A9 | Enciso Realty Total: | 11,109.70 | 1,245.40 | 1,245.40 | 1,245.40 | 1,245.40 | 6,128.10 | 11,109.70 | - | 1,429.50 | 9,680.20 | 4,981.60 | 6,128.10 | 1,429.50 |
| B1 | X-Phone Total: | 0.01 | 0.01 | - | - | - | - | 0.01 | - | - | 0.01 | 0.01 | - | - |
| B10C10 | Primo's Pet Shop Total: | 1,953.75 | - | - | - | - | 1,953.75 | 1,953.75 | - | 2,321.92 | (368.17) | - | 1,953.75 | 2,321.92 |
| B3C3 | Kid's Love Total: | - | - | - | - | - | - | - | - | 2,755.66 | (2,755.66) | - | - | 2,755.66 |
| B4C4 | Marshmallow Total: | - | - | - | - | - | - | - | - | 2,846.51 | (2,846.51) | - | - | 2,846.51 |
| B6 | Rachel's Secrets Total: | 22,128.78 | 2,882.19 | 2,882.19 | 2,882.19 | 153.91 | 13,328.30 | 22,128.78 | - | - | 22,128.78 | 8,800.48 | 13,328.30 | - |
| B7C7 | BW Sports & Hobbies Total: | 6,472.12 | 3,037.67 | 3,117.42 | - | - | 317.03 | 6,472.12 | - | 624.04 | 5,848.08 | 6,155.09 | 317.03 | 624.04 |
| B9C9 | Sunny Fashion Total: | 19,444.66 | 1,980.11 | 1,980.11 | 1,980.11 | 1,980.11 | 11,524.22 | 19,444.66 | - | 3,134.74 | 16,309.92 | 7,920.44 | 11,524.22 | 3,134.74 |
| C1 | Fancy Jewelry Total: | 9,245.28 | 3,023.67 | 73.68 | 221.04 | - | 5,926.89 | 9,245.28 | - | - | 9,245.28 | 3,318.39 | 5,926.89 | - |
| C5C6 | Virginia Jovel Total: | 11,066.48 | 4,048.43 | 109.43 | 109.34 | 109.34 | 6,689.94 | 11,066.48 | - | - | 11,066.48 | 4,376.54 | 6,689.94 | - |
| D1 | Come Again Total: | 30,747.66 | 2,506.83 | 2,506.83 | 2,506.83 | 2,506.83 | 20,720.34 | 30,747.66 | - | 19,416.22 | 11,331.44 | 10,027.32 | 20,720.34 | 19,416.22 |
| D2 | Boom Boom Sounds Total: | 43,833.60 | 2,850.35 | 2,850.35 | 2,850.35 | 2,850.35 | 32,432.20 | 43,833.60 | - | 32,533.41 | 11,300.19 | 11,401.40 | 32,432.20 | 32,533.41 |
| D3 | All City Footwear Total: | 939.38 | 468.69 | 468.69 | - | - | 2.00 | 939.38 | - | - | 939.38 | 937.38 | 2.00 | - |
| D4 | Robert's Fashion Total: | 26,183.58 | 4,907.20 | 4,907.20 | 4,907.20 | 129.81 | 11,332.17 | 26,183.58 | - | 6,468.17 | 19,715.41 | 14,851.41 | 11,332.17 | 6,468.17 |
| D5E4 | Chin Shoes Total: | 17,964.18 | 4,589.56 | 4,589.56 | 4,589.56 | 4,195.50 | - | 17,964.18 | - | 7,591.04 | 10,373.14 | 17,964.18 | - | 7,591.04 |
| D6 | L' Dorado Jewelry Total: | 7,940.74 | 2,834.14 | 2,834.14 | - | - | 2,272.46 | 7,940.74 | - | - | 7,940.74 | 5,668.28 | 2,272.46 | - |
| D7 | Enrika Ochoa Total: | (2,500.00) | - | (2,500.00) | - | - | - | (2,500.00) | - | - | (2,500.00) | (2,500.00) | - | - |
| D9 | ROB'S MX BASEBALL Total: | 5,735.06 | 1,815.71 | 1,631.42 | - | - | 2,287.93 | 5,735.06 | - | 2,672.22 | 3,062.84 | 3,447.13 | 2,287.93 | 2,672.22 |
| E1 | Azteca Jewelry Total: | 6,243.07 | 2,480.36 | 61.36 | 61.36 | 61.36 | 3,578.63 | 6,243.07 | - | - | 6,243.07 | 2,664.44 | 3,578.63 | - |
| E2 | Farmacia Naturista Mexicana Total: | 9,967.27 | 4,500.00 | - | - | - | 5,467.27 | 9,967.27 | - | 5,420.78 | 4,546.49 | 4,500.00 | 5,467.27 | 5,420.78 |
| E5E6 | Kiddie World Total: | 23,155.22 | 3,128.92 | 3,128.92 | 3,128.92 | 3,128.92 | 10,639.54 | 23,155.22 | - | 4,695.85 | 18,459.37 | 12,515.68 | 10,639.54 | 4,695.85 |
| E8 | Inti Arts & Craft Total: | 859.54 | - | - | - | - | 859.54 | 859.54 | - | - | 859.54 | - | 859.54 | - |
| F1 | Lucky Accessories Total: | 21,336.26 | 2,387.43 | 2,387.43 | 2,387.43 | 2,387.43 | 11,786.54 | 21,336.26 | - | 9,210.60 | 12,125.66 | 9,549.72 | 11,786.54 | 9,210.60 |
| F10G11 | Mauro Valdez Sandoval Total: | 14,790.61 | 3,151.18 | 3,151.18 | 3,074.40 | 74.40 | 5,339.45 | 14,790.61 | - | 2,087.32 | 12,703.29 | 9,451.16 | 5,339.45 | 2,087.32 |
| F2 | 333 Fashion Total: | 17,683.20 | 2,382.60 | 2,382.60 | 2,382.60 | 2,382.60 | 8,152.80 | 17,683.20 | - | 4,498.70 | 13,184.50 | 9,530.40 | 8,152.80 | 4,498.70 |
| F3G3G4 | O Fashion Plus Total: | 22,963.25 | 4,699.31 | 4,699.31 | 4,699.31 | - | 8,865.32 | 22,963.25 | - | 5,600.62 | 17,362.63 | 14,097.93 | 8,865.32 | 5,600.62 |
| F5F6 | Joy Sports Wear Total: | 25,880.05 | 5,445.80 | 5,445.80 | 5,445.80 | 845.88 | 8,696.77 | 25,880.05 | - | 2,048.01 | 23,832.04 | 17,183.28 | 8,696.77 | 2,048.01 |
| F7G7 | TS Discount Total: | 34,841.36 | 3,757.22 | 3,757.22 | 3,757.22 | 3,757.22 | 19,812.48 | 34,841.36 | - | 8,145.99 | 26,695.47 | 15,028.88 | 19,812.48 | 8,145.89 |
| F8 | Antonio De La Cruz - Ave Beauty Supply | 3,913.68 | 2,346.90 | - | - | - | 1,566.78 | 3,913.68 | - | - | 3,913.68 | 2,346.90 | 1,566.78 | - |
| F9 | Mauro Valdez Sandoval Total: | 7,299.43 | 1,856.97 | 1,792.57 | - | - | 3,649.89 | 7,299.43 | - | 425.42 | 6,874.01 | 3,649.54 | 3,649.89 | 425.42 |
| G5G6 | Kiddie World II Total: | 29,450.09 | 4,006.08 | 4,006.08 | 4,006.08 | 4,006.08 | 13,425.77 | 29,450.09 | - | 7,181.36 | 22,268.73 | 16,024.32 | 13,425.77 | 7,181.36 |
| G8AB | Sport Time Total: | 36,056.57 | 3,620.48 | 3,620.48 | 3,620.48 | 3,620.48 | 21,574.65 | 36,056.57 | - | 12,636.76 | 23,419.81 | 14,481.92 | 21,574.65 | 12,636.76 |
| G9 | Stacy Han Total: | 144.61 | 144.61 | - | - | - | - | 144.61 | - | - | 144.61 | 144.61 | - | - |
| H2 | Enciso Realty Total: | 6,220.40 | 829.07 | 829.07 | 829.07 | 829.07 | 2,904.12 | 6,220.40 | - | 805.35 | 5,415.05 | 3,316.28 | 2,904.12 | 805.35 |
| H3 | Guillermo CamberosPreciado Total: | 25,259.67 | 2,139.35 | 2,139.35 | 2,139.35 | 2,139.35 | 16,702.27 | 25,259.67 | - | 9,001.48 | 16,258.19 | 8,557.40 | 16,702.27 | 9,001.48 |
| H4I3 | Happy Land Total: | 5,800.48 | 4,332.57 | 1,467.91 | - | - | - | 5,800.48 | - | - | 5,800.48 | 5,800.48 | - | - |
| H7I6 | Top Fashion Total: | 23,359.19 | 3,508.88 | 3,508.88 | 3,508.88 | 3,508.88 | 9,323.67 | 23,359.19 | - | 9,055.91 | 14,303.28 | 14,035.52 | 9,323.67 | 9,055.91 |
| H8 | Diana Michel Total: | 27,300.27 | 1,795.66 | 1,795.66 | 1,751.15 | 1,751.15 | 20,206.65 | 27,300.27 | - | 11,931.18 | 15,369.09 | 7,093.62 | 20,206.65 | 11,931.18 |
| H9 | Victoria Total: | 7,590.41 | 2,508.56 | - | - | - | 5,081.85 | 7,590.41 | - | 1,235.79 | 6,354.62 | 2,508.56 | 5,081.85 | 1,235.79 |
| I1I2 | Pro Sports Total: | 2,708.89 | - | - | - | - | 2,708.89 | 2,708.89 | - | - | 2,708.89 | - | 2,708.89 | - |
| I5 | La Casa De La Novia Total: | 10,615.73 | 2,042.08 | 2,042.08 | 2,042.08 | 481.15 | 4,008.34 | 10,615.73 | - | 2,571.64 | 8,044.09 | 6,607.39 | 4,008.34 | 2,571.64 |
| I7 | Lucky Gold Total: | 9,156.12 | 2,242.70 | 2,242.70 | 2,242.70 | - | 2,428.02 | 9,156.12 | - | 248.15 | 8,907.97 | 6,728.10 | 2,428.02 | 248.15 |
| I8 | Diz N Dat Total: | 4,774.54 | 2,387.27 | 2,387.27 | - | - | - | 4,774.54 | - | - | 4,774.54 | 4,774.54 | - | - |
| I9H10 | Flores Bautista Gloria O. Total: | 7,333.08 | 3,666.54 | 3,666.54 | - | - | - | 7,333.08 | - | - | 7,333.08 | 7,333.08 | - | - |
| J10 | Pescaderia y Cocina El Malecon Total: | 48,532.59 | 5,659.35 | 5,514.06 | 5,514.06 | 5,514.06 | 26,331.06 | 48,532.59 | - | 19,656.24 | 28,876.35 | 22,201.53 | 26,331.06 | 19,656.24 |
| J1K2K3 | Sung Ryong Lee Total: | 1,104.16 | 552.17 | 551.99 | - | - | - | 1,104.16 | - | - | 1,104.16 | 1,104.16 | - | - |
| J6K7 | Street Cellular Total: | 9,980.34 | - | - | - | - | 9,980.34 | 9,980.34 | - | 160.44 | 9,819.90 | - | 9,980.34 | 160.44 |
| J7J8K8K9 | Shoes 4 Less Total: | 50,059.91 | 4,637.10 | 4,637.10 | 4,637.10 | 4,637.10 | 31,511.51 | 50,059.91 | - | 21,745.19 | 28,314.72 | 18,548.40 | 31,511.51 | 21,745.19 |
| L1 | One Hour Photo Total: | 30,403.45 | 2,208.22 | 2,208.22 | 2,208.22 | 2,208.22 | 21,570.57 | 30,403.45 | - | 14,658.52 | 15,744.93 | 8,832.88 | 21,570.57 | 14,658.52 |
| L34 | Lynwood Auto Accessories Total: | 27,876.90 | 3,453.84 | 3,453.84 | 3,453.84 | 3,453.84 | 14,061.54 | 27,876.90 | - | - | 27,876.90 | 13,815.36 | 14,061.54 | - |
| L7 | Bebe Crafts Total: | 18,841.38 | 1,473.96 | 1,473.96 | 1,473.96 | 1,473.96 | 12,945.54 | 18,841.38 | - | 5,706.00 | 13,135.38 | 5,895.84 | 12,945.54 | 5,706.00 |
| L8 | Lizette M. Cortez Total: | 29,695.45 | 3,084.27 | 3,084.27 | 3,084.27 | 3,084.27 | 17,358.37 | 29,695.45 | - | 7,466.95 | 22,228.50 | 12,337.08 | 17,358.37 | 7,466.95 |
| L9 | Art Nails Total: | 18,382.01 | 1,753.59 | 1,753.59 | 1,753.59 | 1,753.59 | 11,367.65 | 18,382.01 | - | 5,256.86 | 13,125.15 | 7,014.36 | 11,367.65 | 5,256.86 |
| M1 | MoMo Trading Total: | 57,875.41 | 5,291.09 | 5,291.09 | 5,291.09 | 5,291.09 | 36,711.05 | 57,875.41 | - | 26,947.35 | 30,928.06 | 21,164.36 | 36,711.05 | 26,947.35 |
| M2 | Angel's Bridal Total: | 141,376.95 | 4,222.60 | 4,222.60 | 4,222.60 | 4,222.60 | 124,486.55 | 141,376.95 | - | 122,342.12 | 19,034.83 | 16,890.40 | 124,486.55 | 122,342.12 |

EXHIBIT B.11 - ACCOUNTS RECEIVABLE (TENANT RENTS)

| Suite ID | Occupant Name | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Current Tenants | Inactive Tenants | Reserve Balance as of 12/31/2020 | NET Receivable | 90 days or less | Over 90 days | Allow for uncollectibles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M4A | Big Discount Total: | 22,979.25 | 4,641.87 | 4,641.87 | 4,641.85 | - | 9,053.66 | 22,979.25 | | 3,709.66 | 19,269.59 | 13,925.59 | 9,053.66 | 3,709.66 |
| M4B | Gloria Flores Total: | 5,257.24 | 2,628.62 | 2,628.62 | - | - | - | 5,257.24 | | | 5,257.24 | 5,257.24 | - | - |
| O234 | Milbes Men's Wear Total: | 24,075.99 | 4,355.36 | 4,355.36 | 4,355.36 | 1,355.36 | 9,654.55 | 24,075.99 | | 11,981.78 | 12,094.21 | 14,421.44 | 9,654.55 | 11,981.78 |
| O6 | Luis Fernando Alcantar-Rojo Total: | 57,020.89 | 3,019.44 | 3,019.44 | 3,019.44 | 3,019.44 | 44,943.13 | 57,020.89 | | 30,389.90 | 26,630.99 | 12,077.76 | 44,943.13 | 30,389.90 |
| O7 | Marci Pizza Total: | 0.50 | 0.50 | - | - | - | - | 0.50 | | | 0.50 | 0.50 | - | - |
| P10 | Pang Pang Donuts Total: | 33,136.38 | 1,933.91 | 1,933.91 | 1,933.91 | 1,933.91 | 25,400.74 | 33,136.38 | | 21,568.61 | 11,567.77 | 7,735.64 | 25,400.74 | 21,568.61 |
| P10A | Happy Chinese Total: | 15,206.55 | 1,909.18 | 1,909.18 | 1,909.18 | 1,909.18 | 7,569.83 | 15,206.55 | | 218.36 | 14,988.19 | 7,636.72 | 7,569.83 | 218.36 |
| P10B | TACOTENTO Total: | 15,086.26 | 2,166.09 | 2,166.09 | 2,166.09 | 2,166.09 | 6,421.90 | 15,086.26 | | 2,399.70 | 12,686.56 | 8,664.36 | 6,421.90 | 2,399.70 |
| P3Q4 | Shoes 4 Less Total: | 44,501.99 | 4,138.03 | 4,138.03 | 4,138.03 | 4,138.03 | 27,949.87 | 44,501.99 | | 14,942.10 | 29,559.89 | 16,552.12 | 27,949.87 | 14,942.10 |
| P4Q5 | El Azul Jewelry Total: | 9,372.36 | 3,852.66 | 1,129.69 | - | - | 4,390.01 | 9,372.36 | | | 9,372.36 | 4,982.35 | 4,390.01 | - |
| P5Q6 | Diana Yunhi Kim Total: | (3,154.32) | - | (3,154.32) | - | - | - | (3,154.32) | | | (3,154.32) | (3,154.32) | - | - |
| P7P8 | Perfecto Nails Total: | 29,370.63 | 2,728.74 | 2,728.74 | 2,728.74 | 2,728.74 | 18,455.67 | 29,370.63 | | 8,327.25 | 21,043.38 | 10,914.96 | 18,455.67 | 8,327.25 |
| P9 | Twin Scoop Ice Cream Total: | 16,969.92 | 2,160.06 | 2,160.06 | 2,160.06 | 2,160.06 | 8,329.68 | 16,969.92 | | | 16,969.92 | 8,640.24 | 8,329.68 | - |
| Q1 | Lynwood Alteration Total: | 4,282.72 | 727.26 | 727.26 | 727.26 | 727.26 | 1,373.68 | 4,282.72 | | 373.68 | 3,909.04 | 2,909.04 | 1,373.68 | 373.68 |
| Q10 | Sun Hye Chung Total: | 9,552.45 | 1,769.69 | 1,804.77 | 1,804.77 | 1,804.77 | 2,368.45 | 9,552.45 | | 3,882.54 | 5,669.91 | 7,184.00 | 2,368.45 | 3,882.54 |
| Q7 | Libreria Libertadores, LLC Total: | (2,905.16) | (2,905.16) | - | - | - | - | (2,905.16) | | | (2,905.16) | (2,905.16) | - | - |
| R2R3 | Usama Awadallah Total: | 20,068.77 | 3,224.11 | 3,224.11 | 3,224.11 | 3,224.11 | 7,172.33 | 20,068.77 | | 4,072.33 | 15,996.44 | 12,896.44 | 7,172.33 | 4,072.33 |
| S123 | Ray's Fashion Total: | 45,789.21 | 4,257.38 | 4,257.38 | 4,257.38 | 4,257.38 | 28,759.69 | 45,789.21 | | 27,372.51 | 18,416.70 | 17,029.52 | 28,759.69 | 27,372.51 |
| S4T4 | Kat's Lingerie Total: | 9,161.12 | 1,846.58 | 1,846.58 | 1,774.80 | - | 3,693.16 | 9,161.12 | | 534.20 | 8,626.92 | 5,467.96 | 3,693.16 | 534.20 |
| S6S7 | Diana Roman Total: | 6,906.92 | - | - | 3,074.70 | 3,074.70 | 757.52 | 6,906.92 | | | 6,906.92 | 6,149.40 | 757.52 | - |
| T123 | 99 Cent Store & Up Total: | 16,003.53 | 3,946.73 | 3,946.73 | 3,946.73 | 0.73 | 4,162.61 | 16,003.53 | | 4,176.25 | 11,827.28 | 11,840.92 | 4,162.61 | 4,176.25 |
| T7U7 | Mr. Hammer Shoes Total: | 7,987.18 | 2,869.30 | - | - | - | 5,117.88 | 7,987.18 | | 2,430.18 | 5,557.00 | 2,869.30 | 5,117.88 | 2,430.18 |
| U9 | Arcade Total: | 72,956.54 | - | - | - | - | 72,956.54 | 72,956.54 | | 50,735.39 | 22,221.15 | - | 72,956.54 | 50,735.39 |
| VCT01 | Hoon Ko Total: | 5,250.00 | 1,000.00 | - | - | - | 4,250.00 | 5,250.00 | | 4,250.00 | 1,000.00 | 1,000.00 | 4,250.00 | 4,250.00 |
| VCT02 | Roberto Navarro Total: | 1,500.00 | 750.00 | 750.00 | - | - | - | 1,500.00 | | | 1,500.00 | 1,500.00 | - | - |
| VCT04 | MARIA LUISA ROJO ALVAREZ Total: | 4,500.00 | 1,250.00 | - | - | - | 3,250.00 | 4,500.00 | | | 4,500.00 | 1,250.00 | 3,250.00 | - |
| VCT08 | Leticia Torres Total: | 32,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 24,000.00 | 32,000.00 | | 14,000.00 | 18,000.00 | 8,000.00 | 24,000.00 | 14,000.00 |
| VCT09 | Art Craft & Religious Total: | 19,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 13,500.00 | 19,500.00 | | 7,500.00 | 12,000.00 | 6,000.00 | 13,500.00 | 7,500.00 |
| VCT13 | Jesus Garcia-Marcos Total: | 5,700.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,700.00 | 5,700.00 | | 2,200.00 | 3,500.00 | 2,000.00 | 3,700.00 | 2,200.00 |
| VKIO1 | Cosmetic & Perfume Total: | 2,700.00 | - | - | - | - | 2,700.00 | 2,700.00 | | | 2,700.00 | - | 2,700.00 | - |
| VKIO18 | Jesus Garcia Total: | 20,073.00 | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 | 14,873.00 | 20,073.00 | | 9,673.00 | 10,400.00 | 5,200.00 | 14,873.00 | 9,673.00 |
| VKIO23 | MARCO ANTONIO JUAREZ CRUZ Total: | 2,065.00 | 750.00 | 750.00 | - | - | 565.00 | 2,065.00 | | | 2,065.00 | 1,500.00 | 565.00 | - |
| VKIO24 | Mundo de Artesanias Total: | 15,603.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 11,603.00 | 15,603.00 | | 9,540.00 | 6,063.00 | 4,000.00 | 11,603.00 | 9,540.00 |
| VKIO29 | Jesus Garcia Total: | 16,174.16 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 12,174.16 | 16,174.16 | | 8,174.16 | 8,000.00 | 4,000.00 | 12,174.16 | 8,174.16 |
| VKIOCARO | North American Amusements Total: | 20,059.90 | 1,432.86 | 1,432.86 | 1,432.86 | 1,432.86 | 14,328.46 | 20,059.90 | | 8,829.88 | 11,230.02 | 5,731.44 | 14,328.46 | 8,829.88 |
| A4 | Stephanie's Lingerie Total: | 500.00 | - | - | - | - | 500.00 | | 500.00 | 500.00 | - | - | 500.00 | 500.00 |
| A9 | Enciso Realty Total: | 13,736.21 | - | - | - | - | 13,736.21 | | 13,736.21 | 13,736.21 | - | - | 13,736.21 | 13,736.21 |
| B5 | Ying Zi Xu Total: | 232.00 | - | - | - | - | 232.00 | | 232.00 | 232.00 | - | - | 232.00 | 232.00 |
| B8 | Sung Ryong Lee Total: | 6,332.13 | - | - | - | - | 6,332.13 | | 6,332.13 | 6,332.13 | - | - | 6,332.13 | 6,332.13 |
| D7 | Joe's Sports Wear Total: | - | - | - | - | - | - | | - | - | - | - | - | - |
| D8 | Kay K Mun (Old) Total: | 15,983.75 | - | - | - | - | 15,983.75 | | 15,983.75 | 15,983.75 | - | - | 15,983.75 | 15,983.75 |
| D8 | Tack Soo Chang Total: | 5,821.20 | - | - | - | - | 5,821.20 | | 5,821.20 | 5,821.20 | - | - | 5,821.20 | 5,821.20 |
| D9 | Rosarios y Pulseras Estilo Sinaloa Total: | 12,430.80 | - | - | - | - | 12,430.80 | | 12,430.80 | 12,430.80 | - | - | 12,430.80 | 12,430.80 |
| E3 | Top Fashion Total: | 26,024.10 | - | - | - | - | 26,024.10 | | 26,024.10 | 12,447.13 | 13,576.97 | - | 26,024.10 | 12,447.13 |
| F10G11 | Kitchen & Gift Total: | - | - | - | - | - | - | | - | - | - | - | - | - |
| F8 | B & C Beauty Supply Total: | 2,180.15 | - | - | - | - | 2,180.15 | | 2,180.15 | 2,180.15 | - | - | 2,180.15 | 2,180.15 |
| G1 | SK Shoes (Old) Total: | 7,149.51 | - | - | - | - | 7,149.51 | | 7,149.51 | 7,149.51 | - | - | 7,149.51 | 7,149.51 |
| H1 | All Star Wireless Total: | 44,997.07 | - | - | - | - | 44,997.07 | | 44,997.07 | 44,997.07 | - | - | 44,997.07 | 44,997.07 |
| H2 | Enciso Realty Total: | 1,697.96 | - | - | - | - | 1,697.96 | | 1,697.96 | 5,697.96 | (4,000.00) | - | 1,697.96 | 5,697.96 |
| I9H10 | Games Anytime Total: | 7,704.92 | - | - | - | - | 7,704.92 | | 7,704.92 | 7,704.92 | - | - | 7,704.92 | 7,704.92 |
| J10 | Prescadeira Y Cocina La Mejor (old) Total: | - | - | - | - | - | - | | - | - | - | - | - | - |
| J2K3 | Han's Toys (old) Total: | - | - | - | - | - | - | | - | - | - | - | - | - |
| J4K5 | Manuel Nieblas Jr. & Elizabeth Adame To | - | - | - | - | - | - | | - | - | - | - | - | - |
| J4K5 | Elizabeth Adame Total: | 1,952.34 | - | - | - | - | 1,952.34 | | 1,952.34 | 1,952.34 | - | - | 1,952.34 | 1,952.34 |
| J4K5 | Hangers (old) Total: | 333.33 | - | - | - | - | 333.33 | | 333.33 | 333.33 | - | - | 333.33 | 333.33 |
| L2 | Brenda Diaz Perez Total: | 29,425.54 | - | - | - | - | 29,425.54 | | 29,425.54 | 29,425.54 | - | - | 29,425.54 | 29,425.54 |
| L2 | Express Car Registration Total: | 21,090.28 | - | - | - | - | 21,090.28 | | 21,090.28 | 21,090.28 | - | - | 21,090.28 | 21,090.28 |
| M3 | La Mejor Carniceria Corp. Total: | 9,360.98 | - | - | - | - | 9,360.98 | | 9,360.98 | 9,360.98 | - | - | 9,360.98 | 9,360.98 |
| O6 | Gregorio Juarez & Uriel Juarez Total: | 2,911.87 | - | - | - | - | 2,911.87 | | 2,911.87 | 2,911.87 | - | - | 2,911.87 | 2,911.87 |
| O8 | Soo Yoo (old) Total: | 128.24 | - | - | - | - | 128.24 | | 128.24 | 128.24 | - | - | 128.24 | 128.24 |
| P10B | El Palenque Restaurant Total: | 105,983.91 | - | - | - | - | 105,983.91 | | 105,983.91 | 105,983.91 | - | - | 105,983.91 | 105,983.91 |

PLAMEX INVESTMENT LLC
EXHIBIT B.11 - ACCOUNTS RECEIVABLE (TENANT RENTS)

| Suite ID | Occupant Name | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Current Tenants | Inactive Tenants | Reserve Balance as of 12/31/2020 | NET Receivable | 90 days or less | Over 90 days | Allow for uncollectibles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P5Q6 | Kay K Mun (old) Total: | 3,624.72 | - | - | - | - | 3,624.72 | - | 3,624.72 | - | 3,624.72 | - | - | 3,624.72 | 3,624.72 |
| Q8Q9A | La Casa De Los Bautizos Total: | 9,067.76 | - | - | - | - | 9,067.76 | - | 9,067.76 | - | 9,067.76 | - | - | 9,067.76 | 9,067.76 |
| R2R3 | OK Fashion (old) Total: | 14,346.62 | - | - | - | - | 14,346.62 | - | 14,346.62 | - | 14,346.62 | - | - | 14,346.62 | 14,346.62 |
| S10 | Norma L Villa Gomez Total: | 475.15 | - | - | - | - | 475.15 | - | 475.15 | - | 475.15 | - | - | 475.15 | 475.15 |
| S6 | Sung Ok Hwang (old) Total: | 2,407.17 | - | - | - | - | 2,407.17 | - | 2,407.17 | - | 2,407.17 | - | - | 2,407.17 | 2,407.17 |
| S6S7 | Jincheng Chen Total: | 4,151.50 | - | - | - | - | 4,151.50 | - | 4,151.50 | - | 4,151.50 | - | - | 4,151.50 | 4,151.50 |
| S7 | Sung Ok Hwang (old) Total: | 1,087.45 | - | - | - | - | 1,087.45 | - | 1,087.45 | - | 1,087.45 | - | - | 1,087.45 | 1,087.45 |
| S8 | Express Car Registration Total: | 2,605.05 | - | - | - | - | 2,605.05 | - | 2,605.05 | - | 2,605.05 | - | - | 2,605.05 | 2,605.05 |
| T123 | 99 cent Store Total: | 100,142.09 | - | - | - | - | 100,142.09 | - | 100,142.09 | - | 100,142.09 | - | - | 100,142.09 | 100,142.09 |
| T6 | Isabel's Children Total: | 26,513.74 | - | - | - | - | 26,513.74 | - | 26,513.74 | - | 26,513.74 | - | - | 26,513.74 | 26,513.74 |
| T89U8 | Gabriel's Fashion Total: | 2,307.58 | - | - | - | - | 2,307.58 | - | 2,307.58 | - | 2,307.58 | - | - | 2,307.58 | 2,307.58 |
| VCT02 | American Media LLC Total: | 6,050.00 | - | - | - | - | 6,050.00 | - | 6,050.00 | - | 6,050.00 | - | - | 6,050.00 | 6,050.00 |
| VCT06 | Masud Khan Total: | 1,250.00 | - | - | - | - | 1,250.00 | - | 1,250.00 | - | 1,250.00 | - | - | 1,250.00 | 1,250.00 |
| VCT08 | La Jarochita Gift & Art Total: | 8,344.69 | - | - | - | - | 8,344.69 | - | 8,344.69 | - | 8,344.69 | - | - | 8,344.69 | 8,344.69 |
| VCT15 | Ernesto Jimenez Figueroa Total: | 522.50 | - | - | - | - | 522.50 | - | 522.50 | - | 522.50 | - | - | 522.50 | 522.50 |
| VCTCHRO | Carrera Consessions Total: | 3,647.00 | - | - | - | - | 3,647.00 | - | 3,647.00 | 5,210.00 | (1,563.00) | - | - | 3,647.00 | 5,210.00 |
| VKIO23 | Noe Florentino Nivon Total: | 750.00 | - | - | - | - | 750.00 | - | 750.00 | - | 750.00 | - | - | 750.00 | 750.00 |
| | BLDG 200PMI Total: | 2,254,583.46 | 208,911.83 | 177,669.16 | 158,566.34 | 117,673.02 | 1,591,763.11 | 1,751,314.15 | 503,269.31 | 1,226,752.57 | 1,027,830.89 | 662,820.35 | 1,591,763.11 | 1,226,752.57 |
| | | | | | | | | | | | | | | |
| **BLDG 200PML** | | | | | | | | | | | | | | |
| 11201 | Jack In The Box #3521 Total: | 1.00 | 1.00 | - | - | - | - | 1.00 | - | - | 1.00 | 1.00 | - | - |
| 11215_1 | Skechers U.S.A., Inc. Total: | (14,923.60) | (14,923.59) | - | - | - | (0.01) | (14,923.60) | - | (0.01) | (14,923.59) | (14,923.59) | (0.01) | (0.01) |
| 11215_3 | Yogurtland Total: | (3,872.57) | (5,812.63) | - | - | - | 1,940.06 | (3,872.57) | - | (3,872.57) | - | (5,812.63) | 1,940.06 | - |
| 11215_4 | Real De Oaxaca Total: | 202,735.15 | 1,510.43 | 14,854.97 | 14,854.97 | 14,854.97 | 156,659.81 | 202,735.15 | - | 99,826.31 | 102,908.84 | 46,075.34 | 156,659.81 | 99,826.31 |
| 11221_A | BUBBLES APPAREL, INC Total: | 292,653.80 | 15,056.63 | 22,182.06 | 22,551.49 | 22,551.49 | 210,312.13 | 292,653.80 | - | 113,212.35 | 179,441.45 | 82,341.67 | 210,312.13 | 113,212.35 |
| 11225_1 | Jewelry and Beauty Inc Total: | (1,327.13) | (1,327.13) | - | - | - | - | (1,327.13) | - | - | (1,327.13) | (1,327.13) | - | - |
| 11225_2 | Sri Eyebrow Threading and Nails Total: | 39,661.72 | 3,714.45 | 5,158.47 | 5,235.02 | 5,235.02 | 20,318.76 | 39,661.72 | - | 12,125.65 | 27,536.07 | 19,342.96 | 20,318.76 | 12,125.65 |
| 11225_3 | Shoes 4 Ever Total: | 44,073.96 | 4,838.54 | 4,838.54 | 4,838.54 | 4,838.54 | 24,719.80 | 44,073.96 | - | 14340.18 | 29,733.78 | 19,354.16 | 24,719.80 | 14,340.18 |
| 11235 | Food 4 Less # 324 Total: | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11245 | Food 4 Less # 324 Total: | 73,161.32 | 18,297.48 | 41,820.70 | 13,043.14 | - | - | 73,161.32 | - | - | 73,161.32 | 73,161.32 | - | - |
| 11247 | Fashion Crew Total: | 51,618.00 | - | - | - | - | 51,618.00 | 51,618.00 | - | 37,618.16 | 13,999.84 | - | 51,618.00 | 37,618.16 |
| 11255 | Taco Bell #5291 Total: | (18,430.12) | (15,325.22) | - | - | - | (3,104.90) | (18,430.12) | - | - | (18,430.12) | (15,325.22) | (3,104.90) | - |
| 11301 | PLS Check Cashers Total: | 22,993.96 | - | - | - | - | 22,993.96 | 22,993.96 | - | 29,380.37 | (6,386.41) | - | 22,993.96 | 29,380.37 |
| 11335 | Rite Aid Corp. # 05476 Total: | (13,598.28) | (12,813.26) | (728.22) | - | (43.43) | (13.37) | (13,598.28) | - | - | (13,598.28) | (13,584.91) | (13.37) | - |
| 11335 | Rainbow Beauty Total: | 8,099.08 | 2,399.22 | - | - | - | 5,699.86 | 8,099.08 | - | - | 8,099.08 | 2,399.22 | 5,699.86 | - |
| 11337 | TJ Nails Spa Total: | 44,757.41 | 3,718.44 | 5,248.40 | 5,358.43 | 5,358.43 | 25,073.71 | 44,757.41 | - | 12,561.42 | 32,195.99 | 19,683.70 | 25,073.71 | 12,561.42 |
| 11369 | Star Buffet Lynwood Inc Total: | 297,602.57 | (6,898.42) | 24,512.52 | 25,357.99 | 25,049.06 | 229,581.42 | 297,602.57 | - | 128,719.56 | 168,883.01 | 68,021.15 | 229,581.42 | 128,719.56 |
| 11391 | Domino's Pizza Total: | (436.99) | (436.99) | - | - | - | - | (436.99) | - | - | (436.99) | (436.99) | - | - |
| 32_103 | DF Wireless Total: | 30,221.84 | 6,782.61 | 8,033.21 | 6,976.23 | - | 8,429.79 | 30,221.84 | - | 4943.15 | 25,278.69 | 21,792.05 | 8,429.79 | 4,943.15 |
| 32_201 | Oficina Jalisco Total: | 10,835.01 | 3,449.11 | 3,642.38 | 3,743.52 | - | - | 10,835.01 | - | - | 10,835.01 | 10,835.01 | - | - |
| 32_202 | Casa Colima Total: | 7,128.04 | 2,573.69 | 2,573.69 | - | - | 1,980.66 | 7,128.04 | - | - | 7,128.04 | 5,147.38 | 1,980.66 | - |
| CCA6 | Chuck-E-Cheese #377 Total: | (7,642.45) | (7,641.97) | - | - | - | (0.48) | (7,642.45) | - | - | (7,642.45) | (7,641.97) | (0.48) | - |
| 11215_2 | Nueva Vida Healthcare Center, Inc Total: | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11221_A | G-Stage Total: | 266,735.08 | - | - | - | - | 266,735.08 | - | 266,735.08 | 266,735.08 | - | - | 266,735.08 | 266,735.08 |
| 11221_B | GRUPO PAKAR LLC Total: | (2,148.70) | (2,148.70) | - | - | - | - | - | (2,148.70) | - | (2,148.70) | (2,148.70) | - | - |
| 11221_B | Pavi Italy Total: | 143,876.98 | - | - | - | - | 143,876.98 | - | 143,876.98 | 143,876.98 | - | - | 143,876.98 | 143,876.98 |
| 11221_C | Sicrea International, LLC Total: | (2,894.37) | (2,894.37) | - | - | - | - | - | (2,894.37) | - | (2,894.37) | (2,894.37) | - | - |
| 11225_1 | Pink & Punk II Total: | 77,279.73 | - | - | - | - | 77,279.73 | - | 77,279.73 | 77,279.73 | - | - | 77,279.73 | 77,279.73 |
| 11225_4 | Chung Sik Park Total: | 177,270.35 | - | - | - | - | 177,270.35 | - | 177,270.35 | 177,270.35 | - | - | 177,270.35 | 177,270.35 |
| 11225_4 | CASA JALISCO Total: | 17,745.18 | - | - | - | - | 17,745.18 | - | 17,745.18 | 17,745.18 | - | - | 17,745.18 | 17,745.18 |
| 11331 | Zermat USA Inc. Total: | (3,313.21) | (3,313.21) | - | - | - | - | - | (3,313.21) | - | (3,313.21) | (3,313.21) | - | - |
| 32_202 | Fundacion Comunitaria Oaxaca Total: | 14,116.47 | - | - | - | - | 14,116.47 | - | 14,116.47 | 14,116.47 | - | - | 14,116.47 | 14,116.47 |
| | BLDG 200PML Total: | 1,753,979.23 | (11,193.89) | 132,136.72 | 101,959.33 | 77,844.08 | 1,453,232.99 | 1,065,311.72 | 688,667.51 | 1,149,750.93 | 604,228.30 | 300,746.24 | 1,453,232.99 | 1,149,750.93 |
| | | | | | | | | | | | | | | |
| **BLDG 200PMO** | | | | | | | | | | | | | | |
| A2A | Time Warner Cable Total: | (27,702.72) | (27,178.78) | (523.94) | - | - | (27,702.72) | - | (27,702.72) | - | (27,702.72) | (27,702.72) | - | - |
| A2B | El Gallo Giro Total: | (10,649.82) | (10,649.82) | - | - | - | - | (10,649.82) | - | (10,649.82) | (10,649.82) | - | - |
| A2C | Pho VNK Total: | 114,883.60 | 3,174.85 | 7,208.49 | 7,323.14 | 7,323.14 | 89,853.98 | 114,883.60 | - | 91,828.56 | 23,055.04 | 25,029.62 | 89,853.98 | 91,828.56 |
| B11300 | Imperial Market Total: | 33,906.84 | (423.85) | 16,538.65 | 17,792.04 | - | - | 33,906.84 | - | - | 33,906.84 | 33,906.84 | - | - |
| B11301 | Marquez Trading Total: | 144,366.30 | 5,012.34 | 8,106.57 | 8,281.43 | 8,174.95 | 114,791.01 | 144,366.30 | - | 115,678.15 | 28,688.15 | 29,575.29 | 114,791.01 | 115,678.15 |

**PLAMEX INVESTMENT LLC**
**EXHIBIT B.11 - ACCOUNTS RECEIVABLE (TENANT RENTS)**

| Suite ID | Occupant Name | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Current Tenants | Inactive Tenants | Reserve Balance as of 12/31/2020 | NET Receivable | 90 days or less | Over 90 days | Allow for uncollectibles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B11306 | BM Classic Portraits Total: | 6,630.00 | 2,201.85 | - | - | - | 4,428.15 | 6,630.00 | | 2,428.15 | 4,201.85 | 2,201.85 | 4,428.15 | 2,428.15 |
| B11310 | Tamales Total: | (2,226.37) | (2,226.37) | - | - | - | - | (2,226.37) | | | (2,226.37) | (2,226.37) | - | - |
| B11312 | Delicias Oaxaquenas Total: | 22,085.68 | 4,953.26 | 4,835.62 | 5,067.27 | 3,693.50 | 3,536.03 | 22,085.68 | | 6,822.84 | 15,262.84 | 18,549.65 | 3,536.03 | 6,822.84 |
| B11315 | LA Michoacana Total: | 45,750.99 | 2,917.68 | 4,269.55 | 4,308.26 | 4,308.26 | 29,947.34 | 45,750.99 | | 11,344.96 | 34,406.03 | 15,803.65 | 29,947.34 | 11,344.96 |
| B11317 | Jose L. Gomez Total: | 26,103.00 | 1,504.65 | 1,504.65 | 1,504.65 | 1,460.83 | 20,128.22 | 26,103.00 | | 21,505.22 | 4,597.78 | 5,974.78 | 20,128.22 | 21,505.22 |
| B11323 | Aldo's Key Shop Total: | 14,003.43 | 1,991.01 | 1,991.01 | 1,991.01 | 1,991.01 | 6,039.39 | 14,003.43 | | 5,416.36 | 8,587.07 | 7,964.04 | 6,039.39 | 5,416.36 |
| B11324 | Airbrush Nation Total: | 2,029.40 | (139.94) | - | - | - | 2,169.34 | 2,029.40 | | | 2,029.40 | (139.94) | 2,169.34 | - |
| B13001 | Tortas Ahogadas Total: | 68,900.53 | 2,083.21 | 3,122.13 | 3,151.87 | 3,151.87 | 57,391.45 | 68,900.53 | | 43,787.02 | 25,113.51 | 11,509.08 | 57,391.45 | 43,787.02 |
| B13005 | Tacos Don Luis Total: | (1,683.57) | (1,683.57) | - | - | - | - | (1,683.57) | | | (1,683.57) | (1,683.57) | - | - |
| B13007 | Rinconcito Poblano Total: | 152,902.55 | 3,434.07 | 4,981.61 | 5,302.90 | 5,033.38 | 134,150.59 | 152,902.55 | | 129,809.62 | 23,092.93 | 18,751.96 | 134,150.59 | 129,809.62 |
| B13008 | Happy Rice Total: | 3,456.56 | 3,456.56 | - | - | - | - | 3,456.56 | | (0.00) | 3,456.56 | 3,456.56 | - | (0.00) |
| B13009 | El Pollo Real Total: | 65,293.85 | 2,723.93 | 4,027.27 | 4,064.58 | 4,064.58 | 50,413.49 | 65,293.85 | | 34,897.90 | 30,395.95 | 14,880.36 | 50,413.49 | 34,897.90 |
| B21101 | Cafe Canela Total: | (2,158.73) | (2,158.73) | - | - | - | - | (2,158.73) | | | (2,158.73) | (2,158.73) | - | - |
| B21102 | VERONICA'S INSURANCE Total: | (3,760.87) | (3,760.87) | - | - | - | - | (3,760.87) | | | (3,760.87) | (3,760.87) | - | - |
| B21103 | SPACETEL LA INC - Cricket Wireless Tot | 9,451.19 | (1,427.82) | 981.62 | - | - | 9,897.39 | 9,451.19 | | 1,542.93 | 7,908.26 | (446.20) | 9,897.39 | 1,542.93 |
| B21104 | Say Cheese Photo Total: | 135,863.59 | 5,042.30 | 8,150.97 | 8,239.97 | 8,239.97 | 106,190.38 | 135,863.59 | | 87,663.93 | 48,199.66 | 29,673.21 | 106,190.38 | 87,663.93 |
| B21107 | Pinky's Threading Total: | 47,638.14 | 2,263.39 | 3,812.95 | 3,857.45 | 3,857.45 | 33,846.90 | 47,638.14 | | 17,626.03 | 30,012.11 | 13,791.24 | 33,846.90 | 17,626.03 |
| B21108 | Elizabeth Adame Total: | 940.25 | 940.25 | - | - | - | - | 940.25 | | | 940.25 | 940.25 | - | - |
| B21109 | Nueva Vision Optical Total: | 152,042.73 | 3,524.78 | 5,079.12 | 5,123.62 | 5,123.62 | 133,191.59 | 152,042.73 | | 118,820.73 | 33,222.00 | 18,851.14 | 133,191.59 | 118,820.73 |
| B21110 | New Trends Clothing, Inc. Total: | 178,387.20 | 3,721.08 | 6,829.75 | 6,918.75 | 6,918.75 | 153,998.87 | 178,387.20 | | 138,866.62 | 39,520.58 | 24,388.33 | 153,998.87 | 138,866.62 |
| B21111 | Jose Alan Sandoval Total: | (32.83) | - | (32.83) | - | - | - | (32.83) | | | (32.83) | (32.83) | - | - |
| B21202 | New Trends Clothing, Inc. Total: | 5,110.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,110.00 | 5,110.00 | | 1,110.00 | 4,000.00 | 4,000.00 | 1,110.00 | 1,110.00 |
| B21203 | Mike Kim / T-Mobile Total: | 5,215.15 | 4,541.79 | 673.36 | - | - | - | 5,215.15 | | | 5,215.15 | 5,215.15 | - | - |
| B21204 | Flor Paredes Total: | 26,194.19 | 1,572.60 | 3,126.94 | 3,171.44 | 3,171.44 | 15,151.77 | 26,194.19 | | 5,508.89 | 20,685.30 | 11,042.42 | 15,151.77 | 5,508.89 |
| B21206 | Progreso Financiero Total: | (3,402.30) | (3,402.30) | - | - | - | - | (3,402.30) | | | (3,402.30) | (3,402.30) | - | - |
| B31000 | Pretzeria Total: | 64,002.38 | 2,581.00 | 4,364.75 | 4,415.81 | 4,415.81 | 48,225.01 | 64,002.38 | | 29,112.16 | 34,890.22 | 15,777.37 | 48,225.01 | 29,112.16 |
| B31001 | Guillermo Reveles & Adan Reveles-Plaza | 11,726.91 | 1,858.38 | 2,308.69 | 137.12 | 2,337.12 | 5,085.60 | 11,726.91 | | 274.24 | 11,452.67 | 6,641.31 | 5,085.60 | 274.24 |
| B31002 | Boost Mobile Total: | 8,792.91 | 3,473.65 | 3,473.65 | 1,845.61 | - | - | 8,792.91 | | | 8,792.91 | 8,792.91 | - | - |
| B31003 | Yogurt de Armo Total: | (2,921.53) | (2,921.53) | - | - | - | - | (2,921.53) | | | (2,921.53) | (2,921.53) | - | - |
| B31004 | Dolex Dollar Express, Inc. Total: | (5,193.69) | (5,193.69) | - | - | - | - | (5,193.69) | | | (5,193.69) | (5,193.69) | - | - |
| B31005 | Arlene's Fashions Total: | 12,981.06 | 2,839.92 | 66.67 | 192.11 | - | 9,882.36 | 12,981.06 | | 7,082.36 | 5,898.70 | 3,098.70 | 9,882.36 | 7,082.36 |
| B31006 | La Parisina Total: | 19,452.56 | 2,566.44 | 5,900.93 | 402.66 | - | 10,582.53 | 19,452.56 | | 4,569.53 | 14,883.03 | 8,870.03 | 10,582.53 | 4,569.53 |
| B31007 | Beauty Zone Total: | 77,750.01 | 4,076.08 | 6,699.05 | 6,774.15 | 6,774.15 | 53,426.58 | 77,750.01 | | 31,704.13 | 46,045.88 | 24,323.43 | 53,426.58 | 31,704.13 |
| B31008 | MG Colombian Boutique Total: | 22,172.03 | 2,866.41 | 6,208.08 | 818.66 | - | 12,278.88 | 22,172.03 | | 3,906.88 | 18,265.15 | 9,893.15 | 12,278.88 | 3,906.88 |
| B4A101 | Don Roberto Jewelers Total: | (7,408.08) | (7,408.08) | - | - | - | - | (7,408.08) | | | (7,408.08) | (7,408.08) | - | - |
| B4D104 | The Children's Place Total: | 75,412.12 | 2,070.95 | 17,603.78 | 18,123.65 | 18,123.65 | 19,490.09 | 75,412.12 | | 19,382.81 | 56,029.31 | 55,922.03 | 19,490.09 | 19,382.81 |
| B4E106 | SO CAL PF LYNWOOD, LLC-Planet Fitne | 394,084.01 | (44,248.47) | 56,117.80 | 57,432.54 | 57,432.54 | 267,349.60 | 394,084.01 | | 11,289.09 | 382,794.92 | 126,734.41 | 267,349.60 | 11,289.09 |
| B7100 | La Curacao Total: | 60,740.20 | - | - | - | - | 60,740.20 | 60,740.20 | | | 60,740.20 | - | 60,740.20 | - |
| B7101 | Don Roberto Jewelers Total: | (1,232.80) | 327.97 | 85.00 | 85.00 | 43.42 | (1,774.19) | (1,232.80) | | | (1,232.80) | 541.39 | (1,774.19) | - |
| B7102 | GRUPO CONCORDIA LA Total: | 16,758.70 | 3,532.74 | 708.03 | - | - | 12,517.93 | 16,758.70 | | 517.93 | 16,240.77 | 4,240.77 | 12,517.93 | 517.93 |
| B8100 | La Huasteca Total: | 1,012,979.77 | 14,581.15 | 35,745.91 | 36,395.09 | 36,395.09 | 889,862.53 | 1,012,979.77 | | 783590.14 | 229,389.63 | 123,117.24 | 889,862.53 | 783,590.14 |
| B8001 | Perfumes and Hair Products Total: | 7,887.87 | (1,479.87) | - | - | - | 9,367.74 | 7,887.87 | | 693.38 | 7,194.49 | (1,479.87) | 9,367.74 | 693.38 |
| B8102 | Candle Light Bakery Total: | 42,383.93 | 3,616.40 | 7,679.01 | 7,803.62 | 7,803.62 | 15,481.28 | 42,383.93 | | 14,565.63 | 27,818.30 | 26,902.65 | 15,481.28 | 14,565.63 |
| B8106 | Wedding Chapel Total: | 7,519.43 | 973.33 | 973.33 | 973.33 | 973.33 | 3,626.11 | 7,519.43 | | 3,026.11 | 4,493.32 | 3,893.32 | 3,626.11 | 3,026.11 |
| B8107 | Professional Documents, Inc. Total: | 28,479.76 | 427.66 | 2,614.02 | 2,681.09 | 2,621.48 | 20,135.51 | 28,479.76 | | 18,950.52 | 9,529.24 | 8,344.25 | 20,135.51 | 18,950.52 |
| B8108 | Una Mexicana Que Fruta Vendia Total: | 43,780.79 | 2,254.65 | 3,846.19 | 3,895.00 | 3,895.00 | 29,889.95 | 43,780.79 | | 17,414.95 | 26,365.84 | 13,890.84 | 29,889.95 | 17,414.95 |
| B8109 | Hermandad Mexicana Legal Centers Tota | 2,575.29 | 2,523.91 | 51.38 | - | - | - | 2,575.29 | | | 2,575.29 | 2,575.29 | - | - |
| B8110 | Rosy's Beauty Salon Total: | 25,544.17 | 1,980.34 | 4,356.51 | 4,429.40 | 4,429.40 | 10,348.52 | 25,544.17 | | 14,339.72 | 11,204.45 | 15,195.65 | 10,348.52 | 14,339.72 |
| B8113 | Farmers Insurance Agency Total: | 5,989.12 | 3,344.12 | 2,645.00 | - | - | - | 5,989.12 | | | 5,989.12 | 5,989.12 | - | - |
| B8201 | MEAN CHIX, Inc - Hot Chix Total: | 35,882.84 | 5,621.33 | 5,624.65 | 5,422.46 | 5,407.39 | 13,807.01 | 35,882.84 | | 6,872.14 | 29,010.70 | 22,075.83 | 13,807.01 | 6,872.14 |
| B8202-2 | FARO OPTOMETRY Total: | 37,289.22 | 2,849.33 | 3,569.67 | 3,613.86 | 3,600.13 | 23,656.23 | 37,289.22 | | 6,300.32 | 30,988.90 | 13,632.99 | 23,656.23 | 6,300.32 |
| B8203 | First Aid Urgent Care, Inc Total: | 1,708.22 | 1,708.22 | - | - | - | - | 1,708.22 | | | 1,708.22 | 1,708.22 | - | - |
| B8204 | JPL EVENT ENTERPRISE LLC Total: | 106,511.04 | 14,091.19 | 8,269.74 | 8,500.01 | 8,500.01 | 67,150.09 | 106,511.04 | | 24,650.06 | 81,860.98 | 39,360.95 | 67,150.09 | 24,650.06 |
| B8206 | Family Acupuncture & Herb Clinic Total: | (5,244.32) | (5,244.32) | - | - | - | - | (5,244.32) | | | (5,244.32) | (5,244.32) | - | - |
| B8207 | Sang Gyu Shin Total: | (4,757.22) | - | (4,757.22) | - | - | - | (4,757.22) | | | (4,757.22) | (4,757.22) | - | - |
| C1258 | COMEX Korean BBQ, LLC Total: | 833,716.65 | 23,622.28 | 28,747.75 | 29,325.52 | 29,325.52 | 722,695.58 | 833,716.65 | | 634,719.33 | 198,997.32 | 111,021.07 | 722,695.58 | 634,719.33 |
| 105SIGN | TMC Total: | 408,579.50 | - | - | - | - | - | 408,579.50 | 408,579.50 | 408,579.50 | - | - | 408,579.50 | 408,579.50 |
| 105SIGN | iKahan Media, Inc. (old) Total: | 9,965.64 | - | - | - | - | 9,965.64 | | 9,965.64 | 9,965.64 | - | - | 9,965.64 | 9,965.64 |
| A2E | L.A.Care Health Plan Total: | - | - | - | - | - | 830.24 | | 830.24 | 830.24 | - | - | 830.24 | 830.24 |
| B11310 | Tamales La Gurea Estilo Sinaloa Total: | 24,108.22 | - | - | - | - | 24,108.22 | | 24,108.22 | 24,108.22 | - | - | 24,108.22 | 24,108.22 |
| B11311 | Bionicos Frutas y Jugos Naturales Total: | 38.06 | - | - | - | - | 38.06 | | 38.06 | 38.06 | - | - | 38.06 | 38.06 |
| B11313 | Farmacia Natural Total: | (1,332.20) | (1,843.01) | - | - | - | 510.81 | | (1,332.20) | 510.81 | (1,843.01) | (1,843.01) | 510.81 | 510.81 |

**PLAMEX INVESTMENT LLC**
**EXHIBIT B.11 - ACCOUNTS RECEIVABLE (TENANT RENTS)**

| Suite ID | Occupant Name | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months | Current Tenants | Inactive Tenants | Reserve Balance as of 12/31/2020 | NET Receivable | 90 days or less | Over 90 days | Allow for uncollectibles |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B11316 | Alma De Mexico Total: | 41,517.47 | (2,130.94) | - | - | - | 43,648.41 | | 41,517.47 | 43,648.41 | (2,130.94) | (2,130.94) | 43,648.41 | 43,648.41 |
| B11324 | PLAZA CAR WASH, LLC Total: | 11,797.11 | 480.98 | - | - | - | 11,316.13 | | 11,797.11 | 11,316.13 | 480.98 | 480.98 | 11,316.13 | 11,316.13 |
| B11324 | Ezequiel Juarez Lopez Total: | 3,852.84 | - | - | - | - | 3,852.84 | | 3,852.84 | 3,852.84 | - | - | 3,852.84 | 3,852.84 |
| B11325 | Airbrush Nation Total: | 41,667.29 | - | - | - | - | 41,667.29 | | 41,667.29 | 41,667.29 | - | - | 41,667.29 | 41,667.29 |
| B13001 | Barbacoa Actopan Total: | 4,599.23 | - | - | - | - | 4,599.23 | | 4,599.23 | 4,599.23 | - | - | 4,599.23 | 4,599.23 |
| B13001 | Lamajoon Mediterranean Shish Kabob Total: | 9,986.02 | - | - | - | - | 9,986.02 | | 9,986.02 | 9,986.02 | - | - | 9,986.02 | 9,986.02 |
| B13003 | YOSHIHARU RAMEN EXPRESS Total: | (1,811.82) | (1,811.82) | - | - | - | - | | (1,811.82) | | (1,811.82) | (1,811.82) | - | - |
| B13003 | RYU JOO YEON Total: | (961.00) | (961.00) | - | - | - | - | | (961.00) | | (961.00) | (961.00) | - | - |
| B13003 | Ricos Tacos El Tio II, Inc. Total: | 66,317.14 | - | - | - | - | 66,317.14 | | 66,317.14 | 66,317.14 | - | - | 66,317.14 | 66,317.14 |
| B21102 | Blue Vibes Total: | 790.00 | - | - | - | - | 790.00 | | 790.00 | 790.00 | - | - | 790.00 | 790.00 |
| B21108 | YOUNGEVITY Total: | 3,632.20 | 71.53 | - | - | - | 3,560.67 | | 3,632.20 | 3,560.67 | 71.53 | 71.53 | 3,560.67 | 3,560.67 |
| B21202 | Mobile Exclusive T-Mobile Total: | 57,537.35 | - | - | - | - | 57,537.35 | | 57,537.35 | 57,537.35 | - | - | 57,537.35 | 57,537.35 |
| B21202 | Cell Phone T-mobile (old) Total: | 16,019.19 | - | - | - | - | 16,019.19 | | 16,019.19 | 16,019.19 | - | - | 16,019.19 | 16,019.19 |
| B21204 | Flor Paredes Total: | 219.46 | - | - | - | - | 219.46 | | 219.46 | 219.46 | - | - | 219.46 | 219.46 |
| B21205 | MILICO, LLC Total: | 18,324.98 | - | - | - | - | 18,324.98 | | 18,324.98 | 18,324.98 | - | - | 18,324.98 | 18,324.98 |
| B21207/8 | Casa de Michocan Total: | 14,115.91 | - | 2,339.72 | 2,339.72 | 2,339.72 | 7,096.75 | | 14,115.91 | 18,257.57 | (4,141.66) | 7,019.16 | 7,096.75 | 18,257.57 |
| B21210 | Lavanderia Burbuja Total: | (7,016.01) | (7,016.01) | - | - | - | - | | (7,016.01) | | (7,016.01) | (7,016.01) | - | - |
| B31001 | Abigail Perez Total: | 1,772.92 | - | - | - | - | 1,772.92 | | 1,772.92 | 1,772.92 | - | - | 1,772.92 | 1,772.92 |
| B31008 | Moxi Shoes Total: | 13,540.26 | - | - | - | - | 13,540.26 | | 13,540.26 | 13,540.26 | - | - | 13,540.26 | 13,540.26 |
| B44B | FOOT LOCKER RETAIL, INC Total: | (241.94) | - | - | (4,596.77) | 3,629.03 | 725.80 | | (241.94) | | (241.94) | (967.74) | 725.80 | - |
| B44B | Viva Movil, LLC Total: | 4,724.21 | - | - | - | - | 4,724.21 | | 4,724.21 | 4,724.21 | - | - | 4,724.21 | 4,724.21 |
| B4E106 | Metro Fusion, Inc. (Men's Land) Total: | 4,845.62 | - | - | - | - | 4,845.62 | | 4,845.62 | 4,845.62 | - | - | 4,845.62 | 4,845.62 |
| B4E106 | PAVI Inc. (old) Total: | 136,377.47 | - | - | - | - | 136,377.47 | | 136,377.47 | 136,377.47 | - | - | 136,377.47 | 136,377.47 |
| B4F107 | Anna's Linen #004 Total: | 74,165.71 | - | - | - | - | 74,165.71 | | 74,165.71 | 74,165.71 | - | - | 74,165.71 | 74,165.71 |
| B7101 | BEECRAZEE INC - Mauya Total: | 1,414.13 | - | - | - | - | 1,414.13 | | 1,414.13 | 1,414.13 | - | - | 1,414.13 | 1,414.13 |
| B7101 | BRANDEN AND CO. JEWELERS Total: | 94,046.86 | 1,051.22 | - | - | - | 92,995.64 | | 94,046.86 | 92,995.64 | 1,051.22 | 1,051.22 | 92,995.64 | 92,995.64 |
| B7101 | Raul Solis Total: | 5,500.00 | - | - | - | - | 5,500.00 | | 5,500.00 | 5,500.00 | - | - | 5,500.00 | 5,500.00 |
| B7102 | AIO Wireless Total: | 2,347.62 | - | - | - | - | 2,347.62 | | 2,347.62 | 2,347.62 | - | - | 2,347.62 | 2,347.62 |
| B7103 | IVETTE BY MITZY Total: | (4,694.90) | (4,694.90) | - | - | - | - | | (4,694.90) | | (4,694.90) | (4,694.90) | - | - |
| B8101 | Miguel Chavarria & Viney Sharm Total: | 123,443.44 | - | - | - | - | 123,443.44 | | 123,443.44 | 123,443.44 | - | - | 123,443.44 | 123,443.44 |
| B8105 | Victoria Casas Total: | 329.66 | - | - | - | - | 329.66 | | 329.66 | 329.66 | - | - | 329.66 | 329.66 |
| B8112 | Militar's Cut Unisex Total: | 60.99 | - | - | - | - | 60.99 | | 60.99 | 60.99 | - | - | 60.99 | 60.99 |
| B8201 | SNOW FACTORY Total: | 75,407.62 | - | - | - | - | 75,407.62 | | 75,407.62 | 75,407.62 | - | - | 75,407.62 | 75,407.62 |
| B8203 | Lynwood Medical Total: | (579.18) | (579.18) | - | - | - | - | | (579.18) | | (579.18) | (579.18) | - | - |
| C1258 | HomeTown Buffet Total: | 58,537.33 | - | - | - | - | 58,537.33 | | 58,537.33 | 58,537.33 | - | - | 58,537.33 | 58,537.33 |
| | **BLDG 200PMO Total:** | 5,452,675.95 | 22,865.81 | 290,925.58 | 278,108.02 | 265,559.16 | 4,595,217.38 | 4,138,901.31 | 1,313,774.64 | 3,803,210.71 | 1,649,465.24 | 857,458.57 | 4,595,217.38 | 1,649,465.24 |
| | **Grand Total** | $ 9,461,238.64 | $ 220,583.75 | $ 600,731.46 | $ 538,633.69 | $ 461,076.26 | $ 7,640,213.48 | $ 6,955,527.18 | $ 2,505,711.46 | $ 6,179,714.21 | $ 3,281,524.43 | $ 1,821,025.16 | $ 7,640,213.48 | $ 6,179,714.21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total Aging | 9,461,238.64 | | | | | |
| | | | | | 96,750.86 | | |
| 25620-0000 | Prepaid Rent per TB, 04/30/2021 | 100,423.28 | | | 1,917,776.02 | | 1,460,499.27 |
| | Tamales-Overstated by $0.30 | 0.30 | | | | | |
| | Chuck E Cheese Prepaid Rent | (2,672.72) | 96,750.86 | | | | $ 3,378,275.29 |
| | Top Fashion PPD rent | (1,000.00) | | | | | |
| | | | | | | | |
| | **Total Adjusted AR, 04/30/21** | $9,557,989.50 | | | | | |
| 11000-0000 | AR Per Trial Balance, 04/30/21 | $9,557,989.50 | | | $6,179,714.21 | | |
| | Difference | $0.00 | | | | | |
| | | | | | 11110-0000 | Allowance for BD | 6,179,714.21 |
| | | | | | | Difference | $0.00 |

# Exhibit B.50

**Plamex Investment, LLC**
**Exhibit B.50 - Furniture, Fixtures, Equipment & Machinery**

| DATE IN SERVICE | DESCRIPTION | COST | METHOD | LIFE | MONTHLY DEPRECIATION | ACCUMULATED DEPRECIATION @ April 30, 2021 | NET VALUE @ April 30, 2021 |
|---|---|---|---|---|---|---|---|
| **Furniture & Fixture** | | GL | | | | | |
| 7/26/2005 | Furniture & Fix | 7,879.00 GL | S/L | 39.0 | 16.84 | 3,393.62 | 4,485.38 |
| 8/2/2005 | Furniture & Fix | 10,101.00 | S/L | 39.0 | 21.58 | 4,350.33 | 5,750.67 |
| 7/14/2005 | Furniture & Fix | 47,000.00 | S/L | 39.0 | 100.43 | 19,030.12 | 27,969.88 |
| 12/31/2015 | Holiday decors | 25,265.00 | S/L | 5.0 | 421.08 | 25,265.00 | 0.00 |
| 7/1/2016 | Elastomeric Roof Restoration Coating | 17,700.00 | S/L | 10.0 | 147.50 | 8,555.00 | 9,145.00 |
| 12/1/2016 | Dining Area Tables & Chairs | 40,388.41 | S/L | 7.0 | 480.81 | 25,483.16 | 14,905.25 |
| 12/1/2016 | Dining Area Umbrellas | 7,286.92 | S/L | 7.0 | 86.75 | 4,597.70 | 2,689.22 |
| 10/1/2016 | Reciprocating Compressor Rpclmt | 16,810.00 | S/L | 10.0 | 140.08 | 7,704.58 | 9,105.42 |
| 12/1/2016 | Bldg B8 Restroom Rennovation | 47,032.25 | S/L | 10.0 | 391.94 | 20,772.58 | 26,259.67 |
| 9/26/2019 | Anycase/Miragrown-PM Stage + Delivery | 10,399.23 | S/L | 10.0 | 86.66 | 1,660.99 | 8,738.24 |
| | **Total Furniture & Fixture-GL#18140-0000)** | $ 460,829.85 | | | $ 1,893.67 | $ 351,781.13 | $ 109,048.72 |
| | TB | $ 460,829.85 | | | | | **(Acct#18540-0000)** |
| | Difference | - | | | | | |
| **Machinery & Equipment** | | GL | | | | | |
| | | GL | | | | | |
| 7/15/2005 | Machine & Equip | 322.00 GL | S/L | 15.0 | 1.79 | 322.00 | (0.00) |
| 7/31/2005 | Machine & Equip | 42,500.00 | S/L | 15.0 | 236.11 | 42,500.00 | 0.00 |
| 10/20/2005 | Machine & Equip | 13,078.00 | S/L | 39.0 | 27.94 | 5,960.78 | 7,117.22 |
| 11/5/2015 | AC compressor | 16,000.00 | S/L | 2.5 | 533.33 | 16,000.00 | 0.00 |
| 12/31/2015 | Food Court Patio Heater | 842.62 | S/L | 5.0 | 14.04 | 842.62 | (0.00) |
| 3/31/2019 | Regency Fire-Install of New GSM Service | 5,950.00 | S/L | 7.0 | 70.83 | 1,841.67 | 4,108.33 |
| 11/6/2019 | RYUNSA PARK- CAMDOG CCTV-PLX-IN | 18,170.00 | S/L | 25.0 | 60.57 | 1,080.11 | 17,089.89 |
| 12/26/2019 | AC compressor - check voided | (16,000.00) | S/L | 2.5 | | - | (16,000.00) |
| 7/2/2020 | Tri-Chem Repl Tower Pump & Motor | 6,950.00 | S/L | 15.0 | 38.61 | 386.11 | 6,563.89 |
| 6/24/2020 | 100 Gallon Water Heater - Food Court | 5,900.00 | S/L | 12.0 | 40.97 | 409.72 | 5,490.28 |
| 6/24/2020 | 20 Gallon Water Heater - Bldg B8 | 1,100.00 | S/L | 12.0 | 7.64 | 76.39 | 1,023.61 |
| | Disposal - Fully Depreciated M&E | | | | | - | 0.00 |
| **Total Machinery & Equipment-GL#18150-0000** | | $ 463,061.54 | | | $ 813.22 | $ 437,668.31 | $ 25,393.23 |
| | TB | $ 463,061.54 | | | | | **(Acct#18550-0000)** |
| | Difference | - | | | | | $ 134,441.95 |

# Exhibit B.71

**Plamex Investment, LLC**
**Exhibit B.71 - Affiliate Accounts Receivable**

| List of Affiliates | Amount | Entity Names |
|---|---:|---|
| Interentity N/R - Comex | $ 605,513.18 | Comex Food Service, Inc. |
| Interentity N/R - Comex $700k | 642,216.03 | Comex Food Service, Inc. |
| Interentity A/R - Café Canela | 293,852.87 | Café Canela (Comex Food Service, Inc.) |
| Interentity A/R - Imperial Market | 136,091.03 | Imperial Market-owned by Young M Chae |
| Interentity N/R - Imperial Market | 553,384.78 | Imperial Market-owned by Young M Chae |
| Interentity A/R - Laundry | 179,022.30 | Lavanderia Burbuja-owned by Young M Chae |
| Interentity A/R - Laundry N/R | 94,019.92 | Lavanderia Burbuja-owned by Young M Chae |
| Interentity A/R - 3000 LLC | 256,520.37 | 3000 E. Imperial, LLC |
| Interentity A/R - 3100 Corp | 2,489.84 | 3100 E. Imperial Highway Corp. |
| Interentity A/R - Placo Investment | 3,388,901.75 | Placo Investment, LLC |
| Interentity A/R - 3100 Investment | 20,129,318.33 | 3100 E Imperial Investment, LLC |
| Interentity A/R - JEL | 26,425.00 | JEL Investment, Inc. |
| Interentity A/R - LTC | 38,727.28 | LTC Development, Inc. |
| Interentity A/R - ISC | 17,815.20 | Imperial Shopping Center, LLC |
| Interentity A/R - Placo Fitness | 6,190.55 | Placo Fitness, LLC |
| Interentity A/R - PMR | 20.00 | Plaza Mexico Residences, LLC |
| Interentity A/R - Fair Oaks | 3,396,310.91 | 3171 Fair Oaks, LLC |
| Interentity A/R - Placo SB | 8,462,469.46 | Placo San Bernardino, LLC |
| Interentity A/R - The Source | 9,121,672.93 | The Source at Beach, LLC |
| Interentity A/R - The Source Office | 191,250.00 | The Source Office, LLC |
| Interentity A/R - Source Hotel | 125,825.00 | The Source Hotel, LLC |
| Interentity A/R - BEOR Investors | 77,000.00 | Beach Orangethorpe Investors, LLC |
| Interentity A/R - BEOR VI | 82,000.00 | Beach Orangethorpe VI, LLC |
| Interentity A/R - BEOR Hotel | 34,000.00 | Beach Orangethorpe Hotel, LLC |
| Interentity A/R - BEOR Hotel II | 17,000.00 | Beach Orangethorpe Hotel II, LLC |
| Interentity A/R - BEOR Office | 22,000.00 | Beach Orangethorpe Office, LLC |
| Interentity A/R - M+D | 38,951,867.99 | M+D Properties |
| Interentity A/R - MDRC | 1,230,736.99 | M&D Regional Center, LLC |
| Interentity A/R - Comex Food Service | 897,584.78 | Comex Food Service, Inc. |
| Interentity A/R - La Huasteca | 889,882.74 | Comex Food Service, Inc. |
| Interentity A/R - La Hu Pasadena | 51,434.33 | Comex Food Service, Inc. |
| Interentity A/R - Comex KC | 14,216.53 | Comex KC, Inc. |
| Interentity A/R - Comex AMG | 389,766.27 | Comex Korean BBQ, LLC |
| Interentity A/R - GPM, LLC | 3,675.01 | Greenland Property Management, LLC |
| | $ 90,329,201.37 | |

**Fill in this information to identify the case:**

Debtor name    **Plamex Investment, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   **8:21-bk-10958-ES**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Wells Fargo Bank, N.A., as Trustee**<br>Creditor's Name<br><br>**Morgan Stanley Cap I Trust 2016-UBS**<br>**9062 Old Annapolis Road**<br>**Columbia, MD 21045**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/16/2016**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Substantially all assets of the Debtor**<br><br><br>Describe the lien<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $107,779,863.93 | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

   $107,779,863.93

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CWCapital Asset Management**<br>**900 19th Street NW, 8th Floor**<br>**Attn: Ariel Levin/Jake Hamel**<br>**Washington, DC 20006** | Line  **2.1** | |

| Debtor | **Plamex Investment, LLC** | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Natixis, New York Branch**<br>**1251 Avenue of the Americas**<br>**New York, NY 10020** | Line  **2.1** | |
| **Perkins Coie LLP**<br>**2901 N. Central Ave., Suite 2000**<br>**Attn: Liana W. Spendlove**<br>**Phoenix, AZ 85012** | Line  **2.1** | |
| **Perkins Coie LLP**<br>**1888 Century Park East, Suite 1700**<br>**Attn: Mark Birnbaum**<br>**Los Angeles, CA 90067** | Line  **2.1** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Plamex Investment, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   **8:21-bk-10958-ES**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

   **1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

      ☐ No. Go to Part 2.

      ■ Yes. Go to line 2.

   **2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**City of Lynwood**
**11330 Bullis Road**
**Lynwood, CA 90262**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** | Priority creditor's name and mailing address
**County of Los Angeles**
**Dept. of Treasurer & Tax Collector**
**P.O. Box 54027**
**Los Angeles, CA 90054-0027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**   Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section, MS: A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**State Board of Equalization**
**Account Info. Group, MIC: 29**
**P.O.Box 942879**
**Sacramento, CA 94279-0029**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address
**The Delaware Department of State**
**Division of Corporations**
**PO Box 898**
**Dover, DE 19903**

As of the petition filing date, the claim is: **$300.00** **$300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.1** 
**Nonpriority creditor's name and mailing address**
**3100 E. Imperial Highway Corp.**
**3100 E. Imperial Highway**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$124,200.00

---

**3.2** 
**Nonpriority creditor's name and mailing address**
**3100 E. Imperial Investment, LLC**
**6988 Beach Blvd, Suite B-215**
**Buena Park, CA 90621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$15,218,998.15

---

**3.3** 
**Nonpriority creditor's name and mailing address**
**333 Fashion**
**24641 Maple Ln**
**Harbor City, CA 90710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$3,798.00

---

**3.4** 
**Nonpriority creditor's name and mailing address**
**99 Cent Store & Up**
**1251 S. Montebello Blvd**
**Montebello, CA 90640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$3,806.00

---

**3.5** 
**Nonpriority creditor's name and mailing address**
**A & R Custom Designs LLC**
**1185 E Stanford Court**
**Anaheim, CA 92805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$15,392.28

---

**3.6** 
**Nonpriority creditor's name and mailing address**
**A & S Fashion**
**3100 E. Imperial Hwy**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$5,370.00

---

**3.7** 
**Nonpriority creditor's name and mailing address**
**A Fashion Plus**
**20415 Berendo Ave**
**Torrance, CA 90502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$9,818.00

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address

**Abigail Pacheco, Irina Rossi, et al.**
**3100 E. Imperial Hwy, Unit J11**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.9** | Nonpriority creditor's name and mailing address

**ABZ Pest Control**
**17546 Studebaker Rd.**
**Cerritos, CA 90703**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$226.00**

---

**3.10** | Nonpriority creditor's name and mailing address

**Airbrush Nation**
**1004 N Pointsettia Ave APT D**
**Compton, CA 90221**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**Aldo's Key Shop**
**3100 E Imperial Hwy #1323**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,250.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**Alicia Vera Murillo**
**3100 E Imperial Hwy VCT17**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**All City Footwear**
**4035 Santa Anita LN**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$7,468.02**

---

**3.14** | Nonpriority creditor's name and mailing address

**Angel's Bridal**
**3100 E Imperial Hwy**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,961.04**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Angelica Fernandez Alvarez**
**13800 Parkcenter Ln**
**Tustin, CA 92782**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Antonio de la Cruz, an individual**
**11175 Lynden Street**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,960.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**Arlene's Fashions**
**3100 E. Imperial Hwy B31005**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,800.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**Art Craft & Religious**
**3100 E Imperial Hwy VCT09**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Art Nails**
**3100 E. Imperial Hwy Unit L9**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,128.00**

---

**3.20** | Nonpriority creditor's name and mailing address

**AT&T**
**P.O. BOX 5025**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,076.06**

---

**3.21** | Nonpriority creditor's name and mailing address

**Autofin USA**
**3180 E. Imperial Hwy. #G**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,142.00**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address
**Ave Beauty Supply**
**4020 Court Land Street**
**Lynwood, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,600.00**

---

**3.23** | Nonpriority creditor's name and mailing address
**Azteca Jewelry**
**3100 E Imperial Hwy Unit E1**
**Lynwood, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.24** | Nonpriority creditor's name and mailing address
**Beauty Zone**
**7526 Brookmill Rd.**
**Downey, CA 90241**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$7,500.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Bebe Craft**
**8901 Calden Ave,  APT#405**
**South Gate, CA 90280**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,800.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**Better & Best Building Service Inc.**
**1833 Avenida San Lorenzo**
**Fullerton, CA 92833**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

**$137,228.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Big Discount**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$5,344.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Bioncos La Huerta**
**8557 Orange Street**
**Downey, CA 90242**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tenant Security Deposit__

Is the claim subject to offset? ■ No  ☐ Yes

**$12,507.26**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address

**Bioncos La Huerta**
8557 Orange Street
Downey, CA 90242

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$5,568.10

---

**3.30** | Nonpriority creditor's name and mailing address

**Birreria Jalisco**
3180 E. Imperial Hwy A2D
Lynwood, CA 90262

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$4,699.00

---

**3.31** | Nonpriority creditor's name and mailing address

**Blanca Martinez**
3100 E Imperial Hwy VKIO25
Lynwood, CA 90262

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

**3.32** | Nonpriority creditor's name and mailing address

**BM Classic Portaits**
68 Pomona Ave
Long Beach, CA 90803

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$2,000.00

---

**3.33** | Nonpriority creditor's name and mailing address

**Boom Boom Sounds**
8827 Mel Dar Ave
Downey, CA 90240

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$2,496.00

---

**3.34** | Nonpriority creditor's name and mailing address

**Boost Mobile**
3100 E. Imperial Hwy, Unit B3-1002
Lynwood, CA 90262

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$5,100.12

---

**3.35** | Nonpriority creditor's name and mailing address

**Bubbles Apparel, Inc.**
2839 Sycamore Avenue
La Crescenta, CA 91214

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$30,076.99

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,161.44 |
|---|---|---|---|

**BW Sports & Hobbies**
**14015 Camino Del Oro**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.09 |
|---|---|---|---|

**California Sanitary Supply**
**1834 E. 46th Street**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,003.00 |
|---|---|---|---|

**Candle Light Bakery**
**3150 E. Imperial Hwy, Ste 102**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,605.00 |
|---|---|---|---|

**Capital Cap & Embroidery**
**1621 South Highland Avenue #K**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Carrera Concessions**
**3100 E Imperial Hwy**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Casa Colima**
**3200 Mulford Ave, Unit 202**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Casa de Michocan**
**3100 E Imperial Hwy #B21207/8**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Cell Mart**
**1122 Teri Avenue**
**Torrance, CA 90503**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Chase Card Services**
**P.O. Box 15123**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$517.31**

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Chin Shoes**
**20019 Gridley Rd**
**Cerritos, CA 90703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6,058.00**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Come Again**
**3307 Burton Ave**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**Community Enforcement Patrol**
**11600 Paramount Blvd #D**
**Downey, CA 90241**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$238,025.50**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Connie Sunmi Kim**
**3100 E. Imperial Highway**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Employee Reimbursement Claim**

Is the claim subject to offset? ■ No ☐ Yes

**$473.54**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Contemporary Information Corp.**
**42913 Capital Dr. Ste #101**
**Lancaster, CA 93535**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|

Name

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,863.00**

**Delicias Oaxaquenas**
**3100 E. Imperial Hwy  B11312**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,920.52**

**DF Wireless**
**3200 Mulford Ave. #103**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**

**Diana Michel**
**3100 E. Imperial Hwy Unit H8**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Diana Roman**
**3286 Burton Ave, APT A**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,154.32**

**Diana Yunhi Kim**
**1705 Downs Dr**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,154.32**

**Diana Yunhi Kim**
**1705 Downs Dr**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Prepaid Tenant Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,785.26**

**Diz N Dat**
**2905 Claredon Avenue, Apt. E**
**Huntington Park, CA 90255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,333.00 |
|---|---|---|---|

**Dolex Dollar Express, Inc.**
**701 Highlander Blvd #300**
**Arlington, TX 76015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,193.69 |
|---|---|---|---|

**Dolex Dollar Express, Inc.**
**701 Highlander Blvd #300**
**Arlington, TX 76015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid Tenant Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Domino's Pizza**
**15198 Downey Ave**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,913.36 |
|---|---|---|---|

**Dulce Vida**
**16031 Pioneer Blvd., Apt. H-6**
**Norwalk, CA 90650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**El Azul Jewelry**
**3100 E. Imperial Hwy, Unit #P4Q5**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.62 |
|---|---|---|---|

**El Gallo Giro**
**12764 Florence Ave**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid Tenant Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,690.46 |
|---|---|---|---|

**El Pollo Real**
**3100 E. Imperial Hwy, Unit 3009**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,350.00 |
|---|---|---|---|

**Elizabeth Adame**
**3307 Burton Ave**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Enciso Realty**
**249 S. Occidental Blvd #315**
**Los Angeles, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Enciso Realty**
**249 S. Occidental Blvd #315**
**Los Angeles, CA 90057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Enrika Ochoa**
**3100 E Imperial Hwy Unit D7**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Enrika Ochoa**
**3100 E Imperial Hwy Unit D7**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid Tenant Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.99 |
|---|---|---|---|

**Epax Systems, LLC**
**14641 Arminta Street**
**Panorama City, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,075.54 |
|---|---|---|---|

**F4 Jewelry**
**3100 E Imperial Hwy Unit F4**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Family Acupuncture & Herb Clinic**
**3150 E. Imperial Hwy B8-206**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,846.00 |
|---|---|---|---|

**Fancy Jewelry**
**1512 Amherst Ave Suite 206**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Farmacia Natural**
**3100 E Imperial Hwy Unit S9**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Farmacia Natural**
**20323 Dorothy Street**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Farmacia Naturista Mexicana**
**3100 E Imperial Hwy Unit E2**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,102.00 |
|---|---|---|---|

**Farmers Insurance Agency**
**3150 E. Imperial Hwy, #113**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Faro Optometry**
**27381 Glenwood Drive**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,418.00 |
|---|---|---|---|

**Fashion Qrew**
1324 E. Washington Blvd
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,668.00 |
|---|---|---|---|

**Fashion Time**
3100 E. Imperial Hwy Unit J2J3
Lynwood, CA 90262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.68 |
|---|---|---|---|

**Federal Express Corp.**
PO Box 7221
Pasadena, CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,771.00 |
|---|---|---|---|

**First Aid Urgent Care**
7204 Foothill Boulevard
Tujunga, CA 91042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,277.26 |
|---|---|---|---|

**First Insurance Funding Corp.**
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**Flor Paredes**
11436 Peach St
Lynwood, CA 90262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,600.00 |
|---|---|---|---|

**Flores Bautista Gloria O.**
1433 Kingsmill Ave
Rowland Heights, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,636.80 |
|---|---|---|---|

**Global Jewelry**
**8247 Haseltime**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Gloria Flores**
**1433 Kingsmill Avenue**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282,087.56 |
|---|---|---|---|

**Greenland Property Management, LLC**
**6988 Beach Blvd B-215**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Management Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681,614.60 |
|---|---|---|---|

**Greenland Property Management, LLC**
**6988 Beach Blvd B-215**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Intercompany Claim**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Grupo Concordia LA**
**5919 San Miguel Road**
**Bonita, CA 91902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,280.00 |
|---|---|---|---|

**Grupo Pakar LLC**
**9595 Six Pines Drive, Suite 8210**
**The Woodlands, TX 77382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,093.50 |
|---|---|---|---|

**GTO Security Corp.**
**2202 S. Figueroa Street, Suite 134**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**Guillermo Camberos Preciado**
**307 E. Jefferson Blvd Suite 328**
**Los Angeles, CA 90011**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,790.00** |
|---|---|---|---|

**Han's Toy**
**3100 E Imperial Hwy**
**Lynwood, CA 90262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hannah Kim**
**18944 Vickie Avenue #4-069**
**Cerritos, CA 90703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**Happy Chinese**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,215.21** |
|---|---|---|---|

**Happy Land**
**6732 Los Verdes Dr. #3**
**Rancho Palos Verdes, CA 90275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,852.48** |
|---|---|---|---|

**Happy Rice**
**3100 E. Imperial Hwy #3008**
**Lynwood, CA 90262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Hermandad Mexicana Legal Centers**
**210 W. Adams Blvd**
**Los Angeles, CA 90007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
| --- | --- | --- | --- |
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
| --- | --- | --- | --- |

**Hip Hop Zone**
**3100 E. Imperial Hwy #1009**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.46 |
| --- | --- | --- | --- |

**Home Depot Credit Services**
**PO Box 2317**
**Jacksonville, FL 32203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
| --- | --- | --- | --- |

**Hoon Ko**
**1621 S. Highland Ave Apt K**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510,569.38 |
| --- | --- | --- | --- |

**Imperial Shopping Center, LLC**
**3100 E. Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,546.58 |
| --- | --- | --- | --- |

**Inti Arts & Craft**
**3100 E Imperial Hwy**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,400.00 |
| --- | --- | --- | --- |

**Ivette By Mitzy**
**2633 McKinney Ave Ste 130-363**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,948.00 |
| --- | --- | --- | --- |

**Jang's Men's Fashion**
**3100 E. Imperial Hwy**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.106**

**Nonpriority creditor's name and mailing address**

**Jesus Garcia**
**11145 Bellinser**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Jesus Garcia**
**11145 Bellinger Street**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Jewelry and Beauty Inc**
**5500 Torrance Blvd, C132**
**Torrance, CA 90503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9,000.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**Jimmy Choi**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,888.50**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**Joe Del Nigro**
**c/o McFarlin LLP**
**4 Park Plaza, Suite 1025**
**Irvine, CA 92614**

Date(s) debt was incurred  **12/02/2019**

Last 4 digits of account number  **SFSK**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**Jong R Jang**
**3100 E Imperial Hwy**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**Jose Alan Sandoval**
**15137 San Jose Avenue**
**Paramount, CA 90723**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,080.42**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

---

**3.113** | Nonpriority creditor's name and mailing address

**Jose Alan Sandoval**
**15137 San Jose Avenue**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Prepaid Tenant Rent**

Is the claim subject to offset? ■ No  ☐ Yes

$32.83

---

**3.114** | Nonpriority creditor's name and mailing address

**Jose Alan Sandoval Iniguez**
**15137 San Jose Avenue**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$2,500.00

---

**3.115** | Nonpriority creditor's name and mailing address

**Jose Alan Sandoval-Iniquez**
**15137 San Jose Avenue**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$16,000.00

---

**3.116** | Nonpriority creditor's name and mailing address

**Jose Gutierrez-Torres**
**15137 San Jose Avenue**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$6,000.00

---

**3.117** | Nonpriority creditor's name and mailing address

**Jose Gutierrez-Torres**
**15137 San Jose Avenue**
**Paramount, CA 90723**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$9,000.00

---

**3.118** | Nonpriority creditor's name and mailing address

**Jose Rodriguez**
**443 E. 73rd Street**
**Los Angeles, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$4,000.00

---

**3.119** | Nonpriority creditor's name and mailing address

**Joy Sports Wear**
**3100 E. Imperial Hwy Unit F5**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

$6,872.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Plamex Investment, LLC** | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,000.00** |
|---|---|---|---|

**JPL Event Enterprise LLC**
**1238 South Beach Blvd**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.99** |
|---|---|---|---|

**K-9 Financial, LLC**
**170 S. Green Valley Parkway Ste 300**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,856.20** |
|---|---|---|---|

**Kat's Lingerie**
**1735 Lincoln Ave #40**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,944.00** |
|---|---|---|---|

**Kid's Love**
**1413 Lomita Blvd Suite 3**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,858.00** |
|---|---|---|---|

**Kiddie World**
**1936 Delmesa Ave**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,465.00** |
|---|---|---|---|

**Kiddie World II**
**1936 Delmesa Ave**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,249.65** |
|---|---|---|---|

**Kone Inc.**
**1821 Tyburn Street**
**Glendale, CA 91204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|---|
| | Name | | | |

---

**3.127** | **Nonpriority creditor's name and mailing address**

**L' Dorado Jewelry**
**3100 E Imperial Hwy Unit D6**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

**3.128** | **Nonpriority creditor's name and mailing address**

**La Casa De La Novia**
**11641 State St**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$1,400.00**

---

**3.129** | **Nonpriority creditor's name and mailing address**

**LA Michoacana**
**2506 W. Adams**
**Santa Ana, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$5,677.60**

---

**3.130** | **Nonpriority creditor's name and mailing address**

**La Parisina**
**9728 Brookgreen Rd**
**Downey, CA 90240**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$6,013.00**

---

**3.131** | **Nonpriority creditor's name and mailing address**

**Leticia Torres**
**3796 Millstone Court**
**Pomona, CA 91766**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.132** | **Nonpriority creditor's name and mailing address**

**LGP Equipment Rentals, Inc.**
**5545 E. Gage Avenue**
**Bell Gardens, CA 90201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$7,732.40**

---

**3.133** | **Nonpriority creditor's name and mailing address**

**Libreria Libertadores, LLC**
**3351 Marine Ave APT 42**
**Gardena, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,905.16 |
|---|---|---|---|

**Libreria Libertadores, LLC**
**3351 Marine Ave APT 42**
**Gardena, CA 90249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Prepaid Tenant Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,290.00 |
|---|---|---|---|

**LimNexus LLP**
**707 Wilshire Boulevard, 46th Floor**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Lizette M. Cortez**
**12852 Lakewood Blvd, Apt 1**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,980.00 |
|---|---|---|---|

**Lucky Accessories**
**1150 S. Westmoreland Ave #215**
**Los Angeles, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.00 |
|---|---|---|---|

**Lucky Gold**
**3100 East Imperial Highway, Unit I7**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,604.00 |
|---|---|---|---|

**Luis Fernando Alcantar-Rojo**
**10111 State Street**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luz Avalos**
**c/o DAG Law Firm APC**
**12711 Ventura Blvd., Suite 220**
**Studio City, CA 91604**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **11/21/2019**

Basis for the claim: **Litigation Claim**

Last 4 digits of account number **2173**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Lynwood Alteration**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,178.00 |
|---|---|---|---|

**Lynwood Auto Accessories**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,400.00 |
|---|---|---|---|

**Lynwood Medical**
**6418 Bollenbacher Drive**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,587.17 |
|---|---|---|---|

**M + D Properties**
**6988 Beach Blvd B-215**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Reimbursement Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,454,855.77 |
|---|---|---|---|

**M+D Properties**
**3100 E. Imperial Highway**
**Attn: Donald Chae**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Intercompany Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,720.00 |
|---|---|---|---|

**Mago's Acupuncture**
**3100 E. Imperial Hwy Unit B5**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,581.22 |
|---|---|---|---|

**Marci Pizza**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Plamex Investment, LLC | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Marco Antonio Juarez Cruz**
**11166 Penn St**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Maria Luisa Rojo Alvarez**
**10960 Duncan Avenue**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Mariscos El Rey**
**3100 E. Imperial Hwy Ste. #3002**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,482.00** |
|---|---|---|---|

**Mariscos Rio Balsas**
**3100 E Imperial Hwy Unit Q11**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,645.00** |
|---|---|---|---|

**Marquez Trading**
**3100 E. Imperial Hwy Ste#1301**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,571.54** |
|---|---|---|---|

**Marshmallow**
**1413 Lomita Blvd Suite 3**
**Harbor City, CA 90710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Mauro Valdez Sandoval**
**1623 E. 117 Place**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,200.00 |
|---|---|---|---|

**Mauro Valdez Sandoval**
**1623 E. 117 Place**
**Los Angeles, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Mean Chix, Inc - Hot Chix**
**772 N. Van Ness Avenue, Apt 6**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,372.00 |
|---|---|---|---|

**MG Colombian Boutique**
**9728 Brookgreen Rd**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

**Mike Kim / T-Mobile**
**3100 E. Imperial Hwy, Unit #B2-1203**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,194.00 |
|---|---|---|---|

**Milbes Men's Wear**
**3100 E. Imperial Hwy Unit O234**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Militar's Cut Unisex**
**6037 Priory St**
**Bell Gardens, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,795.06 |
|---|---|---|---|

**MoMo Trading**
**3100 E Imperial Hwy**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,512.00** |
|---|---|---|---|

**Mr. Hammer Shoes**
**3100 E. Imperial Hwy, Unit P10B**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Mundo de Artesanias**
**3100 E Imperial Hwy VKIO24**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nehemiah Kong**
**c/o Center for Disability Access**
**8033 Linda Vista Road, Suite 200**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _2/28/2020_

Last 4 digits of account number  **PVCx**

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,376.00** |
|---|---|---|---|

**New Trends Clothing, Inc.**
**6602 Gifford Ave**
**Bell, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**North American Amusements**
**1502 Foothill Blvd, Suite 103 PMB 218**
**La Verne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Nueva Vision Optical**
**3100 E. Imperial Hwy #1109**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$478.06** |
|---|---|---|---|

**Officenet, Inc.**
**10410 Pioneer Blvd Suite 2**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,560.00 |
|---|---|---|---|

**One Hour Photo**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Orlando Garcia**
**c/o Center for Disability Access**
**8033 Linda Vista Road, Suite 200**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/25/2021

Last 4 digits of account number  4RAO

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Pang Pang Donuts**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,020.00 |
|---|---|---|---|

**Perfecto Nails**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.00 |
|---|---|---|---|

**Perfumes and Hair Products**
**3150 E. Imperial Hwy #101**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,056.00 |
|---|---|---|---|

**Pho VNK**
**3180 E. Imperial Hwy, Suite C**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,175.66 |
|---|---|---|---|

**Pink Melon**
**22920 Entoril Dr. Suite 1**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|--------|------------------------|------------------------|------------------|
| | Name | | |

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,648.52**

**Pinky's Threading**
**3100 E. Imperial Hwy #1107**
**Lynwood, CA 90262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,082.69**

**Pkim, Inc.**
**4540 Campus Drive, Suite 123**
**Newport Beach, CA 92660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Placo Investment, LLC**
**6988 Beach Blvd, Suite B-215**
**Buena Park, CA 90621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Intercompany Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,074.30**

**Planet Fitness**
**125 E. Elm Street, Suite 300**
**Conshohocken, PA 19428**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.00**

**Point Exterminators Inc.**
**1612 Arlington Avenue**
**Los Angeles, CA 90019**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**Pretzeria**
**3961 Via Marisol APT#318**
**Los Angeles, CA 90042**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Primo's Pet Shop**
**4221 Shirley Ave**
**Lynwood, CA 90262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,666.00**

**Pro Sports**
**18529 Stonegate Ln**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Professional Documents, Inc.**
**3150 E. Imperial Hwy B8107**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00**

**Progreso Financiero**
**2 Circle Star Way**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,402.30**

**Progreso Financiero**
**2 Circle Star Way**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Prepaid Tenant Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00**

**Rachel's Secret**
**10609 Newville Avenue**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,205.00**

**Rainbow Beauty**
**525 N Gilbert St # 62**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,456.00**

**Ray's Fashion**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,360.60 |
|---|---|---|---|

**Real De Oaxaca**
**11215 Long Beach Blvd #1010**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,300.62 |
|---|---|---|---|

**Real De Oaxaca**
**11215 Long Beach Blvd #1010**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Prepaid Tenant Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,715.00 |
|---|---|---|---|

**Regency Fire & Security Services**
**7651 Densmore Avenue**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Ricardo Gonzalez**
**8616 S Main Street**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,695.00 |
|---|---|---|---|

**Rinconcito Poblano**
**3100 E. Imperial Hwy B13007**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,605.34 |
|---|---|---|---|

**Rite Aid Corp. # 05476**
**P.O. Box 3165**
**Harrisburg, PA 17105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Prepaid Tenant Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,864.00 |
|---|---|---|---|

**Robert's Fashion**
**3100 E Imperial Hwy Unit D4**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Plamex Investment, LLC | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

---

**3.197**

**Nonpriority creditor's name and mailing address**
**Roberto Cervantes**
**3100 E. Imperial Highway**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

**$141.00**

---

**3.198**

**Nonpriority creditor's name and mailing address**
**Roberto Navarro**
**2729 Nebraska Avenue, Apt. #C**
**South Gate, CA 90280**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Tenant Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.199**

**Nonpriority creditor's name and mailing address**
**Rosa Kwong**
**12632 Newport Ave**
**Tustin, CA 92780**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Legal Services_

Is the claim subject to offset? ■ No ☐ Yes

**$1,252.10**

---

**3.200**

**Nonpriority creditor's name and mailing address**
**Rosy's Beauty Salon**
**3150 E. Imperial Hwy B8110 & 111**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Tenant Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.201**

**Nonpriority creditor's name and mailing address**
**Ryu Joo Yeon**
**401 S. Burnside Avenue, Apt 7C**
**Los Angeles, CA 90038**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Prepaid Tenant Rent_

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.202**

**Nonpriority creditor's name and mailing address**
**S.M. Foot Wear**
**3100 E. Imperial Hwy Unit H5H6**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Tenant Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$4,800.00**

---

**3.203**

**Nonpriority creditor's name and mailing address**
**Sang Gyu Shin**
**10972 Golden Rod St**
**Redlands, CA 92373**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Tenant Security Deposit_

Is the claim subject to offset? ■ No ☐ Yes

**$9,514.44**

---

| Debtor | Plamex Investment, LLC | | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|---|
| | Name | | | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,757.22** |
|---|---|---|---|
| | Sang Gyu Shin<br>10972 Golden Rod St<br>Redlands, CA 92373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Prepaid Tenant Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | Say Cheese Photo<br>3100 E. Imperial Hwy #B2-1104<br>Lynwood, CA 90262 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tenant Security Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,320.00** |
|---|---|---|---|
| | Shoes 4 Less<br>3117 Rimrock Cic<br>Fullerton, CA 92833 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Tenant Security Deposit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,900.54** |
|---|---|---|---|
| | Skechers U.S.A., Inc.<br>225 South Sepulveda Blvd<br>Manhattan Beach, CA 90266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Prepaid Tenant Rent** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$223.06** |
|---|---|---|---|
| | Smardan Supply Co.<br>14009 Halldale Avenue<br>Gardena, CA 90249 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215,000.00** |
|---|---|---|---|
| | Sonamu Holdings, LLC<br>P.O. Box 489<br>Buena Park, CA 90621 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Intercompany Claim** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81,032.27** |
|---|---|---|---|
| | Southern California Edison<br>2244 Walnut Grove Avenue<br>Rosemead, CA 91770 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,354.46 |
|---|---|---|---|

**SPACETEL LA Inc - Cricket Wireless**
**3100 E. Imperial Hwy, Unit B2-1103**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36.18 |
|---|---|---|---|

**Spectrio, LLC**
**4033 Tampa Road, Suite 103**
**Oldsmar, FL 34677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,160.00 |
|---|---|---|---|

**Sport Time**
**8571 Cedar St**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |
|---|---|---|---|

**Sri Eyebrow Threading and Nails**
**11225 Long Beach Blvd #202**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,506.70 |
|---|---|---|---|

**Stacy Han**
**9475 Rosemarie Ct**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Star Buffet Lynwood**
**11383 Long Beach Blvd**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.56 |
|---|---|---|---|

**Stephanie's Lingerie**
**2941 Wisconsin Ave**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Plamex Investment, LLC | | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|---|
| | Name | | | |

---

**3.218**

**Nonpriority creditor's name and mailing address**

**Street Cellular**
**11282 Streamfield Center**
**Riverside, CA 92505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$6,232.00**

---

**3.219**

**Nonpriority creditor's name and mailing address**

**Sun Hye Chung**
**4115 W 182nd St., Suite 14**
**Torrance, CA 90504**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$3,266.38**

---

**3.220**

**Nonpriority creditor's name and mailing address**

**Sun Pac Containers**
**23222 Olive Avenue**
**Lake Forest, CA 92630**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

**$174.00**

---

**3.221**

**Nonpriority creditor's name and mailing address**

**Sung Ryong Lee**
**4033 Santa Anita Ln**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.222**

**Nonpriority creditor's name and mailing address**

**Sunny Fashion**
**3185 Wilshire Blvd Suite 281**
**Los Angeles, CA 90010**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$2,410.00**

---

**3.223**

**Nonpriority creditor's name and mailing address**

**Super Image Factory**
**3100 E. Imperial Hwy Ste  #1321**
**Lynwood, CA 90262**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$2,800.00**

---

**3.224**

**Nonpriority creditor's name and mailing address**

**Sweet Stone Jewelry**
**135 Islington**
**Irvine, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Tenant Security Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$3,998.36**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,325.22 |
|---|---|---|---|

**Taco Bell #5291**
**924 W. Colfax Ave., Ste 302**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Prepaid Tenant Rent**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,072.12 |
|---|---|---|---|

**Tacos Don Luis**
**3981 Le Sage St.**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**TacoTento**
**3100 E. Imperial Hwy, Unit P10B**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,866.32 |
|---|---|---|---|

**Tamales**
**3100 E. Imperial Hwy Unit 1310**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Tesoro Jewelry**
**315 Wild Ginger**
**Yorba Linda, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.83 |
|---|---|---|---|

**The Gas Company**
**PO Box C**
**Monterey Park, CA 91756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,706.94 |
|---|---|---|---|

**The Kickin' Crab**
**3170 Imperial Hwy B4B102**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

**3.232**

**Nonpriority creditor's name and mailing address**

**The Lynwood Redevelopment Agency**
**11330 Bullis Road**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.233**

**Nonpriority creditor's name and mailing address**

**The Source at Beach, LLC**
**3100 E. Imperial Highway**
**Attn: Min Chae and Donald Chae**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Intercompany Claim**

Is the claim subject to offset? ■ No ☐ Yes

$23,202.31

---

**3.234**

**Nonpriority creditor's name and mailing address**

**Time Warner Cable**
**6360 S. Fiddlers Green Circle**
**Greenwood Village, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Prepaid Tenant Rent**

Is the claim subject to offset? ■ No ☐ Yes

$18,087.62

---

**3.235**

**Nonpriority creditor's name and mailing address**

**TJ Nails Spa**
**11337 Long Beach Blvd**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$5,800.00

---

**3.236**

**Nonpriority creditor's name and mailing address**

**Top Fashion**
**3100 E. Imperial Hwy Unit H7I6**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$4,250.00

---

**3.237**

**Nonpriority creditor's name and mailing address**

**Torres Enterprise Corp**
**426 N Main St**
**Elkhart, IN 46516**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$3,100.00

---

**3.238**

**Nonpriority creditor's name and mailing address**

**Tortas Ahogadas**
**3100 Imperial Hwy, Ste B1-3001**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

$7,200.00

---

| Debtor | Plamex Investment, LLC | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Tri-Chem Technology, Corp.**
**8431 Commonwealth Avenue**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,400.00** |
|---|---|---|---|

**TS Discount**
**7860 Paramount BL, J-39**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Tenant Security Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,320.12** |
|---|---|---|---|

**Twin Scoop Ice Cream**
**1410 S Dwight Ave**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Tenant Security Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,990.00** |
|---|---|---|---|

**Una Mexicana Que Fruta Vendia**
**7123 Rio Flora Place**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Tenant Security Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,600.00** |
|---|---|---|---|

**Usama Awadallah**
**5832 Newman Street**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Tenant Security Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Vergara Insurance Service, Inc.**
**3100 East Imperial Hwy Unit U6**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Tenant Security Deposit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.08** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Utility__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,400.00 |
|---|---|---|---|

**Veronica's Insurance**
**290 W. Orange Show Rd Suite 100**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tenant Security Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,530.69 |
|---|---|---|---|

**Veronica's Insurance**
**290 W. Orange Show Rd Suite 100**
**San Bernardino, CA 92408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Prepaid Tenant Rent__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,403.00 |
|---|---|---|---|

**Victoria**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tenant Security Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,278.00 |
|---|---|---|---|

**Virginia Jovel**
**13257 Deming Street**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tenant Security Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**Vivian's Bakery**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tenant Security Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,203.78 |
|---|---|---|---|

**Waste Resources, Inc.**
**23 Corporate Plaza Drive, Suite 247**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Utility__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.00 |
|---|---|---|---|

**Wateria**
**3100 E. Imperial Hwy B2/1209**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Tenant Security Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Plamex Investment, LLC | | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|---|
| | Name | | | |

---

**3.253**

**Nonpriority creditor's name and mailing address**
**Wedding Chapel**
**3150 E. Imperial Hwy B8106**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.00**

---

**3.254**

**Nonpriority creditor's name and mailing address**
**Wesco Specialist, Inc.**
**1031 Lime Tree Place**
**Fullerton, CA 92833**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$369.20**

---

**3.255**

**Nonpriority creditor's name and mailing address**
**Woo's Pool Services**
**3600 Wilshire Blvd, Suite 708**
**Los Angeles, CA 90010**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.256**

**Nonpriority creditor's name and mailing address**
**X-Phone**
**4960 Adriano Drive**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,266.00**

---

**3.257**

**Nonpriority creditor's name and mailing address**
**Yes Printing and Banner Inc.**
**4422  Beverly Blvd.**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$189.73**

---

**3.258**

**Nonpriority creditor's name and mailing address**
**Yesenia Robles**
**c/o Downtown LA Law Group**
**601 N. Vermont Avenue**
**Los Angeles, CA 90004**

Date(s) debt was incurred  **12/15/2020**

Last 4 digits of account number  **7865**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.259**

**Nonpriority creditor's name and mailing address**
**Yogurt de Armo**
**3100 E. Imperial Hwy, Unit #B31003**
**Lynwood, CA 90262**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tenant Security Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9,382.66**

---

| Debtor | Plamex Investment, LLC | Case number (if known) | 8:21-bk-10958-ES |
|---|---|---|---|
| | Name | | |

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,162.46** |
|---|---|---|---|

**Yogurt de Armo**
**3100 E. Imperial Hwy, Unit #B31003**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Prepaid Tenant Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,360.00** |
|---|---|---|---|

**Yogurtland**
**11215 Long Beach Blvd. #1007**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,812.63** |
|---|---|---|---|

**Yogurtland**
**11215 Long Beach Blvd. #1007**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Prepaid Tenant Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,387.74** |
|---|---|---|---|

**Yoshiharu Ramen Express**
**15476 Canon Lane**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Tenant Security Deposit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|

**Young Electric Sign Company**
**6725 W Chicago Street**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alvarez-Glasman & Colvin**<br>**13181 Crossroads Pkwy. North**<br>**Suite 400 - West Tower**<br>**City of Industry, CA 91746** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 300.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 24,501,830.81 |

---

| Debtor | **Plamex Investment, LLC** | Case number (if known) | **8:21-bk-10958-ES** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____24,502,130.81

**Fill in this information to identify the case:**

Debtor name       **Plamex Investment, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   **8:21-bk-10958-ES**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases *             12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|           State the term remaining |  |
|      List the contract number of any government contract | **333 Fashion**<br>**24641 Maple Ln**<br>**Harbor City, CA 90710** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|           State the term remaining |  |
|      List the contract number of any government contract | **99 Cent Store & Up**<br>**1251 S. Montebello Blvd**<br>**Montebello, CA 90640** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|           State the term remaining |  |
|      List the contract number of any government contract | **A & S Fashion**<br>**3100 E. Imperial Hwy**<br>**Lynwood, CA 90262** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|           State the term remaining |  |
|      List the contract number of any government contract | **Abigail Pacheco, Irina Rossi, et al**<br>**3100 E. Imperial Hwy, Unit J11**<br>**Lynwood, CA 90262** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Preventative HVAC Maintenance Services)** | |
|---|---|---|---|
| | State the term remaining | | **ABM Building Solutions** |
| | List the contract number of any government contract | | **14201 Franklin Avenue** **Tustin, CA 92780** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Bird Control Services)** | |
|---|---|---|---|
| | State the term remaining | | **ABZ Pest Control** |
| | List the contract number of any government contract | | **17546 Studebaker Rd.** **Cerritos, CA 90703** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Airbrush Nation** |
| | List the contract number of any government contract | | **1004 N Pointsettia Ave APT D** **Compton, CA 90221** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Aldo's Key Shop** |
| | List the contract number of any government contract | | **3100 E Imperial Hwy #1323** **Lynwood, CA 90262** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Alicia Vera Murillo** |
| | List the contract number of any government contract | | **3100 E Imperial Hwy VCT17** **Lynwood, CA 90262** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **All City Footwear** |
| | List the contract number of any | | **4035 Santa Anita LN** **Yorba Linda, CA 92886** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Angel's Bridal**<br>**3100 E Imperial Hwy**<br>**Lynwood, CA 90262** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Angelica Fernandez Alvarez**<br>**13800 Parkcenter Ln**<br>**Tustin, CA 92782** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Antonio De La Cruz - Ave Beauty Supply**<br>**4020 Court Land Street**<br>**Lynwood, CA 90262** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Antonio de la Cruz, an individual**<br>**11175 Lynden Street**<br>**Lynwood, CA 90262** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Arcade**<br>**3100 E. Imperial Hwy #1300**<br>**Lynwood, CA 90262** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | | **Arlene's Fashions**<br>**3100 E. Imperial Hwy B31005**<br>**Lynwood, CA 90262** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Art Craft & Religious**<br>**3100 E Imperial Hwy VCT09**<br>**Lynwood, CA 90262** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Art Nails**<br>**3100 E. Imperial Hwy Unit L9**<br>**Lynwood, CA 90262** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (License for Music Performance)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ASCAP**<br>**PO Box 331608**<br>**Nashville, TN 37203-7515** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Autofin USA**<br>**3180 E. Imperial Hwy. #G**<br>**Lynwood, CA 90262** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Azteca Jewelry**<br>**3100 E Imperial Hwy Unit E1**<br>**Lynwood, CA 90262** |

Debtor 1    **Plamex Investment, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

<div style="background:#3b0a3b; width:60px; height:40px;"></div>  **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Beauty Zone**<br>**7526 Brookmill Rd.**<br>**Downey, CA 90241** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bebe Crafts**<br>**8901 Calden Ave,  APT#405**<br>**South Gate, CA 90280** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Janitorial Services)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Better & Best Building Service Inc.**<br>**1833 Avenida San Lorenzo**<br>**Fullerton, CA 92833** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Big Discount**<br>**3100 East Imperial Highway**<br>**Lynwood, CA 90262** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Bionicos La Huerta**<br>**8557 Orange Street**<br>**Downey, CA 90242** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Bionicos La Huerta**<br>**8557 Orange Street**<br>**Downey, CA 90242** |

Debtor 1    **Plamex Investment, LLC**
    First Name         Middle Name       Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Birreria Jalisco**<br>**3180 E. Imperial Hwy A2D**<br>**Lynwood, CA 90262** |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Blanca Martinez**<br>**3100 E Imperial Hwy VKIO25**<br>**Lynwood, CA 90262** |
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **BM Classic Portraits**<br>**68 Pomona Ave**<br>**Long Beach, CA 90803** |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Boom Boom Sounds**<br>**8827 Mel Dar Ave**<br>**Downey, CA 90240** |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Boost Mobile**<br>**3100 E. Imperial Hwy, Unit B3-1002**<br>**Lynwood, CA 90262** |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | | **Bubbles Apparel, Inc.**<br>**2839 Sycamore Avenue**<br>**La Crescenta, CA 91214** |

Debtor 1   **Plamex Investment, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **8:21-bk-10958-ES**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **BW Sports & Hobbies**<br>**14015 Camino Del Oro**<br>**Riverside, CA 92508** |
| | List the contract number of any government contract | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Cafe Canela**<br>**1456 E. Pioneer Blvd**<br>**West Covina, CA 91792** |
| | List the contract number of any government contract | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Candle Light Bakery**<br>**3150 E. Imperial Hwy, Ste 102**<br>**Lynwood, CA 90262** |
| | List the contract number of any government contract | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Capital Cap & Embroidery**<br>**1621 South Highland Avenue #K**<br>**Fullerton, CA 92832** |
| | List the contract number of any government contract | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Carrera Concessions**<br>**3100 E Imperial Hwy**<br>**Lynwood, CA 90262** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Plamex Investment, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **8:21-bk-10958-ES**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Casa Colima** |
| | List the contract number of any government contract | | **3200 Mulford Ave, Unit 202**<br>**Lynwood, CA 90262** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Casa de Michocan** |
| | List the contract number of any government contract | | **3100 E Imperial Hwy #B21207/8**<br>**Lynwood, CA 90262** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cell Mart** |
| | List the contract number of any government contract | | **1122 Teri Avenue**<br>**Torrance, CA 90503** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Chin Shoes** |
| | List the contract number of any government contract | | **20019 Gridley Rd**<br>**Cerritos, CA 90703** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Chuck-E-Cheese #377** |
| | List the contract number of any government contract | | **1707 Market Place Blvd. Ste 200**<br>**Irving, TX 75063** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Chuck-E-Cheese #377** |
| | List the contract number of any | | **1707 Market Place Blvd. Ste 200**<br>**Irving, TX 75063** |

Debtor 1   **Plamex Investment, LLC**
    First Name       Middle Name       Last Name

Case number *(if known)*   **8:21-bk-10958-ES**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Come Again**<br>**3307 Burton Ave**<br>**Lynwood, CA 90262** |
| | List the contract number of any government contract | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **COMEX Korean BBQ, LLC**<br>**3102 E. Imperial Hwy**<br>**Lynwood, CA 90262** |
| | List the contract number of any government contract | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Cosmetic & Perfume**<br>**8610 Alameda Street**<br>**Downey, CA 90242** |
| | List the contract number of any government contract | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Delicias Oaxaquenas**<br>**3100 E. Imperial Hwy  B11312**<br>**Lynwood, CA 90262** |
| | List the contract number of any government contract | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **DF Wireless**<br>**13710 Anthony Dr**<br>**Cerritos, CA 90703** |
| | List the contract number of any government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | | **Diana Michel**<br>**3100 E. Imperial Hwy Unit H8**<br>**Lynwood, CA 90262** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Diana Roman** |
| | List the contract number of any government contract | | **3286 Burton Ave, APT A** <br> **Lynwood, CA 90262** |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (DirecTV Commercial Viewing Agreement)** | |
| | State the term remaining | | **DirecTV** |
| | List the contract number of any government contract | | **P.O. Box 5392** <br> **Miami, FL 33152-5392** |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Diz N Dat** |
| | List the contract number of any government contract | | **2905 Claredon Avenue, Apt. E** <br> **Huntington Park, CA 90255** |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Dolex Dollar Express, Inc.** |
| | List the contract number of any government contract | | **701 Highlander Blvd #300** <br> **Arlington, TX 76015** |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Domino's Pizza** |
| | List the contract number of any government contract | | **15198 Downey Ave** <br> **Paramount, CA 90723** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Plamex Investment, LLC** | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Don Roberto Jewelers**<br>**205 Avenida Fabricante**<br>**San Clemente, CA 92672** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Don Roberto Jewelers**<br>**205 Avenida Fabricante**<br>**San Clemente, CA 92672** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Dulce Vida**<br>**16031 Pioneer Blvd., Apt. H-6**<br>**Norwalk, CA 90650** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **El Azul Jewelry**<br>**3100 E. Imperial Hwy, Unit #P4Q5**<br>**Lynwood, CA 90262** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **El Gallo Giro**<br>**12764 Florence Ave**<br>**Santa Fe Springs, CA 90670** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **El Pollo Real**<br>**3100 E. Imperial Hwy, Unit 3009**<br>**Lynwood, CA 90262** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Plamex Investment, LLC**
    First Name        Middle Name        Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Elizabeth Adame** |
| | List the contract number of any government contract | | **3307 Burton Ave**<br>**Lynwood, CA 90262** |
| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Enciso Realty** |
| | List the contract number of any government contract | | **249 S. Occidental Blvd #315**<br>**Los Angeles, CA 90057** |
| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Enciso Realty** |
| | List the contract number of any government contract | | **249 S. Occidental Blvd #315**<br>**Los Angeles, CA 90057** |
| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (30YD trash compactor) - payment of $655.99 per month** | |
| | State the term remaining | | **Epax Systems, Inc.** |
| | List the contract number of any government contract | | **14641 Arminta Street**<br>**Panorama City, CA 91402** |
| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **F4 Jewelry** |
| | List the contract number of any government contract | | **3100 E Imperial Hwy Unit F4**<br>**Lynwood, CA 90262** |
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | **Family Acupuncture & Herb Clinic**<br>**3150 E. Imperial Hwy B8-206**<br>**Lynwood, CA 90262** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Plamex Investment, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fancy Jewelry**<br>**1512 Amherst Ave Suite 206**<br>**Los Angeles, CA 90025** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Farmacia Natural**<br>**3100 E Imperial Hwy Unit S9**<br>**Lynwood, CA 90262** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Farmacia Natural**<br>**20323 Dorothy Street**<br>**Santa Clarita, CA 91350** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Farmacia Naturista Mexicana**<br>**3100 E Imperial Hwy Unit E2**<br>**Lynwood, CA 90262** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Farmers Insurance Agency**<br>**3150 E. Imperial Hwy, #113**<br>**Lynwood, CA 90262** |

| Debtor 1 | Plamex Investment, LLC | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Faro Optometry** **27381 Glenwood Drive** **Mission Viejo, CA 92692** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fashion Qrew** **1324 E. Washington Blvd** **Los Angeles, CA 90021** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fashion Time** **3100 E. Imperial Hwy Unit J2J3** **Lynwood, CA 90262** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **First Aid Urgent Care, Inc** **7204 Foothill Boulevard** **Tujunga, CA 91042** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Flor Paredes** **11436 Peach St** **Lynwood, CA 90262** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Flores Bautista Gloria O.** **1433 Kingsmill Ave** **Rowland Heights, CA 91748** |

Debtor 1  **Plamex Investment, LLC**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)  **8:21-bk-10958-ES**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Food 4 Less # 324**<br>**1014 Vine Street**<br>**Cincinnati, OH 45202** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Food 4 Less # 324**<br>**1014 Vine Street**<br>**Cincinnati, OH 45202** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Global Jewelry**<br>**8247 Haseltime**<br>**Buena Park, CA 90621** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Gloria Flores**<br>**1433 Kingsmill Avenue**<br>**Rowland Heights, CA 91748** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement (Property Management)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Greenland Property Management, LLC**<br>**6988 Beach Blvd B-215**<br>**Buena Park, CA 90621** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | | **Grupo Concordia LA**<br>**5919 San Miguel Road**<br>**Bonita, CA 91902** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Plamex Investment, LLC** | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
  government contract

_____

---

**2.85.** State what the contract or lease is for and the nature of the debtor's interest

**Services Agreement (Security Guard Services)**

State the term remaining

List the contract number of any
  government contract

**GTO Security Corp.**
**2202 S. Figueroa Street, Suite 134**
**Los Angeles, CA 90007**

---

**2.86.** State what the contract or lease is for and the nature of the debtor's interest

**Tenant Lease**

State the term remaining

List the contract number of any
  government contract

**Guillermo Camberos Preciado**
**307 E. Jefferson Blvd Suite 328**
**Los Angeles, CA 90011**

---

**2.87.** State what the contract or lease is for and the nature of the debtor's interest

**Tenant Lease**

State the term remaining

List the contract number of any
  government contract

**Guillermo Reveles & Adan Reveles**
**414 W. Maple Street**
**Compton, CA 90220**

---

**2.88.** State what the contract or lease is for and the nature of the debtor's interest

**Tenant Lease**

State the term remaining

List the contract number of any
  government contract

**Han's Toy**
**3100 E Imperial Hwy**
**Lynwood, CA 90262**

---

**2.89.** State what the contract or lease is for and the nature of the debtor's interest

**Tenant Lease**

State the term remaining

List the contract number of any
  government contract

**Hannah Kim**
**18944 Vickie Avenue #4-069**
**Cerritos, CA 90703**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | Plamex Investment, LLC | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Happy Chinese**<br>**3100 East Imperial Highway**<br>**Lynwood, CA 90262** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Happy Land**<br>**6732 Los Verdes Dr. #3**<br>**Rancho Palos Verdes, CA 90275** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Happy Rice**<br>**3100 E. Imperial Hwy #3008**<br>**Lynwood, CA 90262** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hermandad Mexicana Legal Centers**<br>**210 W. Adams Blvd**<br>**Los Angeles, CA 90007** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Hip Hop Zone**<br>**3100 E. Imperial Hwy #1009**<br>**Lynwood, CA 90262** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Hoon Ko**<br>**1621 S. Highland Ave Apt K**<br>**Fullerton, CA 92832** |

Debtor 1    **Plamex Investment, LLC**
    First Name        Middle Name        Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |
| **2.96.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease** | |
| State the term remaining | **Imperial Market**<br>**c/o Young M. Chae**<br>**3100 E Imperial Hwy** |
| List the contract number of any government contract | **Lynwood, CA 90262** |
| **2.97.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease** | |
| State the term remaining | **Inti Arts & Craft**<br>**3100 E Imperial Hwy** |
| List the contract number of any government contract | **Lynwood, CA 90262** |
| **2.98.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease** | |
| State the term remaining | **Jack In The Box #3521**<br>**9357 Spectrum Center Blvd** |
| List the contract number of any government contract | **San Diego, CA 92123** |
| **2.99.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease** | |
| State the term remaining | **Jang's Men's Fashion**<br>**3100 E. Imperial Hwy** |
| List the contract number of any government contract | **Lynwood, CA 90262** |
| **2.100.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease** | |
| State the term remaining | **Jesus Garcia**<br>**11145 Bellinger Street** |
| List the contract number of any government contract | **Lynwood, CA 90262** |
| **2.101.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease** | **Jesus Garcia**<br>**11145 Bellinger Street**<br>**Lynwood, CA 90262** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
   government contract    _____

---

**2.102.**   State what the contract or        **Tenant Lease**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Jesus Garcia-Marcos**
   government contract    _____    **11145 Bellinger Street**
                                          **Lynwood, CA 90262**

---

**2.103.**   State what the contract or        **Tenant Lease**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Jewelry and Beauty Inc**
   government contract    _____    **5500 Torrance Blvd, C132**
                                          **Torrance, CA 90503**

---

**2.104.**   State what the contract or        **Tenant Lease**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Jimmy Choi**
   government contract    _____    **3100 East Imperial Highway**
                                          **Lynwood, CA 90262**

---

**2.105.**   State what the contract or        **Tenant Lease**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Jong R Jang**
   government contract    _____    **3100 E Imperial Hwy**
                                          **Lynwood, CA 90262**

---

**2.106.**   State what the contract or        **Tenant Lease**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **Jose Alan Sandoval**
   government contract    _____    **15137 San Jose Avenue**
                                          **Paramount, CA 90723**

---

| Debtor 1 | Plamex Investment, LLC | | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jose Alan Sandoval Iniguez**<br>**15137 San Jose Avenue**<br>**Paramount, CA 90723** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jose Alan Sandoval-Iniquez**<br>**15137 San Jose Avenue**<br>**Paramount, CA 90723** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jose Gutierrez-Torres**<br>**15137 San Jose Avenue**<br>**Paramount, CA 90723** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jose Gutierrez-Torres**<br>**15137 San Jose Avenue**<br>**Paramount, CA 90723** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jose L. Gomez**<br>**8827 Mel Dar Avenue**<br>**Downey, CA 90240** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Landscaping)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Jose Rodriguez**<br>**443 E. 73rd Street**<br>**Los Angeles, CA 90003** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | |
|---|---|---|---|
| | government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Joy Sports Wear** |
| | List the contract number of any government contract | | **3100 E. Imperial Hwy Unit F5**<br>**Lynwood, CA 90262** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **JPL Event Enterprise LLC** |
| | List the contract number of any government contract | | **1238 South Beach Blvd**<br>**Anaheim, CA 92804** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (CV-04 Vertical Compactor, Small) - payment of $214.99 per month** | |
|---|---|---|---|
| | State the term remaining | | **K-9 Financial, LLC** |
| | List the contract number of any government contract | | **170 S. Green Valley Parkway Ste 300**<br>**Henderson, NV 89012** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Kat's Lingerie** |
| | List the contract number of any government contract | | **1735 Lincoln Ave #40**<br>**Torrance, CA 90501** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Kid's Love** |
| | List the contract number of any government contract | | **1413 Lomita Blvd Suite 3**<br>**Harbor City, CA 90710** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor 1 | Plamex Investment, LLC | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Kiddie World** |
| | List the contract number of any government contract | | **1936 Delmesa Ave**<br>**Hacienda Heights, CA 91745** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Kiddie World II** |
| | List the contract number of any government contract | | **1936 Delmesa Ave**<br>**Hacienda Heights, CA 91745** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Elevator Maintenance Services)** | |
|---|---|---|---|
| | State the term remaining | | **Kone Inc.** |
| | List the contract number of any government contract | | **1821 Tyburn Street**<br>**Glendale, CA 91204** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **L' Dorado Jewelry** |
| | List the contract number of any government contract | | **3100 E Imperial Hwy Unit D6**<br>**Lynwood, CA 90262** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **La Casa De La Novia** |
| | List the contract number of any government contract | | **11641 State St**<br>**Lynwood, CA 90262** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **La Curacao** |
| | List the contract number of any | | **1605 W. Olympic Blvd #600**<br>**Los Angeles, CA 90015** |

Debtor 1    **Plamex Investment, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **La Huasteca**<br>**3150 E. Imperial Hwy #100**<br>**Lynwood, CA 90262** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **LA Michoacana**<br>**2506 W. Adams**<br>**Santa Ana, CA 92704** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **La Parisina**<br>**9728 Brookgreen Rd**<br>**Downey, CA 90240** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **La Voz De Chivas**<br>**436 Martin Luther King Jr Blvd**<br>**Los Angeles, CA 90011** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **La Voz De Chivas**<br>**436 Martin Luther King Jr Blvd**<br>**Los Angeles, CA 90011** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | **Leticia Torres**<br>**3796 Millstone Court**<br>**Pomona, CA 91766** |
|---|---|---|---|

| Debtor 1 | Plamex Investment, LLC | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

---

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease (Light Towers) - payment of $903.38 per month Equipment Lease (Scissorlift) - payment of $668.50 per month** | |
|---|---|---|---|
| | State the term remaining | | **LGP Equipment Rentals, Inc.** |
| | List the contract number of any government contract | _____ | **5545 E. Gage Avenue Bell Gardens, CA 90201** |

---

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Libreria Libertadores, LLC** |
| | List the contract number of any government contract | _____ | **3351 Marine Ave APT 42 Gardena, CA 90249** |

---

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lizette M. Cortez** |
| | List the contract number of any government contract | _____ | **12852 Lakewood Blvd, Apt 1 Downey, CA 90242** |

---

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lucky Accessories** |
| | List the contract number of any government contract | _____ | **1150 S. Westmoreland Ave #215 Los Angeles, CA 90006** |

---

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lucky Gold** |
| | List the contract number of any government contract | _____ | **3100 East Imperial Highway, Unit I7 Lynwood, CA 90262** |

---

Debtor 1   **Plamex Investment, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **8:21-bk-10958-ES**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.135.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Luis Fernando Alcantar-Rojo**
**10111 State Street**
**Lynwood, CA 90262**

**Tenant Lease**

---

**2.136.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lynwood Alteration**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

**Tenant Lease**

---

**2.137.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Lynwood Auto Accessories**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

**Tenant Lease**

---

**2.138.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**M+D Properties**
**PO BOX 489**
**Buena Park, CA 90621**

**Tenant Lease**

---

**2.139.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mago's Acupuncture**
**3100 E. Imperial Hwy Unit B5**
**Lynwood, CA 90262**

**Tenant Lease**

---

**2.140.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

**Marci Pizza**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

**Tenant Lease**

Debtor 1    **Plamex Investment, LLC**

First Name        Middle Name        Last Name

Case number *(if known)*    **8:21-bk-10958-ES**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marco Antonio Juarez Cruz**<br>**11166 Penn St**<br>**Lynwood, CA 90262** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Maria Luisa Rojo Alvarez**<br>**10960 Duncan Avenue**<br>**Lynwood, CA 90262** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mariscos El Rey**<br>**3100 E. Imperial Hwy Ste. #3002**<br>**Lynwood, CA 90262** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mariscos Rio Balsas**<br>**3100 E Imperial Hwy Unit Q11**<br>**Lynwood, CA 90262** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Marquez Trading**<br>**3100 E. Imperial Hwy Ste#1301**<br>**Lynwood, CA 90262** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Plamex Investment, LLC | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Marshmallow** |
| | List the contract number of any government contract | | **1413 Lomita Blvd Suite 3** **Harbor City, CA 90710** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mauro Valdez Sandoval** |
| | List the contract number of any government contract | | **1623 E. 117 Place** **Los Angeles, CA 90059** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mauro Valdez Sandoval** |
| | List the contract number of any government contract | | **1623 E. 117 Place** **Los Angeles, CA 90059** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mean Chix, Inc - Hot Chix** |
| | List the contract number of any government contract | | **772 N. Van Ness Avenue, Apt 6** **Los Angeles, CA 90028** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Holiday Display and Decor Services)** | |
|---|---|---|---|
| | State the term remaining | | **Meraki Visual Designs** |
| | List the contract number of any government contract | | **923 E. Arlee Place** **Anaheim, CA 92805** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **MG Colombian Boutique** |
| | List the contract number of any | | **9728 Brookgreen Rd** **Downey, CA 90240** |

Debtor 1    **Plamex Investment, LLC**

First Name    Middle Name    Last Name    Case number (*if known*)    **8:21-bk-10958-ES**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Mike Kim / T-Mobile**<br>**3100 E. Imperial Hwy, Unit #B2-1203**<br>**Lynwood, CA 90262** |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Milbes Men's Wear**<br>**3100 E. Imperial Hwy Unit O234**<br>**Lynwood, CA 90262** |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Militar s Cut Unisex**<br>**6037 Priory St**<br>**Bell Gardens, CA 90201** |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **MoMo Trading**<br>**3100 E Imperial Hwy**<br>**Lynwood, CA 90262** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Mr. Hammer Shoes**<br>**3100 E. Imperial Hwy, Unit P10B**<br>**Lynwood, CA 90262** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  |  | **Mundo de Artesanias**<br>**3100 E Imperial Hwy VKIO24**<br>**Lynwood, CA 90262** |

| Debtor 1 | **Plamex Investment, LLC** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)*    **8:21-bk-10958-ES**

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Music Services Agreement and Equipment Lease (Mood Media box)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Muzak LLC**<br>**3318 Lakemont Blvd.**<br>**Fort Mill, SC 29708** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Trends Clothing, Inc.**<br>**6602 Gifford Ave**<br>**Bell, CA 90201** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Trends Clothing, Inc.**<br>**6602 Gifford Ave**<br>**Bell, CA 90201** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **North American Amusements**<br>**1502 Foothill Blvd, Suite 103 PMB 218**<br>**La Verne, CA 91750** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nueva Vision Optical**<br>**3100 E. Imperial Hwy #1109**<br>**Lynwood, CA 90262** |

Debtor 1   **Plamex Investment, LLC**
    First Name        Middle Name        Last Name

Case number *(if known)*   **8:21-bk-10958-ES**

---

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.163.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining

List the contract number of any government contract

**O Fashion Plus**
**20415 Berendo Ave**
**Torrance, CA 90502**

---

**2.164.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining

List the contract number of any government contract

**Oficina Jalisco**
**9376 Raviller Drive**
**Downey, CA 90240**

---

**2.165.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining

List the contract number of any government contract

**One Hour Photo**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

---

**2.166.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining

List the contract number of any government contract

**Pang Pang Donuts**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

---

**2.167.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining

List the contract number of any government contract

**Perfecto Nails**
**3100 East Imperial Highway**
**Lynwood, CA 90262**

---

**2.168.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining

List the contract number of any

**Perfumes and Hair Products**
**3150 E. Imperial Hwy #101**
**Lynwood, CA 90262**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Plamex Investment, LLC**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

---

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Pescaderia y Cocina El Malecon**<br>**6308 Plaska Avenue**<br>**Huntington Park, CA 90255** |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Pho VNK**<br>**3180 E. Imperial Hwy, Suite C**<br>**Lynwood, CA 90262** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Pink Melon**<br>**22920 Entoril Dr. Suite 1**<br>**Diamond Bar, CA 91765** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **Pinky's Threading**<br>**3100 E. Imperial Hwy #1107**<br>**Lynwood, CA 90262** |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |  |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | **PLS Check Cashers**<br>**One South Wacker Drive, 36th Floor**<br>**Chicago, IL 60606** |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Pest Control Services)** | **Point Exterminators Inc.**<br>**1612 Arlington Avenue**<br>**Los Angeles, CA 90019** |
|---|---|---|---|

---

Debtor 1    **Plamex Investment, LLC**
_____    Case number (*if known*)    **8:21-bk-10958-ES**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Pretzeria**<br>**3961 Via Marisol APT#318**<br>**Los Angeles, CA 90042** |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Primo's Pet Shop**<br>**4221 Shirley Ave**<br>**Lynwood, CA 90262** |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Pro Sports**<br>**18529 Stonegate Ln**<br>**Rowland Heights, CA 91748** |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Professional Documents, Inc.**<br>**3150 E. Imperial Hwy B8107**<br>**Lynwood, CA 90262** |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Progreso Financiero**<br>**2 Circle Star Way**<br>**San Carlos, CA 94070** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Plamex Investment, LLC | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rachel's Secrets**<br>**10609 Newville Avenue**<br>**Downey, CA 90241** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rainbow Beauty**<br>**525 N Gilbert St # 62**<br>**Anaheim, CA 92801** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ray's Fashion**<br>**3100 East Imperial Highway**<br>**Lynwood, CA 90262** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Real De Oaxaca**<br>**7349 Milliken Ave #140-81**<br>**Racho Cucamonga, CA 91730** |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Fire Alarm Monitoring)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Regency Fire & Security Services**<br>**7651 Densmore Avenue**<br>**Van Nuys, CA 91406** |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Plumbing Services)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Rescue Rooter**<br>**7243 Somerset Blvd**<br>**Paramount, CA 90723** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Plamex Investment, LLC | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ricardo Gonzalez** |
| | List the contract number of any government contract | | **8616 S Main Street**<br>**Los Angeles, CA 90003** |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Rinconcito Poblano** |
| | List the contract number of any government contract | | **3100 E. Imperial Hwy B13007**<br>**Lynwood, CA 90262** |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Rite Aid Corp. # 05476** |
| | List the contract number of any government contract | | **P.O. Box 3165**<br>**Harrisburg, PA 17105** |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Rob's MX Baseball** |
| | List the contract number of any government contract | | **2731 Nebraska Ave Apt C**<br>**South Gate, CA 90280** |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Robert's Fashion** |
| | List the contract number of any government contract | | **1700 Santa Fe Avenue**<br>**Los Angeles, CA 90021** |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | | | **Roberto Navarro**<br>**2729 Nebraska Avenue, Apt. #C**<br>**South Gate, CA 90280** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Rosy's Beauty Salon** |
| | List the contract number of any government contract | **3150 E. Imperial Hwy B8110 & 111**<br>**Lynwood, CA 90262** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **S.M. Foot Wear** |
| | List the contract number of any government contract | **3100 E. Imperial Hwy Unit H5H6**<br>**Lynwood, CA 90262** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Sang Gyu Shin** |
| | List the contract number of any government contract | **10972 Golden Rod St**<br>**Redlands, CA 92373** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Say Cheese Photo** |
| | List the contract number of any government contract | **3100 E. Imperial Hwy #B2-1104**<br>**Lynwood, CA 90262** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **SCE Federal Credit Union** |
| | List the contract number of any government contract | **P.O. Box 8017**<br>**El Monte, CA 91734** |

| Debtor 1 | Plamex Investment, LLC | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shoes 4 Ever**<br>**3117 Rimrock Cic**<br>**Fullerton, CA 92833** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shoes 4 Less**<br>**3117 Rimrock Cic**<br>**Fullerton, CA 92833** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shoes 4 Less**<br>**3117 Rimrock Cic**<br>**Fullerton, CA 92833** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Skechers U.S.A., Inc.**<br>**225 South Sepulveda Blvd**<br>**Manhattan Beach, CA 90266** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **SoCal PF Lynwood, LLC-Planet Fitness**<br>**125 E. Elm Street, Suite 300**<br>**Conshohocken, PA 19428** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **SPACETEL LA Inc - Cricket Wireless**<br>**3100 E. Imperial Hwy, Unit B2-1103**<br>**Lynwood, CA 90262** |

Debtor 1    **Plamex Investment, LLC**
    First Name        Middle Name            Last Name

Case number *(if known)*    **8:21-bk-10958-ES**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement (Personalized Recorded Audio Message) | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Spectrio, LLC**<br>**4033 Tampa Road, Suite 103**<br>**Oldsmar, FL 34677** |
| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sport Time**<br>**8571 Cedar St**<br>**Bellflower, CA 90706** |
| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sri Eyebrow Threading and Nails**<br>**18430 Airline Ave Suite 3**<br>**Artesia, CA 90701** |
| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Stacy Han**<br>**9475 Rosemarie Ct**<br>**Cypress, CA 90630** |
| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Star Buffet Lynwood**<br>**11383 Long Beach Blvd**<br>**Lynwood, CA 90262** |
| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease | **Stephanie's Lingerie**<br>**2941 Wisconsin Ave**<br>**South Gate, CA 90280** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|----------|----------------------------|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|--------|---|---|
| | State the term remaining | **Street Cellular** |
| | List the contract number of any government contract | **11282 Streamfield Center** <br> **Riverside, CA 92505** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|--------|---|---|
| | State the term remaining | **Sun Hye Chung** |
| | List the contract number of any government contract | **4115 W 182nd St., Suite 14** <br> **Torrance, CA 90504** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|--------|---|---|
| | State the term remaining | **Sung Ryong Lee** |
| | List the contract number of any government contract | **4033 Santa Anita Ln** <br> **Yorba Linda, CA 92886** |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|--------|---|---|
| | State the term remaining | **Sunny Fashion** |
| | List the contract number of any government contract | **3185 Wilshire Blvd Suite 281** <br> **Los Angeles, CA 90010** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|--------|---|---|
| | State the term remaining | **Super Image Factory** |
| | List the contract number of any government contract | **3100 E. Imperial Hwy Ste  #1321** <br> **Lynwood, CA 90262** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Plamex Investment, LLC | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sweet Stone Jewelry**<br>**135 Islington**<br>**Irvine, CA 92620** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Taco Bell #5291**<br>**924 W. Colfax Ave., Ste 302**<br>**Denver, CO 80204** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tacos Don Luis**<br>**3981 Le Sage St.**<br>**Lynwood, CA 90262** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **TacoTento**<br>**3100 E. Imperial Hwy, Unit P10B**<br>**Lynwood, CA 90262** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tamales**<br>**3100 E. Imperial Hwy Unit 1310**<br>**Lynwood, CA 90262** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Tesoro Jewelry**<br>**315 Wild Ginger**<br>**Yorba Linda, CA** |

Debtor 1  **Plamex Investment, LLC**
<u>First Name</u>       <u>Middle Name</u>          <u>Last Name</u>                    Case number (*if known*)    **8:21-bk-10958-ES**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **The Children's Place** |
| | List the contract number of any government contract | | **500 Plaza Drive, 4th Floor**<br>**Secaucus, NJ 07094** |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **The Kickin' Crab** |
| | List the contract number of any government contract | | **3170 Imperial Hwy B4B102**<br>**Lynwood, CA 90262** |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Time Warner Cable** |
| | List the contract number of any government contract | | **6360 S. Fiddlers Green Circle**<br>**Greenwood Village, CO 80111** |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **TJ Nails Spa** |
| | List the contract number of any government contract | | **6931 Hood Dr**<br>**Westminster, CA 92683** |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Top Fashion** |
| | List the contract number of any government contract | | **3100 E. Imperial Hwy Unit H7I6**<br>**Lynwood, CA 90262** |

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | | | **Top Fashion**<br>**3100 E. Imperial Hwy Unit H7I6**<br>**Lynwood, CA 90262** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number *(if known)* | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Torres Enterprise Corp** |
| | List the contract number of any government contract | **426 N Main St**<br>**Elkhart, IN 46516** |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Tortas Ahogadas** |
| | List the contract number of any government contract | **3100 Imperial Hwy, Ste B1-3001**<br>**Lynwood, CA 90262** |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Water Treatment Service)** |
|---|---|---|
| | State the term remaining | **Tri-Chem Technology, Corp.** |
| | List the contract number of any government contract | **8431 Commonwealth Avenue**<br>**Buena Park, CA 90621** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **TS Discount** |
| | List the contract number of any government contract | **7860 Paramount BL, J-39**<br>**Pico Rivera, CA 90660** |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
|---|---|---|
| | State the term remaining | **Twin Scoop Ice Cream** |
| | List the contract number of any government contract | **1410 S Dwight Ave**<br>**Compton, CA 90220** |

| Debtor 1 | **Plamex Investment, LLC** | | | Case number (*if known*) | **8:21-bk-10958-ES** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Una Mexicana Que Fruta Vendia** |
| | List the contract number of any government contract | | **7123 Rio Flora Place** **Downey, CA 90241** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Usama Awadallah** |
| | List the contract number of any government contract | | **5832 Newman Street** **Cypress, CA 90630** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Vergara Insurance Service, Inc.** |
| | List the contract number of any government contract | | **3100 East Imperial Hwy Unit U6** **Lynwood, CA 90262** |

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Veronica's Insurance** |
| | List the contract number of any government contract | | **290 W. Orange Show Rd Suite 100** **San Bernardino, CA 92408** |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Victoria** |
| | List the contract number of any government contract | | **3100 East Imperial Highway** **Lynwood, CA 90262** |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Victorian Scales** |
| | List the contract number of any | | **1102 Avation Blvd, Ste B** **Hermosa Beach, CA 90254** |

Debtor 1    **Plamex Investment, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **8:21-bk-10958-ES**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|  | State the term remaining | | **Virginia Jovel** |
|  | List the contract number of any government contract | | **13257 Deming Street**<br>**Downey, CA 90242** |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|  | State the term remaining | | **Vivian's Bakery** |
|  | List the contract number of any government contract | | **3100 East Imperial Highway**<br>**Lynwood, CA 90262** |

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|  | State the term remaining | | **Wateria** |
|  | List the contract number of any government contract | | **3100 E. Imperial Hwy B2/1209**<br>**Lynwood, CA 90262** |

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|  | State the term remaining | | **Wedding Chapel** |
|  | List the contract number of any government contract | | **3150 E. Imperial Hwy B8106**<br>**Lynwood, CA 90262** |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (Water Fountain Maintenance)** | |
|  | State the term remaining | | **Woo's Pool Services** |
|  | List the contract number of any government contract | | **3600 Wilshire Blvd, Suite 708**<br>**Los Angeles, CA 90010** |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | **X-Phone**<br>**4960 Adriano Drive**<br>**Cypress, CA 90630** |

Debtor 1    **Plamex Investment, LLC**

First Name                Middle Name                Last Name

Case number *(if known)*    **8:21-bk-10958-ES**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                _____

---

2.243.    State what the contract or
lease is for and the nature of
the debtor's interest

**Services Agreement
(Lighting Maintenance)**

State the term remaining

List the contract number of any
government contract                _____

**Yesco Signs LLC
10235 Bellegrave Avenue
Jurupa Valley, CA 91752**

---

2.244.    State what the contract or
lease is for and the nature of
the debtor's interest

**Tenant Lease**

State the term remaining

List the contract number of any
government contract                _____

**Yogurt de Armo
3100 E. Imperial Hwy, Unit #B31003
Lynwood, CA 90262**

---

2.245.    State what the contract or
lease is for and the nature of
the debtor's interest

**Tenant Lease**

State the term remaining

List the contract number of any
government contract                _____

**Yogurtland
1427 S. Hayworth Ave
Los Angeles, CA 90035**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## **Schedule G**

*Please take note that the inclusion herein of the above-listed agreements shall not be deemed to constitute an admission by the Debtor that such agreements are executory contracts, contracts, unexpired leases, or leases. The Debtor is investigating the nature of these agreements and reserves all of its rights to contest the validity and/ or nature of any agreement listed in this Schedule G.

**Fill in this information to identify the case:**

Debtor name __**Plamex Investment, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA__

Case number (if known) __**8:21-bk-10958-ES**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Donald Chae** | **6988 Beach Blvd., B-215 Buena Park, CA 90621** | **Wells Fargo Bank, N.A., as Trustee** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Min Chae** | **6988 Beach Blvd., B-215 Buena Park, CA 90621** | **Wells Fargo Bank, N.A., as Trustee** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Plamex Investment, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known) **8:21-bk-10958-ES**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,052,852.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$15,071,586.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$16,076,732.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | **Plamex Investment, LLC** | Case number *(if known)* | **8:21-bk-10958-ES** |
| --- | --- | --- | --- |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **See Exhibit SOFA.3 attached.** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:**  **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **Luz Avalos v. Plamex Investment, LLC**<br>**19STCV42173** | **Personal Injury** | **Los Angeles Superior Court**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Nehemiah Kong v. Plamex Investment, LLC**<br>**2:20-cv-01958 RGK (PVCx)** | **Complaint for violations of Americans with Disability Act and Unruh Civil Rights Act** | **United States District Court**<br>**Central District of California**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Plamex Investment, LLC**                                     Case number *(if known)*    **8:21-bk-10958-ES**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Joe Del Nigro v. Plamex Investment, LLC**<br>**2:19-cv-10204 (DSF) SK** | **Complaint for violations of Americans with Disability Act and Unruh Civil Rights Act** | **United States District Court**<br>**Central District of California**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Orlando Garcia v. Plamex Investment, LLC**<br>**2:21-cv-01764-RAO** | **Complaint for violations of Americans with Disability Act and Unruh Civil Rights Act** | **United States District Court**<br>**Central District of California**<br>**255 East Temple Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Plamex Investment, LLC v. The McClemmy Companies**<br>**19STCV34036** | **Contract Claim** | **Los Angeles Superior Court**<br>**111 N. Hill Street**<br>**Department 16**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Yesenia Robles v. Plamex Investment, LLC, City of Lynwood, County of Los Angeles, et al.**<br>**20STCV47865** | **Personal Injury** | **Los Angeles Superior Court**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | **Plamex Investment, LLC** | Case number *(if known)* | **8:21-bk-10958-ES** |

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **Levene, Neale, Bender, Yoo & Brill L.L.P.** **10250 Constellation Blvd. # 1700** **Los Angeles, CA 90067** | **Retainer** | **April 13, 2021** | **$100,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Plamex Investment, LLC** | Case number *(if known)*    **8:21-bk-10958-ES** |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Plamex Investment, LLC** | Case number *(if known)* **8:21-bk-10958-ES** |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Mary Marcial**<br>**c/o M+D Properties**<br>**6988 Beach Blvd., Suite B-215**<br>**Buena Park, CA 90621** | **8/8/2011 to Present** |
| 26a.2. | **Diana Kwak**<br>**c/o M+D Properties**<br>**6988 Beach Blvd., Suite B-215**<br>**Buena Park, CA 90621** | **1/19/2009 to Present** |
| 26a.3. | **Thai Nguyen**<br>**c/o M+D Properties**<br>**6988 Beach Blvd., Suite B-215**<br>**Buena Park, CA 90621** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | **Plamex Investment, LLC** | Case number *(if known)* | **8:21-bk-10958-ES** |

☐ None

| Name and address | Date of service From-To |
| --- | --- |
| 26b.1. | **Kim & Lee, CPAs** **c/o Kenneth Chung** **2305 W. 190th Street** **Torrance, CA 90504** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| 26c.1. | **M+D Properties** **6988 Beach Blvd., Suite B-215** **Buena Park, CA 90621** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Donald Chae | 6988 Beach Blvd., B-215 Buena Park, CA 90621 | Manager of Placo Investment, LLC (Sole Member of 3100 E. Imperial Investment, LLC, which is the Sole Member of Debtor) | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| 3100 E. Imperial Investment, LLC | 6988 Beach Blvd, Suite B-215 Buena Park, CA 90621 | Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Placo Investment, LLC | 6988 Beach Blvd, Suite B-215 Buena Park, CA 90621 | Sole Member of 3100 E. Imperial Investment, LLC, which is the Sole Member of Debtor | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Richard Beausoleil | 1209 Orange Street Wilmington, DE 19801 | Independent Manager of Debtor | |

Debtor    **Plamex Investment, LLC**                                    Case number *(if known)*  **8:21-bk-10958-ES**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Jennifer Schwartz | 1209 Orange Street<br>Wilmington, DE 19801 | Independent Manager of Debtor | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|
| ISLT Investment, LLC | EIN:    20-0510815 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|---------------------------------------------------------|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **Plamex Investment, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

Case number (if known)   **8:21-bk-10958-ES**

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 12, 2021**

_____   **Donald Chae**
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **Designated Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# Exhibit SOFA.3

**Plamex Investment, LLC**

**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check # / Entity | Check Date / Reference | Check Pd | Vendor/Alternate Address ID / P.O. Number | Vendor Name / Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **7216** | **1/18/2021** | **01/21** | **ATT** | **AT&T** | | | | | | |
| 200PML | 604-1580 Signage 1/8-2/7/21 | | | 50700-0000 | 1580-010821 | 1/8/2021 | 1/8/2021 | $ 107.02 | $ - | $ 107.02 |
| | | | | | | | Check Total: | 107.02 | 0.00 | 107.02 |
| **7217** | **1/18/2021** | **01/21** | **ATT** | **AT&T** | | | | | | |
| 200PMO | 605-5107 3150 1/10-2/9/21 | | | 51650-0000 | 5107-011021 | 1/10/2021 | 1/10/2021 | 181.11 | 0.00 | 181.11 |
| | | | | | | | Check Total: | 181.11 | 0.00 | 181.11 |
| **7218** | **1/18/2021** | **01/21** | **DIRECTTV** | **DirecTV** | | | | | | |
| 200PMO | DTVFoodCourts 1/8-2/7/21 | | | 53610-0000 | 01.09.21 | 1/9/2021 | 1/23/2021 | 174.99 | 0.00 | 174.99 |
| | | | | | | | Check Total: | 174.99 | 0.00 | 174.99 |
| **7219** | **1/18/2021** | **01/21** | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PML | Security 12/16-12/31/20 | | | 50110-0000 | PILTC123120 | 12/31/2020 | 12/31/2020 | 7,326.00 | 0.00 | 7,326.00 |
| | | | | | | | Check Total: | 7,326.00 | 0.00 | 7,326.00 |
| **7220** | **1/18/2021** | **01/21** | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PMO | Security 12/16-12/31/20 | | | 52180-0000 | PIPME123120 | 12/31/2020 | 12/31/2020 | 18,366.43 | 0.00 | 18,366.43 |
| 200PMI | Security 12/16-12/31/20 | | | 52180-0000 | PIPME123120 | 12/31/2020 | 12/31/2020 | 10,735.82 | 0.00 | 10,735.82 |
| | | | | | | | Check Total: | 29,102.25 | 0.00 | 29,102.25 |
| **7221** | **1/18/2021** | **01/21** | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PMO | Extra Security - Holiday | | | 50110-0000 | PIPMECH1231 | 12/31/2020 | 12/31/2020 | 653.82 | 0.00 | 653.82 |
| 200PMI | Extra Security - Holiday | | | 50110-0000 | PIPMECH1231 | 12/31/2020 | 12/31/2020 | 382.18 | 0.00 | 382.18 |
| | | | | | | | Check Total: | 1,036.00 | 0.00 | 1,036.00 |
| **7222** | **1/18/2021** | **01/21** | **PKIM** | **Pkim, Inc.** | | | | | | |
| 200PMC | PM Server-Cloud Sync 11/20 | | | 74600-0040 | MD201201-4 | 12/1/2020 | 12/1/2020 | 44.50 | 0.00 | 44.50 |
| | | | | | | | Check Total: | 44.50 | 0.00 | 44.50 |
| **7223** | **1/18/2021** | **01/21** | **PKIM** | **Pkim, Inc.** | | | | | | |
| 200PMC | PM IT Service 11/2020 | | | 74760-0000 | PM2011 | 12/1/2020 | 12/1/2020 | 56.25 | 0.00 | 56.25 |
| | | | | | | | Check Total: | 56.25 | 0.00 | 56.25 |
| **7224** | **1/18/2021** | **01/21** | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PML | 226840-5081 N6 12/11-1/12/21 | | | 52120-0000 | 5081-011421 | 1/14/2021 | 1/14/2021 | 446.14 | 0.00 | 446.14 |
| | | | | | | | Check Total: | 446.14 | 0.00 | 446.14 |
| **7225** | **1/18/2021** | **01/21** | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 225470-6732 Park 11/20-12/21/2 | | | 52100-0000 | 6732-122220 | 12/22/2020 | 1/11/2021 | 579.51 | 0.00 | 579.51 |
| 200PMI | 225470-6732 Park 11/20-12/21/2 | | | 52100-0000 | 6732-122220 | 12/22/2020 | 1/11/2021 | 338.74 | 0.00 | 338.74 |
| | | | | | | | Check Total: | 918.25 | 0.00 | 918.25 |
| **7226** | **1/25/2021** | **01/21** | **ACCURATE** | **Accurate** | | | | | | |
| 200PMO | Backflow device repairs | | | 50800-0000 | 03149 | 11/18/2020 | 11/18/2020 | 2,600.00 | 0.00 | 2,600.00 |
| 200PML | Backflow device repairs | | | 50800-0000 | 03149 | 11/18/2020 | 11/18/2020 | 1,800.00 | 0.00 | 1,800.00 |
| | | | | | | | Check Total: | 4,400.00 | 0.00 | 4,400.00 |
| **7227** | **1/25/2021** | **01/21** | **ACCURATE** | **Accurate** | | | | | | |
| 200PMI | Backflow Testing (1 devices) | | | 50800-0000 | 03150 | 11/18/2020 | 11/18/2020 | 60.00 | 0.00 | 60.00 |
| 200PMI | Backflow Testing (23 devices) | | | 50800-0000 | 03150 | 11/18/2020 | 11/18/2020 | 1,160.00 | 0.00 | 1,160.00 |
| 200PMO | Backflow Testing (13 devices) | | | 50800-0000 | 03150 | 11/18/2020 | 11/18/2020 | 660.00 | 0.00 | 660.00 |
| 200PMO | Backflow Testing (3 devices) | | | 50800-0000 | 03150 | 11/18/2020 | 11/18/2020 | 94.67 | 0.00 | 94.67 |
| 200PML | Backflow Testing (3 devices) | | | 50800-0000 | 03150 | 11/18/2020 | 11/18/2020 | 55.33 | 0.00 | 55.33 |
| 200PMI | fuel surcharge | | | 50800-0000 | 03150 | 11/18/2020 | 11/18/2020 | 1.00 | 0.00 | 1.00 |
| | | | | | | | Check Total: | 2,031.00 | 0.00 | 2,031.00 |
| **7228** | **1/25/2021** | **01/21** | **ATT** | **AT&T** | | | | | | |
| 200PMI | 631-0048 Elev 1/11-2/10/20 | | | 51650-0000 | 0048-011121 | 1/11/2021 | 1/11/2021 | 109.17 | 0.00 | 109.17 |
| | | | | | | | Check Total: | 109.17 | 0.00 | 109.17 |
| **7229** | **1/25/2021** | **01/21** | **ATT** | **AT&T** | | | | | | |
| 200PMC | 631-6789 pm 1/11-2/10/21 | | | 72220-0000 | 6789-011121 | 1/11/2021 | 1/11/2021 | 376.56 | 0.00 | 376.56 |
| | | | | | | | Check Total: | 376.56 | 0.00 | 376.56 |
| **7230** | **1/25/2021** | **01/21** | **CHASECAR** | **Chase Card Services** | | | | | | |
| 200PMC | | | | 70410-0000 | AP-D02.2021 | 1/17/2021 | 2/11/2021 | 204.18 | 0.00 | 204.18 |
| 200PMC | Esmeralda B-Day Cake | | | 70420-0000 | AP-D02.2021 | 1/17/2021 | 2/11/2021 | 33.00 | 0.00 | 33.00 |
| 200PMC | GiftBasketsforLynwoodCouncil | | | 53610-0000 | AP-D02.2021 | 1/17/2021 | 2/11/2021 | 220.32 | 0.00 | 220.32 |
| 200PMO | Basket for Father Rigo | | | 53610-0000 | AP-D02.2021 | 1/17/2021 | 2/11/2021 | 67.61 | 0.00 | 67.61 |
| 200PMO | Yelp MTM | | | 53610-0000 | AP-D02.2021 | 1/17/2021 | 2/11/2021 | 350.00 | 0.00 | 350.00 |
| 200PMC | PM Webhosting 1/21-1/21/22 | | | 74725-0000 | AP-D02.2021 | 1/17/2021 | 2/11/2021 | 348.00 | 0.00 | 348.00 |
| 200PMC | PM Security Phone | | | 50110-0000 | AP-D02.2021 | 1/17/2021 | 2/11/2021 | 45.00 | 0.00 | 45.00 |
| | | | | | | | Check Total: | 1,268.11 | 0.00 | 1,268.11 |
| **7231** | **1/25/2021** | **01/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMI | #02306132 Biz License 2020 | | | 53930-0000 | 02301632-20. | 1/25/2021 | 1/25/2021 | 28,318.00 | 0.00 | 28,318.00 |
| | | | | | | | | 28,318.00 | 0.00 | 28,318.00 |
| **7232** | **1/25/2021** | **01/21** | **CITYOFLY/101** | **City of Lynwood** | | | | | | |
| 200PMI | 02301632 Biz License 2021 | | | 53930-0000 | 02301632-21 | 1/7/2021 | 1/7/2021 | 21,727.00 | 0.00 | 21,727.00 |
| | | | | | | | Check Total: | 21,727.00 | 0.00 | 21,727.00 |

**Plamex Investment, LLC**

**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 7233 | 1/25/2021 | 01/21 | HOMEDEPO | Home Depot Credit Services | | | | | | |
| 200PMI | seal water leak | | | 51110-0000 | 595423278 | 1/19/2021 | 1/19/2021 | 16.44 | 0.00 | 16.44 |
| | | | | | | | Check Total: | 16.44 | 0.00 | 16.44 |
| 7234 | 1/25/2021 | 01/21 | HOMEDEPO | Home Depot Credit Services | | | | | | |
| 200PML | rem graffiti by F4L | | | 51210-0000 | 595625815 | 1/20/2021 | 1/20/2021 | 232.45 | 0.00 | 232.45 |
| | | | | | | | Check Total: | 232.45 | 0.00 | 232.45 |
| 7235 | 1/25/2021 | 01/21 | HOMEDEPO | Home Depot Credit Services | | | | | | |
| 200PMI | Paint primer for B1 Bldg | | | 72530-0000 | 596191833 | 1/22/2021 | 1/22/2021 | 81.66 | 0.00 | 81.66 |
| | | | | | | | Check Total: | 81.66 | 0.00 | 81.66 |
| 7236 | 1/25/2021 | 01/21 | HOMEDEPO | Home Depot Credit Services | | | | | | |
| 200PMI | vacuumfilters for vacantspaces | | | 72530-0000 | 596209403 | 1/22/2021 | 1/22/2021 | 21.97 | 0.00 | 21.97 |
| | | | | | | | Check Total: | 21.97 | 0.00 | 21.97 |
| 7237 | 1/25/2021 | 01/21 | SMARDANS | SMARDAN SUPPLY CO. | | | | | | |
| 200PMI | 2nd fl mop sink | | | 51630-0000 | S3616514.001 | 12/17/2020 | 12/17/2020 | 228.43 | 0.00 | 228.43 |
| | | | | | | | Check Total: | 228.43 | 0.00 | 228.43 |
| 7238 | 1/25/2021 | 01/21 | ALDOS | Aldo's Key Shop | | | | | | |
| 200PMI | Repl all Electrical room keys | | | 51130-0000 | 01.22.21 | 1/22/2021 | 1/22/2021 | 291.09 | 0.00 | 291.09 |
| 200PMO | Repl all Electrical room keys | | | 51130-0000 | 01.22.21 | 1/22/2021 | 1/22/2021 | 498.07 | 0.00 | 498.07 |
| 200PML | Repl all Electrical room keys | | | 51130-0000 | 01.22.21 | 1/22/2021 | 1/22/2021 | 502.84 | 0.00 | 502.84 |
| | | | | | | | Check Total: | 1,292.00 | 0.00 | 1,292.00 |
| 7239 | 1/26/2021 | 01/21 | SABINOAC | Agustin Castillo Sabino | | | *Unused - Continued Check* | | | |
| 200PMI | Carried to 7241 | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Check Total: | 0.00 | 0.00 | 0.00 |
| 7240 | 1/26/2021 | 01/21 | SABINOAC | Agustin Castillo Sabino | | | *Unused - Continued Check* | | | |
| 200PMI | Carried to 7241 | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 0.00 | 0.00 | 0.00 |
| | | | | | | | Check Total: | 0.00 | 0.00 | 0.00 |
| 7241 | 1/26/2021 | 01/21 | SABINOAC | Agustin Castillo Sabino | | | | | | |
| 200PMI | E2 - Key Copy | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 6.06 | 0.00 | 6.06 |
| 200PML | Bathroom keys | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 10.00 | 0.00 | 10.00 |
| 200PMC | creamer for office | | | 73020-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 4.98 | 0.00 | 4.98 |
| 200PMO | Mario b-day cake | | | 70420-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 27.50 | 0.00 | 27.50 |
| 200PMC | Cable covers/plates | | | 73020-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 9.10 | 0.00 | 9.10 |
| 200PML | Keys for Shoe 4 Less | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 3.03 | 0.00 | 3.03 |
| 200PMI | keys for Jewelry&Beauty | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 1.01 | 0.00 | 1.01 |
| 200PMO | keys for Intercambio Express | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 1.01 | 0.00 | 1.01 |
| 200PMO | keys for unit | | | 51130-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 3.03 | 0.00 | 3.03 |
| 200PMO | Michael Luna-Audio | | | 53610-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 150.00 | 0.00 | 150.00 |
| 200PMO | Gas for boomlift | | | 50760-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 25.24 | 0.00 | 25.24 |
| 200PMI | Gas for boomlift | | | 50760-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 14.76 | 0.00 | 14.76 |
| 200PMC | Sheet Protectors | | | 73020-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 7.53 | 0.00 | 7.53 |
| 200PMI | bravo 1 door parts | | | 51140-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 118.52 | 0.00 | 118.52 |
| 200PMC | Certified Mail-3 Days Notice | | | 73520-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 30.30 | 0.00 | 30.30 |
| 200PML | Bathroom parts-chapel RR | | | 51620-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 6.37 | 0.00 | 6.37 |
| | | | | | | | Check Total: | 418.44 | 0.00 | 418.44 |
| 7242 | 1/26/2021 | 01/21 | SABINOAC | Agustin Castillo Sabino | | | | | | |
| 200PMC | creamer for office | | | 73020-0000 | Upto12.29.20 | 12/31/2020 | 12/31/2020 | 3.99 | 0.00 | 3.99 |
| | | | | | | | Check Total: | 3.99 | 0.00 | 3.99 |
| 7244 | 2/1/2021 | 02/21 | ATT | AT&T | | | | | | |
| 200PMO | 609-1154 Elev 1/19-2/18/21 | | | 51650-0000 | 1154-011921 | 1/19/2021 | 1/19/2021 | 109.32 | 0.00 | 109.32 |
| | | | | | | | Check Total: | 109.32 | 0.00 | 109.32 |
| 7245 | 2/1/2021 | 02/21 | ATT | AT&T | | | | | | |
| 200PML | 884-9694 105FWY 1/17-2/16/21 | | | 53610-0000 | 9694-011721 | 1/17/2021 | 1/17/2021 | 104.41 | 0.00 | 104.41 |
| | | | | | | | Check Total: | 104.41 | 0.00 | 104.41 |
| 7246 | 2/1/2021 | 02/21 | ATT | AT&T | | | | | | |
| 200PMO | 608-0668 Signage 1/20-2/19/21 | | | 50700-0000 | OUT-012021 | 1/20/2021 | 1/20/2021 | 107.24 | 0.00 | 107.24 |
| 200PMO | 764-5420 Signage 1/20-2/19/21 | | | 50700-0000 | OUT-012021 | 1/20/2021 | 1/20/2021 | 72.84 | 0.00 | 72.84 |
| | | | | | | | Check Total: | 180.08 | 0.00 | 180.08 |
| 7247 | 2/1/2021 | 02/21 | CITYOFLY | City of Lynwood | | | | | | |
| 200PMI | 834261000_3100 12/1-1/31/21 | | | 52170-0000 | 3100-020121 | 2/1/2021 | 2/1/2021 | 466.96 | 0.00 | 466.96 |
| | | | | | | | Check Total: | 466.96 | 0.00 | 466.96 |
| 7248 | 2/1/2021 | 02/21 | CITYOFLY | City of Lynwood | | | | | | |
| 200PMI | 832228801_3100 12/1-1/31/21 | | | 52170-0000 | 8801-020121 | 2/1/2021 | 2/15/2021 | 296.74 | 0.00 | 296.74 |
| | | | | | | | Check Total: | 296.74 | 0.00 | 296.74 |
| 7249 | 2/1/2021 | 02/21 | CITYOFLY | City of Lynwood | | | | | | |
| 200PML | 834300000_11247 12/1-1/31/21 | | | 52170-0000 | LTC-020121 | 2/1/2021 | 2/1/2021 | 95.58 | 0.00 | 95.58 |
| 200PML | 834298000_11225 12/1-1/31/21 | | | 52170-0000 | LTC-020121 | 2/1/2021 | 2/1/2021 | 95.58 | 0.00 | 95.58 |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200PML | 834297000_11221 12/1-1/31/21 | | | 52170-0000 | LTC-020121 | 2/1/2021 | 2/1/2021 | 172.94 | 0.00 | 172.94 |
| 200PML | 834296000_11215 12/1-1/31/21 | | | 52170-0000 | LTC-020121 | 2/1/2021 | 2/1/2021 | 95.58 | 0.00 | 95.58 |
| 200PML | 834295000_N6 12/1-1/31/21 | | | 52170-0000 | LTC-020121 | 2/1/2021 | 2/1/2021 | 172.94 | 0.00 | 172.94 |
| 200PML | 834320000_11331-37 12/1-1/31/2 | | | 52170-0000 | LTC-020121 | 2/1/2021 | 2/1/2021 | 95.58 | 0.00 | 95.58 |
| 200PML | 834330000_11369-91 12/1-1/31/2 | | | 52170-0000 | LTC-020121 | 2/1/2021 | 2/1/2021 | 95.58 | 0.00 | 95.58 |
| | | | | | | | *Check Total:* | *823.78* | *0.00* | *823.78* |
| **7250** | **2/1/2021 02/21** | | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMO | 834294000 3180 12/1-1/31/21 | | | 52170-0000 | OUT-020121 | 2/1/2021 | 2/1/2021 | 296.74 | 0.00 | 296.74 |
| 200PMO | 834292000 3160 12/1-1/31/21 | | | 52170-0000 | OUT-020121 | 2/1/2021 | 2/1/2021 | 172.94 | 0.00 | 172.94 |
| 200PMO | 834291000 3150 12/1-1/31/21 | | | 52170-0000 | OUT-020121 | 2/1/2021 | 2/1/2021 | 172.94 | 0.00 | 172.94 |
| | | | | | | | *Check Total:* | *642.62* | *0.00* | *642.62* |
| **7251** | **2/1/2021 02/21** | | **FIRSTINS** | **First Insurance Funding Corp.** | | | | | | |
| 200PMI | PM 20-21 EQ Insurance | | | 19310-0000 | 01.15.21 | 1/15/2021 | 2/5/2021 | 2,768.10 | 0.00 | 2,768.10 |
| 200PMI | PM 20-21 EQ Insurance | | | 19310-0000 | 01.15.21 | 1/15/2021 | 2/5/2021 | 5,219.34 | 0.00 | 5,219.34 |
| 200PMI | PM 20-21 EQ Insurance | | | 19310-0000 | 01.15.21 | 1/15/2021 | 2/5/2021 | 5,289.82 | 0.00 | 5,289.82 |
| | | | | | | | *Check Total:* | *13,277.26* | *0.00* | *13,277.26* |
| **7252** | **2/1/2021 02/21** | | **GASCOMPA** | **The Gas Company** | | | | | | |
| 200PMI | Main Bldg 12/15-1/14/21 | | | 52140-0000 | 01.19.21 | 1/19/2021 | 1/19/2021 | 491.00 | 0.00 | 491.00 |
| | | | | | | | *Check Total:* | *491.00* | *0.00* | *491.00* |
| **7253** | **2/1/2021 02/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PML | Security 1/1-1/15/21 | | | 50110-0000 | PILTC011521 | 1/15/2021 | 1/15/2021 | 6,882.00 | 0.00 | 6,882.00 |
| | | | | | | | *Check Total:* | *6,882.00* | *0.00* | *6,882.00* |
| **7254** | **2/1/2021 02/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PMO | Security 1/1-1/15/21 | | | 50110-0000 | PIPME011521 | 1/15/2021 | 1/15/2021 | 16,984.48 | 0.00 | 16,984.48 |
| 200PMI | Security 1/1-1/15/21 | | | 50110-0000 | PIPME011521 | 1/15/2021 | 1/15/2021 | 9,928.02 | 0.00 | 9,928.02 |
| | | | | | | | *Check Total:* | *26,912.50* | *0.00* | *26,912.50* |
| **7255** | **2/1/2021 02/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMO | El Gallo Giro- fix water leak | | | 51200-0000 | 596711002 | 1/26/2021 | 1/26/2021 | 313.44 | 0.00 | 313.44 |
| | | | | | | | *Check Total:* | *313.44* | *0.00* | *313.44* |
| **7256** | **2/1/2021 02/21** | | **OFFICENT** | **Officenet, Inc.** | | | | | | |
| 200PMC | 2 Copiers Maint 12/25-1/24/21 | | | 73050-0000 | IN55334 | 1/15/2021 | 1/15/2021 | 136.88 | 0.00 | 136.88 |
| | | | | | | | *Check Total:* | *136.88* | *0.00* | *136.88* |
| **7257** | **2/1/2021 02/21** | | **RODRIGJO** | **Jose Rodriguez** | | | | | | |
| 200PMO | Landscaping 12/20 | | | 50500-0000 | 01.04.21 | 1/4/2021 | 1/4/2021 | 1,000.00 | 0.00 | 1,000.00 |
| 200PML | Landscaping 12/20 | | | 50500-0000 | 01.04.21 | 1/4/2021 | 1/4/2021 | 1,000.00 | 0.00 | 1,000.00 |
| | | | | | | | *Check Total:* | *2,000.00* | *0.00* | *2,000.00* |
| **7258** | **2/1/2021 02/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 236390-6868 #201 11/20-12/21/2 | | | 72710-0010 | 6868-122220 | 12/22/2020 | 1/11/2021 | 1,038.45 | 0.00 | 1,038.45 |
| 200PMO | 236390-6868 #200 11/20-12/21/2 | | | 72710-0010 | 6868-122220 | 12/22/2020 | 1/11/2021 | 444.39 | 0.00 | 444.39 |
| 200PMO | 236390-6868 #203 11/20-12/21/2 | | | 72710-0010 | 6868-122220 | 12/22/2020 | 1/11/2021 | 26.58 | 0.00 | 26.58 |
| | | | | | | | *Check Total:* | *1,509.42* | *0.00* | *1,509.42* |
| **7259** | **2/1/2021 02/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMI | 202310-6925 3100 11/20-12/21/2 | | | 52130-0000 | 6925-122220 | 12/22/2020 | 1/11/2021 | 21,073.93 | 0.00 | 21,073.93 |
| | | | | | | | *Check Total:* | *21,073.93* | *0.00* | *21,073.93* |
| **7260** | **2/1/2021 02/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | P2_3170 11/21-12/22/20 | | | 52120-0000 | 7926-122420 | 12/24/2020 | 12/24/2020 | 1,689.79 | 0.00 | 1,689.79 |
| 200PMO | P1_Imp Sign 11/21-12/22/20 | | | 52110-0000 | 7926-122420 | 12/24/2020 | 12/24/2020 | 2,059.19 | 0.00 | 2,059.19 |
| 200PMI | P1_Imp Sign 11/21-12/22/20 | | | 52110-0000 | 7926-122420 | 12/24/2020 | 12/24/2020 | 1,203.67 | 0.00 | 1,203.67 |
| | | | | | | | *Check Total:* | *4,952.65* | *0.00* | *4,952.65* |
| **7261** | **2/1/2021 02/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PML | 227840-4629 11217 11/20-12/21/ | | | 52120-0000 | LTC-122220 | 12/22/2020 | 12/22/2020 | 92.61 | 0.00 | 92.61 |
| 200PML | 226512-1558 11221 11/20-12/21/ | | | 52120-0000 | LTC-122220 | 12/22/2020 | 12/22/2020 | 318.95 | 0.00 | 318.95 |
| 200PML | 226643-7391 11225 11/20-12/21/ | | | 52120-0000 | LTC-122220 | 12/22/2020 | 12/22/2020 | 180.19 | 0.00 | 180.19 |
| 200PML | 225846-7562 11247 11/20-12/21/ | | | 52120-0000 | LTC-122220 | 12/22/2020 | 12/22/2020 | 582.15 | 0.00 | 582.15 |
| 200PML | 220625-4153 11329 11/20-12/21/ | | | 52120-0000 | LTC-122220 | 12/22/2020 | 12/22/2020 | 101.18 | 0.00 | 101.18 |
| 200PML | 227004-9570 11369 11/20-12/21/ | | | 52120-0000 | LTC-122220 | 12/22/2020 | 12/22/2020 | 116.86 | 0.00 | 116.86 |
| 200PML | 220625-4294 11339 11/20-12/21/ | | | 52100-0000 | LTC-122220 | 12/22/2020 | 12/22/2020 | 1,703.78 | 0.00 | 1,703.78 |
| | | | | | | | *Check Total:* | *3,095.72* | *0.00* | *3,095.72* |
| **7262** | **2/1/2021 02/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 225487-4613 3150 11/20-12/21/2 | | | 52120-0000 | OUT-122220 | 12/22/2020 | 12/22/2020 | 1,002.11 | 0.00 | 1,002.11 |
| 200PMO | 225952-2407 3160 11/20-12/21/2 | | | 52120-0000 | OUT-122220 | 12/22/2020 | 12/22/2020 | 157.50 | 0.00 | 157.50 |
| 200PMO | 223417-7277 3180 11/20-12/21/2 | | | 52120-0000 | OUT-122220 | 12/22/2020 | 12/22/2020 | 351.46 | 0.00 | 351.46 |
| 200PMO | 225470-7029 Prod 11/20-12/21/2 | | | 72710-0010 | OUT-122220 | 12/22/2020 | 12/22/2020 | 4,078.00 | 0.00 | 4,078.00 |
| | | | | | | | *Check Total:* | *5,589.07* | *0.00* | *5,589.07* |
| **7263** | **2/1/2021 02/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 067257 40YD Bin 02/20 | | | 52180-0000 | 0000908251 | 2/29/2020 | 2/29/2020 | 997.21 | 0.00 | 997.21 |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200PMI | 067257 40YD Bin 02/20 | | | 52180-0000 | 0000908251 | 2/29/2020 | 2/29/2020 | 582.90 | 0.00 | 582.90 |
| | | | | | | Check Total: | | 1,580.11 | 0.00 | 1,580.11 |
| 7264 | 2/8/2021 02/21 | | ACCESSCS | Access Control Security, Inc. | | | | | | |
| 200PMC | PM Security Settlement | | | 22620-0000 | 02.2021 | 2/3/2021 | 2/3/2021 | 10,000.00 | 0.00 | 10,000.00 |
| | | | | | | Check Total: | | 10,000.00 | 0.00 | 10,000.00 |
| 7265 | 2/8/2021 02/21 | | ATT | AT&T | | | | | | |
| 200PMO | 632-3606 105Fwy 1/26-2/25/21 | | | 53610-0000 | 3606-012621 | 1/26/2021 | 1/26/2021 | 114.01 | 0.00 | 114.01 |
| | | | | | | Check Total: | | 114.01 | 0.00 | 114.01 |
| 7266 | 2/8/2021 02/21 | | BROADSIG | Broadsign International Inc. | | | | | | |
| 200PMO | Subscription 01/2021 | | | 50930-0000 | INV00027982 | 1/31/2021 | 1/31/2021 | 431.25 | 0.00 | 431.25 |
| | | | | | | Check Total: | | 431.25 | 0.00 | 431.25 |
| 7267 | 2/8/2021 02/21 | | GALINDOJ | Jesus H. Galindo | | | | | | |
| 200PMO | Rem grease from Kickin Crab | | | 51110-0000 | 0106104 | 1/26/2021 | 1/26/2021 | 450.00 | 0.00 | 450.00 |
| 200PMO | Rep Water Leak @ Spectrum | | | 51200-0000 | 0106108 | 2/3/2021 | 2/3/2021 | 400.00 | 0.00 | 400.00 |
| 200PML | Rep Water Leak - Rite Aid | | | 51200-0000 | 0106109 | 2/3/2021 | 2/3/2021 | 250.00 | 0.00 | 250.00 |
| 200PMO | Shoes4Ever-Rep Wtr Leak | | | 51200-0000 | 0106105 | 1/27/2021 | 1/27/2021 | 390.00 | 0.00 | 390.00 |
| 200PMO | Unclogged Drain in Dolex | | | 51630-0000 | 0106106 | 1/27/2021 | 1/27/2021 | 185.00 | 0.00 | 185.00 |
| | | | | | | Check Total: | | 1,675.00 | 0.00 | 1,675.00 |
| 7268 | 2/8/2021 02/21 | | MUZAK | Muzak | | | | | | |
| 200PMI | Mood Media 02/2021 | | | 50750-0000 | 55945149 | 2/1/2021 | 2/1/2021 | 103.63 | 0.00 | 103.63 |
| | | | | | | Check Total: | | 103.63 | 0.00 | 103.63 |
| 7269 | 2/8/2021 02/21 | | SERMHLUZ | Luz Elena Hernandez-Sermeno | | | | | | |
| 200PML | CEC P-Lot Accident Reimb | | | 72530-0000 | 02.08.21 | 2/8/2021 | 2/8/2021 | 900.00 | 0.00 | 900.00 |
| | | | | | | Check Total: | | 900.00 | 0.00 | 900.00 |
| 7270 | 2/15/2021 02/21 | | ATT | AT&T | | | | | | |
| 200PML | 639-0184 3200 2/4-3/3/21 | | | 51650-0000 | 0184-020421 | 2/4/2021 | 2/4/2021 | 417.88 | 0.00 | 417.88 |
| | | | | | | Check Total: | | 417.88 | 0.00 | 417.88 |
| 7271 | 2/15/2021 02/21 | | ATT | AT&T | | | | | | |
| 200PMC | PM Internet 2/5-3/4/21 | | | 72340-0000 | 02.04.21 | 2/4/2021 | 2/4/2021 | 50.29 | 0.00 | 50.29 |
| | | | | | | Check Total: | | 50.29 | 0.00 | 50.29 |
| 7272 | 2/15/2021 02/21 | | ATT | AT&T | | | | | | |
| 200PML | 604-1580 Signage 2/8-3/7/21 | | | 50700-0000 | 1580-020821 | 2/8/2021 | 2/8/2021 | 106.97 | 0.00 | 106.97 |
| | | | | | | Check Total: | | 106.97 | 0.00 | 106.97 |
| 7273 | 2/15/2021 02/21 | | ATT | AT&T | | | | | | |
| 200PML | 605-5107 3150 2/10-3/9/21 | | | 51650-0000 | 5107-021021 | 2/10/2021 | 2/10/2021 | 181.05 | 0.00 | 181.05 |
| | | | | | | Check Total: | | 181.05 | 0.00 | 181.05 |
| 7274 | 2/15/2021 02/21 | | DIRECTTV | DirecTV | | | | | | |
| 200PMO | DTVFoodCourts 2/8-3/7/21 | | | 53610-0000 | X210209 | 2/9/2021 | 2/23/2021 | 179.99 | 0.00 | 179.99 |
| | | | | | | Check Total: | | 179.99 | 0.00 | 179.99 |
| 7275 | 2/15/2021 02/21 | | SOCALEDI | So. Cal. Edison Co. | | | | | | |
| 200PML | 226840-5081 N6 1/12-2/10/21 | | | 52120-0000 | 5081-021221 | 2/12/2021 | 3/3/2021 | 402.77 | 0.00 | 402.77 |
| | | | | | | Check Total: | | 402.77 | 0.00 | 402.77 |
| 7276 | 2/15/2021 02/21 | | VERISONW | Verizon Wireless | | | | | | |
| 200PMO | PM I-105 Led 12/23-1/22/21 | | | 50930-0000 | 9871840606 | 1/22/2021 | 2/14/2021 | 60.08 | 0.00 | 60.08 |
| | | | | | | Check Total: | | 60.08 | 0.00 | 60.08 |
| 7277 | 2/19/2021 02/21 | | CLASSLAK | Classic Lake LLC | | | | | | |
| 200PMC | initial consulting fee-PM Refi | | | 74300-0000 | 02.19.21 | 2/19/2021 | 2/19/2021 | 5,000.00 | 0.00 | 5,000.00 |
| | | | | | | Check Total: | | 5,000.00 | 0.00 | 5,000.00 |
| 7278 | 2/23/2021 02/21 | | ATT | AT&T | | | | | | |
| 200PMC | 631-6789 PM 2/11-3/10/21 | | | 72220-0000 | 6789-021121 | 2/11/2021 | 2/11/2021 | 377.08 | 0.00 | 377.08 |
| | | | | | | Check Total: | | 377.08 | 0.00 | 377.08 |
| 7279 | 2/23/2021 02/21 | | ATT | AT&T | | | | | | |
| 200PMI | 631-0048 Elev 2/11-3/10/21 | | | 51650-0000 | 0048-021121 | 2/11/2021 | 2/11/2021 | 109.06 | 0.00 | 109.06 |
| | | | | | | Check Total: | | 109.06 | 0.00 | 109.06 |
| 7280 | 2/23/2021 02/21 | | COUNTLAP | County of Los Angeles Public Health | | | | | | |
| 200PMO | Inspection due to complaints | | | 73620-0000 | IN0915588 | 2/5/2021 | 2/5/2021 | 74.00 | 0.00 | 74.00 |
| | | | | | | Check Total: | | 74.00 | 0.00 | 74.00 |
| 7281 | 2/23/2021 02/21 | | GALINDOJ | Jesus H. Galindo | | | | | | |
| 200PML | Fix Wtr Leak - N6 Bldg | | | 51200-0000 | 0278775 | 2/6/2021 | 2/6/2021 | 425.00 | 0.00 | 425.00 |
| | | | | | | Check Total: | | 425.00 | 0.00 | 425.00 |
| 7282 | 2/23/2021 02/21 | | GTOSECUR | GTO Security | | | | | | |
| 200PML | Security 1/16-1/31/21 | | | 50110-0000 | PILTC013121 | 1/31/2021 | 1/31/2021 | 7,104.00 | 0.00 | 7,104.00 |
| | | | | | | Check Total: | | 7,104.00 | 0.00 | 7,104.00 |
| 7283 | 2/23/2021 02/21 | | GTOSECUR | GTO Security | | | | | | |
| 200PMO | Security 1/16-1/31/21 | | | 50110-0000 | PIPME013121 | 1/31/2021 | 1/31/2021 | 17,740.85 | 0.00 | 17,740.85 |
| 200PMI | Security 1/16-1/31/21 | | | 50110-0000 | PIPME013121 | 1/31/2021 | 1/31/2021 | 10,370.15 | 0.00 | 10,370.15 |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Check Total:* | | *28,111.00* | *0.00* | *28,111.00* |
| **7284** | 2/23/2021 02/21 | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMO | Fix sidewalk by Imperial Mkt | | | 50240-0000 | 599907953 | 2/11/2021 | 2/11/2021 | 86.84 | 0.00 | 86.84 |
| 200PML | fix hole by taco bell | | | 51110-0000 | 597256262 | 1/28/2021 | 1/28/2021 | 135.29 | 0.00 | 135.29 |
| 200PMI | M4B - fix water leak | | | 51110-0000 | 597520048 | 1/29/2021 | 1/29/2021 | 75.26 | 0.00 | 75.26 |
| | | | | | | *Check Total:* | | *297.39* | *0.00* | *297.39* |
| **7285** | 2/23/2021 02/21 | | **OFFICENT** | **Officenet, Inc.** | | | | | | |
| 200PMC | 2 Copiers Maiint 1/25-2/24/21 | | | 50750-0000 | IN55825 | 2/16/2021 | 2/16/2021 | 136.88 | 0.00 | 136.88 |
| 200PMC | Overage 12/25-1/24/21 | | | 50750-0000 | IN55825 | 2/16/2021 | 2/16/2021 | 86.90 | 0.00 | 86.90 |
| | | | | | | *Check Total:* | | *223.78* | *0.00* | *223.78* |
| **7286** | 2/23/2021 02/21 | | **ORTIMIGU** | **Miguel Ortiz** | | | | | | |
| 200PMO | Fix Light Pole by DonRoberto | | | 50910-0000 | 04556 | 11/20/2020 | 11/20/2020 | 862.71 | 0.00 | 862.71 |
| | | | | | | *Check Total:* | | *862.71* | *0.00* | *862.71* |
| **7287** | 2/23/2021 02/21 | | **SMARDANS** | **SMARDAN SUPPLY CO.** | | | | | | |
| 200PMI | Parts for Men's RR - Clogged | | | 51620-0000 | S3632405.001 | 2/2/2021 | 2/2/2021 | 138.42 | 0.00 | 138.42 |
| 200PMI | Repl old pipe in Mop Room | | | 51630-0000 | S3636576.001 | 2/11/2021 | 2/11/2021 | 47.96 | 0.00 | 47.96 |
| | | | | | | *Check Total:* | | *186.38* | *0.00* | *186.38* |
| **7288** | 2/23/2021 02/21 | | **TRICHEMT** | **Tri-Chem Technology, Corp.** | | | | | | |
| 200PMI | Wtr Treatment Svc 10/20 | | | 51600-0000 | 65138 | 10/22/2020 | 10/22/2020 | 200.00 | 0.00 | 200.00 |
| | | | | | | *Check Total:* | | *200.00* | *0.00* | *200.00* |
| **7289** | 2/23/2021 02/21 | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PMO | Troubleshoot outages - sign | | | 50930-0000 | INY-0273520 | 2/5/2021 | 2/5/2021 | 550.00 | 0.00 | 550.00 |
| | | | | | | *Check Total:* | | *550.00* | *0.00* | *550.00* |
| **7290** | 3/1/2021 03/21 | | **ATT** | **AT&T** | | | | | | |
| 200PMO | 609-1154 3150 2/19-3/18/21 | | | 51650-0000 | 1154-021921 | 2/19/2021 | 2/19/2021 | 109.06 | 0.00 | 109.06 |
| | | | | | | *Check Total:* | | *109.06* | *0.00* | *109.06* |
| **7291** | 3/1/2021 03/21 | | **ATT** | **AT&T** | | | | | | |
| 200PML | 884-9694 105FWY 2/17-3/16/21 | | | 53610-0000 | 9694-021721 | 2/17/2021 | 2/17/2021 | 104.34 | 0.00 | 104.34 |
| | | | | | | *Check Total:* | | *104.34* | *0.00* | *104.34* |
| **7292** | 3/1/2021 03/21 | | **ATT** | **AT&T** | | | | | | |
| 200PMO | 608-0668 Signage 2/20-3/19/21 | | | 50700-0000 | OUT-022021 | 2/20/2021 | 2/20/2021 | 210.88 | 0.00 | 210.88 |
| 200PMO | 764-5420 Signage 2/20-3/19/21 | | | 50700-0000 | OUT-022021 | 2/20/2021 | 2/20/2021 | 72.52 | 0.00 | 72.52 |
| | | | | | | *Check Total:* | | *283.40* | *0.00* | *283.40* |
| **7293** | 3/1/2021 03/21 | | **CHASECAR** | **Chase Card Services** | | | | | | |
| 200PMO | Yelp MTM | | | 53610-0000 | AP-D03.2021 | 2/17/2021 | 2/17/2021 | 350.00 | 0.00 | 350.00 |
| 200PMO | PM Security Phone | | | 50110-0000 | AP-D03.2021 | 2/17/2021 | 2/17/2021 | 45.00 | 0.00 | 45.00 |
| | | | | | | *Check Total:* | | *395.00* | *0.00* | *395.00* |
| **7294** | 3/1/2021 03/21 | | **CHASECAR** | **Chase Card Services** | | | | | | |
| 200PMC | PM Office supply | | | 73020-0000 | DC-D03.2021 | 2/17/2021 | 3/11/2021 | 211.35 | 0.00 | 211.35 |
| | | | | | | *Check Total:* | | *211.35* | *0.00* | *211.35* |
| **7295** | 3/1/2021 03/21 | | **CONTEMPO** | **Contemporary Information Corp.** | | | | | | |
| 200PMO | Wenjin Zhao Credit Check | | | 73400-0000 | 545121 | 2/26/2021 | 2/26/2021 | 20.00 | 0.00 | 20.00 |
| | | | | | | *Check Total:* | | *20.00* | *0.00* | *20.00* |
| **7296** | 3/1/2021 03/21 | | **FIRSTINS** | **First Insurance Funding Corp.** | | | | | | |
| 200PMO | PM 20-21 EQ Insurance | | | 19310-0000 | 02.15.21 | 2/15/2021 | 2/15/2021 | 2,768.10 | 0.00 | 2,768.10 |
| 200PML | PM 20-21 EQ Insurance | | | 19310-0000 | 02.15.21 | 2/15/2021 | 2/15/2021 | 5,219.34 | 0.00 | 5,219.34 |
| 200PMO | PM 20-21 EQ Insurance | | | 19310-0000 | 02.15.21 | 2/15/2021 | 2/15/2021 | 5,289.82 | 0.00 | 5,289.82 |
| | | | | | | *Check Total:* | | *13,277.26* | *0.00* | *13,277.26* |
| **7297** | 3/1/2021 03/21 | | **GASCOMPA** | **The Gas Company** | | | | | | |
| 200PMI | MainBldg 1/14-2/16/21 | | | 52140-0000 | 02.18.21 | 2/18/2021 | 2/18/2021 | 631.85 | 0.00 | 631.85 |
| | | | | | | *Check Total:* | | *631.85* | *0.00* | *631.85* |
| **7298** | 3/1/2021 03/21 | | **MUZAK** | **Muzak** | | | | | | |
| 200PMI | Mood Media 03/21 | | | 50750-0000 | 55999312 | 3/1/2021 | 3/1/2021 | 103.63 | 0.00 | 103.63 |
| | | | | | | *Check Total:* | | *103.63* | *0.00* | *103.63* |
| **7299** | 3/1/2021 03/21 | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 225487-4613 3150 12/21-1/22/21 | | | 52120-0000 | 4153-012321 | 1/23/2021 | 1/23/2021 | 1,049.75 | 0.00 | 1,049.75 |
| 200PMO | 225952-2407 3160 12/21-1/22/21 | | | 52120-0000 | 4153-012321 | 1/23/2021 | 1/23/2021 | 162.84 | 0.00 | 162.84 |
| 200PMO | 223417-7277 3180 12/21-1/22/21 | | | 52120-0000 | 4153-012321 | 1/23/2021 | 1/23/2021 | 313.83 | 0.00 | 313.83 |
| 200PMO | 225470-7029 Prod 12/21-1/22/21 | | | 72710-0010 | 4153-012321 | 1/23/2021 | 1/23/2021 | 4,239.35 | 0.00 | 4,239.35 |
| 200PMO | 225470-7029 Prod 12/21-1/22/21 | | | 73400-0000 | 4153-012321 | 1/23/2021 | 1/23/2021 | 26.39 | 0.00 | 26.39 |
| | | | | | | *Check Total:* | | *5,792.16* | *0.00* | *5,792.16* |
| **7300** | 3/1/2021 03/21 | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 225470-6732 Park 12/21-1/22/21 | | | 52100-0000 | 6732-012321 | 1/23/2021 | 1/23/2021 | 425.11 | 0.00 | 425.11 |
| 200PMI | 225470-6732 Park 12/21-1/22/21 | | | 52100-0000 | 6732-012321 | 1/23/2021 | 1/23/2021 | 248.49 | 0.00 | 248.49 |
| | | | | | | *Check Total:* | | *673.60* | *0.00* | *673.60* |
| **7301** | 3/1/2021 03/21 | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |

**Plamex Investment, LLC**

**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200PMO | 236390-6868 #201 12/1-1/22/21 | | | 72710-0010 | 6868-012321 | 1/23/2021 | 1/23/2021 | 1,076.87 | 0.00 | 1,076.87 |
| 200PMI | 236390-6868 #200 12/1-1/22/21 | | | 72710-0010 | 6868-012321 | 1/23/2021 | 1/23/2021 | 426.58 | 0.00 | 426.58 |
| 200PMO | 236390-6868 #203 12/1-1/22/21 | | | 72710-0010 | 6868-012321 | 1/23/2021 | 1/23/2021 | 47.55 | 0.00 | 47.55 |
| | | | | | | *Check Total:* | | *1,551.00* | *0.00* | *1,551.00* |
| **7302** | **3/1/2021** | **03/21** | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMI | 202310-6925 3100 12/1-1/22/21 | | | 52130-0000 | 6925-012321 | 1/23/2021 | 2/11/2021 | 21,386.14 | 0.00 | 21,386.14 |
| 200PMI | 202310-6925 3100 12/1-1/22/21 | | | 73400-0000 | 6925-012321 | 1/23/2021 | 2/11/2021 | 136.35 | 0.00 | 136.35 |
| | | | | | | *Check Total:* | | *21,522.49* | *0.00* | *21,522.49* |
| **7303** | **3/1/2021** | **03/21** | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | P2_3170 112/22-1/23/21 | | | 52120-0000 | 7926-012621 | 1/26/2021 | 1/26/2021 | 1,742.36 | 0.00 | 1,742.36 |
| 200PMO | P1_Imp Sign 112/22-1/23/21 | | | 52110-0000 | 7926-012621 | 1/26/2021 | 1/26/2021 | 2,203.54 | 0.00 | 2,203.54 |
| 200PMI | P1_Imp Sign 112/22-1/23/21 | | | 52110-0000 | 7926-012621 | 1/26/2021 | 1/26/2021 | 1,288.05 | 0.00 | 1,288.05 |
| 200PMO | 224584-7926 Late Fee | | | 73400-0000 | 7926-012621 | 1/26/2021 | 1/26/2021 | 20.21 | 0.00 | 20.21 |
| 200PMI | 224584-7926 Late Fee | | | 73400-0000 | 7926-012621 | 1/26/2021 | 1/26/2021 | 11.81 | 0.00 | 11.81 |
| | | | | | | *Check Total:* | | *5,265.97* | *0.00* | *5,265.97* |
| **7304** | **3/1/2021** | **03/21** | **SOCALEDI** | **So. Cal. Edison Co.** | | | *Unused - Continued Check* | | | |
| 200PML | Carried to 7305 | | | 52120-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 0.00 | 0.00 | 0.00 |
| | | | | | | *Check Total:* | | *0.00* | *0.00* | *0.00* |
| **7305** | **3/1/2021** | **03/21** | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PML | 227840-4629 11217 12/1-1/22/2 | | | 52120-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 88.76 | 0.00 | 88.76 |
| 200PML | 226512-1558 11221 12/1-1/22/2 | | | 52120-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 324.85 | 0.00 | 324.85 |
| 200PML | 226643-7391 11225 12/1-1/22/2 | | | 52120-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 183.69 | 0.00 | 183.69 |
| 200PML | 225846-7562 11247 12/1-1/22/2 | | | 52120-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 589.13 | 0.00 | 589.13 |
| 200PML | 220625-4153 11329 12/1-1/22/2 | | | 52120-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 103.41 | 0.00 | 103.41 |
| 200PML | 220625-4294 Park 12/1-1/22/2 | | | 52100-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 1,722.72 | 0.00 | 1,722.72 |
| 200PML | 220625-4294 Park 12/1-1/22/2 | | | 73400-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 11.02 | 0.00 | 11.02 |
| 200PML | 227004-9570 11369 12/1-1/22/2 | | | 52120-0000 | LTC-012321 | 1/23/2021 | 1/23/2021 | 120.86 | 0.00 | 120.86 |
| | | | | | | *Check Total:* | | *3,144.44* | *0.00* | *3,144.44* |
| **7306** | **3/8/2021** | **03/21** | **ABZPESTC** | **ABZ Pest Control** | | | | | | |
| 200PMO | Bird Control 01/2021 | | | 50600-0000 | 472089 | 1/20/2021 | 1/20/2021 | 91.40 | 0.00 | 91.40 |
| | | | | | | *Check Total:* | | *91.40* | *0.00* | *91.40* |
| **7307** | **3/8/2021** | **03/21** | **ABZPESTC** | **ABZ Pest Control** | | | | | | |
| 200PML | Bird Control 01/2021 | | | 50600-0000 | 472090 | 1/20/2021 | 1/20/2021 | 134.60 | 0.00 | 134.60 |
| | | | | | | *Check Total:* | | *134.60* | *0.00* | *134.60* |
| **7308** | **3/8/2021** | **03/21** | **ACCESSCS** | **Access Control Security, Inc.** | | | | | | |
| 200PMC | PM Security Settlement | | | 22620-0000 | 03.2021 | 3/5/2021 | 3/5/2021 | 10,000.00 | 0.00 | 10,000.00 |
| | | | | | | *Check Total:* | | *10,000.00* | *0.00* | *10,000.00* |
| **7309** | **3/8/2021** | **03/21** | **ATT** | **AT&T** | | | | | | |
| 200PMO | 632-3606 105fwy 2/26-3/25/21 | | | 53610-0000 | 3606-022621 | 2/26/2021 | 3/19/2021 | 113.84 | 0.00 | 113.84 |
| | | | | | | *Check Total:* | | *113.84* | *0.00* | *113.84* |
| **7310** | **3/8/2021** | **03/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PML | 142577301_11383 1/1-2/28/21 | | | 72710-0020 | 11383-030121 | 3/1/2021 | 3/1/2021 | 308.93 | 0.00 | 308.93 |
| | | | | | | *Check Total:* | | *308.93* | *0.00* | *308.93* |
| **7311** | **3/8/2021** | **03/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMI | 142450003_3100 1/1-2/28/21 | | | 52150-0000 | 3100-030121 | 3/1/2021 | 3/15/2021 | 6,731.73 | 0.00 | 6,731.73 |
| | | | | | | *Check Total:* | | *6,731.73* | *0.00* | *6,731.73* |
| **7312** | **3/8/2021** | **03/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMO | 142456501_B8206 1/1-2/28/21 | | | 72710-0020 | B8206-030121 | 3/1/2021 | 3/1/2021 | 530.24 | 0.00 | 530.24 |
| | | | | | | *Check Total:* | | *530.24* | *0.00* | *530.24* |
| **7313** | **3/8/2021** | **03/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMO | 142455000 IR2 1/1-2/28/21 | | | 52160-0000 | IR2-030121 | 3/1/2021 | 3/1/2021 | 1,006.81 | 0.00 | 1,006.81 |
| 200PMI | 142455000 IR2 1/1-2/28/21 | | | 52160-0000 | IR2-030121 | 3/1/2021 | 3/1/2021 | 588.51 | 0.00 | 588.51 |
| | | | | | | *Check Total:* | | *1,595.32* | *0.00* | *1,595.32* |
| **7314** | **3/8/2021** | **03/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMO | 142451000 IR3 1/1-2/28/21 | | | 52160-0000 | IR3-030121 | 3/1/2021 | 3/1/2021 | 792.83 | 0.00 | 792.83 |
| 200PMI | 142451000 IR3 1/1-2/28/21 | | | 52160-0000 | IR3-030121 | 3/1/2021 | 3/1/2021 | 1,288.08 | 0.00 | 1,288.08 |
| | | | | | | *Check Total:* | | *2,080.91* | *0.00* | *2,080.91* |
| **7315** | **3/8/2021** | **03/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PML | 142571504 IR4 1/1-2/28/21 | | | 52160-0000 | IR4-030121 | 3/1/2021 | 3/1/2021 | 2,379.13 | 0.00 | 2,379.13 |
| | | | | | | *Check Total:* | | *2,379.13* | *0.00* | *2,379.13* |
| **7316** | **3/8/2021** | **03/21** | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PML | 142577003_11391 1/1-2/28/21 | | | 52150-0000 | LTC-030121 | 3/1/2021 | 3/1/2021 | 414.98 | 0.00 | 414.98 |
| 200PML | 142576003_11331 1/1-2/28/21 | | | 52150-0000 | LTC-030121 | 3/1/2021 | 3/1/2021 | 327.37 | 0.00 | 327.37 |
| 200PML | 142571004_11205 1/1-2/28/21 | | | 52150-0000 | LTC-030121 | 3/1/2021 | 3/1/2021 | 401.14 | 0.00 | 401.14 |
| 200PML | 142595000_11247 1/1-2/28/21 | | | 52150-0000 | LTC-030121 | 3/1/2021 | 3/1/2021 | 341.21 | 0.00 | 341.21 |
| 200PML | 142592000_11225 1/1-2/28/21 | | | 52150-0000 | LTC-030121 | 3/1/2021 | 3/1/2021 | 345.82 | 0.00 | 345.82 |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200PML | 142565000_N6 1/1-2/28/21 | | | 52150-0000 | LTC-030121 | 3/1/2021 | 3/1/2021 | 1,005.15 | 0.00 | 1,005.15 |
| 200PML | 142590000_11221 1/1-2/28/21 | | | 52150-0000 | LTC-030121 | 3/1/2021 | 3/1/2021 | 318.15 | 0.00 | 318.15 |
| | | | | | | *Check Total:* | | *3,153.82* | *0.00* | *3,153.82* |
| **7317** | **3/8/2021 03/21** | | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMO | 142459701_3180 1/1-2/28/21 | | | 52150-0000 | OUT-030121 | 3/1/2021 | 3/1/2021 | 350.72 | 0.00 | 350.72 |
| 200PMO | 142456700_3150 1/1-2/28/21 | | | 52150-0000 | OUT-030121 | 3/1/2021 | 3/1/2021 | 1,950.34 | 0.00 | 1,950.34 |
| 200PMO | 142457002_3160 1/1-2/28/21 | | | 52150-0000 | OUT-030121 | 3/1/2021 | 3/1/2021 | 318.15 | 0.00 | 318.15 |
| 200PMO | 142459052_3170 1/1-2/28/21 | | | 52150-0000 | OUT-030121 | 3/1/2021 | 3/1/2021 | 424.20 | 0.00 | 424.20 |
| 200PMO | 142250000 Prod 1/1-2/28/21 | | | 72710-0020 | OUT-030121 | 3/1/2021 | 3/1/2021 | 1,539.99 | 0.00 | 1,539.99 |
| | | | | | | *Check Total:* | | *4,583.40* | *0.00* | *4,583.40* |
| **7318** | **3/8/2021 03/21** | | **EPAXSYST** | **Epax Systems, Inc.** | | | | | | |
| 200PMO | 30YD Trash Comp 01/21 | | | 52180-0000 | 27026 | 1/1/2021 | 1/1/2021 | 414.00 | 0.00 | 414.00 |
| 200PMI | 30YD Trash Comp 01/21 | | | 52180-0000 | 27026 | 1/1/2021 | 1/1/2021 | 241.99 | 0.00 | 241.99 |
| | | | | | | *Check Total:* | | *655.99* | *0.00* | *655.99* |
| **7319** | **3/8/2021 03/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMO | Repair potholes | | | 50220-0000 | 602245235 | 2/25/2021 | 2/25/2021 | 50.98 | 0.00 | 50.98 |
| | | | | | | *Check Total:* | | *50.98* | *0.00* | *50.98* |
| **7320** | **3/8/2021 03/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMO | Cover graffiti - El Gallo Giro | | | 51210-0000 | 601705734 | 2/23/2021 | 2/23/2021 | 308.91 | 0.00 | 308.91 |
| | | | | | | *Check Total:* | | *308.91* | *0.00* | *308.91* |
| **7321** | **3/8/2021 03/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMI | Repl damaged ceiling tiles | | | 51110-0000 | 603916818 | 3/5/2021 | 3/5/2021 | 118.19 | 0.00 | 118.19 |
| | | | | | | *Check Total:* | | *118.19* | *0.00* | *118.19* |
| **7322** | **3/8/2021 03/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMI | Repair water leak - bldg B1 | | | 51110-0000 | 603917964 | 3/5/2021 | 3/5/2021 | 13.91 | 0.00 | 13.91 |
| | | | | | | *Check Total:* | | *13.91* | *0.00* | *13.91* |
| **7323** | **3/8/2021 03/21** | | **K9FINANC** | **K-9 Financial, LLC** | | | | | | |
| 200PMO | CV-04 Vertical Compactor 01/21 | | | 52180-0000 | 17645 | 1/1/2021 | 1/1/2021 | 214.99 | 0.00 | 214.99 |
| | | | | | | *Check Total:* | | *214.99* | *0.00* | *214.99* |
| **7324** | **3/8/2021 03/21** | | **KONE** | **Kone Inc.** | | | | | | |
| 200PMO | OUT_Pass & Esc 01/21 | | | 51550-0000 | 959745941 | 1/1/2021 | 1/1/2021 | 2,389.69 | 0.00 | 2,389.69 |
| | | | | | | *Check Total:* | | *2,389.69* | *0.00* | *2,389.69* |
| **7325** | **3/8/2021 03/21** | | **KONE** | **Kone Inc.** | | | | | | |
| 200PML | N6_Pass Elev 01/21 | | | 51550-0000 | 959745942 | 1/1/2021 | 1/1/2021 | 464.81 | 0.00 | 464.81 |
| | | | | | | *Check Total:* | | *464.81* | *0.00* | *464.81* |
| **7326** | **3/8/2021 03/21** | | **KONE** | **Kone Inc.** | | | | | | |
| 200PMI | IN_Pass & Esc 01/21 | | | 51550-0000 | 959745943 | 1/1/2021 | 1/1/2021 | 3,562.05 | 0.00 | 3,562.05 |
| | | | | | | *Check Total:* | | *3,562.05* | *0.00* | *3,562.05* |
| **7327** | **3/8/2021 03/21** | | **KWONGROS** | **Rosa Kwong** | | | | | | |
| 200PMC | Legal Svc 02/2021 | | | 74100-0000 | 02.28.21 | 2/28/2021 | 2/28/2021 | 1,120.00 | 0.00 | 1,120.00 |
| | | | | | | *Check Total:* | | *1,120.00* | *0.00* | *1,120.00* |
| **7328** | **3/8/2021 03/21** | | **POINTEXT** | **Point Exterminators Inc** | | | | | | |
| 200PMO | Pest Control 1/12/21 | | | 50600-0000 | 25472 | 1/12/2021 | 1/12/2021 | 50.00 | 0.00 | 50.00 |
| | | | | | | *Check Total:* | | *50.00* | *0.00* | *50.00* |
| **7329** | **3/8/2021 03/21** | | **POINTEXT** | **Point Exterminators Inc** | | | | | | |
| 200PMO | Pest Control 1/12/21 | | | 50600-0000 | 25473 | 1/12/2021 | 1/12/2021 | 50.00 | 0.00 | 50.00 |
| | | | | | | *Check Total:* | | *50.00* | *0.00* | *50.00* |
| **7330** | **3/8/2021 03/21** | | **POINTEXT** | **Point Exterminators Inc** | | | | | | |
| 200PML | LTC Pest Control 1/12/21 | | | 50600-0000 | 25474 | 1/12/2021 | 1/12/2021 | 150.00 | 0.00 | 150.00 |
| | | | | | | *Check Total:* | | *150.00* | *0.00* | *150.00* |
| **7331** | **3/8/2021 03/21** | | **POINTEXT** | **Point Exterminators Inc** | | | | | | |
| 200PMI | Pest Control 1/27/21 | | | 50600-0000 | 27540 | 1/27/2021 | 1/27/2021 | 660.00 | 0.00 | 660.00 |
| | | | | | | *Check Total:* | | *660.00* | *0.00* | *660.00* |
| **7332** | **3/8/2021 03/21** | | **REGENFSS** | **Regency Fire & Security Services** | | | | | | |
| 200PMO | OUT Fire Monitor Q1'2021 | | | 51640-0000 | 2211563 | 1/1/2021 | 1/1/2021 | 405.00 | 0.00 | 405.00 |
| 200PMO | OUT GSM Svc Q1'2021 | | | 51650-0000 | 2211563 | 1/1/2021 | 1/1/2021 | 225.00 | 0.00 | 225.00 |
| | | | | | | *Check Total:* | | *630.00* | *0.00* | *630.00* |
| **7333** | **3/8/2021 03/21** | | **REGENFSS** | **Regency Fire & Security Services** | | | | | | |
| 200PMI | 3100 Monitoring Q1'2021 | | | 51640-0000 | 2211561 | 1/1/2021 | 1/1/2021 | 135.00 | 0.00 | 135.00 |
| 200PMI | 3100 GSM Service Q1'2021 | | | 51650-0000 | 2211561 | 1/1/2021 | 1/1/2021 | 75.00 | 0.00 | 75.00 |
| | | | | | | *Check Total:* | | *210.00* | *0.00* | *210.00* |
| **7334** | **3/8/2021 03/21** | | **REGENFSS** | **Regency Fire & Security Services** | | | | | | |
| 200PML | LTC Fire Monitor Q1'2021 | | | 51640-0000 | 2211562 | 1/1/2021 | 1/1/2021 | 810.00 | 0.00 | 810.00 |
| 200PML | LTC GSM Svc Q1'2021 | | | 51650-0000 | 2211562 | 1/1/2021 | 1/1/2021 | 450.00 | 0.00 | 450.00 |
| | | | | | | *Check Total:* | | *1,260.00* | *0.00* | *1,260.00* |
| **7335** | **3/8/2021 03/21** | | **RODRIGJO** | **Jose Rodriguez** | | | | | | |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200PMO | Landscaping 01/21 | | | 50500-0000 | 01.30.21 | 1/30/2021 | 1/30/2021 | 1,000.00 | 0.00 | 1,000.00 |
| 200PML | Landscaping 01/21 | | | 50500-0000 | 01.30.21 | 1/30/2021 | 1/30/2021 | 1,000.00 | 0.00 | 1,000.00 |
| | | | | | | | Check Total: | 2,000.00 | 0.00 | 2,000.00 |
| **7336** | **3/8/2021 03/21** | | **SUNPACCO** | **SUN PAC CONTAINERS** | | | | | | |
| 200PMO | 22' Storage Container 01/21 | | | 72530-0000 | 3600144 | 1/1/2021 | 1/1/2021 | 77.00 | 0.00 | 77.00 |
| 200PMO | 26' Storage Container 01/21 | | | 72530-0000 | 3600145 | 1/1/2021 | 1/1/2021 | 97.00 | 0.00 | 97.00 |
| | | | | | | | Check Total: | 174.00 | 0.00 | 174.00 |
| **7337** | **3/8/2021 03/21** | | **TRICHEMT** | **Tri-Chem Technology, Corp.** | | | | | | |
| 200PMI | Wtr Treatment Svc 12/20 | | | 51600-0000 | 65511 | 1/4/2021 | 1/4/2021 | 200.00 | 0.00 | 200.00 |
| | | | | | | | Check Total: | 200.00 | 0.00 | 200.00 |
| **7338** | **3/8/2021 03/21** | | **VERISONW** | **Verizon Wireless** | | | | | | |
| 200PMO | PM Billboard 1/23-2/22/21 | | | 50930-0000 | 9873953738 | 2/22/2021 | 3/14/2021 | 60.08 | 0.00 | 60.08 |
| | | | | | | | Check Total: | 60.08 | 0.00 | 60.08 |
| **7339** | **3/8/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PML | 024758 11337 01/2021 | | | 52180-0000 | 0001340399 | 1/1/2021 | 1/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PML | 024759 11391 01/2021 | | | 52180-0000 | 0001340400 | 1/1/2021 | 1/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PML | 024760 11215 01/2021 | | | 52180-0000 | 0001340401 | 1/1/2021 | 1/1/2021 | 538.28 | 0.00 | 538.28 |
| 200PML | 024760 11247 01/2021 | | | 52180-0000 | 0001340402 | 1/1/2021 | 1/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PML | 024760 11301 01/2021 | | | 52180-0000 | 0001340403 | 1/1/2021 | 1/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PML | 024760 11331 01/2021 | | | 52180-0000 | 0001340404 | 1/1/2021 | 1/1/2021 | 478.40 | 0.00 | 478.40 |
| | | | | | | | Check Total: | 2,930.28 | 0.00 | 2,930.28 |
| **7340** | **3/8/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 020938 3100 12/3-12/14/20 | | | 52180-0000 | 0001306880 | 12/15/2020 | 12/15/2020 | 2,625.12 | 0.00 | 2,625.12 |
| 200PMI | 020938 3100 12/3-12/14/20 | | | 52180-0000 | 0001306880 | 12/15/2020 | 12/15/2020 | 1,534.48 | 0.00 | 1,534.48 |
| | | | | | | | Check Total: | 4,159.60 | 0.00 | 4,159.60 |
| **7341** | **3/8/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028432 3102 01/2021 | | | 52180-0000 | 0001340536 | 1/1/2021 | 1/1/2021 | 2,420.72 | 0.00 | 2,420.72 |
| | | | | | | | Check Total: | 2,420.72 | 0.00 | 2,420.72 |
| **7342** | **3/8/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028433 3170 01/2021 | | | 52180-0000 | 0001340537 | 1/1/2021 | 1/1/2021 | 2,420.72 | 0.00 | 2,420.72 |
| | | | | | | | Check Total: | 2,420.72 | 0.00 | 2,420.72 |
| **7343** | **3/8/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028433 3180 01/2021 | | | 52180-0000 | 0001340538 | 1/1/2021 | 1/1/2021 | 523.92 | 0.00 | 523.92 |
| | | | | | | | Check Total: | 523.92 | 0.00 | 523.92 |
| **7344** | **3/8/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 020938 3100 12/17-12/29/20 | | | 52180-0000 | 0001340943 | 12/31/2020 | 12/31/2020 | 2,661.55 | 0.00 | 2,661.55 |
| 200PMI | 020938 3100 12/17-12/29/20 | | | 52180-0000 | 0001340943 | 12/31/2020 | 12/31/2020 | 1,555.77 | 0.00 | 1,555.77 |
| | | | | | | | Check Total: | 4,217.32 | 0.00 | 4,217.32 |
| **7345** | **3/8/2021 03/21** | | **WOOSPOOL** | **Woo's Pool Service** | | | | | | |
| 200PMO | Fountain Cleaning 01/21 | | | 50620-0000 | 01252021 | 1/25/2021 | 1/25/2021 | 820.43 | 0.00 | 820.43 |
| 200PMI | Fountain Cleaning 01/21 | | | 50620-0000 | 01252021 | 1/25/2021 | 1/25/2021 | 479.57 | 0.00 | 479.57 |
| | | | | | | | Check Total: | 1,300.00 | 0.00 | 1,300.00 |
| **7346** | **3/8/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PML | LB Sign Maint 01/21 | | | 50700-0000 | INY-0268548 | 1/1/2021 | 1/1/2021 | 250.00 | 0.00 | 250.00 |
| | | | | | | | Check Total: | 250.00 | 0.00 | 250.00 |
| **7347** | **3/8/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PMO | Imperial Sign Maint 01/21 | | | 50700-0000 | INY-0268549 | 1/1/2021 | 1/1/2021 | 157.78 | 0.00 | 157.78 |
| 200PMI | Imperial Sign Maint 01/21 | | | 50700-0000 | INY-0268549 | 1/1/2021 | 1/1/2021 | 92.22 | 0.00 | 92.22 |
| | | | | | | | Check Total: | 250.00 | 0.00 | 250.00 |
| **7348** | **3/8/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PMO | P-Lot Lights Maint 01/2021 | | | 50210-0000 | INY-0268550 | 1/1/2021 | 1/1/2021 | 567.99 | 0.00 | 567.99 |
| 200PMI | P-Lot Lights Maint 01/2021 | | | 50210-0000 | INY-0268550 | 1/1/2021 | 1/1/2021 | 332.01 | 0.00 | 332.01 |
| | | | | | | | Check Total: | 900.00 | 0.00 | 900.00 |
| **7349** | **3/8/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PML | P-Lot Lights Maint 01/2021 | | | 50210-0000 | INY-0268551 | 1/1/2021 | 1/1/2021 | 700.00 | 0.00 | 700.00 |
| | | | | | | | Check Total: | 700.00 | 0.00 | 700.00 |
| **7350** | **3/9/2021 03/21** | | **BROADSIG/MAI** | **Broadsign International Inc.** | | | | | | |
| 200PMC | Subscription 02/2021 | | | 50930-0000 | INV-00028475 | 2/28/2021 | 2/28/2021 | 431.25 | 0.00 | 431.25 |
| | | | | | | | Check Total: | 431.25 | 0.00 | 431.25 |
| **7351** | **3/15/2021 03/21** | | **ATT** | **AT&T** | | | | | | |
| 200PML | 639-0184 3200 3/4-4/3/21 | | | 51650-0000 | 0184-030421 | 3/4/2021 | 3/4/2021 | 415.01 | 0.00 | 415.01 |
| | | | | | | | Check Total: | 415.01 | 0.00 | 415.01 |
| **7352** | **3/15/2021 03/21** | | **ATT** | **AT&T** | | | | | | |
| 200PMC | PM Internet 3/5-4/4/21 | | | 72340-0000 | 03.04.21 | 3/4/2021 | 3/4/2021 | 42.80 | 0.00 | 42.80 |
| | | | | | | | Check Total: | 42.80 | 0.00 | 42.80 |
| **7353** | **3/15/2021 03/21** | | **ATT** | **AT&T** | | | | | | |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200PML | 604-1580 Signage 3/8-4/7/21 | | | 50700-0000 | 1580-030821 | 3/8/2021 | 3/8/2021 | 106.97 | 0.00 | 106.97 |
| | | | | | | *Check Total:* | | *106.97* | *0.00* | *106.97* |
| **7354** | **3/15/2021  03/21** | | **DIRECTTV** | **DirecTV** | | | | | | |
| 200PMO | DTV FoodCourts 3/8-4/7/21 | | | 53610-0000 | 046484346X03 | 3/9/2021 | 3/23/2021 | 179.99 | 0.00 | 179.99 |
| | | | | | | *Check Total:* | | *179.99* | *0.00* | *179.99* |
| **7355** | **3/15/2021  03/21** | | **GALINDOJ** | **Jesus H. Galindo** | | | | | | |
| 200PMO | B8206 Rep roof & ceiling tiles | | | 51200-0000 | 0106103 | 1/26/2021 | 1/26/2021 | 480.00 | 0.00 | 480.00 |
| 200PML | Repair RiteAid Gutter | | | 51200-0000 | 0106112 | 2/27/2021 | 2/27/2021 | 250.00 | 0.00 | 250.00 |
| 200PMI | Main Bldg Water Leak Rep | | | 51200-0000 | 0106113 | 3/2/2021 | 3/2/2021 | 225.00 | 0.00 | 225.00 |
| | | | | | | *Check Total:* | | *955.00* | *0.00* | *955.00* |
| **7356** | **3/15/2021  03/21** | | **GEOPATH** | **Geopath, Inc.** | | | | | | |
| 200PMC | 2021 Media Co MBRSHP Dues | | | 73620-0000 | 2742 | 1/1/2021 | 1/1/2021 | 2,747.00 | 0.00 | 2,747.00 |
| | | | | | | *Check Total:* | | *2,747.00* | *0.00* | *2,747.00* |
| **7357** | **3/15/2021  03/21** | | **KONE** | **Kone Inc.** | | | | | | |
| 200PMO | EmergCall 1/18/21 #3 FRT Elev | | | 51560-0000 | 1158112757 | 2/24/2021 | 2/24/2021 | 187.20 | 0.00 | 187.20 |
| | | | | | | *Check Total:* | | *187.20* | *0.00* | *187.20* |
| **7358** | **3/15/2021  03/21** | | **OFFICENT** | **Officenet, Inc.** | | | | | | |
| 200PMC | 2 Copiers Maint 2/25-3/24/21 | | | 73050-0000 | IN55994 | 3/1/2021 | 3/1/2021 | 136.88 | 0.00 | 136.88 |
| | | | | | | *Check Total:* | | *136.88* | *0.00* | *136.88* |
| **7359** | **3/22/2021  03/21** | | **ABMBUILD** | **ABM Building Solution, LLC** | | | | | | |
| 200PMI | Qtrly Maint 2/1-4/30/21 | | | 51600-0000 | 15916418 | 2/28/2021 | 2/28/2021 | 1,455.00 | 0.00 | 1,455.00 |
| | | | | | | *Check Total:* | | *1,455.00* | *0.00* | *1,455.00* |
| **7360** | **3/22/2021  03/21** | | **ABZPESTC** | **ABZ Pest Control** | | | | | | |
| 200PML | Bird Control 02/21 | | | 50600-0000 | 472883 | 2/17/2021 | 2/17/2021 | 134.60 | 0.00 | 134.60 |
| | | | | | | *Check Total:* | | *134.60* | *0.00* | *134.60* |
| **7361** | **3/22/2021  03/21** | | **ABZPESTC** | **ABZ Pest Control** | | | | | | |
| 200PMO | Bird Control 02/21 | | | 50600-0000 | 472882 | 2/17/2021 | 2/17/2021 | 91.40 | 0.00 | 91.40 |
| | | | | | | *Check Total:* | | *91.40* | *0.00* | *91.40* |
| **7362** | **3/22/2021  03/21** | | **ATT** | **AT&T** | | | | | | |
| 200PMO | 605-5107 3150 3/10-4/9/21 | | | 51650-0000 | 5107-031021 | 3/10/2021 | 3/10/2021 | 181.05 | 0.00 | 181.05 |
| | | | | | | *Check Total:* | | *181.05* | *0.00* | *181.05* |
| **7363** | **3/22/2021  03/21** | | **ATT** | **AT&T** | | | | | | |
| 200PMI | 631-0048 Elev 3/11-4/10/21 | | | 51650-0000 | 0048-031121 | 3/11/2021 | 3/11/2021 | 109.06 | 0.00 | 109.06 |
| | | | | | | *Check Total:* | | *109.06* | *0.00* | *109.06* |
| **7364** | **3/22/2021  03/21** | | **ATT** | **AT&T** | | | | | | |
| 200PMC | 631-6789 PM 3/11-4/10/21 | | | 72220-0000 | 6789-031121 | 3/11/2021 | 4/2/2021 | 377.08 | 0.00 | 377.08 |
| | | | | | | *Check Total:* | | *377.08* | *0.00* | *377.08* |
| **7365** | **3/22/2021  03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PMI | 2nd Flr Arcade Buffing 01/2021 | | | 51010-0000 | 12286 | 1/15/2021 | 1/15/2021 | 140.00 | 0.00 | 140.00 |
| | | | | | | *Check Total:* | | *140.00* | *0.00* | *140.00* |
| **7366** | **3/22/2021  03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PMI | Janitorial 01/2021 | | | 51010-0000 | 12287 | 1/15/2021 | 1/15/2021 | 5,083.00 | 0.00 | 5,083.00 |
| | | | | | | *Check Total:* | | *5,083.00* | *0.00* | *5,083.00* |
| **7367** | **3/22/2021  03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PMI | Janitorial 02/21 | | | 51010-0000 | 12287. | 2/15/2021 | 2/15/2021 | 5,083.00 | 0.00 | 5,083.00 |
| | | | | | | *Check Total:* | | *5,083.00* | *0.00* | *5,083.00* |
| **7368** | **3/22/2021  03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PML | Janitorial 01/2021 | | | 51010-0000 | 12288 | 1/15/2021 | 1/15/2021 | 9,223.00 | 0.00 | 9,223.00 |
| 200PML | Sweeping 01/2021 | | | 50400-0000 | 12288 | 1/15/2021 | 1/15/2021 | 1,312.00 | 0.00 | 1,312.00 |
| 200PML | PressureWash 01/2021 | | | 50410-0000 | 12288 | 1/15/2021 | 1/15/2021 | 600.00 | 0.00 | 600.00 |
| | | | | | | *Check Total:* | | *11,135.00* | *0.00* | *11,135.00* |
| **7369** | **3/22/2021  03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PMO | Janitorial 01/2021 | | | 51010-0000 | 12289 | 1/15/2021 | 1/15/2021 | 24,321.96 | 0.00 | 24,321.96 |
| 200PMI | Janitorial 01/2021 | | | 51010-0000 | 12289 | 1/15/2021 | 1/15/2021 | 14,217.04 | 0.00 | 14,217.04 |
| 200PML | Sweeping 01/2021 | | | 50400-0000 | 12289 | 1/15/2021 | 1/15/2021 | 806.78 | 0.00 | 806.78 |
| 200PMO | Sweeping 01/2021 | | | 50400-0000 | 12289 | 1/15/2021 | 1/15/2021 | 1,380.22 | 0.00 | 1,380.22 |
| 200PMI | PressureWash 01/2021 | | | 50410-0000 | 12289 | 1/15/2021 | 1/15/2021 | 885.36 | 0.00 | 885.36 |
| 200PMO | PressureWash 01/2021 | | | 50410-0000 | 12289 | 1/15/2021 | 1/15/2021 | 1,514.64 | 0.00 | 1,514.64 |
| | | | | | | *Check Total:* | | *43,126.00* | *0.00* | *43,126.00* |
| **7370** | **3/22/2021  03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PMI | Arcade 2nd Flr Buffing 02/21 | | | 51010-0000 | 12293 | 2/15/2021 | 2/15/2021 | 140.00 | 0.00 | 140.00 |
| | | | | | | *Check Total:* | | *140.00* | *0.00* | *140.00* |
| **7371** | **3/22/2021  03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PML | Sweeping 02/2021 | | | 50400-0000 | 12295 | 2/15/2021 | 2/15/2021 | 1,312.00 | 0.00 | 1,312.00 |
| 200PML | PressureWash 02/2021 | | | 50410-0000 | 12295 | 2/15/2021 | 2/15/2021 | 600.00 | 0.00 | 600.00 |
| 200PML | Janitorial 02/2021 | | | 51010-0000 | 12295 | 2/15/2021 | 2/15/2021 | 9,223.00 | 0.00 | 9,223.00 |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Check Total: | | 11,135.00 | 0.00 | 11,135.00 |
| **7372** | **3/22/2021 03/21** | | **BETTERBE** | **Better & Best Building Service Inc** | | | | | | |
| 200PMI | Sweeping 02/21 | | | 50400-0000 | 12296 | 2/15/2021 | 2/15/2021 | 806.78 | 0.00 | 806.78 |
| 200PMO | Sweeping 02/21 | | | 50400-0000 | 12296 | 2/15/2021 | 2/15/2021 | 1,380.22 | 0.00 | 1,380.22 |
| 200PMI | PressureWash 02/21 | | | 50410-0000 | 12296 | 2/15/2021 | 2/15/2021 | 885.36 | 0.00 | 885.36 |
| 200PMO | PressureWash 02/21 | | | 50410-0000 | 12296 | 2/15/2021 | 2/15/2021 | 1,514.64 | 0.00 | 1,514.64 |
| 200PMO | Janitorial 02/21 | | | 51010-0000 | 12296 | 2/15/2021 | 2/15/2021 | 24,321.96 | 0.00 | 24,321.96 |
| 200PMI | Janitorial 02/21 | | | 51010-0000 | 12296 | 2/15/2021 | 2/15/2021 | 14,217.04 | 0.00 | 14,217.04 |
| | | | | | | Check Total: | | 43,126.00 | 0.00 | 43,126.00 |
| **7373** | **3/22/2021 03/21** | | **CHASECAR** | **Chase Card Services** | | | | | | |
| 200PML | MDP Office SUpply | | | 72710-0020 | DC-D04.2021 | 3/17/2021 | 4/11/2021 | 322.76 | 0.00 | 322.76 |
| 200PMO | Yelp MTM | | | 53610-0000 | DC-D04.2021 | 3/17/2021 | 4/11/2021 | 350.00 | 0.00 | 350.00 |
| 200PMO | Cricket - Security Phone | | | 50110-0000 | DC-D04.2021 | 3/17/2021 | 4/11/2021 | 45.00 | 0.00 | 45.00 |
| 200PMC | PM Office SUpply | | | 73020-0000 | DC-D04.2021 | 3/17/2021 | 4/11/2021 | 142.73 | 0.00 | 142.73 |
| | | | | | | Check Total: | | 860.49 | 0.00 | 860.49 |
| **7374** | **3/22/2021 03/21** | | **EPAXSYST** | **Epax Systems, Inc.** | | | | | | |
| 200PMO | 30YD Trash Comp 02/21 | | | 52180-0000 | 27157 | 2/1/2021 | 2/1/2021 | 414.00 | 0.00 | 414.00 |
| 200PMI | 30YD Trash Comp 02/21 | | | 52180-0000 | 27157 | 2/1/2021 | 2/1/2021 | 241.99 | 0.00 | 241.99 |
| | | | | | | Check Total: | | 655.99 | 0.00 | 655.99 |
| **7375** | **3/22/2021 03/21** | | **GALINDOJ** | **Jesus H. Galindo** | | | | | | |
| 200PMO | B13001-3003 Plumbing clogged | | | 51630-0000 | 0106114 | 3/16/2021 | 3/16/2021 | 350.00 | 0.00 | 350.00 |
| | | | | | | Check Total: | | 350.00 | 0.00 | 350.00 |
| **7376** | **3/22/2021 03/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PMO | Security 2/1-2/15/21 | | | 50110-0000 | PIPME021521 | 2/15/2021 | 2/15/2021 | 16,681.87 | 0.00 | 16,681.87 |
| 200PMI | Security 2/1-2/15/21 | | | 50110-0000 | PIPME021521 | 2/15/2021 | 2/15/2021 | 9,751.13 | 0.00 | 9,751.13 |
| | | | | | | Check Total: | | 26,433.00 | 0.00 | 26,433.00 |
| **7377** | **3/22/2021 03/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PML | Security 2/1-2/15/21 | | | 50110-0000 | PILTC021521 | 2/15/2021 | 2/15/2021 | 6,660.00 | 0.00 | 6,660.00 |
| | | | | | | Check Total: | | 6,660.00 | 0.00 | 6,660.00 |
| **7378** | **3/22/2021 03/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PML | Security 2/16-2/28/21 | | | 50110-0000 | PILTC022821 | 2/28/2021 | 2/28/2021 | 5,772.00 | 0.00 | 5,772.00 |
| | | | | | | Check Total: | | 5,772.00 | 0.00 | 5,772.00 |
| **7379** | **3/22/2021 03/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PMO | Security 2/16-2/28/21 | | | 50110-0000 | PIPME022821 | 2/28/2021 | 2/28/2021 | 14,321.55 | 0.00 | 14,321.55 |
| 200PMI | Security 2/16-2/28/21 | | | 50110-0000 | PIPME022821 | 2/28/2021 | 2/28/2021 | 8,371.45 | 0.00 | 8,371.45 |
| | | | | | | Check Total: | | 22,693.00 | 0.00 | 22,693.00 |
| **7380** | **3/22/2021 03/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMO | Paint Kickin Crab Ext Walls | | | 51210-0000 | 606047496 | 3/17/2021 | 3/17/2021 | 208.87 | 0.00 | 208.87 |
| | | | | | | Check Total: | | 208.87 | 0.00 | 208.87 |
| **7381** | **3/22/2021 03/21** | | **ORIONRIS** | **Orion Risk Management Insurance** | | | | | | |
| 200PMC | Crime Ins 2/15-2/15/22 | | | 53710-0000 | 15786 | 3/18/2021 | 4/1/2021 | 1,850.00 | 0.00 | 1,850.00 |
| | | | | | | Check Total: | | 1,850.00 | 0.00 | 1,850.00 |
| **7383** | **3/22/2021 03/21** | | **RODRIGJO** | **Jose Rodriguez** | | | | | | |
| 200PMO | Landscaping 02/21 | | | 50500-0000 | 02.28.21 | 2/28/2021 | 2/28/2021 | 1,000.00 | 0.00 | 1,000.00 |
| 200PML | Landscaping 02/21 | | | 50500-0000 | 02.28.21 | 2/28/2021 | 2/28/2021 | 1,000.00 | 0.00 | 1,000.00 |
| | | | | | | Check Total: | | 2,000.00 | 0.00 | 2,000.00 |
| **7384** | **3/22/2021 03/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PML | 226840-5081 N6 2/10-3/12/21 | | | 52120-0000 | 5081-031621 | 3/16/2021 | 3/16/2021 | 432.81 | 0.00 | 432.81 |
| | | | | | | Check Total: | | 432.81 | 0.00 | 432.81 |
| **7385** | **3/22/2021 03/21** | | **SUNPACCO** | **SUN PAC CONTAINERS** | | | | | | |
| 200PMO | 22' Storage Container 02/21 | | | 72530-0000 | 3603253 | 2/1/2021 | 2/1/2021 | 77.00 | 0.00 | 77.00 |
| 200PMO | 26' Storage Container 02/21 | | | 72530-0000 | 3603254 | 2/1/2021 | 2/1/2021 | 97.00 | 0.00 | 97.00 |
| | | | | | | Check Total: | | 174.00 | 0.00 | 174.00 |
| **7386** | **3/22/2021 03/21** | | **TRICHEMT** | **Tri-Chem Technology, Corp.** | | | | | | |
| 200PMI | Wtr Treatment Svc 02/2021 | | | 51600-0000 | 65667 | 2/3/2021 | 2/3/2021 | 200.00 | 0.00 | 200.00 |
| | | | | | | Check Total: | | 200.00 | 0.00 | 200.00 |
| **7387** | **3/22/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PML | 024758 11337 02/21 | | | 52180-0000 | 0001367603 | 2/1/2021 | 2/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PML | 024759 11391 02/21 | | | 52180-0000 | 0001367604 | 2/1/2021 | 2/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PML | 024760 11215 02/21 | | | 52180-0000 | 0001367605 | 2/1/2021 | 2/1/2021 | 538.28 | 0.00 | 538.28 |
| 200PML | 024760 11301 02/21 | | | 52180-0000 | 0001367607 | 2/1/2021 | 2/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PML | 024760 11331 02/21 | | | 52180-0000 | 0001367608 | 2/1/2021 | 2/1/2021 | 478.40 | 0.00 | 478.40 |
| 200PMO | 028422 3180 02/21 | | | 52180-0000 | 0001367742 | 2/1/2021 | 2/1/2021 | 523.92 | 0.00 | 523.92 |
| | | | | | | Check Total: | | 2,975.80 | 0.00 | 2,975.80 |
| **7388** | **3/22/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 020938 3100 1/2-1/14/21 | | | 52180-0000 | 0001353985 | 1/15/2021 | 1/15/2021 | 2,690.80 | 0.00 | 2,690.80 |

**Plamex Investment, LLC**

**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 200PMI | 020938 3100 1/2-1/14/21 | | | 52180-0000 | 0001353985 | 1/15/2021 | 1/15/2021 | 1,572.86 | 0.00 | 1,572.86 |
| | | | | | | *Check Total:* | | *4,263.66* | *0.00* | *4,263.66* |
| **7389** | **3/22/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 020938 3100 1/16-1/30/21 | | | 52180-0000 | 0001367069 | 1/31/2021 | 1/31/2021 | 2,686.30 | 0.00 | 2,686.30 |
| 200PMI | 020938 3100 1/16-1/30/21 | | | 52180-0000 | 0001367069 | 1/31/2021 | 1/31/2021 | 1,570.23 | 0.00 | 1,570.23 |
| | | | | | | *Check Total:* | | *4,256.53* | *0.00* | *4,256.53* |
| **7390** | **3/22/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PML | 024760 11247 02/21 | | | 52180-0000 | 0001367606 | 2/1/2021 | 2/1/2021 | 478.40 | 0.00 | 478.40 |
| | | | | | | *Check Total:* | | *478.40* | *0.00* | *478.40* |
| **7391** | **3/22/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028432 3102 02/21 | | | 52180-0000 | 0001367740 | 2/1/2021 | 2/1/2021 | 2,420.72 | 0.00 | 2,420.72 |
| | | | | | | *Check Total:* | | *2,420.72* | *0.00* | *2,420.72* |
| **7392** | **3/22/2021 03/21** | | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028433 3170 02/21 | | | 52180-0000 | 0001367741 | 2/1/2021 | 2/1/2021 | 2,420.72 | 0.00 | 2,420.72 |
| | | | | | | *Check Total:* | | *2,420.72* | *0.00* | *2,420.72* |
| **7393** | **3/22/2021 03/21** | | **WOOSPOOL** | **Woo's Pool Service** | | | | | | |
| 200PMO | Fountain R&M 02/2021 | | | 50620-0000 | 02222021 | 2/22/2021 | 2/22/2021 | 820.43 | 0.00 | 820.43 |
| 200PMI | Fountain R&M 02/2021 | | | 50620-0000 | 02222021 | 2/22/2021 | 2/22/2021 | 479.57 | 0.00 | 479.57 |
| | | | | | | *Check Total:* | | *1,300.00* | *0.00* | *1,300.00* |
| **7394** | **3/22/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PMO | P-Lot Lights Maint 02/21 | | | 50210-0000 | INY-0269555 | 2/1/2021 | 2/1/2021 | 441.77 | 0.00 | 441.77 |
| 200PMI | P-Lot Lights Maint 02/21 | | | 50210-0000 | INY-0269555 | 2/1/2021 | 2/1/2021 | 258.23 | 0.00 | 258.23 |
| | | | | | | *Check Total:* | | *700.00* | *0.00* | *700.00* |
| **7395** | **3/22/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PMO | Imperial Sign Maint 02/21 | | | 50700-0000 | INY-0269557 | 2/1/2021 | 2/1/2021 | 157.78 | 0.00 | 157.78 |
| 200PMI | Imperial Sign Maint 02/21 | | | 50700-0000 | INY-0269557 | 2/1/2021 | 2/1/2021 | 92.22 | 0.00 | 92.22 |
| | | | | | | *Check Total:* | | *250.00* | *0.00* | *250.00* |
| **7396** | **3/22/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PML | P-Lot Lights Maint 02/21 | | | 50210-0000 | INY-0269812 | 2/1/2021 | 2/1/2021 | 900.00 | 0.00 | 900.00 |
| | | | | | | *Check Total:* | | *900.00* | *0.00* | *900.00* |
| **7397** | **3/22/2021 03/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PML | LB Sign Maint 02/21 | | | 50700-0000 | INY-0269814 | 2/1/2021 | 2/1/2021 | 250.00 | 0.00 | 250.00 |
| | | | | | | *Check Total:* | | *250.00* | *0.00* | *250.00* |
| **7398** | **3/22/2021 03/21** | | **K9FINANC** | **K-9 Financial, LLC** | | | | | | |
| 200PMO | CV-04 Vertical Comp 02/21 | | | 52180-0000 | 17743 | 2/1/2021 | 2/1/2021 | 214.99 | 0.00 | 214.99 |
| | | | | | | *Check Total:* | | *214.99* | *0.00* | *214.99* |
| **7402** | **3/29/2021 03/21** | | **FRANTAXB** | **Franchise Tax Board** | | | | | | |
| 200PMC | 82-0677561 2021 FTB 3522 | | | 11200-0204 | 3522PF2021 | 3/10/2021 | 3/10/2021 | 800.00 | 0.00 | 800.00 |
| | | | | | | *Check Total:* | | *800.00* | *0.00* | *800.00* |
| **7403** | **3/29/2021 03/21** | | **FRANTAXB** | **Franchise Tax Board** | | | | | | |
| 200PMC | 45-2918626 2021 FTB 3522 | | | 11200-0130 | 3522130INV21 | 3/10/2021 | 3/10/2021 | 800.00 | 0.00 | 800.00 |
| | | | | | | *Check Total:* | | *800.00* | *0.00* | *800.00* |
| **7404** | **3/29/2021 03/21** | | **FRANTAXB** | **Franchise Tax Board** | | | | | | |
| 200PMC | 45-2918817 2021 FTB 3522 | | | 78950-0060 | 3522PLX2021 | 3/10/2021 | 3/10/2021 | 800.00 | 0.00 | 800.00 |
| | | | | | | *Check Total:* | | *800.00* | *0.00* | *800.00* |
| **7410** | **3/29/2021 03/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PML | Security 3/1-3/15/21 | | | 50110-0000 | PILTC031521 | 3/15/2021 | 3/15/2021 | 6,660.00 | 0.00 | 6,660.00 |
| | | | | | | *Check Total:* | | *6,660.00* | *0.00* | *6,660.00* |
| **7411** | **3/29/2021 03/21** | | **GTOSECUR** | **GTO Security** | | | | | | |
| 200PMO | Security 3/1-3/15/21 | | | 50110-0000 | PIPME031521 | 3/15/2021 | 3/15/2021 | 16,677.45 | 0.00 | 16,677.45 |
| 200PMI | Security 3/1-3/15/21 | | | 50110-0000 | PIPME031521 | 3/15/2021 | 3/15/2021 | 9,748.55 | 0.00 | 9,748.55 |
| | | | | | | *Check Total:* | | *26,426.00* | *0.00* | *26,426.00* |
| **7412** | **3/29/2021 03/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMO | Toilet Parts | | | 51620-0000 | 600414296 | 2/15/2021 | 2/15/2021 | 145.09 | 0.00 | 145.09 |
| | | | | | | *Check Total:* | | *145.09* | *0.00* | *145.09* |
| **7413** | **3/29/2021 03/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PML | Rem Graffiti frnt of RiteAid | | | 51210-0000 | 607085370 | 3/23/2021 | 3/23/2021 | 241.63 | 0.00 | 241.63 |
| | | | | | | *Check Total:* | | *241.63* | *0.00* | *241.63* |
| **7414** | **3/29/2021 03/21** | | **LACTAXCO** | **Los Angeles County Tax Collector** | | | | | | |
| 200PMC | 2936 Beechwood 20-21 P-Tax 2nd | | | 78615-0000 | 2936-YR20-2 | 3/26/2021 | 4/12/2021 | 1,128.96 | 0.00 | 1,128.96 |
| | | | | | | *Check Total:* | | *1,128.96* | *0.00* | *1,128.96* |
| **7415** | **4/5/2021 04/21** | | **ACCESSCS** | **Access Control Security, Inc.** | | | | | | |
| 200PMC | PM Security Settlement | | | 22620-0000 | 04.2021 | 4/5/2021 | 4/5/2021 | 10,000.00 | 0.00 | 10,000.00 |
| | | | | | | *Check Total:* | | *10,000.00* | *0.00* | *10,000.00* |
| **7416** | **4/5/2021 04/21** | | **ATT** | **AT&T** | | | | | | |
| 200PMO | 609-1154 Elev 3/19-4/18/21 | | | 51650-0000 | 1154-031921 | 3/19/2021 | 4/12/2021 | 109.06 | 0.00 | 109.06 |

Plamex Investment, LLC

**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Check Total:* | | *109.06* | *0.00* | *109.06* |
| **7417** | **4/5/2021 04/21** | | **ATT** | **AT&T** | | | | | | |
| 200PML | 884-9694 105FWY 3/17-4/16/21 | | | 53610-0000 | 9694-031721 | 3/17/2021 | 3/17/2021 | 104.34 | 0.00 | 104.34 |
| | | | | | | *Check Total:* | | *104.34* | *0.00* | *104.34* |
| **7418** | **4/5/2021 04/21** | | **ATT** | **AT&T** | | | | | | |
| 200PMO | 608-0668 Signage 3/20-4/19/21 | | | 50700-0000 | OUT-032021 | 3/20/2021 | 4/13/2021 | 106.97 | 0.00 | 106.97 |
| 200PML | 764-5420 Signage 3/20-4/19/21 | | | 50700-0000 | OUT-032021 | 3/20/2021 | 4/13/2021 | 72.52 | 0.00 | 72.52 |
| | | | | | | *Check Total:* | | *179.49* | *0.00* | *179.49* |
| **7419** | **4/5/2021 04/21** | | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMI | 834261000_3100 2/1-3/31/21 | | | 52170-0000 | 3100-040121 | 4/1/2021 | 4/1/2021 | 466.96 | 0.00 | 466.96 |
| | | | | | | *Check Total:* | | *466.96* | *0.00* | *466.96* |
| **7421** | **4/5/2021 04/21** | | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PML | 834300000_11247 2/1-3/31/21 | | | 52170-0000 | LTC-040121 | 4/1/2021 | 4/1/2021 | 95.58 | 0.00 | 95.58 |
| 200PML | 834298000_11225 2/1-3/31/21 | | | 52170-0000 | LTC-040121 | 4/1/2021 | 4/1/2021 | 95.58 | 0.00 | 95.58 |
| 200PML | 834297000_11221 2/1-3/31/21 | | | 52170-0000 | LTC-040121 | 4/1/2021 | 4/1/2021 | 172.94 | 0.00 | 172.94 |
| 200PML | 834296000_11215 2/1-3/31/21 | | | 52170-0000 | LTC-040121 | 4/1/2021 | 4/1/2021 | 95.58 | 0.00 | 95.58 |
| 200PML | 834295000_N6 2/1-3/31/21 | | | 52170-0000 | LTC-040121 | 4/1/2021 | 4/1/2021 | 172.94 | 0.00 | 172.94 |
| 200PML | 834320000_11331-37 2/1-3/31/21 | | | 52170-0000 | LTC-040121 | 4/1/2021 | 4/1/2021 | 95.58 | 0.00 | 95.58 |
| 200PML | 834330000_11369-91 2/1-3/31/21 | | | 52170-0000 | LTC-040121 | 4/1/2021 | 4/1/2021 | 95.58 | 0.00 | 95.58 |
| | | | | | | *Check Total:* | | *823.78* | *0.00* | *823.78* |
| **7422** | **4/5/2021 04/21** | | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMO | 834294000 3180 2/1-3/31/21 | | | 52170-0000 | OUT-040121 | 4/1/2021 | 4/1/2021 | 296.74 | 0.00 | 296.74 |
| 200PMO | 834292000 3160 2/1-3/31/21 | | | 52170-0000 | OUT-040121 | 4/1/2021 | 4/1/2021 | 172.94 | 0.00 | 172.94 |
| 200PMO | 834291000 3150 2/1-3/31/21 | | | 52170-0000 | OUT-040121 | 4/1/2021 | 4/1/2021 | 172.94 | 0.00 | 172.94 |
| | | | | | | *Check Total:* | | *642.62* | *0.00* | *642.62* |
| **7423** | **4/5/2021 04/21** | | **CONTEMPO** | **Contemporary Information Corp.** | | | | | | |
| 200PMI | Angelica Alvarez credit check | | | 73400-0000 | 546351 | 3/30/2021 | 3/30/2021 | 20.00 | 0.00 | 20.00 |
| 200PMI | Diana Kim credit check | | | 73400-0000 | 546351 | 3/30/2021 | 3/30/2021 | 20.00 | 0.00 | 20.00 |
| 200PMO | Sanggyu Shin credit check | | | 73400-0000 | 546351 | 3/30/2021 | 3/30/2021 | 20.00 | 0.00 | 20.00 |
| 200PMI | Martha MCdonald credit check | | | 73400-0000 | 546351 | 3/30/2021 | 3/30/2021 | 20.00 | 0.00 | 20.00 |
| | | | | | | *Check Total:* | | *80.00* | *0.00* | *80.00* |
| **7424** | **4/5/2021 04/21** | | **FIRSTINS** | **First Insurance Funding Corp.** | | | | | | |
| 200PMI | PM 20-21 EQ Insurance | | | 19310-0000 | 03.18.21 | 3/18/2021 | 3/18/2021 | 2,768.10 | 0.00 | 2,768.10 |
| 200PML | PM 20-21 EQ Insurance | | | 19310-0000 | 03.18.21 | 3/18/2021 | 3/18/2021 | 5,219.34 | 0.00 | 5,219.34 |
| 200PMO | PM 20-21 EQ Insurance | | | 19310-0000 | 03.18.21 | 3/18/2021 | 3/18/2021 | 5,289.82 | 0.00 | 5,289.82 |
| | | | | | | *Check Total:* | | *13,277.26* | *0.00* | *13,277.26* |
| **7425** | **4/5/2021 04/21** | | **GASCOMPA** | **The Gas Company** | | | | | | |
| 200PMI | MainBldg 2/16-3/17/21 | | | 52140-0000 | 03.19.21 | 3/19/2021 | 3/19/2021 | 567.72 | 0.00 | 567.72 |
| | | | | | | *Check Total:* | | *567.72* | *0.00* | *567.72* |
| **7426** | **4/5/2021 04/21** | | **GRAINGER** | **Grainger** | | | | | | |
| 200PMI | HVAC Filters | | | 51610-0000 | 9848811460 | 3/25/2021 | 3/25/2021 | 631.29 | 0.00 | 631.29 |
| | | | | | | *Check Total:* | | *631.29* | *0.00* | *631.29* |
| **7427** | **4/5/2021 04/21** | | **HOMEDEPO** | **Home Depot Credit Services** | | | | | | |
| 200PMI | Locks for Cart#6 and 10 | | | 51130-0000 | 608165494 | 3/29/2021 | 3/29/2021 | 65.75 | 0.00 | 65.75 |
| | | | | | | *Check Total:* | | *65.75* | *0.00* | *65.75* |
| **7428** | **4/5/2021 04/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 225470-6732 Park 1/22-2/22/21 | | | 52100-0000 | 6732-022321 | 2/23/2021 | 3/15/2021 | 462.01 | 0.00 | 462.01 |
| 200PMI | 225470-6732 Park 1/22-2/22/21 | | | 52100-0000 | 6732-022321 | 2/23/2021 | 3/15/2021 | 270.06 | 0.00 | 270.06 |
| | | | | | | *Check Total:* | | *732.07* | *0.00* | *732.07* |
| **7429** | **4/5/2021 04/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 236390-6868 #201 1/22-2/22/21 | | | 72710-0010 | 6868-022321 | 2/23/2021 | 3/15/2021 | 1,082.45 | 0.00 | 1,082.45 |
| 200PMO | 236390-6868 #200 1/22-2/22/21 | | | 72710-0010 | 6868-022321 | 2/23/2021 | 3/15/2021 | 480.82 | 0.00 | 480.82 |
| 200PMO | 236390-6868 #203 1/22-2/22/21 | | | 72710-0010 | 6868-022321 | 2/23/2021 | 3/15/2021 | 48.94 | 0.00 | 48.94 |
| 200PMO | 236390-6868 #203 1/22-2/22/21 | | | 73400-0000 | 6868-022321 | 2/23/2021 | 3/15/2021 | 9.96 | 0.00 | 9.96 |
| | | | | | | *Check Total:* | | *1,622.17* | *0.00* | *1,622.17* |
| **7430** | **4/5/2021 04/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMI | 202310-6925 3100 1/23-2/23/21 | | | 52130-0000 | 6925-022321 | 2/23/2021 | 2/23/2021 | 20,911.03 | 0.00 | 20,911.03 |
| 200PMI | 202310-6925 3100 1/23-2/23/21 | | | 73400-0000 | 6925-022321 | 2/23/2021 | 2/23/2021 | 138.32 | 0.00 | 138.32 |
| | | | | | | *Check Total:* | | *21,049.35* | *0.00* | *21,049.35* |
| **7431** | **4/5/2021 04/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | P2_3170 1/23-2/23/21 | | | 52120-0000 | 7926-022521 | 2/25/2021 | 2/25/2021 | 1,716.34 | 0.00 | 1,716.34 |
| 200PMO | P1_Imp Sign 1/23-2/23/21 | | | 52110-0000 | 7926-022521 | 2/25/2021 | 2/25/2021 | 2,560.10 | 0.00 | 2,560.10 |
| 200PMI | P1_Imp Sign 1/23-2/23/21 | | | 52110-0000 | 7926-022521 | 2/25/2021 | 2/25/2021 | 1,496.46 | 0.00 | 1,496.46 |
| | | | | | | *Check Total:* | | *5,772.90* | *0.00* | *5,772.90* |
| **7432** | **4/5/2021 04/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | *Unused - Continued Check* | | | | |
| 200PML | Carried to 7433 | | | 52120-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 0.00 | 0.00 | 0.00 |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check #<br>Entity | Check Date<br>Reference | Check Pd | Vendor/Alternate<br>Address ID<br>P.O. Number | Vendor Name<br>Account Number | Invoice Number | Invoice<br>Date | Due Date | Invoice<br>Amount | Discount<br>Amount | Check<br>Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Check Total: | | 0.00 | 0.00 | 0.00 |
| **7433** | **4/5/2021 04/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PML | 227840-4629 11217 1/22-2/22/21 | | | 52120-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 87.69 | 0.00 | 87.69 |
| 200PML | 226512-1558 11221 1/22-2/22/21 | | | 52120-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 339.23 | 0.00 | 339.23 |
| 200PML | 226643-7391 11225 1/22-2/22/21 | | | 52120-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 176.28 | 0.00 | 176.28 |
| 200PML | 225846-7562 11247 1/22-2/22/21 | | | 52120-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 597.33 | 0.00 | 597.33 |
| 200PML | 220625-4153 11327 1/22-2/22/21 | | | 52120-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 101.26 | 0.00 | 101.26 |
| 200PML | 220625-4294 Park 1/22-2/22/21 | | | 52100-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 1,720.81 | 0.00 | 1,720.81 |
| 200PML | 227004-9570 11369 1/22-2/22/21 | | | 52120-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 122.98 | 0.00 | 122.98 |
| 200PML | 220625-4294 Park 1/22-2/22/21 | | | 73400-0000 | LTC-022321 | 2/23/2021 | 2/23/2021 | 11.15 | 0.00 | 11.15 |
| | | | | | | Check Total: | | 3,156.73 | 0.00 | 3,156.73 |
| **7434** | **4/5/2021 04/21** | | **SOCALEDI** | **So. Cal. Edison Co.** | | | | | | |
| 200PMO | 225487-4613 3150 1/22-2/22/21 | | | 52120-0000 | OUT-022321 | 2/23/2021 | 2/23/2021 | 1,119.99 | 0.00 | 1,119.99 |
| 200PMO | 225952-2407 3160 1/22-2/22/21 | | | 52120-0000 | OUT-022321 | 2/23/2021 | 2/23/2021 | 157.80 | 0.00 | 157.80 |
| 200PMO | 223417-7277 3180 1/22-2/22/21 | | | 52120-0000 | OUT-022321 | 2/23/2021 | 2/23/2021 | 360.18 | 0.00 | 360.18 |
| 200PMO | 225470-7029 Prod 1/22-2/22/21 | | | 72710-0010 | OUT-022321 | 2/23/2021 | 2/23/2021 | 3,994.91 | 0.00 | 3,994.91 |
| 200PMO | 225470-7029 Prod 1/22-2/22/21 | | | 73400-0000 | OUT-022321 | 2/23/2021 | 2/23/2021 | 27.42 | 0.00 | 27.42 |
| | | | | | | Check Total: | | 5,660.30 | 0.00 | 5,660.30 |
| **7435** | **4/5/2021 04/21** | | **SPECTRIO** | **Spectrio** | | | | | | |
| 200PMI | Message on Hold 4/1-6/30/21 | | | 51670-0000 | 1185444 | 4/1/2021 | 4/1/2021 | 278.64 | 0.00 | 278.64 |
| | | | | | | Check Total: | | 278.64 | 0.00 | 278.64 |
| **7436** | **4/5/2021 04/21** | | **VERISONW** | **Verizon Wireless** | | | | | | |
| 200PMO | PM Billboard 2/23-3/22/21 | | | 50930-0000 | 9876096483 | 3/22/2021 | 4/14/2021 | 60.08 | 0.00 | 60.08 |
| | | | | | | Check Total: | | 60.08 | 0.00 | 60.08 |
| **7437** | **4/5/2021 04/21** | | **ABZPESTC** | **ABZ Pest Control** | | | | | | |
| 200PMO | Bird Control 03/21 | | | 50600-0000 | 473637 | 3/23/2021 | 3/23/2021 | 91.40 | 0.00 | 91.40 |
| | | | | | | Check Total: | | 91.40 | 0.00 | 91.40 |
| **7438** | **4/5/2021 04/21** | | **ABZPESTC** | **ABZ Pest Control** | | | | | | |
| 200PML | Bird Control 03/21 | | | 50600-0000 | 473638 | 3/23/2021 | 3/23/2021 | 134.60 | 0.00 | 134.60 |
| | | | | | | Check Total: | | 134.60 | 0.00 | 134.60 |
| **7439** | **4/5/2021 04/21** | | **EPAXSYST** | **Epax Systems, Inc.** | | | | | | |
| 200PMO | 30YD Trash Comp 03/21 | | | 52180-0000 | 27344 | 3/1/2021 | 3/1/2021 | 414.00 | 0.00 | 414.00 |
| 200PMO | 30YD Trash Comp 03/21 | | | 52180-0000 | 27344 | 3/1/2021 | 3/1/2021 | 241.99 | 0.00 | 241.99 |
| | | | | | | Check Total: | | 655.99 | 0.00 | 655.99 |
| **7440** | **4/5/2021 04/21** | | **K9FINANC** | **K-9 Financial, LLC** | | | | | | |
| 200PMO | CV-04 Vertical Comp 03/21 | | | 52180-0000 | 17842 | 3/1/2021 | 3/1/2021 | 214.99 | 0.00 | 214.99 |
| | | | | | | Check Total: | | 214.99 | 0.00 | 214.99 |
| **7444** | **4/5/2021 04/21** | | **SUNPACCO** | **SUN PAC CONTAINERS** | | | | | | |
| 200PMO | 22' Storage Container 03/21 | | | 72530-0000 | 3606370 | 3/1/2021 | 3/1/2021 | 77.00 | 0.00 | 77.00 |
| 200PMO | 26' Storage Container 03/21 | | | 72530-0000 | 3606379 | 3/11/2021 | 3/11/2021 | 97.00 | 0.00 | 97.00 |
| | | | | | | Check Total: | | 174.00 | 0.00 | 174.00 |
| **7445** | **4/5/2021 04/21** | | **TRICHEMT** | **Tri-Chem Technology, Corp.** | | | | | | |
| 200PMI | Wtr Treatment Svc 03/21 | | | 51600-0000 | 67507 | 3/3/2021 | 3/3/2021 | 200.00 | 0.00 | 200.00 |
| | | | | | | Check Total: | | 200.00 | 0.00 | 200.00 |
| **7451** | **4/5/2021 04/21** | | **WOOSPOOL** | **Woo's Pool Service** | | | | | | |
| 200PMO | Fountain Cleaning 03/21 | | | 50620-0000 | 03232021 | 3/23/2021 | 3/23/2021 | 820.43 | 0.00 | 820.43 |
| 200PMI | Fountain Cleaning 03/21 | | | 50620-0000 | 03232021 | 3/23/2021 | 3/23/2021 | 479.57 | 0.00 | 479.57 |
| | | | | | | Check Total: | | 1,300.00 | 0.00 | 1,300.00 |
| **7452** | **4/5/2021 04/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PML | P-Lot Lights Maint 03/21 | | | 50210-0000 | INY-0275592 | 3/1/2021 | 3/1/2021 | 700.00 | 0.00 | 700.00 |
| | | | | | | Check Total: | | 700.00 | 0.00 | 700.00 |
| **7453** | **4/5/2021 04/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PMO | Imperial Sign Maint 03/21 | | | 50700-0000 | INY-0275594 | 3/1/2021 | 3/1/2021 | 157.78 | 0.00 | 157.78 |
| 200PMI | Imperial Sign Maint 03/21 | | | 50700-0000 | INY-0275594 | 3/1/2021 | 3/1/2021 | 92.22 | 0.00 | 92.22 |
| | | | | | | Check Total: | | 250.00 | 0.00 | 250.00 |
| **7454** | **4/5/2021 04/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PMO | P-Lot Lights Maint 03/21 | | | 50210-0000 | INY-0275599 | 3/1/2021 | 3/1/2021 | 567.99 | 0.00 | 567.99 |
| 200PMI | P-Lot Lights Maint 03/21 | | | 50210-0000 | INY-0275599 | 3/1/2021 | 3/1/2021 | 332.01 | 0.00 | 332.01 |
| | | | | | | Check Total: | | 900.00 | 0.00 | 900.00 |
| **7455** | **4/5/2021 04/21** | | **YOUNGELC** | **Young Electric Sign Company** | | | | | | |
| 200PML | LB Sign Maint 03/21 | | | 50700-0000 | INY-0275601 | 3/1/2021 | 3/1/2021 | 250.00 | 0.00 | 250.00 |
| | | | | | | Check Total: | | 250.00 | 0.00 | 250.00 |
| **7456** | **4/5/2021 04/21** | | **CITYOFLY** | **City of Lynwood** | | | | | | |
| 200PMI | 832228801_3100 2/1-3/31/21 | | | 52170-0000 | 8801-040121. | 4/1/2021 | 4/1/2021 | -170.22 | 0.00 | -170.22 |
| 200PMI | 832228801_3100 2/1-3/31/21 | | | 52170-0000 | 8801-040121 | 4/2/2021 | 4/2/2021 | 466.96 | 0.00 | 466.96 |
| | | | | | | Check Total: | | 296.74 | 0.00 | 296.74 |

**Plamex Investment, LLC**
**Exhibit SOFA.3 - Payments to Creditors within 90 days before Petition Date**

| Check # Entity | Check Date Reference | Check Pd | Vendor/Alternate Address ID P.O. Number | Vendor Name Account Number | Invoice Number | Invoice Date | Due Date | Invoice Amount | Discount Amount | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **7457** | **4/5/2021** | **04/21** | **ATT** | **AT&T** | | | | | | |
| 200PMO | 632-3606 105Fwy 3/26-4/25/21 | | | 53610-0000 | 3606-032621 | 3/26/2021 | 4/19/2021 | 113.84 | 0.00 | 113.84 |
| | | | | | | *Check Total:* | | *113.84* | *0.00* | *113.84* |
| **7458** | **4/12/2021** | **04/21** | **BROADSIG/MAI** | **Broadsign International Inc.** | | | | | | |
| 200PMO | subscription 3/2021 | | | 50930-0000 | INV00028720 | 3/31/2021 | 3/31/2021 | 431.25 | 0.00 | 431.25 |
| | | | | | | *Check Total:* | | *431.25* | *0.00* | *431.25* |
| **7463** | **4/12/2021** | **04/21** | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028433 3180 6/25-6/30/20 | | | 52180-0000 | 0001058874 | 6/30/2020 | 6/30/2020 | 55.08 | 0.00 | 55.08 |
| | | | | | | *Check Total:* | | *55.08* | *0.00* | *55.08* |
| **7464** | **4/12/2021** | **04/21** | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028433 3170 6/12-6/30/20 | | | 52180-0000 | 0001058875 | 6/30/2020 | 6/30/2020 | 1,339.66 | 0.00 | 1,339.66 |
| | | | | | | *Check Total:* | | *1,339.66* | *0.00* | *1,339.66* |
| **7465** | **4/12/2021** | **04/21** | **WASTERES** | **Waste Resources, Inc.** | | | | | | |
| 200PMO | 028432 3102 6/12-6/30/20 | | | 52180-0000 | 0001059342 | 6/30/2020 | 6/30/2020 | 1,339.66 | 0.00 | 1,339.66 |
| | | | | | | *Check Total:* | | *1,339.66* | *0.00* | *1,339.66* |
| | | | | | | *open bank Total:* | | $  693,672.64 | $        - | $  693,672.64 |
| | | | | | | *Grand Total:* | | *693,672.64* | *0.00* | *693,672.64* |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Santa Ana

In re **Plamex Investment, LLC**          Case No. **8:21-bk-10958-ES**

            Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 100,000.00 |
   | Prior to the filing of this statement I have received | $ | 0.00 |
   | Balance Due | $ | 100,000.00 |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Debtor (from capital contribution made to the Debtor by its affiliate, M+D Properties)**

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNBYB's specialization**

In re    __Plamex Investment, LLC__                                    Case No.    __8:21-bk-10958-ES__
                                     Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 12, 2021** | **/s/ Ron Bender** |
| *Date* | **Ron Bender 143364** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill L.L.P.** |
| | **10250 Constellation Blvd., Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234  Fax: (310) 229-1244** |
| | **rb@lnbyb.com** |
| | *Name of law firm* |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**10250 Constellation Blvd., Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: 143364 CA<br>rb@lnbyb.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

In re:

**Plamex Investment, LLC**

CASE NO.: **8:21-bk-10958-ES**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  40   sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **May 12, 2021**  _____

Signature of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **May 12, 2021**  _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Plamex Investment, LLC
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621


Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


U.S. Trustee - Santa Ana
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701-8000


3100 E. Imperial Highway Corp.
3100 E. Imperial Highway
Lynwood, CA 90262


3100 E. Imperial Investment, LLC
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621


333 Fashion
24641 Maple Ln
Harbor City, CA 90710


99 Cent Store & Up
1251 S. Montebello Blvd
Montebello, CA 90640


A & R Custom Designs LLC
1185 E Stanford Court
Anaheim, CA 92805

A & S Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262


A Fashion Plus
20415 Berendo Ave
Torrance, CA 90502


Abigail Pacheco, Irina Rossi, et al
3100 E. Imperial Hwy, Unit J11
Lynwood, CA 90262


Abigail Pacheco, Irina Rossi, et al.
3100 E. Imperial Hwy, Unit J11
Lynwood, CA 90262


ABM Building Solutions
14201 Franklin Avenue
Tustin, CA 92780


ABZ Pest Control
17546 Studebaker Rd.
Cerritos, CA 90703


Airbrush Nation
1004 N Pointsettia Ave APT D
Compton, CA 90221


Aldo's Key Shop
3100 E Imperial Hwy #1323
Lynwood, CA 90262

Alicia Vera Murillo
3100 E Imperial Hwy VCT17
Lynwood, CA 90262


All City Footwear
4035 Santa Anita LN
Yorba Linda, CA 92886


Alvarez-Glasman & Colvin
13181 Crossroads Pkwy. North
Suite 400 - West Tower
City of Industry, CA 91746


Angel's Bridal
3100 E Imperial Hwy
Lynwood, CA 90262


Angelica Fernandez Alvarez
13800 Parkcenter Ln
Tustin, CA 92782


Antonio De La Cruz - Ave Beauty Supply
4020 Court Land Street
Lynwood, CA 90262


Antonio de la Cruz, an individual
11175 Lynden Street
Lynwood, CA 90262


Arcade
3100 E. Imperial Hwy #1300
Lynwood, CA 90262

Arlene's Fashions
3100 E. Imperial Hwy B31005
Lynwood, CA 90262


Art Craft & Religious
3100 E Imperial Hwy VCT09
Lynwood, CA 90262


Art Nails
3100 E. Imperial Hwy Unit L9
Lynwood, CA 90262


ASCAP
PO Box 331608
Nashville, TN 37203-7515


AT&T
P.O. BOX 5025
Carol Stream, IL 60197


Autofin USA
3180 E. Imperial Hwy. #G
Lynwood, CA 90262


Ave Beauty Supply
4020 Court Land Street
Lynwood, CA 90262


Azteca Jewelry
3100 E Imperial Hwy Unit E1
Lynwood, CA 90262

Beauty Zone
7526 Brookmill Rd.
Downey, CA 90241


Bebe Craft
8901 Calden Ave, APT#405
South Gate, CA 90280


Bebe Crafts
8901 Calden Ave, APT#405
South Gate, CA 90280


Better & Best Building Service Inc.
1833 Avenida San Lorenzo
Fullerton, CA 92833


Big Discount
3100 East Imperial Highway
Lynwood, CA 90262


Bioncos La Huerta
8557 Orange Street
Downey, CA 90242


Bionicos La Huerta
8557 Orange Street
Downey, CA 90242


Birreria Jalisco
3180 E. Imperial Hwy A2D
Lynwood, CA 90262

Blanca Martinez
3100 E Imperial Hwy VKIO25
Lynwood, CA 90262


BM Classic Portaits
68 Pomona Ave
Long Beach, CA 90803


BM Classic Portraits
68 Pomona Ave
Long Beach, CA 90803


Boom Boom Sounds
8827 Mel Dar Ave
Downey, CA 90240


Boost Mobile
3100 E. Imperial Hwy, Unit B3-1002
Lynwood, CA 90262


Bubbles Apparel, Inc.
2839 Sycamore Avenue
La Crescenta, CA 91214


BW Sports & Hobbies
14015 Camino Del Oro
Riverside, CA 92508


Cafe Canela
1456 E. Pioneer Blvd
West Covina, CA 91792

California Sanitary Supply
1834 E. 46th Street
Los Angeles, CA 90058


Candle Light Bakery
3150 E. Imperial Hwy, Ste 102
Lynwood, CA 90262


Capital Cap & Embroidery
1621 South Highland Avenue #K
Fullerton, CA 92832


Carrera Concessions
3100 E Imperial Hwy
Lynwood, CA 90262


Casa Colima
3200 Mulford Ave, Unit 202
Lynwood, CA 90262


Casa de Michocan
3100 E Imperial Hwy #B21207/8
Lynwood, CA 90262


Cell Mart
1122 Teri Avenue
Torrance, CA 90503


Chase Card Services
P.O. Box 15123
Wilmington, DE 19850

Chin Shoes
20019 Gridley Rd
Cerritos, CA 90703


Chuck-E-Cheese #377
1707 Market Place Blvd. Ste 200
Irving, TX 75063


City of Lynwood
11330 Bullis Road
Lynwood, CA 90262


Come Again
3307 Burton Ave
Lynwood, CA 90262


COMEX Korean BBQ, LLC
3102 E. Imperial Hwy
Lynwood, CA 90262


Community Enforcement Patrol
11600 Paramount Blvd #D
Downey, CA 90241


Connie Sunmi Kim
3100 E. Imperial Highway
Lynwood, CA 90262


Contemporary Information Corp.
42913 Capital Dr. Ste #101
Lancaster, CA 93535

Cosmetic & Perfume
8610 Alameda Street
Downey, CA 90242


County of Los Angeles
Dept. of Treasurer & Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027


CWCapital Asset Management
900 19th Street NW, 8th Floor
Attn: Ariel Levin/Jake Hamel
Washington, DC 20006


Delicias Oaxaquenas
3100 E. Imperial Hwy B11312
Lynwood, CA 90262


DF Wireless
3200 Mulford Ave. #103
Lynwood, CA 90262


DF Wireless
13710 Anthony Dr
Cerritos, CA 90703


Diana Michel
3100 E. Imperial Hwy Unit H8
Lynwood, CA 90262


Diana Roman
3286 Burton Ave, APT A
Lynwood, CA 90262

Diana Yunhi Kim
1705 Downs Dr
Odessa, FL 33556


DirecTV
P.O. Box 5392
Miami, FL 33152-5392


Diz N Dat
2905 Claredon Avenue, Apt. E
Huntington Park, CA 90255


Dolex Dollar Express, Inc.
701 Highlander Blvd #300
Arlington, TX 76015


Domino's Pizza
15198 Downey Ave
Paramount, CA 90723


Don Roberto Jewelers
205 Avenida Fabricante
San Clemente, CA 92672


Donald Chae
6988 Beach Blvd., B-215
Buena Park, CA 90621


Dulce Vida
16031 Pioneer Blvd., Apt. H-6
Norwalk, CA 90650

El Azul Jewelry
3100 E. Imperial Hwy, Unit #P4Q5
Lynwood, CA 90262


El Gallo Giro
12764 Florence Ave
Santa Fe Springs, CA 90670


El Pollo Real
3100 E. Imperial Hwy, Unit 3009
Lynwood, CA 90262


Elizabeth Adame
3307 Burton Ave
Lynwood, CA 90262


Enciso Realty
249 S. Occidental Blvd #315
Los Angeles, CA 90057


Enrika Ochoa
3100 E Imperial Hwy Unit D7
Lynwood, CA 90262


Epax Systems, Inc.
14641 Arminta Street
Panorama City, CA 91402


Epax Systems, LLC
14641 Arminta Street
Panorama City, CA 91402

```
F4 Jewelry
3100 E Imperial Hwy Unit F4
Lynwood, CA 90262


Family Acupuncture & Herb Clinic
3150 E. Imperial Hwy B8-206
Lynwood, CA 90262


Fancy Jewelry
1512 Amherst Ave Suite 206
Los Angeles, CA 90025


Farmacia Natural
3100 E Imperial Hwy Unit S9
Lynwood, CA 90262


Farmacia Natural
20323 Dorothy Street
Santa Clarita, CA 91350


Farmacia Naturista Mexicana
3100 E Imperial Hwy Unit E2
Lynwood, CA 90262


Farmers Insurance Agency
3150 E. Imperial Hwy, #113
Lynwood, CA 90262


Faro Optometry
27381 Glenwood Drive
Mission Viejo, CA 92692
```

Fashion Qrew
1324 E. Washington Blvd
Los Angeles, CA 90021


Fashion Time
3100 E. Imperial Hwy Unit J2J3
Lynwood, CA 90262


Federal Express Corp.
PO Box 7221
Pasadena, CA 91109


First Aid Urgent Care
7204 Foothill Boulevard
Tujunga, CA 91042


First Aid Urgent Care, Inc
7204 Foothill Boulevard
Tujunga, CA 91042


First Insurance Funding Corp.
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062


Flor Paredes
11436 Peach St
Lynwood, CA 90262


Flores Bautista Gloria O.
1433 Kingsmill Ave
Rowland Heights, CA 91748

Food 4 Less # 324
1014 Vine Street
Cincinnati, OH 45202

Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Global Jewelry
8247 Haseltime
Buena Park, CA 90621

Gloria Flores
1433 Kingsmill Avenue
Rowland Heights, CA 91748

Greenland Property Management, LLC
6988 Beach Blvd B-215
Buena Park, CA 90621

Grupo Concordia LA
5919 San Miguel Road
Bonita, CA 91902

Grupo Pakar LLC
9595 Six Pines Drive, Suite 8210
The Woodlands, TX 77382

GTO Security Corp.
2202 S. Figueroa Street, Suite 134
Los Angeles, CA 90007

Guillermo Camberos Preciado
307 E. Jefferson Blvd Suite 328
Los Angeles, CA 90011


Guillermo Reveles & Adan Reveles
414 W. Maple Street
Compton, CA 90220


Han's Toy
3100 E Imperial Hwy
Lynwood, CA 90262


Hannah Kim
18944 Vickie Avenue #4-069
Cerritos, CA 90703


Happy Chinese
3100 East Imperial Highway
Lynwood, CA 90262


Happy Land
6732 Los Verdes Dr. #3
Rancho Palos Verdes, CA 90275


Happy Rice
3100 E. Imperial Hwy #3008
Lynwood, CA 90262


Hermandad Mexicana Legal Centers
210 W. Adams Blvd
Los Angeles, CA 90007

Hip Hop Zone
3100 E. Imperial Hwy #1009
Lynwood, CA 90262


Home Depot Credit Services
PO Box 2317
Jacksonville, FL 32203


Hoon Ko
1621 S. Highland Ave Apt K
Fullerton, CA 92832


Imperial Market
c/o Young M. Chae
3100 E Imperial Hwy
Lynwood, CA 90262


Imperial Shopping Center, LLC
3100 E. Imperial Highway
Lynwood, CA 90262


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Inti Arts & Craft
3100 E Imperial Hwy
Lynwood, CA 90262


Ivette By Mitzy
2633 McKinney Ave Ste 130-363
Dallas, TX 75214

Jack In The Box #3521
9357 Spectrum Center Blvd
San Diego, CA 92123


Jang's Men's Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262


Jesus Garcia
11145 Bellinser
Lynwood, CA 90262


Jesus Garcia
11145 Bellinger Street
Lynwood, CA 90262


Jesus Garcia-Marcos
11145 Bellinger Street
Lynwood, CA 90262


Jewelry and Beauty Inc
5500 Torrance Blvd, C132
Torrance, CA 90503


Jimmy Choi
3100 East Imperial Highway
Lynwood, CA 90262


Joe Del Nigro
c/o McFarlin LLP
4 Park Plaza, Suite 1025
Irvine, CA 92614

Jong R Jang
3100 E Imperial Hwy
Lynwood, CA 90262


Jose Alan Sandoval
15137 San Jose Avenue
Paramount, CA 90723


Jose Alan Sandoval Iniguez
15137 San Jose Avenue
Paramount, CA 90723


Jose Alan Sandoval-Iniquez
15137 San Jose Avenue
Paramount, CA 90723


Jose Gutierrez-Torres
15137 San Jose Avenue
Paramount, CA 90723


Jose L. Gomez
8827 Mel Dar Avenue
Downey, CA 90240


Jose Rodriguez
443 E. 73rd Street
Los Angeles, CA 90003


Joy Sports Wear
3100 E. Imperial Hwy Unit F5
Lynwood, CA 90262

JPL Event Enterprise LLC
1238 South Beach Blvd
Anaheim, CA 92804


K-9 Financial, LLC
170 S. Green Valley Parkway Ste 300
Henderson, NV 89012


Kat's Lingerie
1735 Lincoln Ave #40
Torrance, CA 90501


Kid's Love
1413 Lomita Blvd Suite 3
Harbor City, CA 90710


Kiddie World
1936 Delmesa Ave
Hacienda Heights, CA 91745


Kiddie World II
1936 Delmesa Ave
Hacienda Heights, CA 91745


Kone Inc.
1821 Tyburn Street
Glendale, CA 91204


L' Dorado Jewelry
3100 E Imperial Hwy Unit D6
Lynwood, CA 90262

La Casa De La Novia
11641 State St
Lynwood, CA 90262


La Curacao
1605 W. Olympic Blvd #600
Los Angeles, CA 90015


La Huasteca
3150 E. Imperial Hwy #100
Lynwood, CA 90262


LA Michoacana
2506 W. Adams
Santa Ana, CA 92704


La Parisina
9728 Brookgreen Rd
Downey, CA 90240


La Voz De Chivas
436 Martin Luther King Jr Blvd
Los Angeles, CA 90011


Leticia Torres
3796 Millstone Court
Pomona, CA 91766


LGP Equipment Rentals, Inc.
5545 E. Gage Avenue
Bell Gardens, CA 90201

Libreria Libertadores, LLC
3351 Marine Ave APT 42
Gardena, CA 90249


LimNexus LLP
707 Wilshire Boulevard, 46th Floor
Los Angeles, CA 90017


Lizette M. Cortez
12852 Lakewood Blvd, Apt 1
Downey, CA 90242


Lucky Accessories
1150 S. Westmoreland Ave #215
Los Angeles, CA 90006


Lucky Gold
3100 East Imperial Highway, Unit I7
Lynwood, CA 90262


Luis Fernando Alcantar-Rojo
10111 State Street
Lynwood, CA 90262


Luz Avalos
c/o DAG Law Firm APC
12711 Ventura Blvd., Suite 220
Studio City, CA 91604


Lynwood Alteration
3100 East Imperial Highway
Lynwood, CA 90262

Lynwood Auto Accessories
3100 East Imperial Highway
Lynwood, CA 90262


Lynwood Medical
6418 Bollenbacher Drive
Pico Rivera, CA 90660


M   D Properties
6988 Beach Blvd B-215
Buena Park, CA 90621


M D Properties
3100 E. Imperial Highway
Attn: Donald Chae
Lynwood, CA 90262


M D Properties
PO BOX 489
Buena Park, CA 90621


Mago's Acupuncture
3100 E. Imperial Hwy Unit B5
Lynwood, CA 90262


Marci Pizza
3100 East Imperial Highway
Lynwood, CA 90262


Marco Antonio Juarez Cruz
11166 Penn St
Lynwood, CA 90262

Maria Luisa Rojo Alvarez
10960 Duncan Avenue
Lynwood, CA 90262


Mariscos El Rey
3100 E. Imperial Hwy Ste. #3002
Lynwood, CA 90262


Mariscos Rio Balsas
3100 E Imperial Hwy Unit Q11
Lynwood, CA 90262


Marquez Trading
3100 E. Imperial Hwy Ste#1301
Lynwood, CA 90262


Marshmallow
1413 Lomita Blvd Suite 3
Harbor City, CA 90710


Mauro Valdez Sandoval
1623 E. 117 Place
Los Angeles, CA 90059


Mean Chix, Inc - Hot Chix
772 N. Van Ness Avenue, Apt 6
Los Angeles, CA 90028


Meraki Visual Designs
923 E. Arlee Place
Anaheim, CA 92805

MG Colombian Boutique
9728 Brookgreen Rd
Downey, CA 90240


Mike Kim / T-Mobile
3100 E. Imperial Hwy, Unit #B2-1203
Lynwood, CA 90262


Milbes Men's Wear
3100 E. Imperial Hwy Unit O234
Lynwood, CA 90262


Militar s Cut Unisex
6037 Priory St
Bell Gardens, CA 90201


Militar's Cut Unisex
6037 Priory St
Bell Gardens, CA 90201


Min Chae
6988 Beach Blvd., B-215
Buena Park, CA 90621


MoMo Trading
3100 E Imperial Hwy
Lynwood, CA 90262


Mr. Hammer Shoes
3100 E. Imperial Hwy, Unit P10B
Lynwood, CA 90262

Mundo de Artesanias
3100 E Imperial Hwy VKIO24
Lynwood, CA 90262


Muzak LLC
3318 Lakemont Blvd.
Fort Mill, SC 29708


Natixis, New York Branch
1251 Avenue of the Americas
New York, NY 10020


Nehemiah Kong
c/o Center for Disability Access
8033 Linda Vista Road, Suite 200
San Diego, CA 92111


New Trends Clothing, Inc.
6602 Gifford Ave
Bell, CA 90201


North American Amusements
1502 Foothill Blvd, Suite 103 PMB 218
La Verne, CA 91750


Nueva Vision Optical
3100 E. Imperial Hwy #1109
Lynwood, CA 90262


O Fashion Plus
20415 Berendo Ave
Torrance, CA 90502

Officenet, Inc.
10410 Pioneer Blvd Suite 2
Santa Fe Springs, CA 90670


Oficina Jalisco
9376 Raviiler Drive
Downey, CA 90240


One Hour Photo
3100 East Imperial Highway
Lynwood, CA 90262


Orlando Garcia
c/o Center for Disability Access
8033 Linda Vista Road, Suite 200
San Diego, CA 92111


Pang Pang Donuts
3100 East Imperial Highway
Lynwood, CA 90262


Perfecto Nails
3100 East Imperial Highway
Lynwood, CA 90262


Perfumes and Hair Products
3150 E. Imperial Hwy #101
Lynwood, CA 90262


Perkins Coie LLP
2901 N. Central Ave., Suite 2000
Attn: Liana W. Spendlove
Phoenix, AZ 85012

Perkins Coie LLP
1888 Century Park East, Suite 1700
Attn: Mark Birnbaum
Los Angeles, CA 90067


Pescaderia y Cocina El Malecon
6308 Plaska Avenue
Huntington Park, CA 90255


Pho VNK
3180 E. Imperial Hwy, Suite C
Lynwood, CA 90262


Pink Melon
22920 Entoril Dr. Suite 1
Diamond Bar, CA 91765


Pinky's Threading
3100 E. Imperial Hwy #1107
Lynwood, CA 90262


Pkim, Inc.
4540 Campus Drive, Suite 123
Newport Beach, CA 92660


Placo Investment, LLC
6988 Beach Blvd, Suite B-215
Buena Park, CA 90621


Planet Fitness
125 E. Elm Street, Suite 300
Conshohocken, PA 19428

PLS Check Cashers
One South Wacker Drive, 36th Floor
Chicago, IL 60606


Point Exterminators Inc.
1612 Arlington Avenue
Los Angeles, CA 90019


Pretzeria
3961 Via Marisol APT#318
Los Angeles, CA 90042


Primo's Pet Shop
4221 Shirley Ave
Lynwood, CA 90262


Pro Sports
18529 Stonegate Ln
Rowland Heights, CA 91748


Professional Documents, Inc.
3150 E. Imperial Hwy B8107
Lynwood, CA 90262


Progreso Financiero
2 Circle Star Way
San Carlos, CA 94070


Rachel's Secret
10609 Newville Avenue
Downey, CA 90241

Rachel's Secrets
10609 Newville Avenue
Downey, CA 90241


Rainbow Beauty
525 N Gilbert St # 62
Anaheim, CA 92801


Ray's Fashion
3100 East Imperial Highway
Lynwood, CA 90262


Real De Oaxaca
11215 Long Beach Blvd #1010
Lynwood, CA 90262


Real De Oaxaca
7349 Milliken Ave #140-81
Racho Cucamonga, CA 91730


Regency Fire & Security Services
7651 Densmore Avenue
Van Nuys, CA 91406


Rescue Rooter
7243 Somerset Blvd
Paramount, CA 90723


Ricardo Gonzalez
8616 S Main Street
Los Angeles, CA 90003

Rinconcito Poblano
3100 E. Imperial Hwy B13007
Lynwood, CA 90262


Rite Aid Corp. # 05476
P.O. Box 3165
Harrisburg, PA 17105


Rob's MX Baseball
2731 Nebraska Ave Apt C
South Gate, CA 90280


Robert's Fashion
3100 E Imperial Hwy Unit D4
Lynwood, CA 90262


Robert's Fashion
1700 Santa Fe Avenue
Los Angeles, CA 90021


Roberto Cervantes
3100 E. Imperial Highway
Lynwood, CA 90262


Roberto Navarro
2729 Nebraska Avenue, Apt. #C
South Gate, CA 90280


Rosa Kwong
12632 Newport Ave
Tustin, CA 92780

Rosy's Beauty Salon
3150 E. Imperial Hwy B8110 & 111
Lynwood, CA 90262


Ryu Joo Yeon
401 S. Burnside Avenue, Apt 7C
Los Angeles, CA 90038


S.M. Foot Wear
3100 E. Imperial Hwy Unit H5H6
Lynwood, CA 90262


Sang Gyu Shin
10972 Golden Rod St
Redlands, CA 92373


Say Cheese Photo
3100 E. Imperial Hwy #B2-1104
Lynwood, CA 90262


SCE Federal Credit Union
P.O. Box 8017
El Monte, CA 91734


Shoes 4 Ever
3117 Rimrock Cic
Fullerton, CA 92833


Shoes 4 Less
3117 Rimrock Cic
Fullerton, CA 92833

Skechers U.S.A., Inc.
225 South Sepulveda Blvd
Manhattan Beach, CA 90266


Smardan Supply Co.
14009 Halldale Avenue
Gardena, CA 90249


SoCal PF Lynwood, LLC-Planet Fitness
125 E. Elm Street, Suite 300
Conshohocken, PA 19428


Sonamu Holdings, LLC
P.O. Box 489
Buena Park, CA 90621


Southern California Edison
2244 Walnut Grove Avenue
Rosemead, CA 91770


SPACETEL LA Inc - Cricket Wireless
3100 E. Imperial Hwy, Unit B2-1103
Lynwood, CA 90262


Spectrio, LLC
4033 Tampa Road, Suite 103
Oldsmar, FL 34677


Sport Time
8571 Cedar St
Bellflower, CA 90706

Sri Eyebrow Threading and Nails
11225 Long Beach Blvd #202
Lynwood, CA 90262


Sri Eyebrow Threading and Nails
18430 Airline Ave Suite 3
Artesia, CA 90701


Stacy Han
9475 Rosemarie Ct
Cypress, CA 90630


Star Buffet Lynwood
11383 Long Beach Blvd
Lynwood, CA 90262


State Board of Equalization
Account Info. Group, MIC: 29
P.O.Box 942879
Sacramento, CA 94279-0029


Stephanie's Lingerie
2941 Wisconsin Ave
South Gate, CA 90280


Street Cellular
11282 Streamfield Center
Riverside, CA 92505


Sun Hye Chung
4115 W 182nd St., Suite 14
Torrance, CA 90504

Sun Pac Containers
23222 Olive Avenue
Lake Forest, CA 92630


Sung Ryong Lee
4033 Santa Anita Ln
Yorba Linda, CA 92886


Sunny Fashion
3185 Wilshire Blvd Suite 281
Los Angeles, CA 90010


Super Image Factory
3100 E. Imperial Hwy Ste #1321
Lynwood, CA 90262


Sweet Stone Jewelry
135 Islington
Irvine, CA 92620


Taco Bell #5291
924 W. Colfax Ave., Ste 302
Denver, CO 80204


Tacos Don Luis
3981 Le Sage St.
Lynwood, CA 90262


TacoTento
3100 E. Imperial Hwy, Unit P10B
Lynwood, CA 90262

Tamales
3100 E. Imperial Hwy Unit 1310
Lynwood, CA 90262


Tesoro Jewelry
315 Wild Ginger
Yorba Linda, CA


The Children's Place
500 Plaza Drive, 4th Floor
Secaucus, NJ 07094


The Delaware Department of State
Division of Corporations
PO Box 898
Dover, DE 19903


The Gas Company
PO Box C
Monterey Park, CA 91756


The Kickin' Crab
3170 Imperial Hwy B4B102
Lynwood, CA 90262


The Lynwood Redevelopment Agency
11330 Bullis Road
Lynwood, CA 90262


The Source at Beach, LLC
3100 E. Imperial Highway
Attn: Min Chae and Donald Chae
Lynwood, CA 90262

Time Warner Cable
6360 S. Fiddlers Green Circle
Greenwood Village, CO 80111


TJ Nails Spa
11337 Long Beach Blvd
Lynwood, CA 90262


TJ Nails Spa
6931 Hood Dr
Westminster, CA 92683


Top Fashion
3100 E. Imperial Hwy Unit H7I6
Lynwood, CA 90262


Torres Enterprise Corp
426 N Main St
Elkhart, IN 46516


Tortas Ahogadas
3100 Imperial Hwy, Ste B1-3001
Lynwood, CA 90262


Tri-Chem Technology, Corp.
8431 Commonwealth Avenue
Buena Park, CA 90621


TS Discount
7860 Paramount BL, J-39
Pico Rivera, CA 90660

Twin Scoop Ice Cream
1410 S Dwight Ave
Compton, CA 90220


Una Mexicana Que Fruta Vendia
7123 Rio Flora Place
Downey, CA 90241


Usama Awadallah
5832 Newman Street
Cypress, CA 90630


Vergara Insurance Service, Inc.
3100 East Imperial Hwy Unit U6
Lynwood, CA 90262


Verizon Wireless
PO Box 660108
Dallas, TX 75266


Veronica's Insurance
290 W. Orange Show Rd Suite 100
San Bernardino, CA 92408


Victoria
3100 East Imperial Highway
Lynwood, CA 90262


Victorian Scales
1102 Avation Blvd, Ste B
Hermosa Beach, CA 90254

Virginia Jovel
13257 Deming Street
Downey, CA 90242


Vivian's Bakery
3100 East Imperial Highway
Lynwood, CA 90262


Waste Resources, Inc.
23 Corporate Plaza Drive, Suite 247
Newport Beach, CA 92660


Wateria
3100 E. Imperial Hwy B2/1209
Lynwood, CA 90262


Wedding Chapel
3150 E. Imperial Hwy B8106
Lynwood, CA 90262


Wells Fargo Bank, N.A., as Trustee
Morgan Stanley Cap I Trust 2016-UBS
9062 Old Annapolis Road
Columbia, MD 21045


Wesco Specialist, Inc.
1031 Lime Tree Place
Fullerton, CA 92833


Woo's Pool Services
3600 Wilshire Blvd, Suite 708
Los Angeles, CA 90010

X-Phone
4960 Adriano Drive
Cypress, CA 90630


Yes Printing and Banner Inc.
4422  Beverly Blvd.
Los Angeles, CA 90004


Yesco Signs LLC
10235 Bellegrave Avenue
Jurupa Valley, CA 91752


Yesenia Robles
c/o Downtown LA Law Group
601 N. Vermont Avenue
Los Angeles, CA 90004


Yogurt de Armo
3100 E. Imperial Hwy, Unit #B31003
Lynwood, CA 90262


Yogurtland
11215 Long Beach Blvd. #1007
Lynwood, CA 90262


Yogurtland
1427 S. Hayworth Ave
Los Angeles, CA 90035


Yoshiharu Ramen Express
15476 Canon Lane
Chino Hills, CA 91709

Young Electric Sign Company
6725 W Chicago Street
Chandler, AZ 85226