RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email:  rb@lnbyb.com; myk@lnbyb.com; jyo@lnbyb.com

Attorneys for Chapter 11 Debtors and
Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><hr>In re:<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession.<br><hr>☒ Affects both Debtors<br><br>☐ Affects Plamex Investment, LLC only<br><br>☐ Affects 3100 E. Imperial Investment, LLC only | Lead Case No.: 8:21-bk-10958-ES<br><br>Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES)<br><br>Chapter 11 Cases<br><br>**NOTICE OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO JOINTLY EMPLOY NAI CAPITAL COMMERCIAL, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328**<br><br>[No Hearing Required – Local Bankruptcy Rule 2014-1(b)] |

1

**PLEASE TAKE NOTICE** that Plamex Investment, LLC, a Delaware limited liability company ("Plamex"), and 3100 E. Imperial Investment, LLC, a Delaware limited liability company ("3100," and together with Plamex, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly administered chapter 11 bankruptcy cases, have filed an application (the "Application") for Court approval of their joint employment of NAI Capital Commercial, Inc. ("NAI Capital") as their real estate broker, upon the terms and conditions described below and in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have made the decision that the best interests of their estates are served by their employment of a highly qualified real estate broker to assist the Debtors either to sell the real property owned by Plamex commonly known as Plaza Mexico ("Plaza Mexico" or the "Property"), a 403,242 square-foot community shopping center offering specialty retail and dining located in Lynwood, California just north of the 105 freeway (approximately 20 minutes from LAX) for the most money possible or to find an investment partner to team up with the Debtors either in connection with a sale process or a reorganization process. After interviewing and consulting with a number of qualified real estate brokers, the Debtors have decided that NAI Capital is the ideal broker for them. NAI Capital has approximately 223 brokers working in 13 offices throughout Southern California, and NAI Capital has an extremely strong presence in Southern California yet is part of a worldwide network that provides NAI Capital with access to prospective buyers and investors worldwide. The Debtors seek to employ NAI Capital as their real estate broker in accordance with the listing agreement (the "Listing Agreement") attached as Exhibit 1 to the Declaration of Chris Jackson annexed to the Application (the "Jackson Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Debtors seek to employ NAI Capital as their real estate broker to render, among others, the following types of professional services:

    a.    Identifying potential buyers and investors using NAI Capital's worldwide network;

2

   b. Assisting the Debtors to expeditiously formulate and implement a strategy for soliciting interest from potential buyers and investors, including by developing and implementing procedures and a timetable for marketing the Property for sale or investment;

   c. Introducing the Debtors to potential buyers and investors and coordinating due diligence investigations;

   d. Assisting the Debtors to evaluate proposals from interested parties, formulating negotiation strategies, and assisting in negotiations and closing of a sale or investment; and

   e. Participating in hearings before the Bankruptcy Court with respect to the matters upon which NAI Capital has provided services or advice, including, as relevant, providing testimony.

  **PLEASE TAKE FURTHER NOTICE** that the Listing Agreement is for a term of approximately six months, ending on November 30, 2021, and is an exclusive Listing Agreement where NAI Capital will serve as the Debtors' sole and exclusive agent, if approved by the Court.

  **PLEASE TAKE FURTHER NOTICE** that NAI Capital has not received any retainer for this engagement and has not been paid any money by the Debtors at any time.

  **PLEASE TAKE FURTHER NOTICE** that, in the event of a transaction closing, NAI Capital shall be entitled to receive a commission in accordance with the Schedule of Commissions contained in Exhibit A to the Listing Agreement. NAI Capital shall be entitled to a commission of 1% of the sale price unless the consummated transaction is with any of the "Excluded Persons" agreed to by the parties (as set forth in Exhibit C to the Listing Agreement), in which case NAI Capital shall be entitled to a commission of 0.25% of the sale price. For confidentiality reasons, Exhibit C is not included in the attachment to the Jackson Declaration.

  **PLEASE TAKE FURTHER NOTICE** that, solely in order to save the expense of preparing a fee application, the Debtors are requesting that their employment of NAI Capital be pursuant to 11 U.S.C. § 328 and provide for NAI Capital to be paid its commission in connection

with the closing of any transaction without the need for a fee application or further Court order.

**PLEASE TAKE FURTHER NOTICE** that, to the best of the Debtors' knowledge and based upon the Jackson Declaration, NAI Capital does not hold or represent any interest materially adverse to the Debtors or the Debtors' estates, and NAI Capital is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code. It is the Debtors' understanding that NAI Capital is also being retained by The Source Hotel, LLC ("Source Hotel"), which is an affiliate of the Debtors and is a debtor in its own chapter 11 bankruptcy case pending before this Court (bearing case number 8:21-bk-10525-ES). However, NAI Capital's proposed employment as the real estate broker for Source Hotel is subject to a separate listing agreement that is part of an entirely separate employment application filed in the Source Hotel's chapter 11 bankruptcy case that relates to an entirely different property and is not tied to or linked in any way to the Debtors' proposed employment of NAI Capital in the Debtors' chapter 11 cases. Also for disclosure purposes only, NAI Capital has also been retained by The Source at Beach, LLC and The Source Office, LLC (affiliated entities which are not in bankruptcy) with respect to the balance of the Source property complex. To the best of the Debtors' knowledge, other than as set forth in the Application and in the Jackson Declaration, NAI Capital has no prior connection with the Debtors, any creditors of the Debtors or their estates, or any other party in interest in the Debtors' cases, or their respective attorneys or accountants, the United States Trustee or any person employed by the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), any objection to and request for a hearing on the Application, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Debtors, counsel for the Debtors and the Office of the United States Trustee within fourteen (14) days after the date of service of this Notice plus three (3) additional days if served by mail, electronically, or pursuant to Rule 5(b)(2)(D), (E), or (F) of the Federal Rules of Civil Procedure and Rule 9006 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(4), if no objection and request for a hearing on the Application is timely filed and served, LNBYB will promptly lodge a proposed order approving the Application.

Dated: June 11, 2021

LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.

By: */s/ Ron Bender*
Ron Bender
Juliet Y. Oh
Proposed Counsel for Chapter 11 Debtors
and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO JOINTLY EMPLOY NAI CAPITAL COMMERCIAL, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 11, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Monica Y Kim    myk@lnbrb.com, myk@ecf.inforuptcy.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Robert E Opera    ropera@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **June 11, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Plamex Investment, LLC
6988 Beach Blvd
Suite B-215
Buena Park, CA 90621

Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☒ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 11, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 11, 2021 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Plamex and 3100<br>Secured, UST, Top 20, RSN | | Office of the U.S. Trustee<br>Region 16<br>411 W 4th St #7160<br>Santa Ana, CA 92701 |
| The Lynwood Redevelopment Agency<br>11330 Bullis Road<br>Lynwood, CA 90262 | Wells Fargo Bank, N.A., as Trustee<br>Morgan Stanley Cap I Trust 2016-UBS<br>9062 Old Annapolis Road<br>Columbia, MD 21045 | Perkins Coie LLP<br>2901 N. Central Ave., Suite 2000<br>Attn: Liana W. Spendlove<br>Phoenix, AZ 85012 |
| CWCapital Asset Management<br>900 19th Street NW, 8th Floor<br>Attn: Ariel Levin/Jake Hamel<br>Washington, DC 20006 | Natixis, New York Branch<br>1251 Avenue of the Americas<br>New York, NY 10020 | Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Attn: Mark Birnbaum<br>Los Angeles, CA 90067 |
| Quarry Head 2017-1 Grantor Trust<br>c/o Waterfall Asset Management, LLC<br>1251 Ave. of the Americas, 50th Fl.<br>New York, NY 10020 | c/o CWCapital Investments LLC<br>7501 Wisconsin Ave., Suite 500 West<br>Attn: Chris McCormack<br>Bethesda, MD 20814 | c/o Keybank Real Estate Capital<br>11501 Outlook Street, Suite 300<br>Attn: Stephen J. Friedman<br>Overland Park, KS 66211 |
| c/o Keybank Real Estate Capital<br>11501 Outlook Street, Suite 300<br>Attn: Timothy R. Gruenenfelder<br>Overland Park, KS 66211 | Greenberg Traurig, PA<br>Attn: Laura Gangemi Vignola, Esq.<br>333 S.E. 2nd Avenue<br>Miami, FL 33131 | Quarry Head 2017-1 Grantor Trust<br>c/o Waterfall Asset Management, LLC<br>1140 Ave. of the Americas, 7th Fl.<br>New York, NY 10036 |
| WF 1105, LLC<br>c/o Waterfall Asset Management, LLC<br>Attention: General Counsel<br>1140 Ave of the Americas, 7th Fl<br>New York, New York 10036 | Better & Best Building Service Inc.<br>1833 Avenida San Lorenzo<br>Fullerton, CA 92833 | Bioncos La Huerta<br>8557 Orange Street<br>Downey, CA 90242 |
| Autofin USA<br>3180 E. Imperial Hwy. #G<br>Lynwood, CA 90262 | Family Acupuncture & Herb Clinic<br>3150 E. Imperial Hwy B8-206<br>Lynwood, CA 90262 | Fashion Qrew<br>1324 E. Washington Blvd<br>Los Angeles, CA 90021 |
| Bubbles Apparel<br>2839 Sycamore Avenue<br>La Crescenta, CA 91214 | Grupo Concordia LA<br>5919 San Miguel Road<br>Bonita, CA 91902 | Grupo Pakar LLC<br>9595 Six Pines Drive Suite 8210<br>The Woodlands, TX 77382 |
| GTO Security<br>2202 S Figueroa Street, Suite 134<br>Los Angeles, CA 90017 | Hip Hop Zone<br>3100 E. Imperial Hwy #1009<br>Lynwood, CA 90262 | JPL Event Enterprise LLC<br>1238 South Beach Blvd<br>Anaheim, CA 92804 |
| Happy Land<br>6732 Los Verdes Dr. #3<br>Rancho Palos Verdes, CA 90275 | Pho VNK<br>3180 E. Imperial Hwy, Suite C<br>Lynwood, CA 90262 | Planet Fitness<br>125 E. Elm Street, Suite 300<br>Conshohocken, PA 19428 |

| | | |
|---|---|---|
| Jose Alan Sandoval-Iniquez<br>15137 San Jose Ave<br>Paramount, CA 90723 | The Kickin' Crab<br>3170 Imperial Hwy B4B102<br>Lynwood, CA 90262 | Star Buffet Lynwood<br>11383 Long Beach Blvd<br>Lynwood, CA 90262 |
| Real De Oaxaca<br>11215 Long Beach Blvd #1010<br>Lynwood, CA 90262 | *Request for Special Notice*<br>Stephen T. Owens & Tania Ochoa<br>Alvarez-Glasman & Colvin<br>13181 Crossroads Parkway North<br>Suite 400, West Tower<br>City of Industry, CA 91746 | |

| | | |
|---|---|---|
| Plamex and 3100<br>Secured and UST | Office of the U.S. Trustee<br>Region 16<br>411 W 4th St #7160<br>Santa Ana, CA 92701 | |
| The Lynwood Redevelopment Agency<br>11330 Bullis Road<br>Lynwood, CA 90262 | Wells Fargo Bank, N.A., as Trustee<br>Morgan Stanley Cap I Trust 2016-UBS<br>9062 Old Annapolis Road<br>Columbia, MD 21045 | |
| CWCapital Asset Management<br>900 19th Street NW, 8th Floor<br>Attn: Ariel Levin/Jake Hamel<br>Washington, DC 20006 | Natixis, New York Branch<br>1251 Avenue of the Americas<br>New York, NY 10020 | Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Attn: Mark Birnbaum<br>Los Angeles, CA 90067 |
| Perkins Coie LLP<br>2901 N. Central Ave., Suite 2000<br>Attn: Liana W. Spendlove<br>Phoenix, AZ 85012 | | |
| Quarry Head 2017-1 Grantor Trust<br>c/o Waterfall Asset Management, LLC<br>1251 Ave. of the Americas, 50th Fl.<br>New York, NY 10020 | c/o CWCapital Investments LLC<br>7501 Wisconsin Ave., Suite 500 West<br>Attn: Chris McCormack<br>Bethesda, MD 20814 | c/o Keybank Real Estate Capital<br>11501 Outlook Street, Suite 300<br>Attn: Stephen J. Friedman<br>Overland Park, KS 66211 |
| c/o Keybank Real Estate Capital<br>11501 Outlook Street, Suite 300<br>Attn: Timothy R. Gruenenfelder<br>Overland Park, KS 66211 | Natixis, New York Branch<br>1251 Avenue of the Americas<br>New York, NY 10020 | Quarry Head 2017-1 Grantor Trust<br>c/o Waterfall Asset Management, LLC<br>1140 Ave. of the Americas, 7th Fl.<br>New York, NY 10036 |

<u>Request for Special Notice</u>
David M. Neff, III
Amir Gamliel, Cal. Bar No. 268121
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067