UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| PLAMEX INVESTMENT, LLC | Case Number: | 8:21-bk-10958-ES |
| | Operating Report Number: | 1 |
| Debtor. | For the Month Ending: | 4/14/2021-4/30/2021 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (OPERATING ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS          0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL
ACCOUNT REPORTS          0.00

3.  BEGINNING BALANCE:          0.00

4.  RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---|
| Accounts Receivable - Post-filing | | |
| Accounts Receivable - Pre-filing | | |
| General Sales | | |
| Other (Specify) | Closed Pre-Petition Accts | 167,451.84 |
| **Other (Specify) | City of Lynwood grants to (5)tenants | 50,000.00 |
| | I-105 Signage income | 9,160.00 |
| TOTAL RECEIPTS THIS PERIOD: | | 226,611.84 |

5.  BALANCE:          226,611.84

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 82,256.05 |

TOTAL DISBURSEMENTS THIS PERIOD:***          82,256.05

7.  ENDING BALANCE:          144,355.79

8.  Operating Account Number(s):          -0181
Depository Name & Location:          Axos Bank
(Operating Account opened on 4/15/2021)

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM OPERATING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 4/26/2021 | 1 | AT&T | Utility Deposits | | 109.06 | 109.06 |
| 4/26/2021 | 2 | AT&T | Utility Deposits | | 299.85 | 299.85 |
| 4/26/2021 | 3 | AT&T | Utility Deposits | | 109.06 | 109.06 |
| 4/26/2021 | 4 | AT&T | Utility Deposits | | 107.20 | 107.20 |
| 4/26/2021 | 5 | AT&T | Utility Deposits | | 113.84 | 113.84 |
| 4/26/2021 | 6 | AT&T | Utility Deposits | | 181.05 | 181.05 |
| 4/26/2021 | 7 | AT&T | Utility Deposits | | 377.08 | 377.08 |
| 4/26/2021 | 8 | AT&T | Utility Deposits | | 42.80 | 42.80 |
| 4/26/2021 | 9 | AT&T | Utility Deposits | | 104.34 | 104.34 |
| 4/26/2021 | 10 | AT&T | Utility Deposits | | 179.49 | 179.49 |
| 4/26/2021 | 11 | City of Lynwood | Utility Deposits | | 308.93 | 308.93 |
| 4/26/2021 | 12 | City of Lynwood | Utility Deposits | | 6,806.74 | 6,806.74 |
| 4/26/2021 | 13 | City of Lynwood | Utility Deposits | | 466.96 | 466.96 |
| 4/26/2021 | 14 | City of Lynwood | Utility Deposits | | 296.74 | 296.74 |
| 4/26/2021 | 15 | City of Lynwood | Utility Deposits | | 542.98 | 542.98 |
| 4/26/2021 | 16 | City of Lynwood | Utility Deposits | | 1,999.75 | 1,999.75 |
| 4/26/2021 | 17 | City of Lynwood | Utility Deposits | | 1,635.90 | 1,635.90 |
| 4/26/2021 | 18 | City of Lynwood | Utility Deposits | | 2,239.02 | 2,239.02 |
| 4/26/2021 | 19 | City of Lynwood | Utility Deposits | | 3,256.47 | 3,256.47 |
| 4/26/2021 | 20 | City of Lynwood | Utility Deposits | | 823.78 | 823.78 |
| 4/26/2021 | 21 | City of Lynwood | Utility Deposits | | 4,424.48 | 4,424.48 |
| 4/26/2021 | 22 | City of Lynwood | Utility Deposits | | 642.62 | 642.62 |
| 4/26/2021 | 23 | DirecTV | Utility Deposits | | 179.99 | 179.99 |
| 4/26/2021 | 24 | The Gas Company | Utility Deposits | | 600.00 | 600.00 |
| 4/26/2021 | 25 | So Cal Edison Co | Utility Deposits | | 710.99 | 710.99 |
| 4/26/2021 | 26 | So Cal Edison Co | Utility Deposits | | 1,558.75 | 1,558.75 |
| 4/26/2021 | 27 | So Cal Edison Co | Utility Deposits | | 21,230.24 | 21,230.24 |
| 4/26/2021 | 28 | So Cal Edison Co | Utility Deposits | | 5,454.43 | 5,454.43 |
| 4/26/2021 | 30 | So Cal Edison Co | Utility Deposits | | 3,462.70 | 3,462.70 |
| 4/26/2021 | 31 | So Cal Edison Co | Utility Deposits | | 5,635.09 | 5,635.09 |
| 4/26/2021 | 32 | Verizon Wireless | Utility Deposits | | 60.08 | 60.08 |
| 4/26/2021 | 33 | Waste Resources, Inc | Utility Deposits | | 478.40 | 478.40 |
| 4/26/2021 | 324 | Waste Resources, Inc | Utility Deposits | | 478.40 | 478.40 |
| 4/26/2021 | 35 | Waste Resources, Inc | Utility Deposits | | 1,973.48 | 1,973.48 |
| 4/26/2021 | 36 | Waste Resources, Inc | Utility Deposits | | 2,944.64 | 2,944.64 |
| 4/26/2021 | 37 | Waste Resources, Inc | Utility Deposits | | 10,000.00 | 10,000.00 |
| 4/26/2021 | 38 | Waste Resources, Inc | Utility Deposits | | 2,420.72 | 2,420.72 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 82,256.05 | $82,256.05 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

OPERATING ACCOUNT
BANK RECONCILIATION

Bank statement Date: __4/1/2021-4/30/2021__    Balance on Statement:    $    226,611.84

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| __Refer to the attached list__ | _____ | 82,256.05 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 82,256.05 |

Bank statement Adjustments:                                 _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                       | $144,355.79 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br><br>PLAMEX INVESTMENT, LLC<br><br>Debtor. | CHAPTER 11 (BUSINESS)<br><br>Case Number:     8:21-bk-10958-ES<br>Operating Report Number:   1<br>For the Month Ending:   Apr-21 |

### I. CASH RECEIPTS AND DISBURSEMENTS
### A. (RENT COLLECTIONS ACCOUNT*)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    0.00

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    0.00

3. BEGINNING BALANCE:    0.00

4. RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing
General Sales
Other (Specify)   Rent collections    329,758.79
**Other (Specify)

TOTAL RECEIPTS THIS PERIOD:    329,758.79

5. BALANCE:    329,758.79

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)    0.00
Disbursements (from page 2)    0.00

TOTAL DISBURSEMENTS THIS PERIOD:***    0.00

7. ENDING BALANCE:    329,758.79

8. Rent Collections Account Number(s):   -0173
Depository Name & Location:   Axos Bank
(Operating Account opened on 4/15/2021)

* All receipts must be deposited into the general account.
** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold, to whom, terms, and date of Court Order or Report of Sale.
***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM RENT COLLECTIONS ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

RENT COLLECTIONS ACCOUNT
BANK RECONCILIATION

Bank statement Date: <u>4/1/2021-4/30/2021</u>    Balance on Statement:    $    329,758.79

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____

Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $329,758.79 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (TAX ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS                          0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX                              0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                        0.00

4.  RECEIPTS DURING CURRENT PERIOD:                                           0.00
    (Transferred from Rent Collection Account)

5.  BALANCE:                                                                  0.00

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***                                       0.00

7.  ENDING BALANCE:                                                           0.00

8.  TAX Account Number(s):              -0199
    Depository Name & Location:         Axos Bank
                                        (Tax DIP Account opened on 4/15/2021)

## TOTAL DISBURSEMENTS FROM TAX ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: __4/1/2021-4/30/2021__    Balance on Statement:    $ _____ -

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                       | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                      | 0.00 |

Bank statement Adjustments:                          _____
Explanation of Adjustments-
:..................................................................................:

ADJUSTED BANK BALANCE:                              | $          - |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (CORP CHECKING ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR CORP CHECKING ACCOUNT REPOR _____ 0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR CORP CHECKING _____ 0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE: _____ 0.00

4.  RECEIPTS DURING CURRENT PERIOD: _____ 1,788.79
    (Closed pre-petition bank acount with Open Bank)

5.  BALANCE: | 1,788.79 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:*** | 0.00 |

7.  ENDING BALANCE: | 1,788.79 |

8.  CORP CHECKING Account Number(s):        -0207
    Depository Name & Location:             Axos Bank
                                            (Corp Checking DIP Account opened on 4/15/2021)

TOTAL DISBURSEMENTS FROM CORP CHECKING ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

CORP CHECKING ACCOUNT
BANK RECONCILIATION

Bank statement Date: ___4/1/2021-4/30/2021___    Balance on Statement:    $ _____1,788.79_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          | 0.00 |

Bank statement Adjustments:                                        _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                             $ | 1,788.79 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

| | |
|---|---|
| Operating Account: | 144,355.79 |
| Rent Collections Account: | 329,758.79 |
| Tax Account: | 0.00 |
| Corp Checking Account | 1,788.79 |
| *Other Accounts: Wells Fargo Lockbox Acct controlled by lender | 65,137.92 |
| | |
| | |
| *Other Monies: | |
| | |
| **Petty Cash (from below): | 500.00 |

TOTAL CASH AVAILABLE:                                    541,541.29

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                          0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

# axos
### BANK

PO BOX 911039
San Diego, CA 92191-1039

**(888) 374-8267**
axosfiduciaryservices.com

```
                                          Date   4/30/21          Page      1
                                          Primary Account                 0181
```

**8311292**

Plamex Investment, LLC
Debtor in Possession,
 Case # 8:21-bk-10958-ES, Operating
6988 Beach Blvd, Suite B-215
BUENA PARK CA 90621

Account Title:          Plamex Investment, LLC
                        Debtor in Possession,
                         Case # 8:21-bk-10958-ES, Operating

| **Basic Business Checking** | | **Number of Enclosures** | **0** |
|---|---|---|---|
| Account Number | 0181 | Statement Dates   4/15/21 thru  5/02/21 | |
| Previous Balance | .00 | Days in the statement period | 18 |
| 3 Deposits/Credits | 226,611.84 | Avg Daily Ledger | 153,759.66 |
| Checks/Debits | .00 | Avg Daily Collected | 134,623.44 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 226,611.84 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/20 | DDA Regular Deposit | 167,451.84 |
| 4/23 | DDA Regular Deposit | 59,000.00 |
| 4/28 | SENDER     NEWBRIDGE WIRELE | 160.00 |
| | CTX 113000027696701 | |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 4/15 | .00 | 4/23 | 226,451.84 |
| 4/20 | 167,451.84 | 4/28 | 226,611.84 |

---

**MEMBER FDIC**        NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION        1

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER
FDIC    EQUAL HOUSING
LENDER

axos
B A N K

```
Date  4/30/21        Page      2
Primary Account       890000050181
```

**Basic Business Checking**          890000050181   (Continued)

## *** END OF STATEMENT ***

# axos
## BANK

PO BOX 911039
San Diego, CA 92191-1039

**(888) 374-8267**
**axosfiduciaryservices.com**

```
Date   4/30/21          Page      1
Primary Account              0173
```

**8311291**

Plamex Investment, LLC
Debtor in Possession,
Case # 8:21-bk-10958-ES
Rent Collections
6988 Beach Blvd, Suite B-215
BUENA PARK CA 90621

Account Title:          Plamex Investment, LLC
                        Debtor in Possession,
                        Case # 8:21-bk-10958-ES

| **Basic Business Checking** | | **Number of Enclosures** | **0** |
|---|---|---|---|
| Account Number | 0173 | Statement Dates   4/15/21 thru  5/02/21 | |
| Previous Balance | .00 | Days in the statement period | 18 |
| 15 Deposits/Credits | 329,758.79 | Avg Daily Ledger | 114,975.28 |
| Checks/Debits | .00 | Avg Daily Collected | 92,642.56 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 329,758.79 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/20 | Deposit | 3,000.00 |
| 4/20 | DDA Regular Deposit | 27,137.28 |
| 4/23 | DDA Regular Deposit | 29,831.60 |
| 4/23 | DDA Regular Deposit | 45,116.99 |
| 4/26 | TRADE PAY  CHARTER COMM OP, | .01 |
| | CTX 042000019104692 | |
| | ST*820*0001\ | |
| | BPR*C*0.01*C*ACH*CTX*01*081517 | |
| | 693*DA*152321045584*1012345678 | |
| 4/26 | Deposit Correction | 1.25 |
| 4/27 | PAYABLES   PALO VERDE INC. | 15,325.22 |
| | PPD 091000014211632 | |
| | PLAMEX INVESTMENT LLC | |

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER



Date   4/30/21          Page      2
Primary Account                  0173

**Basic Business Checking**                    0173   (Continued)

## Deposits and Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 4/28 | 25631      OPORTUN, INC.<br>CCD 111000029622828<br>PLAMEX INVESTMENT, LLC<br>REF*TN**25631\<br>TRN*1*194613**194613\ | 3,402.30 |
| 4/28 | TRADE PAY  CHARTER COMM OP,<br>CTX 042000012414606<br>ST*820*0377\<br>BPR*C*17563.68*C*ACH*CTX*01*08<br>1517693*DA*152321045584*101234 | 17,563.68 |
| 4/29 | RENT  49    VERONICA'S AUTO<br>PPD 091000012631384<br>PLAMEX INVESTMENT, LLC | 2,530.69 |
| 4/29 | PAYMENTS    The Childrens Pl<br>CTX 021000020786119<br>ST*820*000013189\<br>BPR*C*16820.24*C*ACH*CTX*01*02<br>1000021*DA*865357727*900035772 | 16,820.24 |
| 4/29 | DDA Regular Deposit | 66,390.58 |
| 4/29 | DDA Regular Deposit | 80,611.57 |
| 4/30 | AP PMT     Dolex AP<br>PPD 242071755337281<br>PLAMEX INVESTMENT LLC | 5,193.69 |
| 4/30 | EFT PYMT    RITE AID HDQTRS.<br>CCD 091000013390421<br>PLAMEX INVESTMEN | 16,833.69 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/15 | .00 | 4/26 | 105,087.13 | 4/29 | 307,731.41 |
| 4/20 | 30,137.28 | 4/27 | 120,412.35 | 4/30 | 329,758.79 |
| 4/23 | 105,085.87 | 4/28 | 141,378.33 | | |

## *** END OF STATEMENT ***

# axos
## BANK

PO BOX 911039
San Diego, CA 92191-1039

**(888) 374-8267**
axosfiduciaryservices.com

Date   4/30/21          Page      1
Primary Account                 0199

**8311293**

Plamex Investment, LLC
Debtor in Possession,
Case # 8:21-bk-10958-ES, Tax
6988 Beach Blvd, Suite B-215
BUENA PARK CA 90621

Account Title:          Plamex Investment, LLC
                        Debtor in Possession,
                        Case # 8:21-bk-10958-ES, Tax

| **Basic Business Checking** | | **Number of Enclosures** | **0** |
|---|---|---|---|
| Account Number | 0199 | Statement Dates   4/15/21 thru  5/02/21 | |
| Previous Balance | .00 | Days in the statement period | 18 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 4/15 | .00 |

## *** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER
FDIC

EQUAL HOUSING
LENDER

# axos
### BANK

PO BOX 911039
San Diego, CA 92191-1039

**(888) 374-8267**
**axosfiduciaryservices.com**

---

Date   4/30/21          Page    1
Primary Account              0207

**8311294**

Plamex Investment, LLC
Debtor in Possession,
Case # 8:21-bk-10958-ES, Checking
6988 Beach Blvd, Suite B-215
BUENA PARK CA 90621

Account Title:          Plamex Investment, LLC
                        Debtor in Possession,
                        Case # 8:21-bk-10958-ES, Checking

| **Basic Business Checking** | | **Number of Enclosures** | **0** |
|---|---|---|---|
| Account Number | 0207 | Statement Dates   4/15/21 thru   5/02/21 | |
| Previous Balance | .00 | Days in the statement period | 18 |
| 1 Deposits/Credits | 1,788.79 | Avg Daily Ledger | 1,291.90 |
| Checks/Debits | .00 | Avg Daily Collected | 1,192.52 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,788.79 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/20 | DDA Regular Deposit | 1,788.79 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 4/15 | .00 | 4/20 | 1,788.79 |

## *** END OF STATEMENT ***

---

**MEMBER FDIC**          NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION          1

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER
FDIC    EQUAL HOUSING LENDER

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable (gross) | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 82,256.05 | 623,170.27 | 212,284.99 |
| 31 - 60 days |  | 638,970.53 | 600,731.46 |
| 61 - 90 days |  | 529,484.83 | 538,633.69 |
| 91 - 120 days |  | 470,808.01 | 461,076.26 |
| Over 120 days |  | 7,485,029.36 | 7,640,213.48 |
| TOTAL: | 82,256.05 | 9,747,463.00 | 9,452,939.88 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| CGL/Property | Travelers-6300S408335 | $1,000,000 each occurrence/aggregate = $2,000,000 | 2/15/2022 | 2/15/2022 |
| Excess | Travelers-EX8R668903 | $25,000,000 each occurrence and aggregate= $25,000,000 | 2/15/2022 | 2/15/2022 |
| Earthquake | Lloyd's-GLAG1003196 | Bldg=$54,010,000; Business Income= $28,000,000 | 10/5/2020 | 10/5/2021 |
| Crime (incl burglary) | Travelers-105899756 | $       100,000.00 | 2/15/2022 | 2/15/2022 |
| Others:    Property |  |  |  |  |
| Crime |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |

| | | | | |
|---|---|---|---|---|
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | 0.00 | | 0.00 | 0.00 |

\* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

**Plamex Investment, LLC**
Balance Sheet
April 30, 2021
(Unaudited)

**ASSETS**

REAL ESTATE

| | | |
|---|---|---:|
| Land | $ | 5,154,974 |
| Building and Improvements | | 38,966,403 |
| Equipment and furniture | | 923,891 |
| Construction in Progress | | 34,000 |
| | | 45,079,268 |
| Accumulated Depreciation | | (18,999,350) |
| Total real estate, net | | 26,079,918 |

OTHER ASSETS:

| | |
|---|---:|
| Rent receivable, net | 3,369,977 |
| Receivable from straightlining of rents | 250,167 |
| Cash in reserve accounts | 5,019,742 |
| Cash & cash equivalents | 541,541 |
| Due from affiliates, net | 80,205,674 |
| Prepaid expenses and other assets | 1,178,155 |
| Deferred leasing costs, net | 144,023 |
| Total other assets | 90,709,278 |

| | | |
|---|---|---:|
| TOTAL ASSETS | $ | 116,789,197 |

**LIABILITIES AND RETAINED EARNINGS**

LIABILITIES:

| | | |
|---|---|---:|
| Mortgage payable, net of deferred financing costs | $ | 105,948,356 |
| Tenant security deposits | | 1,163,792 |
| Other liabilities | | 1,684,994 |
| | | |
| Total liabilities | | 108,797,142 |
| | | |
| Retained Earnings | | 7,992,054 |
| | | |
| TOTAL LIABILITIES AND RETAINED EARNINGS | $ | 116,789,197 |

**Plamex Investment, LLC**
Statement of Operations
For the four months ended April 30, 2021
(Unaudited)

| | | |
|---|---|---:|
| Revenue: | | |
| Rental income | $ | 3,044,276 |
| Operating cost reimbursements | | 1,111,709 |
| Other income | | 132,109 |
| Total rental income | | 4,288,094 |
| | | |
| Operating Expenses: | | |
| Property operating expenses | | 1,147,502 |
| Real estate taxes | | 269,552 |
| General and administrative expenses | | 94,855 |
| Total operating expenses | | 1,511,909 |
| | | |
| Net operating income | | 2,776,185 |
| | | |
| Depreciation, amortization, other income (expense): | | |
| Depreciation and amortization | | (480,876) |
| Interest expense, net | | (1,624,665) |
| Other income,net | | (1,427) |
| Total | | (2,106,968) |
| | | |
| Net Income | $ | 669,217 |

Plamex Investment, LLC
Statement of Cash Flows
For the four months ended April 30, 2021
(Unaudited)

Cash Flows from Operating Activities:

| | | |
|---|---|---|
| Net income | $ | 669,217 |

Adjustments to reconcile net income (loss)
to net cash used in operating activities:

| | |
|---|---|
| Depreciation expense of property and equipment | 364,400 |
| Amortization of deferred loan fees | 103,288 |
| Amortization of deferred leasing commission | 13,184 |

(Increase) Decrease in:

| | |
|---|---|
| Rent receivable | 425,414 |
| Restricted cash | (1,004,776) |
| Prepaid expenses and other assets | (567,430) |
| Capitalized leasing commission | (2,834) |
| Capitalized loan costs | |

Increase (Decrease) in:

| | |
|---|---|
| Accounts payable and other liabilities | (445,819) |
| Tenant deposits | 10,215 |

| | |
|---|---|
| Total adjustments | (1,104,360) |
| Net cash provided by (used in)  operating activities | (435,143) |

Cash Flows from Investing Activities:

| | |
|---|---|
| Capital expenditures | - |
| (Increase) Decrease in due from affiliates, net | 277,020 |
| Net cash provided by (used in) investing activities | 277,020 |

| | |
|---|---|
| Net decrease in cash and cash equivalents | (158,123) |

| | |
|---|---|
| Cash and cash equivalent at January 1, 2021 | 699,664 |

| | | |
|---|---|---|
| Cash and cash equivalent at April 30, 2021 | $ | 541,541 |

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

_____

3. State what progress was made during the reporting period toward filing a plan of reorganization See #4 below.

_____

4. Describe potential future developments which may have a significant impact on the case:
The principals of the Debtor and its parent company, 3100 E. Imperial Investment, LLC, which is in its own chapter 11 bankruptcy case pending before this Court, have been and continue to be in active discussions with many very interested replacement lenders, investors, partners and buyers, and intend to move expeditiously towards proposing plans of reorganization and/or sale of assets pursuant to Section 363 of the Bankruptcy Code which are in the best interests of all constituents of their cases. The principals of the Debtor and 3100 E. Imperial Investment, LLC are diligently raising capital and have employed NAI Capital Commercial, Inc., a commercial real estate brokerage firm, to explore the marketplace for potential sale and other financial and joint venture opportunities.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

_____


I,  Luis Valenzuela, Executive Vice President for Manager of Debtor, M+D Properties
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.


2021/06/15
_____    _____    _____
Date    Page 16 of 16    Principal for debtor-in-possession