| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: rb@lnbyb.com; myk@lnbyb.com; jyo@lnbyb.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>3100 E. IMPERIAL INVESTMENT, LLC, | CASE NO.: 8:21-bk-10957-ES<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** |
| | ☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

1. <u>Bar Date</u>. The court has set a deadline of (*date*) __August 20__, 20__21__ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012          ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367    ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. <u>Form</u>. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. <u>Exceptions to the Bar Date</u>. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) <u>Executory contracts/unexpired leases</u>. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 1                                   **F 3003-1.NOTICE.BARDATE**

(b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) 04/14/2021  , and therefore calculates that this deadline is (*date*) 10/11/2021  ). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: 06/21/2021

By: /s/ Juliet Y. Oh
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Juliet Y. Oh
Printed name of Debtor, chapter 11 trustee, or their attorney

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 2                                F 3003-1.NOTICE.BARDATE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 21, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ron Bender    rb@lnbyb.com
- Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Monica Y Kim    myk@lnbyb.com, myk@ecf.inforuptcy.com
- Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Juliet Y Oh    jyo@lnbyb.com, jyo@lnbrb.com
- Robert E Opera    ropera@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com
- Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>: On **June 21, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service List continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 21, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 21, 2021 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Alamex Investment, LLC              Wells Fargo Bank, National Association, as T
0973-8                                   6988 Beach Blvd                     Perkins Coie LLP
Case 8:21-bk-10958-ES                    Suite B-215                         Amir Gamliel
Central District of California           Buena Park, CA 90621-6822           1888 Century Park East, Suite 1700
Santa Ana                                                                    Los Angeles, CA 90067-1721
Mon Jun 21 09:56:27 PDT 2021

Santa Ana Division                       333 Fashion                         99 Cent Store & Up
411 West Fourth Street, Suite 2030,      24641 Maple Ln                      1251 S. Montebello Blvd
Santa Ana, CA 92701-4500                 Harbor City, CA 90710-4552          Montebello, CA 90640-6447


A & S Fashion                            A Fashion Plus                      Abigai Pacheco, Irina Rossi, et al.
3100 E. Imperial Hwy                     20415 Berendo Ave                   3100 E. Imperial Hwy, Unit J11
Lynwood, CA 90262-3202                   Torrance, CA 90502-1504             Lynwood, CA 90262-3202


Airbrush Nation                          Aldo's Key Shop                     Alicia Vera Murillo
1004 N Pointsettia Ave APT D             3100 E Imperial Hwy #1323           3100 E Imperial Hwy VCT17
Compton, CA 90221-2164                   Lynwood, CA 90262-3202              Lynwood, CA 90262-3202


All City Footwear                        Angel's Bridal                      Angelica Fernandez Alvarez
4035 Santa Anita LN                      3100 E Imperial Hwy                 13800 Parkcenter Ln
Yorba Linda, CA 92886                    Lynwood, CA 90262-3202              Tustin, CA 92782-8502


Antonio de la Cruz, an individual        Arlene's Fashions                   Art Craft & Religious
11175 Lynden Street                      3100 E. Imperial Hwy B31005         3100 E Imperial Hwy VCT09
Lynwood, CA 90262-2918                   Lynwood, CA 90262-3202              Lynwood, CA 90262-3202


Art Nails                                Autofin USA                         Ave Beauty Supply
3100 E. Imperial Hwy Unit L9             3180 E. Imperial Hwy. #G            4020 Court Land Street
Lynwood, CA 90262-3202                   Lynwood, CA 90262-3215              Lynwood, CA 90262


Azteca Jewelry                           BM Classic Portaits                 BW Sports & Hobbies
3100 E Imperial Hwy Unit E1              68 Pomona Ave                       14015 Camino Del Oro
Lynwood, CA 90262-3202                   Long Beach, CA 90803-3425           Riverside, CA 92508-2440


Beauty Zone                              Bebe Craft                          Better & Best Building Service Inc.
7526 Brookmill Rd.                       8901 Calden Ave, APT#405            1833 Avenida San Lorenzo
Downey, CA 90241-4636                    South Gate, CA 90280-2678           Fullerton, CA 92833-1821


Big Discount                             Bioncos La Huerta                   Birreria Jalisco
3100 East Imperial Highway               8557 Orange Street                  3180 E. Imperial Hwy A2D
Lynwood, CA 90262-3202                   Downey, CA 90242-3644               Lynwood, CA 90262-3228
```

| | | |
|---|---|---|
| Blanca Martinez<br>3100 E Imperial Hwy VKIO25<br>Lynwood, CA 90262-3202 | Boom Boom Sounds<br>8827 Mel Dar Ave<br>Downey, CA 90240-2315 | Boost Mobile<br>3100 E. Imperial Hwy, Unit B3-1002<br>Lynwood, CA 90262-3202 |
| Bubbles Apparel<br>2839 Sycamore Avenue<br>La Crescenta, CA 91214-3920 | CWCapital Asset Management<br>900 19th Street NW, 8th Floor<br>Attn: Ariel Levin/Jake Hamel<br>Washington, DC 20006-2127 | Candle Light Bakery<br>3150 E. Imperial Hwy, Ste 102<br>Lynwood, CA 90262-3226 |
| Capital Cap & Embroidery<br>1621 South Highland Avenue #K<br>Fullerton, CA 92832-3547 | Carrera Consessions<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 | Casa Colima<br>3200 Mulford Ave, Unit 202<br>Lynwood, CA 90262-3227 |
| Cell Mart<br>1122 Teri Avenue<br>Torrance, CA 90503-5123 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chin Shoes<br>20019 Gridley Rd<br>Cerritos, CA 90703-6724 |
| Come Again<br>3307 Burton Ave<br>Lynwood, CA 90262-4815 | DF Wireless<br>3200 Mulford Ave. #103<br>Lynwood, CA 90262-3227 | Delicias Oaxaquenas<br>3100 E. Imperial Hwy  B11312<br>Lynwood, CA 90262-3202 |
| Diana Michel<br>3100 E. Imperial Hwy Unit H8<br>Lynwood, CA 90262-3202 | Diana Roman<br>3286 Burton Ave, APT A<br>Lynwood, CA 90262-4843 | Diana Yunhi Kim<br>1705 Downs Dr<br>Odessa, FL 33556 |
| Diz N Dat<br>2905 Claredon Avenue, Apt. E<br>Huntington Park, CA 90255-4461 | (p)DOLEX DOLLAR EXPRESS INC<br>ATTN LAYBAA HERNANDEZ<br>701 HIGHLANDER BLVD<br>STE 300<br>ARLINGTON TX 76015-4340 | Domino's Pizza<br>15198 Downey Ave<br>Paramount, CA 90723-4594 |
| Dulce Vida<br>16031 Pioneer Blvd., Apt. H-6<br>Norwalk, CA 90650-7131 | El Azul Jewelry<br>Plaza Mexico Unit #P4Q5<br>3100 E. Imperial Hwy<br>Lynwood, CA 90262-3202 | El Pollo Real<br>3100 E. Imperial Hwy, Unit 3009<br>Lynwood, CA 90262-3202 |
| Elizabeth Adame<br>3307 Burton Ave<br>Lynwood, CA 90262-4815 | Enciso Realty<br>249 S. Occidental Blvd #315<br>Los Angeles, CA 90057-1252 | Enrika Ochoa<br>3100 E Imperial Hwy Unit D7<br>Lynwood, CA 90262-3202 |
| Epax Systems, Inc.<br>14641 Arminta Street<br>Panorama City, CA 91402-5901 | F4 Jewelry<br>3100 E Imperial Hwy Unit F4<br>Lynwood, CA 90262-3202 | Family Acupuncture & Herb Clinic<br>3150 E. Imperial Hwy B8-206<br>Lynwood, CA 90262-3223 |

Fancy Jewelry
1512 Amherst Ave Suite 206
Los Angeles, CA 90025-3665

Farmacia Natural
20323 Dorothy Street
Santa Clarita, CA 91350-3692

Farmacia Natural
3100 E Imperial Hwy Unit S9
Lynwood, CA 90262-3202

Farmacia Naturista Mexicana
3100 E Imperial Hwy Unit E2
Lynwood, CA 90262-3202

Farmers Insurance Agency
3150 E. Imperial Hwy, #113
Lynwood, CA 90262-3226

Faro Optometry
27381 Glenwood Drive
Mission Viejo, CA 92692-5004

Fashion Qrew
1324 E. Washington Blvd
Los Angeles, CA 90021-3038

Fashion Time
3100 E. Imperial Hwy Unit J2J3
Lynwood, CA 90262-3202

First Aid Urgent Care
7204 Foothill Boulevard
Tujunga, CA 91042-2719

Flor Paredes
11436 Peach St
Lynwood, CA 90262-4245

Flores Bautista Gloria O.
1433 Kingsmill Ave
Rowland Heights, CA 91748-2308

GTO Security
2202 S Figueroa Street, Suite 134
Los Angeles, CA 90007-2049

Global Jewelry
8247 Haseltime
Buena Park, CA 90621-1328

Gloria Flores
1433 Kingsmill Avenue
Rowland Heights, CA 91748-2308

Grainger
1050 W. Walnut Street
Compton, CA 90220-5112

Grupo Concordia LA
5919 San Miguel Road
Bonita, CA 91902-2923

Grupo Pakar LLC
9595 Six Pines Drive Suite 8210
The Woodlands, TX 77380-1642

Guillermo CamberosPreciado
307 E. Jefferson Blvd Suite 328
Los Angeles, CA 90011-2334

Han's Toy
3100 E Imperial Hwy
Lynwood, CA 90262-3202

Happy Chinese
3100 East Imperial Highway
Lynwood, CA 90262-3202

Happy Land
6732 Los Verdes Dr. #3
Rancho Palos Verdes, CA 90275-5518

Happy Rice
3100 E. Imperial Hwy #3008
Lynwood, CA 90262-3202

Hermandad Mexicana Legal Centers
210 W. Adams Blvd
Los Angeles, CA 90007-2653

Hip Hop Zone
3100 E. Imperial Hwy #1009
Lynwood, CA 90262-3202

Hoon Ko
1621 S. Highland Ave Apt K
Fullerton, CA 92832-3547

Inti Arts & Craft
3100 E Imperial Hwy
Lynwood, CA 90262-3202

Ivette By Mitzy
2633 McKinney Ave Ste 130-363
Dallas, TX 75204-2581

JPL Event Enterprise LLC
1238 South Beach Blvd
Anaheim, CA 92804-4828

Jang's Men's Fashion
3100 E. Imperial Hwy
Lynwood, CA 90262-3202

Jesus Garcia
11145 Bellinger Street
Lynwood, CA 90262-2464

| | | |
|---|---|---|
| Jesus Garcia<br>11145 Bellinser<br>Lynwood, CA 90262-2464 | Jewelry and Beauty Inc<br>5500 Torrance Blvd, C132<br>Torrance, CA 90503-4076 | Jimmy Choi<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 |
| Jong R Jang<br>3100 E Imperial Hwy<br>Lynwood, CA 90262-3202 | Jose Alan Sandoval<br>15137 San Jose Ave<br>PARAMOUNT, CA 90723-3722 | Jose Alan Sandoval Iniguez<br>15137 San Jose Ave<br>PARAMOUNT, CA 90723-3722 |
| Jose Alan Sandoval-Iniquez<br>15137 San Jose Ave<br>Paramount, CA 90723-3722 | Jose Gutierrez-Torres<br>15137 San Jose Ave<br>Paramount, CA 90723-3722 | Joy Sports Wear<br>3100 E. Imperial Hwy Unit F5<br>Lynwood, CA 90262-3202 |
| Kat's Lingerie<br>1735 Lincoln Ave #40<br>Torrance, CA 90501-4726 | Kid's Love<br>1413 Lomita Blvd Suite 3<br>Harbor City, CA 90710-5415 | Kiddie World<br>1936 Delmesa Ave<br>Hacienda Heights, CA 91745-4222 |
| Kiddie World II<br>1936 Delmesa Ave<br>Hacienda Heights, CA 91745-4222 | Kone Inc.<br>1821 Tyburn Street<br>Glendale, CA 91204-2922 | L' Dorado Jewelry<br>3100 E Imperial Hwy Unit D6<br>Lynwood, CA 90262-3202 |
| LA Michoacana<br>2506 W. Adams<br>Santa Ana, CA 92704-5547 | La Casa De La Novia<br>11641 State St<br>Lynwood, CA 90262-4124 | La Parisina<br>9728 Brookgreen Rd<br>Downey, CA 90240-2505 |
| Leticia Torres<br>3796 Millstone Court<br>Pomona, CA 91766-4679 | Libreria Libertadores, LLC<br>3351 Marine Ave APT 42<br>Gardena, CA 90249-3946 | LimNexus LLP<br>707 Wilshire Boulevard, 46th Floor<br>Los Angeles, CA 90017-3612 |
| Lizette M. Cortez<br>12852 Lakewood Blvd, Apt 1<br>Downey, CA 90242-4639 | Lucky Gold<br>3100 East Imperial Highway, Unit I7<br>Lynwood, CA 90262-3202 | Luis Fernando Alcantar-Rojo<br>10111 State Street<br>Lynwood, CA 90262-1545 |
| Lynwood Alteration<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Lynwood Auto Accessories<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Lynwood United Medical<br>3150 E. Imperial Hwy., Ste. 203<br>Lynwood, CA 90262-3226 |
| MG Colombian Boutique<br>9728 Brookgreen Rd<br>Downey, CA 90240-2505 | Mago's Acupuncture<br>3100 E. Imperial Hwy Unit B5<br>Lynwood, CA 90262-3202 | Marci Pizza<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 |

Marco Antonio Juarez Cruz
11166 Penn St
Lynwood, CA 90262-2423

Maria Luisa Rojo Alvarez
10960 Duncan Avenue
Lynwood, CA 90262-3047

Mariscos El Rey
3100 E. Imperial Hwy Ste. #3002
Lynwood, CA 90262-3202

Mariscos Rio Balsas
3100 E Imperial Hwy Unit Q11
Lynwood, CA 90262-3202

Marquez Trading
3100 E. Imperial Hwy Ste#1301
Lynwood, CA 90262-3202

Marshmallow
1413 Lomita Blvd Suite 3
Harbor City, CA 90710-5415

Mauro Valdez Sandoval
1623 E. 117 Place
Los Angeles, CA 90059-2513

Mean Chix, Inc. - Hot Chix
772 N. Van Ness Avenue Apt 6
Los Angeles, CA 90038-3128

Mike Kim / T-Mobile
3100 E. Imperial Hwy, Unit #B2-1203
Lynwood, CA 90262-3202

Milbes Men's Wear
3100 E. Imperial Hwy Unit O234
Lynwood, CA 90262-3202

Militar's Cut Unisex
6037 Priory St
Bell Gardens, CA 90201-4744

MoMo Trading
3100 E Imperial Hwy
Lynwood, CA 90262-3202

Mr. Hammer Shoes
3100 E. Imperial Hwy, Unit P10B
Lynwood, CA 90262-3202

Mundo de Artesanias
3100 E Imperial Hwy VKIO24
Lynwood, CA 90262-3202

Muzak
3318 Lakemont Blvd.
Fort Mill, SC 29708-8309

Natixis, New York Branch
1251 Avenue of the Americas
New York, NY 10020-1104

New Trends Clothing, Inc.
6602 Gifford Ave
Bell, CA 90201-2406

North American Amusements
1502 Foothill Blvd
Suite 103 PMB 218
La Verne, CA 91750-3439

Nueva Vision Optical
3100 E. Imperial Hwy #1109
Lynwood, CA 90262-3202

Officenet, Inc.
10410 Pioneer Blvd Suite 2
Santa Fe Springs, CA 90670-8222

One Hour Photo
3100 East Imperial Highway
Lynwood, CA 90262-3202

Pang Pang Donuts
3100 East Imperial Highway
Lynwood, CA 90262-3202

Perfecto Nails
3100 East Imperial Highway
Lynwood, CA 90262-3202

Perfumes and Hair Products
3150 E. Imperial Hwy #101
Lynwood, CA 90262-3226

Perkins Coie LLP
1888 Century Park East, Suite 1700
Attn: Mark Birnbaum
Los Angeles, CA 90067-1721

Perkins Coie LLP
2901 N. Central Ave., Suite 2000
Attn: Liana W. Spendlove
Phoenix, AZ 85012-2740

Pho VNK
3180 E. Imperial Hwy, Suite C
Lynwood, CA 90262-3215

Pink Melon
22920 Entoril Dr. Suite 1
Diamond Bar, CA 91765-5409

Pinky's Threading
3100 E. Imperial Hwy #1107
Lynwood, CA 90262-3202

Pkim, Inc.
4540 Campus Drive, Suite 123
Newport Beach, CA 92660-1815

Planet Fitness
125 E. Elm Street, Suite 300
Conshohocken, PA 19428-4150

Point Exterminators, Inc.
1612 Arlington Avenue
Los Angeles, CA 90019-6219

Pretzeria
3961 Via Marisol APT#318
Los Angeles, CA 90042-4973

Primo's Pet Shop
4221 Shirley Ave
Lynwood, CA 90262-2939

Pro Sports
18529 Stonegate Ln
Rowland Heights, CA 91748-5157

Professional Documents, Inc.
3150 E. Imperial Hwy B8107
Lynwood, CA 90262-3223

Progreso Financiero
2 Circle Star Way
San Carlos, CA 94070-6200

Rachel's Secret
10609 Newville Avenue
Downey, CA 90241-3044

Rainbow Beauty
525 N Gilbert St # 62
Anaheim, CA 92801-5027

Ray's Fashion
3100 East Imperial Highway
Lynwood, CA 90262-3202

Real De Oaxaca
11215 Long Beach Blvd #1010
Lynwood, CA 90262-4293

Ricardo Gonzalez
8616 S Main Street
Los Angeles, CA 90003-3402

Rinconcito Poblano
3100 E. Imperial Hwy B13007
Lynwood, CA 90262-3202

Robert's Fashion
3100 E Imperial Hwy Unit D4
Lynwood, CA 90262-3202

Roberto Navarro
2729 NEBRASKA AVE APT#C
SOUTH GATE, CA 90280-4065

Rosarios y Pulseras Estilo Sinaloa
2731 Nebraska Ave Apt C
South Gate, CA 90280-4068

Rosy's Beauty Salon
3150 E. Imperial Hwy B8110 & 111
Lynwood, CA 90262-3223

S.M. Foot Wear
3100 E. Imperial Hwy Unit H5H6
Lynwood, CA 90262-3202

Sang Gyu Shin
10972 Golden Rod St
Redlands, CA 92373-4249

Say Cheese Photo
3100 E. Imperial Hwy #B2-1104
Lynwood, CA 90262-3202

Shoes 4 Less
3117 Rimrock Cic
Fullerton, CA 92833-5525

Snow Factory
3580 WILSHIRE BLVD STE 1655
Los Angeles, CA 90010-2519

Southern California Edison
2244 Walnut Grove Avenue
Rosemead, CA 91770-3714

Spacetel LA Inc. - Cricket Wireless
3100 E. Imperial Hwy, Unit B2-1103
Lynwood, CA 90262-3202

Sport Time
8571 Cedar St
Bellflower, CA 90706-6301

Sri Eyebrow Threading and Nails
11225 Long Beach Blvd #202
Lynwood, CA 90262-4287

Stacy Han
9475 Rosemarie Ct
Cypress, CA 90630-2858

Star Buffet Lynwood
11383 Long Beach Blvd
Lynwood, CA 90262-3300

Stephanie's Lingerie
2941 Wisconsin Ave
South Gate, CA 90280-5646

Street Cellular
11282 Streamfield Center
Riverside, CA 92505-5713

| | | |
|---|---|---|
| Sun Hye Chung<br>4115 W 182nd St., Suite 14<br>Torrance, CA 90504-4728 | Sun Pac Containers<br>23222 Olive Avenue<br>Lake Forest, CA 92630-5330 | Sung Ryong Lee<br>4033 Santa Anita Ln<br>Yorba Linda, CA 92886-7013 |
| Sunny Fashion<br>3185 Wilshire Blvd Suite 281<br>Los Angeles, CA 90010-1248 | Super Image Factory<br>3100 E. Imperial Hwy Ste #1321<br>Lynwood, CA 90262-3202 | Sweet Stone Jewelry<br>135 Islington<br>Irvine, CA 92620-1227 |
| TJ Nails Spa<br>11337 Long Beach Blvd<br>Lynwood, CA 90262-3300 | TS Discount<br>7860 Paramount BL, J-39<br>Pico Rivera, CA 90660-4311 | TacoTento<br>3100 E. Imperial Hwy, Unit P10B<br>Lynwood, CA 90262-3202 |
| Tacos Don Luis<br>3981 Le Sage St.<br>Lynwood, CA 90262-2823 | Tamales<br>3100 E. Imperial Hwy Unit 1310<br>Lynwood, CA 90262-3202 | Tesoro Jewelry<br>315 Wild Ginger<br>Yorba Linda, CA |
| The Kickin' Crab<br>3170 Imperial Hwy B4B102<br>Lynwood, CA 90262-3200 | The Lynwood Redevelopment Agency<br>11330 Bullis Road<br>Lynwood, CA 90262-3662 | Top Fashion<br>3100 E Imperial Hwy Unit E3<br>Lynwood, CA 90262-3202 |
| Top Fashion<br>3100 E. Imperial Hwy Unit H7I6<br>Lynwood, CA 90262-3202 | Torres Enterprise Corp.<br>426 N Main Street<br>Elkhart, IN 46516-3032 | Tortas Ahogadas<br>3100 Imperial Hwy, Ste B1-3001<br>Lynwood, CA 90262-3202 |
| Twin Scoop Ice Cream<br>1410 S Dwight Ave<br>Compton, CA 90220-4548 | U.S. Small Business Administration<br>Attn: So Cal Legal Unit<br>330 North Brand Blvd., Suite 1200<br>Glendale, CA 91203-2320 | U.S. Trustee - Santa Ana<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701-8000 |
| Una Mexicana Que Fruta Vendia<br>7123 Rio Flora Place<br>Downey, CA 90241-2028 | United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Usama Awadallah<br>5832 Newman Street<br>Cypress, CA 90630-3323 |
| Vergara Insurance Service, Inc.<br>3100 East Imperial Hwy Unit U6<br>Lynwood, CA 90262-3202 | Veronica's Insurance<br>290 W. Orange Show Rd Suite 100<br>San Bernardino, CA 92408-3345 | Victoria<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 |
| Virginia Jovel<br>13257 Deming Street<br>Downey, CA 90242-5255 | Vivian's Bakery<br>3100 East Imperial Highway<br>Lynwood, CA 90262-3202 | Waste Resources, Inc.<br>23 Corporate Plaza Drive, Suite 247<br>Newport Beach, CA 92660-7934 |

| | | |
|---|---|---|
| Wateria<br>3100 E. Imperial Hwy B2/1209<br>Lynwood, CA 90262-3202 | Wedding Chapel<br>3150 E. Imperial Hwy B8106<br>Lynwood, CA 90262-3226 | Wells Fargo Bank, N.A., as Trustee<br>Morgan Stanley Cap I Trust 2016-UBS<br>9062 Old Annapolis Road<br>Columbia, MD 21045-2479 |
| Wells Fargo Bank, N.A., as Trustee<br>c/o Amir Gamliel, Esq.<br>Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721 | Wesco Specialist, Inc.<br>1031 Lime Tree Place<br>Fullerton, CA 92833-4786 | X-Phone<br>4960 Adriano Drive<br>Cypress, CA 90630-3524 |
| Yogurt de Armo<br>3100 E. Imperial Hwy, Unit #B31003<br>Lynwood, CA 90262-3202 | Yogurtland<br>11215 Long Beach Blvd. #1007<br>Lynwood, CA 90262-4293 | Yon Kyung Choi dba Lucky Accessorie<br>3100 E. Imperial Hwy., Unit F1<br>Lynwood, CA 90262-3202 |
| Yoshiharu Ramen Express<br>15476 Canon Lane<br>Chino Hills, CA 91709-5240 | Young Electric Sign Company<br>6725 W Chicago Street<br>Chandler, AZ 85226-3335 | |

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1140 Ave. of the Americas, 7th Fl.
New York, NY 10036-5803

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management, LLC
1251 Ave. of the Americas, 50th Fl.
New York, NY 10020-1122

c/o CWCapital Investments LLC
7501 Wisconsin Ave., Suite 500 West
Attn: Chris McCormack
Bethesda, MD 20814-6581

c/o Keybank Real Estate Capital
11501 Outlook Street, Suite 300
Attn: Stephen J. Friedman
Overland Park, KS 66211-1807

Plamex and 3100
RSN

*Request for Special Notice*
David M. Neff, III
Amir Gamliel, Cal. Bar No. 268121
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

*Request for Special Notice*
Stephen T. Owens & Tania Ochoa
Alvarez-Glasman & Colvin
13181 Crossroads Parkway North
Suite 400, West Tower
City of Industry, CA 91746