| | FOR COURT USE ONLY |
|---|---|
| RON BENDER (SBN 143364)<br>MONICA Y. KIM (SBN 180139)<br>JULIET Y. OH (SBN 211414)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244<br>Email: RB@LNBYB.com; MYK@LNBYB.com;<br>JYO@LNBYB.com<br><br>Counsel for Chapter 11 Debtors and Debtors in Possession | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br><br>             Debtor.<br>_____ | LEAD CASE NO.: 8:21-bk-10958-ES<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 8:21-bk-10957-ES |
| In re:<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br><br>             Debtor.<br>_____<br><br>☒ Affects both Debtors<br>☐ Affects Plamex Investment, LLC only<br>☐ Affects 3100 E. Imperial Investment LLC only | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO JOINTLY EMPLOY NAI CAPITAL COMMERCIAL, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328** |

      PLEASE TAKE NOTE that the order titled **ORDER APPROVING ON AN INTERIM BASIS APPLICATION OF DEBTORS AND DEBTORS IN POSSESSION TO JOINTLY EMPLOY NAI CAPITAL COMMERCIAL, INC. AS REAL ESTATE BROKER PURSUANT TO 11 U.S.C. §§ 327 AND 328** was lodged on July 19, 2021, and is attached.  This order relates to the motion which is docket number 84.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*               Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

1  RON BENDER (SBN 143364)
2  MONICA Y. KIM (SBN 180139)
   JULIET Y. OH (SBN 211414)
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone:  (310) 229-1234
5  Facsimile:  (310) 229-1244
   Email:  RB@LNBYB.COM; MYK@LNBYB.COM; JYO@LNBYB.COM
6
7  Attorneys for Chapter 11 Debtors and
   Debtors-in-Possession

8

9                  **UNITED STATES BANKRUPTCY COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11                      **SANTA ANA DIVISION**

12

13 | In re:                                  | Lead Case No.: 8:21-bk-10958-ES |
   |                                         |                                 |
14 | PLAMEX INVESTMENT, LLC, a               | Jointly administered with 3100 E. Imperial |
   | Delaware limited liability company,     | Investment, LLC (8:21-bk-10957-ES) |
15 |                                         |                                 |
16 |        Debtor and Debtor in  Possession.| Chapter 11 Cases                |
   | ─────────────────────────────────────── |                                 |
17 | In re:                                  | **ORDER APPROVING ON AN INTERIM** |
   |                                         | **BASIS APPLICATION OF DEBTORS** |
18 | 3100 E. IMPERIAL INVESTMENT,            | **AND DEBTORS IN POSSESSION TO** |
   | LLC, a Delaware limited liability       | **JOINTLY EMPLOY NAI CAPITAL** |
19 | company,                                | **COMMERCIAL, INC. AS REAL ESTATE** |
   |                                         | **BROKER PURSUANT TO 11 U.S.C. §§** |
20 |        Debtor and Debtor in Possession. | **327 AND 328** |
21 | ─────────────────────────────────────── |                                 |
22 | ☒  Affects both Debtors                 | Hearing: |
   |                                         | Date:      July 15, 2021 |
23 | ☐ Affects Plamex Investment, LLC only   | Time:      10:30 a.m. |
   |                                         | Place:     ZoomGov |
24 | ☐ Affects 3100 E. Imperial Investment,  | |
25 | LLC only                                | |

26

27

28

                                      1

1     A hearing was held at the above referenced date and time for the Court to consider

2 approval of the application (the "Application") filed as Docket No. 84 by Plamex Investment,

3 LLC, a Delaware limited liability company ("Plamex"), and 3100 E. Imperial Investment, LLC, a

4 Delaware limited liability company ("3100," and together with Plamex, the "Debtors"), the debtors

5 and debtors-in-possession in the above-captioned, jointly administered chapter 11 bankruptcy

6 cases, for Court approval of their joint employment of NAI Capital Commercial, Inc. ("NAI

7 Capital") as their real estate broker.

8     In connection with the hearing on the Application, the Court reviewed and considered (1)

9 the Application, (2) the objection to the Application filed as Docket No. 102 (the "Objection") by

10 Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-

11 UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11 ("Wells Fargo"),

12 (3) the joinder to the Objection filed as Docket No. 107 (the "Joinder") by Quarry Head 2017-1

13 Grantor Trust ("Quarry Head") and WF I105, LLC and Waterfall Asset Management, LLC

14 (together, "Waterfall," and collectively with Quarry Head, the "Joining Parties"), (4) the reply to

15 the Objection and the Joinder filed as Docket No. 112 by the Debtor, (5) the statements,

16 arguments and representations of counsel made at the hearing, (6) the statements made by Chris

17 Jackson of NAI Capital at the hearing, and (7) the statements made by Luis Valenzuela in his

18 capacity as a representative of the Debtors at the hearing.

19     The Court, having reviewed and considered all of the foregoing and good cause appearing,

20 HEREBY ORDERS AS FOLLOWS:

21     1.     The Application is approved on an interim basis.

22     2.     A final hearing on the Application will be held on September 30, 2021, at 10:30

23         a.m.

24     3.     September 9, 2021 is the last day for the Debtors to file any further pleadings in

25         support of the Application.

26     4.     September 16, 2021 is the last day for Wells Fargo and/or the Joining Parties to

27         file any further opposition to the Application.

28

1      5.      September 23, 2021 is the last day for the Debtors to file any reply or responsive

2              pleadings to any further opposition to the Application filed by Wells Fargo and/or

3              the Joining Parties.

4

IT IS SO ORDERED.

5

6                                              ###

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served (a) on the judge in chambers in the form and  manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 19, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender    rb@lnbyb.com**
- **Amir Gamliel    amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com**
- **Nancy S Goldenberg    nancy.goldenberg@usdoj.gov**
- **Monica Y Kim    myk@lnbyb.com, myk@ecf.inforuptcy.com**
- **Daniel A Lev    dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com**
- **Kyle J Mathews    kmathews@sheppardmullin.com**
- **Juliet Y Oh    jyo@lnbyb.com, jyo@lnbrb.com**
- **Robert E Opera    ropera@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com**
- **Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com**
- **Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **July 19, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service List continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 19, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 19, 2021 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**