1  RON BENDER (SBN 143364)
2  MONICA Y. KIM (SBN 180139)
   JULIET Y. OH (SBN 211414)
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244
6  Email: RB@LNBYB.COM; MYK@LNBYB.COM; JYO@LNBYB.COM

7  Attorneys for Chapter 11 Debtors and
   Debtors-in-Possession
8

9              **UNITED STATES BANKRUPTCY COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11                    **SANTA ANA DIVISION**

12

| | |
|---|---|
| In re: | Lead Case No.: 8:21-bk-10958-ES |
| PLAMEX INVESTMENT, LLC, a Delaware limited liability company, | Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES) |
| Debtor and Debtor in Possession. | Chapter 11 Cases |
| In re: | **STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL** |
| 3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company, | |
| Debtor and Debtor in Possession. | Hearing:<br>Date:   August 19, 2021<br>Time:   10:30 a.m.<br>Place:  Zoom.Gov |
| ☐ Affects both Debtors | **[Order Approving Stipulation Lodged Herewith]** |
| ☒ Affects Plamex Investment, LLC only | |
| ☐ Affects 3100 E. Imperial Investment, LLC only | |

1

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

Plamex Investment, LLC, a Delaware limited liability company ("**Plamex**" or "**Debtor**"), debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case, and Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan ("**Secured Creditor**"), each by and through their counsel of record, hereby enter into this Stipulation to Continue Hearing on Debtor's Motion Authorizing the Debtor to Use Cash Collateral (**"Stipulation"**).

**Recitals**

1. On April 14, 2021, the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code. The Debtor is operating and managing the business as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On April 16, 2021, the Court entered an Interim Order Granting Debtor's Emergency Motion for Entry of an Interim Order, Pending a Final Hearing, Authorizing the Debtor to Use Cash Collateral (the "***Interim Order***") [Doc. No. 28]. Pursuant to the Interim Order, the Court scheduled a final hearing on Debtor's use of cash collateral for May 11, 2021 at 10:30 a.m.

3. On May 12, 2021, the Court entered a Final Order Authorizing the Debtor to Use Cash Collateral (the "***Final Order***") [Doc. No. 73] authorizing the Debtor to continue to use cash collateral pursuant to the terms of the Stipulation Regarding Use of Cash Collateral (the "***Cash Collateral Stipulation***") [Doc. No. 71] between Secured Creditor and Debtor. By the Cash Collateral Stipulation, the Secured Creditor consented to the Debtor's use of cash collateral through August 31, 2021 pursuant to the terms and conditions thereof.

4. Pursuant to the Final Order, the Court continued the hearing on the Debtor's use of cash collateral to August 19, 2021 at 10:30 a.m. and set a briefing schedule as follows: (i) the Debtor's supplemental pleadings in support of its use of cash collateral to be filed by August 2,

2021 (17 days prior to the continued hearing), and (ii) opposition to the Debtor's use of cash collateral to be filed by August 9, 2021 (10 days prior to the continued hearing).

5. The Cash Collateral Stipulation, approved by the Court, includes a provision that such stipulation can be further extended by the parties in writing without further order of the Bankruptcy Court.

6. The parties have discussed and reached an agreement to further extend the Cash Collateral Stipulation through October 31, 2021. A copy of the agreement is attached hereto as **Exhibit A**. Given the extension of the Cash Collateral Stipulation, the parties hereby stipulate to continue the hearing on the Debtor's use of cash collateral for at least 60 days but to a date prior to October 31, 2021 which is available to and approved by the Court, with the Debtor's supplemental pleadings in support of its use of cash collateral to be filed 17 days prior to the continued hearing, and opposition to the Debtor's use of cash collateral to be filed 10 days prior to the continued hearing.

**NOW, THEREFORE**, for and in consideration of the mutual promises stated herein, the following is hereby agreed to by and among the parties:

**Agreements**

A. The recitals are incorporated herein by this reference. The parties agree that the matters set forth in the recitals are true and correct.

B. The parties hereby stipulate to continue the August 19, 2021 hearing on the Debtor's use of cash collateral for at least 60 days but to a date prior to October 31, 2021 which is available and approved by the Court, with the Debtor's supplemental pleadings in support of its use of cash collateral to be filed 17 days prior to the continued hearing, and opposition to the Debtor's use of cash collateral to be filed 10 days prior to the continued hearing.

IN WITNESS WHEREOF, the parties hereto execute this Stipulation, by and through their respective counsel, as of the date set forth opposite their respective signatures.

[*Signature Page Follows*]

|   |   |
|---|---|
| DATED: July 29, 2021 | **PERKINS COIE LLP**<br><br>By: _/s/ David M. Neff_<br>David M. Neff, IL. Bar No. 6190202<br>(*admitted pro hac vice*)<br>DNeff@perkinscoie.com<br>Amir Gamliel, Cal. Bar No. 268121<br>AGamliel@perkinscoie.com<br><br>Attorneys for Secured Creditor<br>Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan |
| DATED: July ___, 2021 | **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**<br><br>By: _/s/ Monica Y. Kim_<br>Ron Bender, SBN 143364<br>rb@lnbyb.com<br>Monica Y. Kim, SBN 180139<br>Myk@lnbyb.com<br><br>Attorneys for Debtor and Debtor in Possession Plamex Investment, LLC |

# EXHIBIT A

David M. Neff, IL. Bar No. 6190202
(*admitted pro hac vice*)
DNeff@perkinscoie.com
Amir Gamliel, Cal. Bar No. 268121
AGamliel@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Secured Creditor
Wells Fargo Bank, National Association, as
Trustee for Morgan Stanley Capital I Trust
2016-UBS11, Commercial Mortgage Pass-
through Certificates, Series 2016-UBS11, and on
Behalf of the Holders of any Related Serviced
Subordinate Companion Loan or Serviced
Companion Loan

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PLAMEX INVESTMENT, LLC,<br><br>    Debtor and Debtor<br>    in Possession. | CASE NO.  8:21-BK-10958-ES<br><br>Chapter: 11<br><br>**AGREEMENT TO EXTEND STIPULATION REGARDING USE OF CASH COLLATERAL**<br><br>Date: August 19, 2021<br>Time: 10:30 a.m.<br>Place: Courtroom 5A<br>    Via Zoom.Gov |

   This Agreement to Extend Stipulation Regarding Use of Cash Collateral (the "**Agreement**") is entered into by and between secured creditor Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan ("**Secured Creditor**") and Plamex Investment, LLC, the debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case ("**Debtor**" or "**Borrower**"), each by and through their counsel of record, and is made with reference to the following facts:

**Recitals**

  1. On April 14, 2021, Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code. Debtor is operating and managing the business as debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

  2. On April 16, 2021, the Court entered an Interim Order Granting Debtor's Emergency Motion for Entry of an Interim Order, Pending a Final Hearing, Authorizing the Debtor to Use Cash Collateral (the "**Interim Order**") [Doc. No. 28]. Pursuant to the Interim Order, the Court scheduled a final hearing on Debtor's use of cash collateral for May 11, 2021 at 10:30 a.m.

  3. On May 12, 2021, the Court entered a Final Order Authorizing the Debtor to Use Cash Collateral (the "**Final Order**") [Doc. No. 73] authorizing the Debtor to continue to use cash collateral pursuant to the terms of the Stipulation Regarding Use of Cash Collateral (the "**Cash Collateral Stipulation**") [Doc. No. 71] between Secured Creditor and Debtor. By the Cash Collateral Stipulation, the Secured Creditor consented to the Debtor's use of cash collateral through August 31, 2021 pursuant to the terms and conditions thereof. Pursuant to the Final Order, the Court also continued the hearing on the Debtor's use of cash collateral to August 19, 2021 at 10:30 a.m.

  4. The Cash Collateral Stipulation, approved by the Court, includes a provision that such stipulation can be further extended by the parties in writing without further order

of the Bankruptcy Court.

5. The parties have discussed and reached an agreement to further extend the Cash Collateral Stipulation.

**NOW, THEREFORE**, for and in consideration of the mutual promises stated herein, the following is hereby agreed to by and among the parties:

**Agreements**

A. <u>Recitals</u>. The recitals are incorporated herein by this reference. The parties agree that the matters set forth in the recitals are true and correct.

B. <u>Extension of Use of Cash Collateral</u>. Until the earlier of October 31, 2021, or entry of an order dismissing this case, or until termination as set forth in paragraph 9 of the Cash Collateral Stipulation, Debtor may use cash collateral of Secured Creditor (as such term is defined in Section 363(a) of the Bankruptcy Code, "**Cash Collateral**"), on the terms and conditions set forth in the Cash Collateral Stipulation.

C. Except as modified herein, all other terms and conditions of the Cash Collateral Stipulation remains unchanged.

IN WITNESS WHEREOF, the parties hereto execute this Agreement, by and through their respective counsel, as of the date set forth opposite their respective signatures.

[*Signature Page Follows*]

| | |
|---|---|
| DATED: July 29, 2021 | **PERKINS COIE LLP**<br><br>By: _/s/ David M. Neff_<br>David M. Neff, IL. Bar No. 6190202<br>(*admitted pro hac vice*)<br>DNeff@perkinscoie.com<br>Amir Gamliel, Cal. Bar No. 268121<br>AGamliel@perkinscoie.com<br><br>Attorneys for Secured Creditor Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan |
| DATED: July ___, 2021 | **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**<br><br>By: _/s/ Monica Y. Kim_<br>Ron Bender, SBN 143364<br>rb@lnbyb.com<br>Monica Y. Kim, SBN 180139<br>Myk@lnbyb.com<br><br>Attorneys for Debtor and Debtor in Possession Plamex Investment, LLC |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **Stipulation to Continue Hearing on Debtor's Motion Authorizing the Debtor to Use Cash Collateral** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 29, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service List continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 29, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith.
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

☐ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 29, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2021 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**8:21-bk-10958-ES Notice will be electronically mailed to:**

Ron Bender on behalf of Debtor 3100 E. Imperial Investment, LLC
rb@lnbyb.com

Ron Bender on behalf of Debtor Plamex Investment, LLC
rb@lnbyb.com

Amir Gamliel on behalf of Creditor Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any
amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Monica Y Kim on behalf of Debtor 3100 E. Imperial Investment, LLC
myk@lnbrb.com, myk@ecf.inforuptcy.com

Monica Y Kim on behalf of Debtor Plamex Investment, LLC
myk@lnbrb.com, myk@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com

Juliet Y Oh on behalf of Debtor 3100 E. Imperial Investment, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Juliet Y Oh on behalf of Debtor Plamex Investment, LLC
jyo@lnbrb.com, jyo@lnbrb.com

Robert E Opera on behalf of Creditor Northgate Gonzalez Markets
ropera@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, morani@ronaldrichards.com

Jeffrey S Shinbrot on behalf of Creditor Cross Creek Enterprises Inc.
jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-3.1.PROOF.SERVICE