```
1   RON BENDER (SBN 143364)
2   MONICA Y. KIM (SBN 180139)
    JULIET Y. OH (SBN 211414)
3   LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
    10250 Constellation Boulevard, Suite 1700
4   Los Angeles, California 90067
    Telephone: (310) 229-1234
5   Facsimile: (310) 229-1244
6   Email: RB@LNBYB.COM; MYK@LNBYB.COM; JYO@LNBYB.COM
7   Attorneys for Chapter 11 Debtors and
    Debtors-in-Possession
```

FILED & ENTERED

JUL 30 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Lead Case No.: 8:21-bk-10958-ES |
| PLAMEX INVESTMENT, LLC, a Delaware limited liability company, | Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES) |
| Debtor and Debtor in Possession. | Chapter 11 Cases |
| In re: | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL** |
| 3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company, | |
| Debtor and Debtor in Possession. | Hearing:<br>Date:   August 19, 2021<br>Time:  10:30 a.m.<br>Place: Zoom.Gov |
| ☐ Affects both Debtors | |
| ☒ Affects Plamex Investment, LLC only | |
| ☐ Affects 3100 E. Imperial Investment, LLC only | |

1

The Court, having considered the Stipulation to Continue Hearing on Debtor's Motion Authorizing the Debtor to Use Cash Collateral (**"*Stipulation*"**) by and between Plamex Investment, LLC, a Delaware limited liability company ("***Plamex***" or "***Debtor***"), debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case, and Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan ("***Secured Creditor***"), and the docket of the Debtor's case as a whole, and good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS**:

    A.    The Stipulation is approved.

    B.    The hearing on the Debtor's use of cash collateral is continued to October **21**, 2021 at **10:30 a.m.** (the "***Continued Hearing***").

    C.    The Debtor's supplemental pleadings in support of its use of cash collateral shall be filed by not later than 17 days prior to the Continued Hearing,

    D.    Any opposition to the Debtor's use of cash collateral shall be filed by not later than 10 days prior to the Continued Hearing.

IT IS SO ORDERED

###

Date: July 30, 2021

*[signature: Erithe A. Smith]*

Erithe Smith
United States Bankruptcy Judge