United States Bankruptcy Court

Central District of California

In re:  Case No. 21-10958-ES

Plamex Investment, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2

Date Rcvd: Aug 02, 2021      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Plamex Investment, LLC, 6988 Beach Blvd, Suite B-215, Buena Park, CA 90621-6822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amir Gamliel | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Jeffrey S Shinbrot | on behalf of Creditor Cross Creek Enterprises Inc. jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com |
| Juliet Y Oh | on behalf of Debtor 3100 E. Imperial Investment LLC jyo@lnbyb.com, jyo@lnbrb.com |
| Juliet Y Oh | on behalf of Debtor Plamex Investment LLC jyo@lnbyb.com, jyo@lnbrb.com |
| Kyle J Mathews | |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 02, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Beach Orangethorpe LLC and Beach Orangethorpe II, LLC kmathews@sheppardmullin.com

Monica Y Kim

on behalf of Debtor 3100 E. Imperial Investment LLC myk@lnbyb.com, myk@ecf.inforuptcy.com

Monica Y Kim

on behalf of Debtor Plamex Investment LLC myk@lnbyb.com, myk@ecf.inforuptcy.com

Nancy S Goldenberg

on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Robert E Opera

on behalf of Creditor Northgate Gonzalez Markets ropera@wghlawyers.com
jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

Ron Bender

on behalf of Debtor 3100 E. Imperial Investment LLC rb@lnbyb.com

Ron Bender

on behalf of Debtor Plamex Investment LLC rb@lnbyb.com

Ronald N Richards

on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com morani@ronaldrichards.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 14

RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; MYK@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtors and
Debtors-in-Possession

**FILED & ENTERED**

**JUL 30 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Lead Case No.: 8:21-bk-10958-ES |
| PLAMEX INVESTMENT, LLC, a Delaware limited liability company, | Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES) |
|     Debtor and Debtor in Possession. | Chapter 11 Cases |
| In re: | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEBTOR'S MOTION AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL** |
| 3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company, | |
|     Debtor and Debtor in Possession. | Hearing:<br>Date:    August 19, 2021<br>Time:   10:30 a.m.<br>Place:  Zoom.Gov |
| ☐ Affects both Debtors | |
| ☒ Affects Plamex Investment, LLC only | |
| ☐ Affects 3100 E. Imperial Investment, LLC only | |

1

The Court, having considered the Stipulation to Continue Hearing on Debtor's Motion Authorizing the Debtor to Use Cash Collateral (**"*Stipulation*"**) by and between Plamex Investment, LLC, a Delaware limited liability company ("***Plamex***" or "***Debtor***"), debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case, and Wells Fargo Bank, National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any Related Serviced Subordinate Companion Loan or Serviced Companion Loan ("***Secured Creditor***"), and the docket of the Debtor's case as a whole, and good cause appearing therefor, the Court **HEREBY ORDERS AS FOLLOWS**:

A.  The Stipulation is approved.

B.  The hearing on the Debtor's use of cash collateral is continued to October **21**, 2021 at **10:30 a.m.** (the "***Continued Hearing***").

C.  The Debtor's supplemental pleadings in support of its use of cash collateral shall be filed by not later than 17 days prior to the Continued Hearing,

D.  Any opposition to the Debtor's use of cash collateral shall be filed by not later than 10 days prior to the Continued Hearing.

IT IS SO ORDERED

###

Date: July 30, 2021

Erithe Smith
United States Bankruptcy Judge

2