PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Nancy.Goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**PLAMEX INVESTMENT, LLC,**<br> a Delaware limited liability company,<br><br>Debtor and Debtors in Possession. | LEAD CASE NO. 21-bk-10958-ES<br><br>Jointly Administered With:<br><br>CASE NO. 21-bk-10957-ES<br><br>CHAPTER 11 |
| In re:<br><br>**3100 E. IMPERIAL INVESTMENT, LLC**,<br> a Delaware limited liability company,<br><br>Debtor and Debtors in Possession.<br><br>[ x]   Affects both Debtors<br><br>[  ]   Affects Plamex Investment, LLC only<br><br>[  ]   Affects 3100 E. Imperial Investment, LLC Only | STIPULATION TO EXTEND TIME FOR THE U.S. TRUSTEE TO FILE A RESPONSE TO THE FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES<br><br>Hearing:<br>Date:    September 16, 2021<br>Time:   10:30 a.m.<br>Ctrm:   5A (ZoomGov) |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

**IT IS STIPULATED**, by and between the Debtors' counsel, Levene, Neale, Bender, Yoo & Brill L.L.P. ("Debtors' Counsel") and the United States Trustee for Region 16 ("U.S. Trustee") though his counsel, Nancy S. Goldenberg, as follows:

1. The above-referenced cases were commenced by the filing of voluntary Chapter 11 petitions on April 14, 2021.

2. By Order entered April 15, 2021, this Court granted a motion for the joint administration of the two captioned related cases.

3. On June 9, 2021, The U.S. Trustee filed a Notice of Applicability of Large-Case (docket entry no. 83), designating the cases as "Mega Cases."

4. On or about August 26, 2021, Debtors' Counsel filed the First Interim Application Of Levene, Neale, Bender, Yoo & Brill L.L.P. For Approval Of Fees And Reimbursement Of Expenses; Declaration Of Ron Bender, Esq. for Levene, Neale, Bender, Yoo & Brill L.L.P. as docket entry number 132 ("First Interim Application").

5. The First Interim Application has been set for hearing on September 16, 2021. Accordingly, without any extension, any responses or objections to the First Interim Application are due by September 2, 2021, and any reply by Debtors' Counsel is due by September 9, 2021.

6. Due to the designation of these cases as "Mega Cases" and the magnitude of fees sought, the U.S. Trustee respectfully requests additional time to review the First Interim Application and file a response thereto.

**SUBJECT TO COURT APPROVAL, IT IS STIPULATED AND AGREED** as follows;

A. The U.S. Trustee shall have through and including September 9, 2021, to file any response or objection to the First Interim Application.

B. Debtors' Counsel shall have through and including September 13, 2021, to file any reply to any response or objection filed to the First Interim Application.

|   |   |
|---|---|
|   | PLAMEX INVESTMENT, LLC and<br>3100 E. IMPERIAL INVESTMENT, LLC, |
| Dated: September 1, 2021 | _____/s/ Ron Bender_____<br>By: Ron Bender<br>Levene, Neale, Bender, Yoo & Brill L.L.P.<br>Attorney for Debtors |
|   | U.S. TRUSTEE FOR REGION 16 |
| Dated: August 31, 2021 | ___s/ Nancy S. Goldenberg_____<br>By: Nancy S. Goldenberg<br>Attorney for U.S. Trustee |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160 Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled STIPULATION TO EXTEND TIME FOR THE U.S. TRUSTEE TO FILE A RESPONSE TO THE FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES will Be Served In The Manner Stated Below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **SEPTEMBER 1, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated

- Ron Bender     rb@lnbyb.com
- Amir Gamliel     amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Monica Y Kim     myk@lnbyb.com, myk@ecf.inforuptcy.com
- Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- Kyle J Mathews     kmathews@sheppardmullin.com
- Juliet Y Oh     jyo@lnbyb.com, jyo@lnbrb.com
- Robert E Opera     ropera@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- Ronald N Richards     ron@ronaldrichards.com, morani@ronaldrichards.com
- Jeffrey S Shinbrot     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**2.  TO BE SERVED BY UNITED STATES MAIL:**  On **SEPTEMBER 1, 2021,** I will be served on the persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Plamex Investment, LLC,** Attention: Donald Chae, 6988 Beach Blvd, Suite B-215
Buena Park, CA 90621

**3.  TO BE SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION** OR (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **SEPTEMBER 1, 2021,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the  document is filed.

| SEPTEMBER 1, 2021 | TARI KING | /S/ TARI KING |
|---|---|---|
| DATE | PRINTED NAME | SIGNATURE |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.