PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Nancy.Goldenberg@usdoj.gov

**FILED & ENTERED**

SEP 01 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

**PLAMEX INVESTMENT, LLC,**
 a Delaware limited liability company,

    Debtor and Debtors in Possession.

---

In re:

**3100 E. IMPERIAL INVESTMENT, LLC**,
 a Delaware limited liability company,

    Debtor and Debtors in Possession.

[ x ]  Affects both Debtors

[  ]  Affects Plamex Investment, LLC only

[  ]  Affects 3100 E. Imperial Investment, LLC Only

LEAD CASE NO. 21-bk-10958-ES

Jointly Administered With:

CASE NO. 21-bk-10957-ES

CHAPTER 11

ORDER APPROVING STIPULATION TO EXTEND TIME FOR THE U.S. TRUSTEE TO FILE A RESPONSE TO THE FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Stipulation to Extend Time for the U.S. Trustee to File a Response to the First Interim Fee Application of Levene, Neale, Bender, Yoo & Brill, L.L.P. for Approval of Fees and

Reimbursement of Expenses ("First Interim Application")**(see Stipulation filed on September 1, 2021 as docket no. 136**)("Stipulation"), and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT** the Stipulation is approved.  The U.S. Trustee shall have through and including September 9, 2021, to file any response or objection to the First Interim Fee Application.

**IT IS FURTHER ORDERED THAT** the Debtors' Counsel shall have through and including September 13, 2021, to file any reply to any response or objection filed to the First Interim Application.

###

Date: September 1, 2021

Erithe Smith
United States Bankruptcy Judge