```
1  RON BENDER (SBN 143364)
2  MONICA Y. KIM (SBN 180139)
   JULIET Y. OH (SBN 211414)
3  LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244
6  Email: RB@LNBYB.COM; MYK@LNBYB.COM; JYO@LNBYB.COM

7  Attorneys for Chapter 11 Debtors and
   Debtors-in-Possession
8
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| In re: | Lead Case No.: 8:21-bk-10958-ES |
|---|---|
| PLAMEX INVESTMENT, LLC, a Delaware limited liability company, | Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES) |
| Debtor and Debtor in Possession. | Chapter 11 Cases |
| In re: | **DECLARATION OF DONALD CHAE IN SUPPORT OF FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** |
| 3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company, | |
| Debtor and Debtor in Possession. | |
| ☒ Affects both Debtors<br>☐ Affects Plamex Investment, LLC only<br>☐ Affects 3100 E. Imperial Investment, LLC only | Hearing:<br>Date: September 16, 2021<br>Time: 10:30 a.m.<br>Place: ZoomGov |

1

**DECLARATION OF DONALD CHAE**

I, Donald Chae, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, I would and could competently testify thereto. I am the President of M+D Properties, a California corporation, which is the manager (the "Manager") of Plamex Investment, LLC, a Delaware limited liability company ("Plamex"), and Plamex's parent company, 3100 E. Imperial Investment, LLC, a Delaware limited liability company ("3100," and together with Plamex, the "Debtors"), the chapter 11 debtors and debtors-in-possession herein. In my capacity as the President of Manager, I am in charge of overseeing, supervising and monitoring all aspects of the commercial real property owned by Plamex commonly known as "Plaza Mexico," a 403,242 square-foot community shopping center offering specialty retail and dining located in Lynwood, California just north of the 105 freeway ("Plaza Mexico"), including leasing, collection of rents, financing, maintenance and repairs of the property, and security for Plaza Mexico. I have been intimately involved in the development and operation of Plaza Mexico since its inception over 20 years ago and am therefore familiar with the business operations and financial records of the Debtors.

2. I have reviewed the *"First Interim Application Of Levene, Neale, Bender, Yoo & Brill L.L.P. For Approval Of Fees And Reimbursement Of Expenses"* (the "Fee Application") submitted by Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), bankruptcy counsel to the Debtors. As set forth in the Fee Application, LNBYB is seeking interim approval and allowance of the fees and expenses incurred by LNBYB in connection with the Debtors' cases during the period from April 14, 2021, the date of the Debtors' bankruptcy filings (the "Petition Date"), through and including August 25, 2021 (the "Covered Period"), as follows:

    a. *__Plamex__*. During the Covered Period, LNBYB incurred fees in the amount of $177,768.00 and expenses in the amount of $17,023.34 in the Plamex case, for total fees and expenses in the amount of $194,791.34.

    b. *__3100__*. During the Covered Period, LNBYB incurred fees in the amount of $50,809.00 and expenses in the amount of $1,966.00 in the 3100 case, for total fees and

expenses in the amount of $52,775.00.

3. I believe that the fees and expenses requested by LNBYB in the Fee Application are reasonable and appropriate in light of the scope, quality and results of the services provided by LNBYB to the Debtor, and should be approved by the Court.

4. LNBYB has advised that, as of the Petition Date, LNBYB was holding a remaining retainer balance of $75,117.00 for Plamex, and a remaining retainer balance of $42,360.00 for 3100. Accordingly, pursuant to the Application, LNBYB is seeking Court approval to be paid the following sums from the Debtors:

    a. **_Plamex_**. As noted above, during the Covered Period, LNBYB incurred total fees and expenses of $194,791.34, which is $119,674.34 in excess of LNBYB's remaining retainer balance for Plamex as of the Petition Date. LNBYB is therefore seeking payment of this excess amount of $119,674.34.

    b. **_3100_**. During the Covered Period, LNBYB incurred total fees and expenses of $52,775.00, which is $10,415.00 in excess of LNBYB's remaining retainer balance for 3100 as of the Petition Date. LNBYB is therefore seeking payment of this excess amount of $10,415.00.

5. Plamex has sufficient cash on hand in its bank accounts to make the professional fee and expense payment requested by LNBYB, in the total sum of $130,089.34.

6. Based on the foregoing, I believe that it is appropriate to approve on an interim basis, and authorize the payment of, all of the fees and expenses requested by LNBYB in the Fee Application at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14th__ day of September, 2021, at Buena Park, California.



DONALD CHAE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **DECLARATION OF DONALD CHAE IN SUPPORT OF FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ron Bender**   rb@lnbyb.com
- **Amir Gamliel**   amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Nancy S Goldenberg**   nancy.goldenberg@usdoj.gov
- **Monica Y Kim**   myk@lnbyb.com, myk@ecf.inforuptcy.com
- **Daniel A Lev**   dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Kyle J Mathews**   kmathews@sheppardmullin.com
- **Juliet Y Oh**   jyo@lnbyb.com, jyo@lnbrb.com
- **Robert E Opera**   ropera@wghlawyers.com, jmartinez@wghlawyers.com;mweinberg@wghlawyers.com
- **Ronald N Richards**   ron@ronaldrichards.com, morani@ronaldrichards.com
- **Jeffrey S Shinbrot**   jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **September 14, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service List continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 14, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2021 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE