**3100 E Imperial Investment, LLC**
Balance Sheet
August 31, 2021
(Unaudited)

**ASSETS**

| | | |
|---|---|---|
| Cash & cash equivalents | $ | - |
| Deposits and prepayments | | 50,000 |
| Deferred financing costs, net | | - |
| **TOTAL ASSETS** | $ | 50,000 |

**LIABILITIES AND MEMBER'S DEFICIT**

**LIABILITIES:**

| | | |
|---|---|---|
| Mortgage payable - mezzanine loan | $ | 15,418,692 |
| Accrued interest, default and late charges | | 3,998,502 |
| Due to affiliates, net | | 4,969,819 |
| Total Liabilities | | 24,387,012 |
| MEMBERS' DEFICIT | | (24,337,012) |
| TOTAL LIABILITIES AND MEMBERS' DEFICIT | $ | 50,000 |

## 3100 E Imperial Investment, LLC
Statement of Operations
For the eight months ended August 31, 2021
(Unaudited)

|  | MTD | YTD |
|---|---:|---:|
| **Revenue:** |  |  |
| Rental income | $ - | $ - |
| Operating cost reimbursements |  | - |
| Other income |  | - |
| Total rental income | - | - |
|  |  |  |
| **General and Administrative Expenses** |  |  |
| Legal |  | 171,194 |
| Dues and Fees |  | 800 |
| Total General and Admin Expenses | - | 171,994 |
|  |  |  |
| Net operating loss | - | (171,994) |
|  |  |  |
| **Depreciation, amortization, other income (expense):** |  |  |
| Depreciation and amortization | - | 18,000 |
| Interest expense, default and late charges | 238,586 | 2,481,454 |
| Bankruptcy filing fee | - | 1,738 |
| Total | 238,586 | 2,501,192 |
|  |  |  |
| Net Loss | $ (238,586) | $ (2,673,186) |

**3100 E. Imperial Investment, LLC**
**Trailing Twelve Months Profit & Loss Statement**
**For the period from September 1, 2020 through August 31, 2021**
(Unaudited)

| | Sep 2020 | Oct 2020 | Nov 2020 | Dec 2020 | Jan 2021 | Feb 2021 | Mar 2021 | Apr 2021 | May 2021 | Jun 2021 | Jul 2021 | Aug 2021 | Total | YTD 8/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| Net Rental Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Other Income | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| TOTAL REVENUE | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **GENERAL & ADMINISTRATIVE EXPENSES** | | | | | | | | | | | | | | |
| Legal-mezz loan | - | - | - | 28,500 | 171,194 | - | - | - | - | - | - | - | 199,694 | 171,194 |
| Registered Agents | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LLC Fees | - | - | - | - | - | - | 800 | - | - | - | - | - | 800 | 800 |
| Amortization - Loan Costs | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | - | - | 30,000 | 18,000 |
| Total General & Administrative Expense | 3,000 | 3,000 | 3,000 | 31,500 | 174,194 | 3,000 | 3,800 | 3,000 | 3,000 | 3,000 | - | - | 230,494 | 189,994 |
| **NET OPERATING LOSS** | (3,000) | (3,000) | (3,000) | (31,500) | (174,194) | (3,000) | (3,800) | (3,000) | (3,000) | (3,000) | - | - | (230,494) | (189,994) |
| **NON-OPERATING EXPENSE (INCOME)** | | | | | | | | | | | | | | |
| Note 1-2 Interest | 144,107 | 148,910 | 144,107 | 148,910 | 148,910 | 134,500 | 148,910 | 144,107 | 148,910 | 248,188 | 163,897 | 164,000 | 1,887,456 | 1,301,422 |
| Mezz Loan Default Interest | - | - | - | - | - | - | - | - | - | 983,242 | 66,386 | 66,386 | 1,116,014 | 1,116,014 |
| Interest Expense - Late Charges | - | - | - | 66,375 | - | - | - | - | - | 47,882 | 7,936 | 8,200 | 130,393 | 64,018 |
| Bankruptcy Filing Fee | - | - | - | - | - | - | - | 1,738 | - | - | - | - | 1,738 | 1,738 |
| Total Non-Operating Expense (Income) | 144,107 | 148,910 | 144,107 | 215,285 | 148,910 | 134,500 | 148,910 | 145,845 | 148,910 | 1,279,312 | 238,219 | 238,586 | 3,135,601 | 2,483,192 |
| **NET LOSS** | $ (147,107) | $ (151,910) | $ (147,107) | $ (246,785) | $ (323,104) | $ (137,500) | $ (152,710) | $ (148,845) | $ (151,910) | $ (1,282,312) | $ (238,219) | $ (238,586) | $ (3,366,095) | $ (2,673,186) |

| Database: | MDPROPERTIES | MRI Bank Reconciliation | Page: | 18 |
| Report ID: | MRI_BREC | M+D Properties | Date: | 9/1/2021 |
| | | | Time: | 7:56 PM |

Bank            31DIP-01

Axos Bank

**BANK RECONCILIATION**

Reconciliation of Opening Statement Balance to Ending Statement Balance

Reconciliation Number:    5855
Reconciliation Date:      9/1/2021
Statement Ending Date:    8/31/2021

| | |
|---|---:|
| Opening Balance From Statement: | 0.00 |
| Less Cleared Withdrawals: | 0.00 |
| Add Cleared Deposits: | 0.00 |
| Less Bank Fees/Other Adjustments: | 0.00 |
| Add Interest Earned/Other Adjustments: | 0.00 |
| Research Adjustments: | 0.00 |
| Adjusted Bank Balance: | 0.00 |
| Ending Balance From Statement: | 0.00 |
| Difference: | 0.00 |

| Preparer | Approval | Approval | Approval |
|---|---|---|---|
| DM | | | |

**Notes**

**Cleared Withdrawals and Deposits**

| Date | Period | Reference | Source | Description | Withdrawals | Deposits |
|---|---|---|---|---|---:|---:|
| | | | | TOTAL: | 0.00 | 0.00 |

**Excluded Withdrawals and Deposits**

| Date | Period | Reference | Source | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|

| Database: | MDPROPERTIES | MRI Bank Reconciliation | Page: | 19 |
| Report ID: | MRI_BREC | M+D Properties | Date: | 9/1/2021 |
| | | | Time: | 7:56 PM |

**GL Reconciliation**

**Reconciliation of Ending Statement Balance To General Ledger Balance**

Period:    08/21

| | | |
|---|---:|---:|
| Ending Balance From Statement: | | 0.00 |
| Outstanding Checks/Other Withdrawal Adjustments: | | 0.00 |
|     Less Outstanding Checks: | 0.00 | |
|     Add Cleared, Unjournalized Withdrawal: | 0.00 | |
|     Add Cleared, Journalized Withdrawals for Future Period: | 0.00 | |
| Deposits in transit/Other Deposit Adjustments: | | 0.00 |
|     Add Deposits in Transit: | 0.00 | |
|     Less Cleared, Unjournalized Deposits: | 0.00 | |
|     Less Cleared, Journalized Deposits for Future Period: | 0.00 | |
| Outstanding Bank Fees/Interest Adjustments: | | 0.00 |
| Research Adjustments: | | 0.00 |
| Adjusted GL Balance: | | 0.00 |
| GL Account Balance: | | 0.00 |
| Difference: | | 0.00 |



```
                                    Date  8/31/21           Page    1
                                    Primary Account             0157


    3100 E. IMPERIAL INVESTMENT, LLC
    DEBTOR IN POSSESSION, CASE #
    8:21-BK-10957-ES, OPERATING
    6988 BEACH BLVD SUITE B-215
    BUENA PARK CA 90621
```

| Account Title: | 3100 E. IMPERIAL INVESTMENT, LLC DEBTOR IN POSSESSION, CASE # 8:21-BK-10957-ES, OPERATING | | |
|---|---|---|---|
| Basic Business Checking | | Number of Enclosures | 0 |
| Account Number | 0157 | Statement Dates 8/02/21 thru 8/31/21 | |
| Previous Balance | .00 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 8/02 | .00 |

*** END OF STATEMENT ***

## IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

### In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)

MEMBER FDIC    EQUAL HOUSING LENDER

| Database: | MDPROPERTIES | MRI Bank Reconciliation | Page: | 20 |
| Report ID: | MRI_BREC | M+D Properties | Date: | 9/1/2021 |
| | | | Time: | 7:56 PM |

Bank            31DIP-02

## Axos Bank

**BANK RECONCILIATION**

Reconciliation of Opening Statement Balance to Ending Statement Balance

Reconciliation Number:    5856
Reconciliation Date:      9/1/2021
Statement Ending Date:    8/31/2021

| | |
|---|---|
| Opening Balance From Statement: | 0.00 |
| Less Cleared Withdrawals: | 0.00 |
| Add Cleared Deposits: | 0.00 |
| Less Bank Fees/Other Adjustments: | 0.00 |
| Add Interest Earned/Other Adjustments: | 0.00 |
| Research Adjustments: | 0.00 |
| Adjusted Bank Balance: | 0.00 |
| Ending Balance From Statement: | 0.00 |
| Difference: | 0.00 |

| Preparer | Approval | Approval | Approval |
|---|---|---|---|
| D~ | | | |

**Notes**

**Cleared Withdrawals and Deposits**

| Date | Period | Reference | Source | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|
| | | | | TOTAL: | 0.00 | 0.00 |

**Excluded Withdrawals and Deposits**

| Date | Period | Reference | Source | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|

| Database: | MDPROPERTIES | MRI Bank Reconciliation | Page: | 21 |
| Report ID: | MRI_BREC | M+D Properties | Date: | 9/1/2021 |
| | | | Time: | 7:56 PM |

**GL Reconciliation**

**Reconciliation of Ending Statement Balance To General Ledger Balance**

Period:   08/21

| | | |
|---|---:|---:|
| Ending Balance From Statement: | | 0.00 |
| Outstanding Checks/Other Withdrawal Adjustments: | | 0.00 |
|     Less Outstanding Checks: | 0.00 | |
|     Add Cleared, Unjournalized Withdrawal: | 0.00 | |
|     Add Cleared, Journalized Withdrawals for Future Period: | 0.00 | |
| Deposits in transit/Other Deposit Adjustments: | | 0.00 |
|     Add Deposits in Transit: | 0.00 | |
|     Less Cleared, Unjournalized Deposits: | 0.00 | |
|     Less Cleared, Journalized Deposits for Future Period: | 0.00 | |
| Outstanding Bank Fees/Interest Adjustments: | | 0.00 |
| Research Adjustments: | | 0.00 |
| Adjusted GL Balance: | | 0.00 |
| GL Account Balance: | | 0.00 |
| Difference: | | 0.00 |



Date  8/31/21          Page     1
Primary Account              0165

3100 E. IMPERIAL INVESTMENT, LLC
DEBTOR IN POSSESSION, CASE #
8:21-BK-10957-ES, TAX
6988 BEACH BLVD SUITE B-215
BUENA PARK CA 90621

| Account Title: | 3100 E. IMPERIAL INVESTMENT, LLC DEBTOR IN POSSESSION, CASE # 8:21-BK-10957-ES, TAX | | |
|---|---|---|---|
| Basic Business Checking | | Number of Enclosures | 0 |
| Account Number | 0165 | Statement Dates   8/02/21 thru 8/31/21 | |
| Previous Balance | .00 | Days in the statement period | 30 |
| Deposits/Credits | .00 | Avg Daily Ledger | .00 |
| Checks/Debits | .00 | Avg Daily Collected | .00 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

**DAILY BALANCE INFORMATION**

| Date | Balance |
|---|---|
| 8/02 | .00 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.

- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)


MEMBER FDIC · EQUAL HOUSING LENDER