United States Bankruptcy Court
Central District of California

In re:      Case No. 21-10958-ES

Plamex Investment, LLC      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Sep 27, 2021     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Plamex Investment, LLC, 6988 Beach Blvd, Suite B-215, Buena Park, CA 90621-6822 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander S Berk | on behalf of Creditor Quarry Head 2017-1 Grantor Trust aberk@mayerbrown.com courtnotification@mayerbrown.com |
| Amir Gamliel | on behalf of Creditor Wells Fargo Bank National Association, as Trustee for Morgan Stanley Capital I Trust 2016-UBS11, Commercial Mortgage Pass-through Certificates, Series 2016-UBS11, and on Behalf of the Holders of any amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com |
| Daniel A Lev | on behalf of Interested Party Courtesy NEF dlev@sulmeyerlaw.com ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com |
| Jeffrey S Shinbrot | on behalf of Creditor Cross Creek Enterprises Inc. jeffrey@shinbrotfirm.com sandra@shinbrotfirm.com |
| Juliet Y Oh | on behalf of Debtor 3100 E. Imperial Investment LLC jyo@lnbyb.com, jyo@lnbrb.com |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Sep 27, 2021 | Form ID: pdf042 | Total Noticed: 1

Juliet Y Oh
    on behalf of Debtor Plamex Investment  LLC jyo@lnbyb.com, jyo@lnbrb.com

Kyle J Mathews
    on behalf of Creditor Beach Orangethorpe  LLC and Beach Orangethorpe II, LLC kmathews@sheppardmullin.com

Monica Y Kim
    on behalf of Debtor 3100 E. Imperial Investment  LLC myk@lnbyb.com, myk@ecf.inforuptcy.com

Monica Y Kim
    on behalf of Debtor Plamex Investment  LLC myk@lnbyb.com, myk@ecf.inforuptcy.com

Nancy S Goldenberg
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Robert E Opera
    on behalf of Creditor Northgate Gonzalez Markets ropera@wghlawyers.com
    jmartinez@wghlawyers.com;mweinberg@wghlawyers.com

Ron Bender
    on behalf of Debtor 3100 E. Imperial Investment  LLC rb@lnbyb.com

Ron Bender
    on behalf of Debtor Plamex Investment  LLC rb@lnbyb.com

Ronald N Richards
    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  morani@ronaldrichards.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

TOTAL: 15

RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYB.COM; MYK@LNBYB.COM; JYO@LNBYB.COM

Attorneys for Chapter 11 Debtors and
Debtors-in-Possession

**FILED & ENTERED**

**SEP 27 2021**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br><br>　　　Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br><br>　　　Debtor and Debtor in Possession.<br>_____<br><br>☒  Affects both Debtors<br><br>☐  Affects Plamex Investment, LLC only<br><br>☐  Affects 3100 E. Imperial Investment, LLC only | Lead Case No.: 8:21-bk-10958-ES<br><br>Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES)<br><br>Chapter 11 Cases<br><br>**ORDER ON FIRST INTERIM APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hearing:<br>Date:　September 16, 2021<br>Time:　10:30 a.m.<br>Place:　ZoomGov |

1

      A hearing was scheduled to be held on September 16, 2021, at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California 92701 (via ZoomGov), for the Court to consider the application (the "Application") for approval, allowance and payment of the fees and expenses incurred by Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), bankruptcy counsel to Plamex Investment, LLC, a Delaware limited liability company ("Plamex"), and 3100 E. Imperial Investment, LLC, a Delaware limited liability company ("3100 Imperial" and together with Plamex, the "Debtors"), the debtors and debtors-in-possession in the above-captioned, jointly administered chapter 11 bankruptcy cases. No opposition was filed to the Application, and the Court granted the Application and waived appearances at the hearing.

      The Court, having considered the Application and the pleadings filed by LNBYB and the Debtors in support of the Application, no opposition to the Application having been filed, and good cause appearing,

      HEREBY ORDERS AS FOLLOWS:

1. LNBYB is allowed on an interim basis $177,768.00 of fees and $17,023.34 of expenses in the Plamex case incurred during the period of April 14, 2021 (the date of the Debtors' bankruptcy filings) through and including August 25, 2021 (the "Covered Period"), for total fees and expenses of $194,791.34, which is $119,674.34 in excess of LNBYB's remaining retainer balance for Plamex as of the Plamex chapter 11 filing date.

2. LNBYB is allowed on an interim basis $50,809.00 of fees and $1,966.00 of expenses in the 3100 Imperial case incurred during the Covered Period, for total fees and expenses of $52,775.00, which is $10,415.00 in excess of LNBYB's remaining retainer balance for 3100 Imperial as of the 3100 Imperial chapter 11 filing date.

3. The Debtors are authorized and directed to pay to LNBYB the total additional

sum of $130,089.34 from funds held in Plamex's bank accounts.

4. For the avoidance of doubt, the use of funds in a Plamex bank account to pay fees and expenses incurred rendering services to 3100 Imperial that otherwise are approved by the Court shall be treated as an intercompany advance by Plamex to 3100 Imperial and, as such, shall not constitute any indicia in these cases of any commingling of assets or other disregarding of the separate legal and operational nature of the Debtors.

###

Date: September 27, 2021

Erithe Smith
United States Bankruptcy Judge

3