RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM;
MYK@LNBYG.COM; JYO@LNBYG.COM

Attorneys for Chapter 11 Debtors and
Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| In re<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br><br>Debtor. | CASE NO. 8:21-BK-10958-ES<br><br>Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES)<br><br>Chapter: 11 |
|---|---|
| In re<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br><br>Debtor. | **NOTICE OF BIDDING PROCEDURES, BID DEADLINE, AUCTION DATE, SALE HEARING, AND SALE OBJECTION DEADLINE** |
| ☐   Affects both Debtors<br>☒   Affects Plamex Investment, LLC only<br>☐   Affects 3100 E. Imperial Investment only | |

1

**PLEASE TAKE NOTICE THAT:**

A hearing was held on November 18, 2021 at 10:30 a.m. (the "**Hearing**"), before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California 92701 (via ZoomGov), for the Court to consider the motion [Doc. No. 189] (the "**Motion**")[1] filed by Plamex Investment, LLC, a Delaware limited liability company (the "**Plamex**" or the "**Debtor**"), a debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case, for the entry of an order: (1) approving Plamex's proposed bidding and sale procedures described in the Motion (the "**Bidding Procedures**"), to be utilized in connection with the proposed sale of Plamex's principal asset, the real estate and improvements commonly known as the Plaza Mexico shopping center (a 403,242 square foot community shopping center in the City of Lynwood, Los Angeles County, California, which is comprised of the following common street addresses and vacant lots:  3100, 3140, and 3170 E. Imperial Hwy and 11201, 11255, 11301, 11338, and 11369 Long Beach Blvd)  (the "**Property**"), free and clear of all liens, claims, encumbrances, and other interests under Section 363(b), (f) of the Bankruptcy Code, (2) approving the rights of Quarry Head or its nominee as the stalking horse bidder (the "**SH Bidder**") under such Bidding Procedures; (3) establishing procedures relating to the assumption and assignment of executory contracts and unexpired leases, (4) approving the forms of notice of the sale to be provided by Plamex (a) to prospective buyers and other parties in interest and (b) to non-Debtor counterparties under executory contracts and unexpired leases regarding the possible assumption and assignment thereof; (5) scheduling an auction of the Property ("**Auction**") in the event that one or more Qualified Bid (in addition to the SH Bid) should be timely submitted for the Property; and (6) scheduling a hearing before the Court to consider approval of Plamex's sale of the Property (the "**Sale**") to the highest and best bidder.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion, the Bidding Procedures (as defined below) or the SH PSA (as defined in the Bidding Procedures), as applicable.

On December 2, 2021, pursuant to the Motion, the Court entered an Order [Doc. No. 231] (the "**Bidding Procedures Order**") granting the relief sought in the Motion, including, approving the Bidding Procedures in connection with the proposed Sale, subject to certain modifications as set forth in such Bidding Procedures Order.  A copy of the Motion, the Bidding Procedures Order and the Bidding Procedures can be obtained free of charge by contacting Plamex's real estate broker:

> Jones Lang Lasalle Americas Inc.
> Attn: Geoff Tranchina
> 2029 Century Park East, 30t Floor
> Los Angeles, CA 90067
> Phone: (310) 694-3180
> Email: Geoff.Tranchina@am.jll.com

As further described in the Bidding Procedures, a Qualified Bidder who desires to make a Qualified Bid for of the Property shall deliver its Bid that satisfies the bidding requirements set forth in the Bidding Procedures to: (a) Plamex's real estate broker, Jones Lang Lasalle Americas, Inc., 2029 Century Park East, 30th Floor, Los Angeles, CA 90067 Attention: Geoff Tranchina (Geoff.tranchina@am.jll.com); (b) Plamex's bankruptcy counsel, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, Attention: Ron Bender (RB@LNBYG.com), Monica Y. Kim (MYK@LNBYG.com) and Juliet Y. Oh (JYO@LNBYG.com); (c) counsel to the Senior Lender, Perkins Coie LLP, 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721 Attention: David M. Neff (DNeff@perkinscoie.com) and Amir Gamliel (AGamliel@perkinscoie.com); and (d) counsel to the Waterfall Parties (including SH Bidder), Mayer Brown LLP, 71 South Wacker Drive, Chicago, Illinois 60606-7463, Attention: Thomas S. Kiriakos (tkiriakos@mayerbrown.com), Craig E. Reimer (creimer@mayerbrown.com) and Alexander F. Berk (aberk@mayerbrown.com) (collectively, the "**Consultation Parties**", so as to be received by no later than **5:00 p.m. (prevailing Pacific Time) on February 17, 2022** (the "**Bid Deadline**").

If there is one or more Qualified Bids in addition to the SH Bid, Plamex is authorized and directed to conduct an auction (the "**Auction**") with respect to Property. The Auction shall take place on **February 21, 2022 at 10:00 a.m. (prevailing Pacific Time)** at the law offices of Plamex's bankruptcy counsel, Levene, Neale, Bender, Yoo & Golubchik L.L.P., 2818 La Cienega Avenue, Los Angeles, California 90034, or such other place as Plamex shall notify all Qualified Bidders, the Consultation Parties and each of their respective counsel and advisors, with Qualified Bidders authorized to appear at the Auction via Zoom.

In the event that a Qualified Bid for the Property (other than that of the SH Bidder) is not submitted by a Qualified Bidder on or before the Bid Deadline, the SH Bid as set forth in the SH PSA shall be deemed the highest and best bid and accordingly, the Successful Bid for the Property, the Auction shall be deemed cancelled and shall not proceed, and Plamex promptly shall submit such bid for approval at the Sale Hearing as the Successful Bid for the Property on the terms and conditions set forth in the SH PSA.

A hearing to approve the Sale (the "**Sale Hearing**") shall be held on **February 24, 2022 at 10:30 a.m. (prevailing Pacific Time)**, before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5A" located at 411 West Fourth Street, Santa Ana, California 92701. Due to the COVID-19 pandemic, the Sale Hearing on the Motion will be held using ZoomGov audio and video technology. Hearing participants and members of the public may participate in and/or observe the Sale Hearing using ZoomGov, free of charge. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below. Individuals may also connect to the Sale Hearing by telephone only, using the telephone number provided below. Individuals connecting to the hearing by telephone will also be prompted for the Meeting ID and

Password. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the Sale Hearing, and no pre-registration is required.

Objections, if any, to the relief sought in the Sale Order ("**Sale Objection(s)**")[2] shall be in writing, filed with the Clerk of this Court (the "**Clerk**"), together with proof of service, and served so as to be received by: the Consultation Parties, the United States Trustee, and all parties who filed requests for special notice (collectively, the "**Notice Parties**"), on or before **5:00 p.m. (prevailing Pacific Time) on February 10, 2022**; provided, however, that objections to the conduct of the Auction or selection of the Successful Bid or Back-Up Bid (the "**Supplement**") shall be in writing, filed with the Clerk, together with proof of service, and served so as to be received by the Notice Parties on or before **February 23, 2022 at 5:00 p.m. (prevailing Pacific Time)**.

This Notice is subject to the fuller terms and conditions of the Motion and the Bidding Procedures Order, which shall control in the event of any conflict, and Plamex encourages parties-in-interest to review such documents in their entirety.

Dated: December 9, 2021        PLAMEX INVESTMENT, LLC, *et al.*

By:   */s/ Ron Bender*
        RON BENDER
        MONICA Y. KIM
        JULIET Y. OH
        Counsel for Chapter 11 Debtors and
        Debtors in Possession

---

[2] Procedures for filing objections to the assumption and assignment of relevant executory contracts and unexpired leases are addressed in the Bidding Procedures Order.