RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JULIET Y. OH (SBN 211414)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA  90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email:  RB@LNBYG.COM; MYK@LNBYG.COM; JYO@LNBYG.COM

Attorneys for Chapter 11 Debtors and
Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PLAMEX INVESTMENT, LLC, a Delaware limited liability company,<br><br>        Debtor. | CASE NO. 8:21-BK-10958-ES<br><br>Jointly administered with 3100 E. Imperial Investment, LLC (8:21-bk-10957-ES)<br><br>Chapter: 11 |
| In re<br><br>3100 E. IMPERIAL INVESTMENT, LLC, a Delaware limited liability company,<br><br>        Debtor. | **NOTICE OF RESULTS OF AUCTION** |
| ☐   Affects both Debtors<br>☒   Affects Plamex Investment, LLC only<br>☐   Affects 3100 E. Imperial Investment only | Sale Hearing:<br>Date:        April 14, 2022<br>Time:        10:30 a.m.<br>Location:   ZoomGov |

**PLEASE TAKE NOTICE THAT:**

A hearing was held on November 18, 2021 at 10:30 a.m., before the Honorable Erithe A. Smith, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom 5A located at 411 West Fourth Street, Santa Ana, California 92701 (via ZoomGov) (the "**Bankruptcy Court**"), to consider the motion [Doc. No. 189] (the "**Motion**")[1] filed by Plamex Investment, LLC, a Delaware limited liability company and the debtor herein ("**Plamex**" or the "**Debtor**"), for the entry of an order: (1) approving Plamex's original proposed bidding and sale procedures described in the Motion (the "**Original Bidding Procedures**"), to be utilized in connection with the proposed sale of Plamex's principal asset, the real estate and improvements commonly known as the Plaza Mexico shopping center (a 403,242 square foot community shopping center in the City of Lynwood, Los Angeles County, California, which is comprised of the following common street addresses and vacant lots: 3100, 3140, and 3170 E. Imperial Hwy and 11201, 11255, 11301, 11338, and 11369 Long Beach Blvd) (the "**Property**"), free and clear of all liens, claims, encumbrances, and other interests under Section 363(b), (f) of the Bankruptcy Code, (2) approving the rights of Quarry Head or its nominee as the stalking horse bidder (the "**SH Bidder**") under the Original Bidding Procedures; (3) establishing procedures relating to the assumption and assignment of executory contracts and unexpired leases, (4) approving the forms of notice to be provided by Plamex (a) to prospective buyers and other parties in interest and (b) to non-Debtor counterparties under executory contracts and unexpired leases regarding the possible assumption and assignment thereof; (5) scheduling an auction of the Property ("**Auction**") in the event that one or more Qualified Bidders (in addition to the bid from the SH Bidder) should be timely submitted for the Property; and (6) scheduling a hearing before the Court to consider approval of Plamex's sale of the Property (the "**Sale**") to the highest and best bidder.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion, the Amended Bidding Procedures (as defined below) or the SH PSA (as defined in the Amended Bidding Procedures), as applicable.

On December 2, 2021, pursuant to the Motion, the Court entered an Order (the "**Original Bidding Procedures Order**") granting the relief sought in the Motion, including, approving the Original Bidding Procedures in connection with the proposed Sale.

On January 10, 2022, the Debtor filed an emergency motion (the "**Modification Motion**") seeking approval of a modified version of the Original Bidding Procedures (the "**Modified Bidding Procedures**"), to modify the dates/deadlines set forth in the Original Bidding Procedures and ensure that a full and robust marketing and sale process is implemented for the Property.

On January 18, 2022, the Court entered an order (the "**BPO Modification Order**") that approved the Modified Bidding Procedures and expressly authorized the Debtor and its representatives and advisors to proceed in accordance therewith in connection with the Sale and that granted related relief.

An Auction of the Property was conducted on April 11, 2022 at 10:00 a.m. (prevailing Pacific Time), at the conclusion of which the Qualified Bid submitted by SVAP III Acquisitions, LLC ("**SVAP**"), in the amount of One Hundred Sixty-Four Million Six Hundred Twenty-Five Thousand Dollars ($164,625,000), was determined to be the Successful Bid. The Qualified Bid submitted jointly by BRASA Capital Management and Primestor Development, LLC, in the amount of One Hundred Sixty-Two Million Six Hundred Thousand Dollars ($162,600,000), has been selected as the Back-Up Bid.

A hearing to approve and authorize the Sale of the Property to SVAP shall be held on **April 14, 2022 at 10:30 a.m. (prevailing Pacific Time)** before the Bankruptcy Court.

Dated: April 11, 2022					PLAMEX INVESTMENT, LLC, *et al.*

							By:  */s/ Juliet Y. Oh*
								RON BENDER
								MONICA Y. KIM
								JULIET Y. OH
								Counsel for Chapter 11 Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **NOTICE OF RESULTS OF AUCTION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 11, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Raymond H. Aver**  ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- **Ron Bender**  kjm@lnbyb.com
- **Ron Bender**  rb@lnbyb.com
- **Alexander F Berk**  aberk@mayerbrown.com, courtnotification@mayerbrown.com
- **Steven Casselberry**  s.casselberry@mpglaw.com, S.Geraghty@musickpeeler.com
- **Timothy W Evanston**  tevanston@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Amir Gamliel**  amir-gamliel-9554@ecf.pacerpro.com, cmallahi@perkinscoie.com;DocketLA@perkinscoie.com
- **Nancy S Goldenberg**  nancy.goldenberg@usdoj.gov
- **Monica Y Kim**  myk@lnbyg.com, myk@ecf.inforuptcy.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Daniel A Lev**  dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
- **Robert S Marticello**  Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Kyle J Mathews**  kmathews@sheppardmullin.com
- **Juliet Y. Oh**  jyo@lnbyg.com, jyo@lnbyb.com
- **Robert E Opera**  ropera@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Ronald N Richards**  ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **Jonathan Serrano**  jonathan.serrano@us.dlapiper.com
- **Jeffrey S Shinbrot**  jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **April 11, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ Service List continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 11, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 11, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                  **F 9013-3.1.PROOF.SERVICE**